*United States District Court for the Northern District of Mississippi*
*Greenville Division*

---

**TERRY PITCHFORD,**

       Petitioner,


  **Vs.**

**PELICIA HALL,** Commissioner,
Mississippi
Department of Corrections
JIM HOOD, Attorney General of the
State of Mississippi

       Respondents.

Hon. Michael P. Mills
**No.** 4:18-CV-00002-MPM



**CAPITAL HABEAS CORPUS**

---

# APPENDIX

# *In support of Petition for Writ of Habeas Corpus*

# Part 3

APPENDIX

Declaration of R. Robert Tressel ............................................................................0001

Declaration of Barbara Hamm, Psy.D ..................................................................0051

Declaration of Bhushan S. Agharkar, MD, DFAPA .........................................0065

Declaration of John Seals ...................................................................................0246

Declaration of Sammie Seals ..............................................................................0248

Declaration of Roydetric Leetrell Harris ..........................................................0250

Declaration of DeShawn Burnett .......................................................................0254

Declaration of Dominique D. Hogan ..................................................................0260

Declaration of Perry Pitchford ...........................................................................0269

Declaration of Albert C. Britt, Jr. ......................................................................0283

Declaration of Laura Hoffman ............................................................................0287

Declaration of Michael Miles ..............................................................................0290

Declaration of Marshall Whittemore ..................................................................0292

Declaration of Michael Jackson ..........................................................................0294

Declaration of Robert Wade ................................................................................0296

Declaration of Jerome Clay .................................................................................0298

Declaration of Shirley Ann Pitchford Jackson ...................................................0304

Declaration of Robert Triplett, Jr. ......................................................................0316

Declaration of Jessica Brown ..............................................................................0320

First Statement of Terry Pitchford, 11-07-04 ....................................................0325

Second Statement of Terry Pitchford, 11-07-04 ................................................0331

Third Statement of Terry Pitchford, 11-07-04 ................................................0341

Fourth Statement of Terry Pitchford, 11-08-04 ..............................................0351

Fifth Statement of Terry Pitchford, 11-08-04 ................................................0364

Statement of Paul Hubbard and Henry Ross, Jr. ...........................................0369

Statement of Quincy Bullin ........................................................................0379

Grenada County Sheriff's Department Offence Report .....................................0381

Observations of Officer Terry Shirley ..........................................................0385

Shirley Jackson Consent to Search ..............................................................0386

Technical Assistance Section Notes (excerpts) ...............................................0387

Grenada County Sheriff's Underlying Facts Sheet ..........................................0396

Evidence Recovery Log ..............................................................................0398

Officer Robert C. Jennings Offence Report, 11-08-04 ......................................0402

Offence Report of Stephanie Gray Interview..................................................0404

Offence Report of Sandy Trusty Interview ....................................................0405

Officer Robert C. Jennings Offence Report, 08-04-11 ......................................0406

Mississippi State Hospital Admission Note ....................................................0408

Transcript of Tape Recorded Evaluation of Terry Pitchford .............................0412

Mississippi State Hospital Diagnostic Summary ............................................0579

Mississippi State Hospital Psychological Evaluation .......................................0599

Dr. Rahn K. Bailey Forensic Psychiatric Evaluation (unsigned) ........................0608

Dr. Rahn K. Bailey Forensic Psychiatric Evaluation (signed) ...........................0621

Affidavit of Rahn K. Bailey, M.D., 11-08-07 .................................................0635

Affidavit of Rahn K. Bailey, M.D., 09-22-11 ....................................................0637

Affidavit of D. Malcolm Spica, Ph.D. ...............................................................0639

Letter Summarizing the Findings of D. Malcolm Spica, Ph.D. ..........................0642

Affidavit of Richard G. Dudley, Jr., M.D. .......................................................0643

Supplemental Affidavit of Richard G. Dudley, Jr., M.D. ..................................0661

Affidavit of Ray Charles Carter .......................................................................0663

Affidavit of Tracy Krause, 08-05-11 .................................................................0667

Affidavit of Tracy Krause, 09-22-11 .................................................................0670

Affidavit of Veronica Dorsey, 09-06-11 ............................................................0674

Affidavit of Veronica Dorsey, 09-13-11 ............................................................0676

Affidavit of Patrick Jones .................................................................................0678

Affidavit of Marilyn Bibbs ................................................................................0679

Affidavit of Tanisha Hollis Winters ..................................................................0680

*State of Mississippi v. Dantron Mitchell*, No. 2005-062CR ...............................0681

*State of Mississippi v. Eric Bullin and Antonio Conley*, No. 2005-117(A)(B)CR ...0685

*State of Mississippi v. Eric Bullin*, No. 2010-010CR ........................................0906

*State of Mississippi v. Eric Bullin*, No. 2005-012CR ........................................1019

*State of Mississippi v. Stephanie Gray*, No. CR2010-001 .................................1079

Affidavit of Barbara O'Brien .............................................................................1089