**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

## AFFIDAVIT OF RAY CHARLES CARTER

Personally appeared before me, the undersigned authority in and for the county and state aforesaid, Ray Charles Carter, who after having been duly sworn, started as follows

My name is Ray Charles Carter. I am over 21 years of age and have personal knowledge of the facts set forth herein. I have been licensed to practice law in the State of Mississippi since September 30, 1991. I am an attorney with the Office of the State Public Defender, Capital Defense Counsel Division and have been employed with the Office since October 1, 2001.

I was appointed as additional counsel on or about June 15, 2005 by the Circuit Court of Grenada County Mississippi to assist in the defense of Mr. Terry Pitchford in the case of *State v. Pitchford*, Case No.2005-009CR. Mr. Raymond Baum, Esq. was assigned to the case prior to my involvement. After my appointment, strategic decisions related to the trial were made by me, with the exception of jury selection where Alison Steiner, who is also employed in my office assisted. The strategical decisions regarding any improprieties in the jury selection process, including making any challenges under *Batson v. Kentucky*, were left solely to her discretion. To my recollection, Ms. Steiner did not participate in any other portion of the trial, including the drafting of any post-trial motions. The failure on my part to raise any issues regarding *Batson v. Kentucky* in post-trial motions was not a strategical decision.

Ms. Steiner became lead counsel for Mr. Pitchford on the direct appeal when the record on appeal was tendered by the Clerk for examination pursuant to Rule 11. She was lead counsel for the record correction proceedings thereafter, and throughout the direct appeal, including on the Motion for Rehearing in the Mississippi Supreme Court and through the denial of Pitchford's Petition for Writ of Certiorari to the United States Supreme Court.

I was not properly prepared for Mr. Pitchford's trial when it began on or about February 6, 2006. I had worked on at least nine (9) other capital cases while I was also working on Mr. Pitchford's case

Page 1 of **4**

prior to his trial. One of those cases was scheduled for trial on January 23, 2006. It was finally resolved when the defendant pled guilty on January 17, 2006.

There was more fact investigation that needed to be done on Mr. Pitchford's case. Also, the mitigation investigation for Mr. Pitchford was incomplete, and I did not feel like the mitigation investigation that had been done was as thorough as it should have been. I found out at the last minute before the trial began that Mr. Pitchford had other family members that we had not contacted or been able to talk to. Also, I was unaware of Mr. Pitchford's abusive home life and drug use.

I had also only received the January 26, 2006 report of the Mississippi State Hospital regarding its evaluation of Mr. Pitchford several days prior to trial. I disagreed with many of the findings in the report, but at the time I had no defense expert who had evaluated Mr. Pitchford.

Because I knew I was not properly prepared to go to trial in Mr. Pitchford's case, I filed a motion for a continuance which was denied. I also filed an interlocutory appeal with the Mississippi Supreme Court in an attempt to get a continuance but it was also denied.

I was not prepared to present an opening statement at the sentencing phase of the trial. I attempted to prepare an opening statement while my co-counsel, Raymond Baum was questioning the last witness presented by the State.

During the guilt phase jury-instruction conference, I had not read through the instructions presented. I filed boiler-plate instructions simply to meet the courts filing deadline. I was attempting to review the jury instructions while the jury-instruction conference was being held. Some of the instructions were not germane to the evidence presented during the course of the trial.

I was aware that the issue of Mr. Pitchford's competency had been raised by my co-counsel Raymond Baum. I was also aware that the trial court ordered an evaluation by the Mississippi State Hospital upon agreed order of all parties. I understood that a competency hearing and a determination of competency must be made on the record in accordance with Uniform County and Circuit Court Rule 9.06. I failed to ensure that a competency hearing was held or that a finding of competency was made on the record. This failure was not a strategic trial decision.

Page **2** of 4

A few days before Mr. Pitchford's trial began, I hired Dr. Rahn K. Bailey, a board certified forensic psychiatrist, from Texas to conduct a mental evaluation of Mr. Pitchford. He conducted his evaluation of Mr. Pitchford on or about February 4, 2006. I drove him from the airport in Jackson, Mississippi to the jail in Grenada County, Mississippi where Mr. Pitchford was housed, and I also drove him back to the airport in Jackson.

Dr. Bailey's report was not finished prior to trial, and I only received it shortly before the guilt phase of the trial was completed. As soon as I received Dr. Bailey's report, I turned a copy of it over to the District Attorney's Office prosecuting Mr. Pitchford. I found out a few minutes later that Dr. Bailey could not be present to testify at Mr. Pitchford's trial because he was under subpoena in another court in Texas. At that point, I did not pay much attention to the report because I was trying to get ready for the sentencing phase of the trial which was to begin the next morning. I do not recall if I even read the report because Dr. Bailey told me he was going to be unable to appear to testify in Mr. Pitchford's case on February 9, 2006.

I was unaware that Dr. Bailey's report found that Mr. Pitchford was not competent to stand trial or assist in his defense. I did not put Dr. Bailey under subpoena while he was in Mississippi evaluating Mr. Pitchford prior to trial. There was no trial strategy involved in my failing to subpoena Dr. Bailey. I simply failed to do it. There was no trial strategy involved when I failed to make a record of the in-chambers discussions regarding the unavailability of Dr. Bailey. I just did not think about making sure there was a proper record of those discussions. There was also no trial strategy involved when I did not make a proffer of what Dr. Bailey's testimony would have been had he testified or have his report entered into evidence. I simply did not think to do it. If I would have thought about it, I certainly would have made a proffer of Dr. Bailey's testimony or had his report entered into evidence in an attempt to preserve the record for appeal.

I do not recall having an in-chambers conversation with Judge Loper and his law clerk Adam Hopper the day the sentencing phase of Mr. Pitchford's trial began, and I certainly do not recall telling them that Dr. Bailey was available and I was simply choosing not to call him. If I did tell them that, it

Page 3 of 4

App.0665

was not based on trial strategy because I still wanted Dr. Bailey to testify. In fact, after Drs. McMichael and Lott were released from their subpoenas in open court later that morning, I told the trial court on the record that I had intended to call Dr. Bailey but he could not be present because of another obligation in Texas.

Further affiant sayeth not.

RAY CHARLES CARTER

SWORN TO AND SUBSCRIBED before me, this the ___15th___ day of September, 2011.

NOTARY PUBLIC

JULIE ELAINE JOHNSON

My Commission Expires:

Oct. 28, 2013

Page 4 of 4

App.0666

# AFFIDAVIT OF TRACY KRAUSE

State of Mississippi
County of Hinds

I, Tracy Krause, after being duly sworn, depose and state the following:

1.  I am over the age of 18, competent to testify to the truth of the matters set forth herein.

2.  On Saturday, July 16th, 2011 and Sunday, July 17th, 2011, I was present during the interview of Andrea Richardson, a juror in the trial of Terry Pitchford.

3.  Richardson stated that she knew Mr. Britt's nephew, Tim McDaniels. McDaniels did a lot of plumbing work on her house because she had constant plumbing problems. Richardson stated that she knew McDaniels quite well.

4.  Before the trial commenced but after the jury selection process had begun, Richardson saw Tim McDaniels in the hallway outside the courtroom. Surprised to see him, Richardson greeted him and asked him what he was doing there. McDaniels replied that the case was about the murder of his uncle.

5.  Richardson also stated that she knew McDaniels' daughter, Misty McDaniels Montgomery. Both McDaniels and his daughter were present for part of the trial.

6.  Richardson also knew Malcolm Grant, who is in the plumbing business with McDaniels and did work for McDaniels on her house. Malcom grant is married to one of the Britts, according to Richardson. Richardson stated that she found the evidence Grant provided to be very compelling (Grant cleaned up the store after the homicide and found the clock which had stopped at an exact time – this is how the jurors knew Mr. Britt's time of death).

App.0667

7.     Richardson stated that the defense attorney did a poor job, that he was unprofessional, and did not come across prepared.   Richardson also stated that the defense attorney's thick accent was hard to understand, that he spoke with "Ebonics," and that his voice was very "irritating."   Richardson stated that she wished she heard more from the white lawyer, who was more "aristocratic" and articulate.   Richardson qualified her statements, assuring us she did not mean them in a racist way.

8.     Richardson stated that during the trial she smoked cigarettes with the foreman. They discussed young people and responsibility and found they shared similar feelings on how to discipline them.

9.     As to jury deliberations during the sentencing phase, Richardson stated that the jury was not unanimous at first.

10.     At some point, according to Richardson, the foreman emphasized how Pitchford's mother failed to beg for his life.

11.     According to Richardson, the jurors studied all the laws and the laws authorized the death penalty.   Then before leaving deliberations the jurors all held hands and prayed.

12.     Richardson stated that the jurors saw the victim's family outside the court room three times.   Twice the family at dinner at the same restaurant as the jurors and once the jurors saw the family in their hotel.   Richardson did not think they were immediate family but the jurors recognized them and commented on their presence.


FURTHER AFFIANT SAYETH NOT.

TRACY KRAUSE

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this _5th_

day of _August_____, 2011.

_____
NOTARY PUBLIC

My Commission Expires: _____.

App.0669

09/22/2011 16:45 5106449718 FEDEX OFFICE 5145 PAGE 01/04





**FedEx Office.**℠

FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Date 9/22/11

Number of pages 4 (including cover page)

**To:** Jackie Johnson

**From:**

Name _____

Name Tracy Kravac

Company MS Capital Post-Conviction

Company _____

Telephone _____

Telephone 415 335 8038

Fax 601 359 5050

Comments Hi Jackie. I included my receipt from the Notary. Hopefully they can send a check to my house. The original copy should arrive around 10:30 am.

7 90363 00711 1 — **Fax - Local Send**

7 90363 00714 2 — **Fax - Domestic Send**

7 90363 00720 3 — **Fax - International Send**

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2009 FedEx. All rights reserved. Products, services and hours vary by location. 610.0P00.009 SEP.09

22705

App.0670

## AFFIDAVIT OF TRACY KRAUSE

State of California
County of Alameda

I, Tracy Krause, after being duly sworn, depose and state the following:

1. I am over the age of 18, competent to testify to the truth of the matters set forth herein.

2. I am a 2nd year law student at the University of Berkeley School of Law.

3. During the summer of 2011, I served as an intern with Mr. David Voisin, Esq. as part of an internship program. At the request of counsel for Terry Pitchford, I assisted in interviewing several people who served as jurors in Mr. Pitchford's capital trial. I went with Alana Kopke another student interning with Mr. Voisin.

4. One of the jurors whom I interviewed was Andrea Richardson. The interview took place on Saturday, July 16th, 2011 and Sunday, July 17th, 2011.

5. Ms. Richardson stated that she knew Mr. Britt's nephew, Tim McDaniels. She stated that Mr. McDaniels did a lot of plumbing work on her house because she had constant plumbing problems. Ms. Richardson stated that she knew Mr. McDaniels quite well.

6. Ms. Richardson further stated that before the trial commenced but after the jury selection process had begun, Ms. Richardson saw Mr. McDaniels in the hallway outside the courtroom. Surprised to see him, Ms. Richardson greeted him and asked him what he was doing there. Mr. McDaniels replied that the case was about the murder of his uncle.

7. Ms. Richardson also stated that she knew Mr. McDaniels' daughter, Misty McDaniels Montgomery. Both Mr. McDaniels and his daughter were present for part of the trial.

1

8. Ms. Richardson also stated she knew Mr. Malcolm Grant, who is in the plumbing business with Mr. McDaniels and did work for Mr. McDaniels on her house. Mr. Grant is married to one of the Britts, according to Ms. Richardson.

9. Ms. Richardson stated that the jurors saw the victim's family outside the courtroom three times. Twice the jurors saw the family at dinner at the same restaurant. The jurors noticed the family dining next to them at least once. Some of Mr. Britt's family members were staying at the same hotel as the jurors. While the jurors were waiting to be picked up they were all together in the lobby at least once. The jurors recognized them and commented on their presence. This is confirmed in the notes that Ms. Richardson allowed us to copy.

10. Ms. Richardson was asked to sign an affidavit but declined to include this information. Instead she supplied her own written statement and selected notes from her trial notes.

FURTHER AFFIANT SAYETH NOT.

TRACY KRAUSE                    9/22/11

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this _22 ND_

day of _SEPTEMBER_____, 2011.

NOTARY PUBLIC



GIOVANNY COLIN-GARCIA
COMM. # 1915218
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
My Comm. Exp. Dec. 04, 2014

My Commission Expires: _DEC, 04, 2014_____.

2

App.0672

We offer all the services you need
to keep your business going.

001 000003 (011)
Notary                                        TO $ 10.00

                                   SubTotal    $ 10.00
                                      Total    $ 10.00

ACCOUNT NUMBER *                       VISA  $ 10.00
Appr Code:   (S) Sale        *****X******4052

Receipt ID 8325563217902988Q309 001 Items
CSH: giovanny          Tran: 3423 Reg: 001

Thank you for visiting our store.
    Please come back again soon.

Whatever your business and personal
    needs, we are here to serve you.

         ENTER FOR A CHANCE TO
              WIN $1000

       We value your feedback
To enter please complete the customer
     satisfaction survey located at:

       www.theupsstore.com/survey

   For official rules and Terms and
 Conditions go to www.theupsstore.com
 and click on the Customer Experience
              Survey link

Please Reimburze.

Tracy Krause
2449 Dwight - Way
#22

Berkeley, CA  94704

App.0673

STATE OF MISSISSIPPI
COUNTY OF HINDS

### AFFIDAVIT OF VERONICA DORSEY

Personally appeared before me, the undersigned authority in and for the county and state aforesaid, Veronica Dorsey, who after having been duly sworn, started as follows

1.  My name is Veronica Dorsey. I am over 21 years of age and have personal knowledge of the facts set forth herein.

2.  DeShawn, Terry, Perry and I share the same mother.

3.  Jessica Brown is my daughter; however, she was raised in the same household as my brothers and me as my sister. Neither Terry, Perry nor Jessica was aware of this until recently.

4.  Our mother never encouraged DeShawn, Terry, Perry or Jessica to do well in school. On the contrary, she would tell them that they were not any good, that they were slow, and would never amount to anything because they were too thick headed.

5.  Homework was not encouraged to be done.

6.  Mother would "plant seeds and repeat over and over that you too slow to get that math. You too slow to read."

7.  My mother married James Pitchford when I was about 6 or 7 years old.

8.  He spent more time with us than my mother did.

9.  When I was about 10 years old, James started giving all of us "vitamins" when we came home from school. I did not realize it for some time, but the vitamins always made me sleepy. I finally figured out that the vitamins were sleeping pills. All four of us would be knocked out each evening.

10. My mother would fuss at us because we would be sleeping all evening.

11. My mother would go off and start throwing whatever she could get her hands on. "If her aim was good that night, we would get hit."

12. My mother was very mean. She threw a mason jar at me. I was cut from it. Instead of taking me to the doctor, my mother stitched it up herself.

13. My mother threw a can of spray starch at Terry and busted his head open. Perry was hysterical and called me. I met Terry and Perry at the hospital to tell them what to say so my Mother would not be investigated.

Page **1** of **2**

14.     My mother and James would fight.  Sometimes the police would be called.

15.     My mother was good at provoking James to rage.  She was also good at doing the same thing to Terry.  Perry would withdraw and hide.

16.     After James's death, my mother quickly remarried.  She married a man named Louis Jackson.

17.     Louis Jackson drank a lot.  My mother and Louis would fight.  Sometimes the police would be called but her mother would never tell the police that she provoked and started the fights.

18.     Louis never hit any of us.  However, Mother would get worked up and take it out on Terry.  Terry would take everything that she dished out.  He would be clueless.  Everybody else would get out of the way.

19.     Terry just didn't get things, like the rest of us could understand things.  Terry could not process what was happening.

20.     We were all taught to protect Mother's image of a perfect mother, perfect bus driver, and perfect nursing assistant.

21.     Our mother taught us our role.  We were a black family living in a white community.  We were taught never to look at a white person straight on.

22.     Terry lived with me in Jackson for a year.  He attended Capital City Alternative School for a brief time period.  While there Terry was bullied. I did not intervene because I felt it was my mother's responsibility to handle problems at school.

23.     If I had been asked to testify, I would have been willing to do so.

        Further affiant sayeth not.

                                        _Veronica Dorsey_
                                        VERONICA DORSEY


        SWORN TO AND SUBSCRIBED before me, this the ___6th___ day of September,
2011.

                                        _Pamela Hannah_
                                        NOTARY PUBLIC

My Commission Expires:

_May 19, 2015_

                        Page 2 of 2

STATE OF MISSISSIPPI
COUNTY OF HINDS

### AFFIDAVIT OF VERONICA DORSEY

Personally appeared before me, the undersigned authority in and for the county and state aforesaid, Veronica Dorsey, who after having been duly sworn, started as follows

1. My name is Veronica Dorsey. I am over 21 years of age and have personal knowledge of the facts set forth herein.

2. DeShawn, Terry, Perry and I share the same mother.

3. Jessica Brown is my daughter; however, she was raised in the same household as my brothers and me as my sister. Neither Terry, Perry nor Jessica was aware of this until recently.

4. Our mother never encouraged DeShawn, Terry, Perry or Jessica to do well in school. On the contrary, she would tell them that they were not any good, that they were slow, and would never amount to anything because they were too thick headed.

5. Homework was not encouraged to be done.

6. Mother would "plant seeds and repeat over and over that you too slow to get that math. You too slow to read."

7. My mother married James Pitchford when I was about 6 or 7 years old.

8. He spent more time with us than my mother did.

9. When I was about 10 years old, James started giving all of us "vitamins" when we came home from school. I did not realize it for some time, but the vitamins always made me sleepy. I finally figured out that the vitamins were sleeping pills. All four of us would be knocked out each evening.

10. My mother would fuss at us because we would be sleeping all evening.

11. My mother would go off and start throwing whatever she could get her hands on. "If her aim was good that night, we would get hit."

12. My mother was very mean. She threw a mason jar at me. I was cut from it. Instead of taking me to the doctor, my mother stitched it up herself.

13. My mother threw a can of spray starch at Terry and busted his head open. Perry was hysterical and called me. I met Terry and Perry at the hospital to tell them what to say so my Mother would not be investigated.

14. My mother and James would fight. Sometimes the police would be called.

Page **1** of **2**

15.    My mother was good at provoking James to rage.  She was also good at doing the same thing to Terry.  Perry would withdraw and hide.

16.    After James's death, my mother quickly remarried.  She married a man named Louis Jackson.

17.    Louis Jackson drank a lot.  My mother and Louis would fight.  Sometimes the police would be called but her mother would never tell the police that she provoked and started the fights.

18.    Louis never hit any of us.  However, Mother would get worked up and take it out on Terry.  Terry would take everything that she dished out.  He would be clueless.  Everybody else would get out of the way.

19.    Terry just didn't get things, like the rest of us could understand things.  Terry could not process what was happening.

20.    We were all taught to protect Mother's image of a perfect mother, perfect bus driver, and perfect nursing assistant.

21.    Our mother taught us our role.  We were a black family living in a white community.  We were taught never to look at a white person straight on.

22.    Terry lived with me in Jackson for a year.  He attended Capital City Alternative School for a brief time period.  While there Terry was bullied. I did not intervene because I felt it was my mother's responsibility to handle problems at school.

23.    I testified during the sentencing phase of Terry's trial.  I only knew a couple of hours before hand that I would be required to testify.

24.    I was not prepared by trial counsel prior to my testimony.

Further affiant sayeth not.

*Veronica Dorsy*
VERONICA DORSEY

SWORN TO AND SUBSCRIBED before me, this the ____13th____ day of September, 2011.

*Pamela Hannah*
NOTARY PUBLIC

My Commission Expires:

*May 19, 2015*

STATE OF MISSISSIPPI
PAMELA D. HANNAH
ID No
85181
NOTARY PUBLIC
Comm Expires
May 19, 2015
HINDS COUNTY

Page **2** of **2**

App.0677

**STATE OF MISSISSIPPI**

**COUNTY OF HOLMES**

### AFFIDAVIT OF PATRICK JONES

I, Patrick Jones, after being duly sworn, depose and state the following:

1. I am over the age of twenty-one (21) and I am competent to give this affidavit and to testify regarding the matters in this affidavit.

2. I currently reside at 570 Mileston Road, Tchula, Mississippi.

3. Terry Pitchford is my second cousin.

4. Because of family get-togethers, holidays and other visits, I saw Terry quite often from when he was very young up until a short time before his arrest.

5. Terry received guidance from his father. His death had a major impact on Terry's life, as he had always looked to him for direction.

6. Terry was a follower, easily impressed, easily manipulated and taken advantage of; and had a strong desire for acceptance by others.

7. While on a visit to Coffeeville, Mississippi, in 2003 or 2004, I witnessed one of Terry's so-called friends manipulate and influence him. Terry was impressed with this second person because he could rap and dance well. This confirmed my earlier concern that Terry was naïve and could be taken advantage of by others.

8. Terry never seemed very smart. He worked as a manual laborer because he was not capable of having a skilled labor type occupation.

9. In order for Terry to understand something, you would have to show him how to do it. Terry was slow in the sense that he did not seem to process information quickly or retain information easily.

10. During the Thanksgiving holidays one year when Terry was a teenager, Terry, some other family members and I were riding in a car together. I heard Terry speaking to himself very quietly. One of the other passengers asked Terry who he was talking to, and Terry became upset and defensive.

11. After being arrested, Terry did not seem to grasp the seriousness of the charge or the consequences that he might have to face at trial. Terry would have been completely dependent on his attorney because he was not smart enough to make decisions for himself regarding how to proceed with his case.

Further affiant sayeth naught.

PATRICK JONES

SWORN AND SUBSCRIBED before me, this 6ᵗʰ day of December 2013.

Notary Public

App.0678

## **AFFIDAVIT**

STATE OF MISSISSIPPI

COUNTY OF GRENADA

1. I am an adult, have not been convicted of a felony and have personal knowledge of the facts set forth herein.

2. My name is Marilyn Bibbs, and I am a citizen of Grenada County, Mississippi.

3. I have been a Licensed Practical Nurse (LPN) since 1978.

4. I am currently employed at the Grenada County Jail as an LPN.

5. I was also employed there as an LPN during the latter part of 2004 and the early part of 2005, and listened to Inmate Terry Pitchford on a number of occasions when he wanted to talk to someone; I did not have actual "full-blown" conversations with Terry, however, because I wanted to maintain a purely professional relationship with all inmates.

6. Based on my personal observations and interaction with Mr. Pitchford, I would describe him as being kind of slow—mentally delayed, but not retarded.

7. Based on some of his statements, Terry did not seem to understand the prospect of his potentially being executed for the crime he committed, if he did not accept the plea bargain which had been offered.

8. I would have spoken to the mental health professionals from the Mississippi State Hospital who were evaluating Mr. Pitchford if I had been asked to do so, but was never contacted by any of them.

9. I would have also testified on Mr. Pitchford's behalf at trial, but was never even interviewed, much less asked to testify.

10. Further, Affiant saith not.

_____
Marilyn Bibbs

SWORN TO AND SUBSCRIBED before me, this the 31st day of January, 2014.

_Pamela D. Hannah_
NOTARY PUBLIC

My Commission Expires:

_May 19, 2015_

App.0679

## AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF GRENADA

1. I am an adult, have not been convicted of a felony and have personal knowledge of the facts set forth herein.

2. My name is Tanisha Hollis Winters, and I am a citizen of Grenada County, Mississippi. .

3. I am currently employed at the Grenada County Jail as a correctional officer.

4. I was also employed there as a correctional officer during the latter part of 2004 and the early part of 2005, and observed Inmate Terry Pitchford on a number of occasions during that period of time.

5. Based on my dealings with Mr. Pitchford, he may have understood that a person sentenced to the death penalty could eventually be executed, but he not seem to grasp that "HE" could potentially receive it.

6. I heard Mr. Pitchford talking to himself on a number of occasions. While I do not mean to say that Mr. Pitchford had two different voices, his statements sounded like conversations wherein one person would make statements and another person would respond.

7. There were other occasions where Mr. Pitchford's behavior seemed odd. For example, once he asked for a drink of water, and when I brought him some a few minutes later, he seemed surprised that I was offering him water and turned it down.

8. I would have spoken to the mental health professionals from the Mississippi State Hospital who were evaluating Mr. Pitchford if I had been asked to do so, but was never contacted by any of them.

9. I would have also testified on Mr. Pitchford's behalf at trial, but was never even interviewed, much less asked to testify.

10. Further, Affiant saith not.

_(signature)_
TANISHA HOLLIS WINTERS

SWORN TO AND SUBSCRIBED before me, this the 4th day of ~~January~~ February, 2014.

_(signature)_
NOTARY PUBLIC

My Commission Expires:
May 19, 2015

App.0680

# INDICTMENT

THE STATE OF MISSISSIPPI
VERSUS
DANTRON MITCHELL

CAUSE NO. 2005-062 CR

INDICTMENT FOR THE OFFENSES OF:
COUNT I : SALE OF MARIHUANA(LESS THAN 30 GRAMS) § 41-29-139(a)(1)(b)(3)
COUNT II :SALE OF MARIHUANA (LESS THAN 30 GRAMS) § 41-29-139(a)(1)(b)(3)

THE STATE OF MISSISSIPPI
COUNTY OF GRENADA

## IN THE CIRCUIT COURT OF GRENADA COUNTY, JANUARY TERM 2005
### Grand Sworn and Empaneled January 10, 2005

The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of said county and state, elected, summoned, empaneled, sworn and charged to inquire in and for the county aforesaid, at the term aforesaid, of the court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that:

### COUNT I
### DANTRON MITCHELL

On or about the 24 TH day of August 2004, in Grenada County, Mississippi, and within the jurisdiction of this Court, did wilfully, unlawfully, feloniously and knowingly or intentionally sell, transfer, distribute, or deliver less than 30 grams of marihuana, a Schedule I controlled substance, to agent Terry Peeples, a human being, and did then and there receive therefor a sum of lawful United States money, in violation of MISS. CODE ANN. Section 41-29-139(a)(1)(b)(3), and against the peace and dignity of the State of Mississippi

### COUNT II
### DANTRON MITCHELL

On or about the 26 TH day of August 2004, in Grenada County, Mississippi, and within the jurisdiction of this Court, did wilfully, unlawfully, feloniously and knowingly or intentionally sell, transfer, distribute, or deliver less than 30 grams of marihuana, a Schedule I controlled substance, to agent Terry Peeples, a human being, and did then and there receive therefor a sum of lawful United States money, in violation of MISS. CODE ANN. Section 41-29-139(a)(1)(b)(3), and against the peace and dignity of the State of Mississippi

Endorsed: A True Bill

_____
Foreman of the Grand Jury

_____
Assistant District Attorney

FILED
APR 2 6 2005
Linda Barnett
Circuit Clerk

**FILED**
JAN 1 1 200
LINDA BARNETTE, CIRC App.0681
BY _____

Circuit Court-0022

# THE STATE OF MISSISSIPPI
## VS

Docket No

M05-U0770

### DANTRON MITCHELL
In the Municipal court of the
**City of Grenada ● Grenada County, Mississippi**

**AFFIDAVIT**
THE STATE OF MISSISSIPPI
COUNTY OF GRENADA
CITY OF GRENADA

Before me, JERRY MILLER, Clerk of the Municipal Court of the City of Grenada, Mississippi, GARRETT HARTLEY, makes oath that on or about the 25TH day of APRIL 2005, DANTRON MITCHELL, within the corporate limits of the City of Grenada, in Grenada, Mississippi, did willfully, unlawfully, KNOWINGLY AND feloniously posses WITH INTENT TO DISTBIPUTE a controlled substance, , APRIL 25, 2005, AT 365 HALLS RD.
Contrary to the laws of the state of Mississippi and / or ordinances of the City of Grenada, Mississippi.

_____, Signature

___GARRETT HARTLEY___, Name
Affiant
Subscribed and sworn to before me this _27_ day of __APRIL_, 2005_

_____, Clerk / D.C.

**To Wit** __POSSESSION OF CONTROLLED SUBSTANCE WITH INTENT 41-29-139(a)(1)(b)__

**JUDGEMENT**
On this, the _24_ day of _May_, 20_05_ at the required time of this court came the described cause to be heard and the defendant (with) (without) (through) counsel, and after hearing the evidence and argument, and after due consideration of the same, his court finds the defendant:
_____ Guilty
_____ Not Guilty
_____ Dismissed
_____ Remanded to the files
__✓__ Bound over to the Grand Jury
_____ Insufficient evidence to bind over to the Grand Jury of the offense charged in the complaint in this cause.
It is therefore ordered and adjudged by the court that the State of Mississippi for the use and benefit of the City of Grenada do have and recover of the defendant the sum of $_____, the fine assessed and all costs in the case incurred said fine and cost are to be paid:
_____ Immediately
_____ On or before _____, 20____
It is therefore ordered and adjudged by the court that the defendant in default of payment be committed to and remain in the custody of the chief of police of the City of Grenada until said fine and cost shall have been fully paid or otherwise discharged by law. It is further ordered and adjudged that execution issue for all of said fine and cost. It is further ordered and adjudged by the court that the defendant

_____, Judge, Municipal Court, City of Grenada, Mississippi

*Initial Hearing*
*Ct* *MAY 10 2005*

MAY 24 2005

MAY 03 2005

FILED
JUL 0 1 2008
LINDA BARNETTE CIRCUIT CLERK
BY _____ D.C.

RECEIVED
BY ____ DATE 5/25/05

App.0682

**POLICE DEPARTMENT**
**GRENADA**

**COMPLAINT NUMBER:** 2005041369

### ARREST REPORT

| NAME | | | | | | MAIDEN NAME | | | PHONE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DANTRON MITCHELL | | | | | | | | | | | |

| ADDRESS | | CITY | | STATE | | PREVIOUS ADDRESS | | | CITY | | STATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1726 HALLS RD | | GRENADA | | MS | | | | | | | |

| DOB | RACE | SEX | AGE | HEIGHT | WEIGHT | HAIR | SOCIAL SECURITY | DRIVERS LICENSE | ST | OCCUPATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-27-85 | B | M | 19 | 5'7" | 145 | BLK | 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 | NONE | | DOLL ROOFING |

| OFFENSE | STATUTE | DATE | TIME | LOCATION | OFFICERS |
|---|---|---|---|---|---|
| SALE OF C.S./POSS. OF C.S | | 4-25-05 | 1900 | 365 HALLS RD | HARTLEY/MILLER |
| OFFENSE | STATUTE | DATE | TIME | LOCATION | OFFICERS |
| POSS. OF C.S WITH INTENT | | 4-25-05 | 1900 | 365 HALLS RD | WHITFIELD |

| RIGHTS | DATE | TIME | COMPLAINANT | ADDRESS | PHONE |
|---|---|---|---|---|---|
| ☐ N/A ☐ NO ☑ YES | 04-27-05 | 1644 | G. HARTLEY | GPD | 226-1211 |

### NARRATIVE

NOTE FACTS OF ARREST NOT INCLUDED ABOVE

ON APRIL 25, 2005 DANTRON MITCHELL WAS PICKED UP FOR SALE OF CONTROLLED SUBSTANCE (MARIJUANA) , POSSESSION OF CORTROLLED SUBSTANCE WITH INTENT (MARIJUANA) AND POSSESSION OF CONTROLLED SUBSTANCE (CRACK COCAINE) AT 365 HALLS RD.  DANTRON WAS TRANSPORTED TO CSC AN HAD A INVESTIGATIVE HOLD PLACED ON HIM.  ON APRIL 27, 2005 DANTRON WAS CHARGED FOR THE 3 ABOVE CHARGES AND LEFT IN THE CUSTODY OF CSC.

| WITNESS | ADDRESS | PHONE |
|---|---|---|
| MILLER | GPD | 6-1211 |
| WITNESS | ADDRESS | PHONE |
| WHITFIELD | GPD | 6-1211 |

| OFFICER | BADGE | APPROVING SUPERVISOR | BADGE |
|---|---|---|---|
| G. Hartley | G 22 | James R. Carver | I-1 |

App.0683

2005-112CR

# American Bonding Agency II

60 First Street • Grenada, Mississippi 38901 • Telephone (662) 226-6060

_Circuit_ _____ Court              №: 4000

Appearance Bond

KNOW ALL MEN BY THESE PRESENTS THAT WHEREAS THE UNDERSIGNED PRINCIPAL

_Dantron Mitchell w/intent_ has been charged with

the offense of _Poss. of marji (felony), Sell of_

_marji_

in the court of _Circuit_ City of _Grenada_

County of _Grenada_ _____ State of Mississippi

Now therefore we undertake jointly and severally that said principal shall appear as required from day to day and term to term until discharged by law, in any court having jurisdiction in the matter, or if he shall fail to appear, we will pay the court in which the offense is alleged to have been committed.

The Sum of _Twenty Thousand_

_____ Dollars ($ _20,000⁰⁰_ )

Appear in court _27th_ day of _Jan_ 20 _04_

Witness our signatures this the _23rd_ day of _Sept._ 20 _04_

_Linda Mitchell_                   _Dantron Mitchell_
Indemnitor                              Principal

_____                          _Cleta Sides_
Indemnitor                          Attorney-n-Fact

_____                          **CLETA SIDES**
Indemnitor                      d/b/a American Bonding Agency II

_____                          Accepted By   **FILED**
Indemnitor

                                          JUL 0 1 2005

                                          Linda Barnette
                                          Circuit Clerk

**THE POWER IS VOID IF NOT USED BY:**

App.0684

Circuit Court-0062

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL DISTRICT
OF GRENADA, COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS

ERIC BULLIN AND
ANTONIO CONLEY

CAUSE NUMBER 2005-117(A)(B)CR

## CERTIFICATION

I, Linda Barnette, Clerk of the Circuit Court in and for said County and State, hereby certify that this is the true and correct file.

I, Linda Barnette, Circuit Clerk of Grenada County, Mississippi, have this the 25TH day of January , 2011 given to Mississippi Office Of Capital Post Conviction Counsel, the above papers being Two-Hundred and Twenty-One pages of the above styled and numbered cause.

Linda Barnette
Circuit Court Clerk
Grenada County, Mississippi

D.C.

App.0685

Circuit Court-00550

# INDICTMENT

THE STATE OF MISSISSIPPI
VERSUS
ERIC BULLIN and
ANTONIO CONLEY

CAUSE NO. 2005-117CR(A)(B)

INDICTMENT FOR THE OFFENSE OF:
MURDER      MCA § 97-3-19

THE STATE OF MISSISSIPPI
COUNTY OF GRENADA

### IN THE CIRCUIT COURT OF GRENADA COUNTY, JANUARY TERM 2005
### Grand Jury Recalled June 28, 2005

The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of said county and state, elected, summoned, empaneled, sworn and charged to inquire in and for the county aforesaid, at the term aforesaid, of the court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that:

### ERIC BULLIN and ANTONIO CONLEY

On or about **March 20, 2005**, while acting in concert with one another and/or while aiding, abetting, assisting or encouraging each other, in Grenada County, Mississippi, and within the jurisdiction of this Court, did unlawfully, wilfully and feloniously while in the commission of an act eminently dangerous to others and evincing a depraved heart, regardless of human life, although without any premeditated design to effect death, kill and murder **Kenneth Kendall**, a human being, **against the peace and dignity of the State of Mississippi.**

Endorsed: A True Bill

_____
Foreman of the Grand Jury

_____
Assistant District Attorney

**FILED**
JUL 0 1 2005
LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

Circuit Court-00551

App.0686

# IN THE JUSTICE COURT OF GRENADA COUNTY, MS:

## STATE OF MISSISSIPPI
### VS.

Eric Bullins

**CHARGE OF:** murder

THE ACCUSED HAVING BEEN BROUGHT BEFORE THE UNDERSIGNED JUSTICE COURT JUDGE OF GRENADA COUNTY, MS, FOR EXAMINATION OF SAID CHARGE AND HAVING BEEN ADVISED OF HIS/ HER CONSTITUTIONAL RIGHTS, AND DESIRED TO HAVE A PRELIMINARY HEARING AND HAVING HEARD TESTIMONY OF THE FOLLOWING NAMED WITNESSES TOUCHING ON SAID CHARGE:

Lecaurus Oliver MHP

A.C. Hankins

AND FOUND THAT THE SAID Eric Bullins SHOULD BE HELD TO AWAIT ACTION OF THE GRAND JURY AND (WAS COMMITTED TO JAIL) AND REQUIRED TO GIVE BAIL IN THE AMOUNT OF NO BOND FOR HIS/HER APPEARANCE BEFORE THE CIRCUIT COURT OF SAID COUNTY TO ANSWER TO THE CHARGE OF murder .

_____
JUSTICE COURT JUDGE

STATE OF MISSISSIPPI
COUNTY OF GRENADA
I, Jimmy Tallant , A JUSTICE COURT JUDGE OF SAID COUNTY DO CERTIFY THAT THE FOREGOING STATEMENT CORRECTLY REPRESENTS PROCEEDINGS TAKEN PLACE BEFORE ME ON THE 14 DAY OF April , 2005

_____
JUSTICE COURT JUDGE

REPRESENTED BY: Larry Maxey

```
                         GRENADA COUNTY JUSTICE    URT      9073763
  3/23/2005              JUSTICE COURT AFFIDAVIT            Page    1
   16:32:56              ID:    2895                        Pg-JCAFPA
```

===================================================================

Before me    BRENDA MULLEN _____

A Justice Court Clerk or Judge of GRENADA COUNTY JUSTICE COURT

        Came:    LECARUS OLIVER _____
     Address:    MHP INVESTIGATOR

                 JACKSON         MS

Who being first duly sworn, makes oath that:

                 ERIC BULLINS _____
                 INMATE CSC

                 GRENADA         MS

of said county, on or about the _20_ day of _March_____, 2005

    did willfully, unlawfully and feloniously by acting in
    concert with others with deliberate design kill and murder
    Kenneth Kendall, a human being and evincing a depraved
    heart by hitting and beating said Kenneth Kendall to death
    in Grenada Co. MS

To wit:  MURDER                     Statute:  97-3-19

against the peace and dignity of the State of Mississippi

                    Affiant: _Lecarus L. Oliver, B32_

Sworn to and subscribed before me, this 23 day of _March____, 2005

                    _Brenda Mullen JCC_
                    Justice Court Clerk / Judge

## Statement of Facts

Eric Bullins advised on March 21, 2005 that he and Antonio Conley assaulted Kenneth Kendall while in the Grenada Co. Jail because Kendall had stolen some tobacco from them. Bullins advised that during 7:30 p.m. Lockdown, in cell 11 on March 20, 2005, he punched Kendall as Conley stomped him. James Kinsey and Sajid Tyler advised they were in cell 11 during 7:30 Lockdown and witnessed Bullins and Conley assaulting Kendall. Kendall subsequently died from his injuries. The Provisional Report of Autopsy performed on Decedent Kenneth Kendall March 22, 2005 at 1945 showed the Type of Death to be Violent or Unnatural, the Cause of Death was Blunt Force Trauma of Head and the Manner of Death was Homicide.

*LeCann V. Olivis, B32 MBI*
Affiant

# IN THE JUSTICE COURT OF GRENADA COUNTY, MS:

## STATE OF MISSISSIPPI
## VS.

Antonio Conley

**CHARGE OF:** murder

THE ACCUSED HAVING BEEN BROUGHT BEFORE THE UNDERSIGNED
JUSTICE COURT JUDGE OF GRENADA COUNTY, MS, FOR EXAMINATION
OF SAID CHARGE AND HAVING BEEN ADVISED OF HIS/ HER
CONSTITUTIONAL RIGHTS, AND DESIRED TO HAVE A PRELIMINARY
HEARING AND HAVING HEARD TESTIMONY OF THE FOLLOWING
NAMED WITNESSES TOUCHING ON SAID CHARGE:

LeCarus Oliver MHP
A. C. Hankins MHP

AND FOUND THAT THE SAID Antonio Conley SHOULD BE HELD
TO AWAIT ACTION OF THE GRAND JURY AND (WAS COMMITTED TO
JAIL) AND REQUIRED TO GIVE BAIL IN THE AMOUNT OF $ 500,000 00
FOR HIS/HER APPEARANCE BEFORE THE CIRCUIT COURT OF
SAID COUNTY TO ANSWER TO THE CHARGE OF murder .

_____
JUSTICE COURT JUDGE

STATE OF MISSISSIPPI
COUNTY OF GRENADA
I, Jimmy Tallant A JUSTICE COURT JUDGE OF SAID
COUNTY DO CERTIFY THAT THE FOREGOING STATEMENT CORRECTLY
REPRESENTS PROCEEDINGS TAKEN PLACE BEFORE ME ON THE
_____ 14 _____ DAY OF _____ April _____ 2004

_____
JUSTICE COURT JUDGE

REPRESENTED BY: Jimmy Vance

Circuit Court-00555

84    4/18

App.0690

```
                                                                    9073764
3/23/2005           GRENADA COUNTY JUSTICE    JRT
-16:28:36           JUSTICE COURT AFFIDAVIT                          Page    1
                    ID:   2896                                      Pg-JCAFPA
```

===============================================================================

Before me    BRENDA MULLEN _____

A Justice Court Clerk or Judge of GRENADA COUNTY JUSTICE COURT

      Came:    LECARUS OLIVER _____
  Address:    MHP INVESTIGATOR

          JACKSON        MS

Who being first duly sworn, makes oath that:

          ANTONIO CONLEY _____
          INMATE CSC

          GRENADA        MS

of said county, on or about the _20_ day of _March____, 2005

    did willfully, unlawfully and feloniously by acting in
    concert with others with deliberate design kill and murder
    Kenneth Kendall, a human being and evincing a depraved
    heart by stomping, kicking and beating said Kenneth Kendall
    to death in Grenada Co. MS

To wit:  MURDER                    Statute:  97-3-19

against the peace and dignity of the State of Mississippi

        Affiant: _Lecarus W. Oliver, B32_

Sworn to and subscribed before me, this _23_ day of _March____, 2005

        _Brenda Mullen JCC_
        Justice Court Clerk / Judge

## Statement of Facts

Eric Bullins advised on March 21, 2005 that he and Antonio Conley assaulted Kenneth Kendall while in the Grenada Co. Jail because Kendall had stolen some tobacco from them. Bullins advised that during 7:30 p.m. Lockdown, in cell 11 on March 20, 2005, he punched Kendall as Conley stomped him. James Kinsey and Sajid Tyler advised they were in cell 11 during 7:30 Lockdown and witnessed Bullins and Conley assaulting Kendall. Kendall subsequently died from his injuries. The Provisional Report of Autopsy performed on Decedent Kenneth Kendall March 22, 2005 at 1945 showed the Type of Death to be Violent or Unnatural, the Cause of Death was Blunt Force Trauma of Head and the Manner of Death was Homicide.

*LeCann V. Olivis, B32 MBI*

Affiant



---

CAPIAS                                CAUSE NUMBER **2005-117CR(A)**

---

THE STATE OF MISSISSIPPI
     GRENADA COUNTY
TO THE SHERIFF OF SAID COUNTY-GREETINGS

     We command you to take the body of **ERIC BULLIN** if to be found in your County, and him safely keep so that you have his body before the Honorable Circuit Court of Grenada County, in said State to be holden at Court House thereof, in the town of Grenada on **TUESDAY, JULY 5, 2005 AT 10:00 AM,** then and there to answer unto the State of Mississippi, on a charge of **MURDER MCA §97-3-19** by information filed in the said Court at the JULY Term A.D. 2005, thereof.

     Herein fail not, and have then and there this writ, with the manner you have executed the same.

     Given under my hand and seal of the Court, and issued this the 1ST day of JULY, A.D., 2005.

                             Linda Barnette, Circuit Clerk

                             _____DC

FILED
JUL 0 5 2005
LINDA BARNETTE CIRCUIT CLERK
BY_____D.C.

Circuit Court-00558

App.0693



| CAPIAS | CAUSE NUMBER **2005-117CR(B)** |
|---|---|

THE STATE OF MISSISSIPPI
      GRENADA COUNTY
TO THE SHERIFF OF SAID COUNTY-GREETINGS

      We command you to take the body of **ANTONIO CONLEY** if to be found in your County, and him safely keep so that you have his body before the Honorable Circuit Court of Grenada County, in said State to be holden at Court House thereof, in the town of Grenada on **TUESDAY, JULY 5, 2005 AT 10:00 AM,** then and there to answer unto the State of Mississippi, on a charge of **MURDER MCA §97-3-19** by information filed in the said Court at the JULY Term A.D. 2005, thereof.

      Herein fail not, and have then and there this writ, with the manner you have executed the same.

      Given under my hand and seal of the Court, and issued this the 1ST day of JULY, A.D., 2005.

                           Linda Barnette, Circuit Clerk

                           _____ DC

FILED

JUL 0 5 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

Circuit Court-00559

App.0694

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                    CAUSE NO. _2005- 117 (A)

ERIC BULLIN,
DEFENDANT

## MOTION FOR DISCOVERY UNDER
## RULE 9.04 OF THE UNIFORM CIRCUIT AND COUNTY COURT RULES

COMES NOW the Defendant, Eric Bullin, by and through his counsel of record, the undersigned, and respectfully moves this Honorable Court pursuant to Rule 9.04 of the Uniform Circuit and County Court Rules, for entry of an order requiring the State to produce or permit the Defendant to inspect, copy, and photograph the following, to wit:

1.    Written or recorded statements of confession, including tapes, transcripts, summations or paraphrases of any and all statements made by the Defendant, or copies thereof within the possession, custody and control of the State, the existence of which is known or by the exercise of due diligence may become known to the State.

2.    The substance of any statements, oral or recorded, which the State intends to offer in evidence at the trial which were made by the Defendant, whether before or after arrest, in response to interrogation by any person then known to said Defendant or to the State Agent.

FILED

JUL 0 7 2005

_____ Barnett
Circuit Clerk

Circuit Court-00560

App.0695

3. Copies of prior criminal records of the Defendant or any co-defendants and any witnesses referred to in the preceding paragraph, as is within the possession, custody or control of the State, the existence of which is known or by the exercise of due diligence may become known to the State.

4. To produce for Defendant's inspection, copying or photographing any and all results or reports of physical examinations, search warrants, scientific tests or experiments, or copies thereof made in connection with the within case, which are within the possession, custody or control of the State.

5. To permit Defendant to inspect and copy or photograph any evidence of a tangible nature relative to the indictment, including but not limited to such books, papers, documents, photographs, tangible objects, buildings, or places, in the possession, custody or control of the State or which the State intends to offer into evidence in this case.

6. Any evidence or information in the possession, custody or control of the State or which may become known or which through due diligence may be learned from the investigating officers or witnesses in the case which is favorable to the Defendant or will be of significant benefit to the Defendant in preparation for trial, including, but not limited to:

a. All documents, books, papers, letters, packages, bags, tangible objects, or portions of copies thereof, favorable to the Defendant.

b. Names and addresses of any and all prosecution witnesses known to the State who might give information or testimony favorable to the Defendant.

c. Names and addresses of any and all potential State witnesses whom Defendant might be required to cross-examine in a trial.

d. Names and addresses of any and all persons who have knowledge of this case.

7. To furnish the Defendant with a copy of all written and recorded statements relative to this case of any and all persons whom the State plans to call as witnesses, together with the criminal record, if any, of such witnesses.

8. Statements of all persons who have been interviewed by an agent of the State in connection with the subject matter of this cause and whom the State presently does not intend to call to trial.

9. The memoranda or summaries of any oral statement made by any person subject to being called as a witness for the State on its case in chief to an agent of the State in connection with the subject matter of this case.

10. A list of any items secured by and through search and seizure in connection with the investigation of this case and a copy of the search warrant or warrants.

11. Any documents, books, papers and objects obtained by the Grenada County or other law enforcement authorities in any manner other than by way of due process.

Circuit Court-00562

12.     Any and all information of whatever form, source or nature which tends to exculpate the Defendant whether by indicating his innocence or impeaching the credibility of a potential State witness under the rule of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).

13.     A copy of that portion of the grand jury testimony relative to the Defendant and that portion by any person whom the State intends to call at trial.

14.     The names and addresses of any persons or parties alleged to have overheard statements made by or to Defendant or any other person relative to the charges made against Defendant.

15.     Any reports, statements, or opinions of experts, written, recorded or otherwise preserved, made in connection with the particular case and the substance of any oral statement made by any such expert;

16.     To itemize and indicate with particularity wherein the State has recovered any and all evidence and state what evidence, if any, is from the private premises of the Defendant.

17.     To inform the Defendant, or his attorney, whether the State intends to utilize at trial evidence obtained by means of wiretaps or any other form of electronic surveillance, and, if so, the substance of such evidence and the manner in which it was obtained.

18.     Defendant requests that, in the event the State discovers additional evidence or material previously requested or ordered, which is subject to discovery or inspection, whether discovered prior to or during trial, the District Attorney promptly notify the attorney for Defendant of the existence of such additional material or evidence.

The Defendant prays that such information be delivered to him sufficiently in advance of trial so that he may appraise the same and so that he may know in what way to exercise his constitutional rights to secure attendance of witnesses, what evidence to subpoena and to make whatever proper defense is available to him in light of the discovery requested herein.

Respectfully submitted,

ERIC BULLIN

By: _____
WILLIAM L. MAXEY, Attorney for Defendant
P.O. Box 5010
Grenada, Ms. 38901
(662)226-4080
State Bar #1947

## CERTIFICATE OF SERVICE

I, William L. Maxey, counsel of record for the Defendant in the foregoing numbered cause, do hereby certify that I have this day mailed, via United States mail, postage pre-paid, a true and correct copy of the above and foregoing Motion for Discovery to the Honorable Doug Evans, District Attorney, P.O. Box 1262, Grenada, Mississippi 38902-1262.

THIS the ____6____ day of July, 2005.

_____
WILLIAM L. MAXEY
42 North Main Street
P. O. Box 5010
Grenada, MS 38901
(662) 226-4080
Mississippi State Bar No. 1947

FILED

JUL 0 7 2005

Linda Barnette
Circuit Clerk

Circuit Court-00565

App.0700

**THE STATE OF MISSISSIPPI**

**GRENADA COUNTY**

**SUBPOENA REQUEST**

*changed per Margie 7/7/05*

**STATE OF MISSISSIPPI**                    **CAUSE NO. 2005-017A &B-CR**
                                           *117*
**VS:**                                    *Wednes.*
**ERIC BULLIN** (B) **and**                **Date Set:**   08-10-05
**ANTONIO CONLEY** (B)                     **Time Set:**   8:30 A. M.

**TO THE CIRCUIT CLERK OF GRENADA COUNTY, MISSISSIPPI:**

**YOU ARE HEREBY DIRECTED TO ISSUE SUBPOENAS FOR THE FOLLOWING WITNESSES IN THE ABOVE STYLED CASE TO GIVE EVIDENCE ON BEHALF OF THE STATE OF MISSISSIPPI.**

**KEN TURNER, % GRENADA POLICE DEPT., GRENADA, MS 38901**
**CHRIS BROWN, %GRENADA POLICE DEPT., GRENADA, MS 38901**
**REGGIE WOODALL, %GRENADA POLICE DEPT., GRENADA, MS 38901**
**JAMES CARVER, %GRENADA POLICE DEPT., GRENADA, MS 38901**
**MARK WOODS, %GRENADA CO. JAIL, GRENADA, MS 38901**
**SASHA MONON,    %GRENADA CO. JAIL, GRENADA, MS 38901**
**DR. STEPHEN HAYNES, 1700 W. GOVERMENT, BRANDON, MS,   FAX #601-591-5055**

**PLEASE type on each subpoena for witnesses to call the DA's Office at 226-8545 or 226-4849  prior to date set to verify that the time for appearance is unchanged,**

Issued this the __7th__ day of July, 2005.

*Margie Scruggs*

**Clyde Hill  by Margie Scruggs**

FILED

JUL 0 7 2005

Juba Barnette
Circuit Clerk

Circuit Court-00566

App.0701

## THE STATE OF MISSISSIPPI

### GRENADA COUNTY

### SUBPOENA REQUEST

*changed for margie 7/7/0*

**STATE OF MISSISSIPPI**

**CAUSE NO. 2005-~~017~~A &B-CR** ●117CR

**VS:** (N)
**ERIC BULLIN and**
**ANTONIO CONLEY(Ø)**

**Date Set:** 08-10-05

**Time Set:** 8:30 A. M.

**TO THE CIRCUIT CLERK OF GRENADA COUNTY, MISSISSIPPI:**

**YOU ARE HEREBY DIRECTED TO ISSUE SUBPOENAS FOR THE FOLLOWING WITNESSES IN THE ABOVE STYLED CASE TO GIVE EVIDENCE ON BEHALF OF THE STATE OF MISSISSIPPI.**

**SAJID TYLER, 388 HARVEY STREET, GRENADA, MS 38901**
**JAMES KINSEY, 1395 PINE, GRENADA, MS 38901**
**RUSSELL MONTAGUE, 209 SOUTH 29TH AVE., #101, HATTIESBURG, MS 39401**
**CLINT TODD, (IN FEDERAL CUSTODY, )**
**PAUL WILKERSON, % MS. CRIME LAB, JACKSON, MS, FAX #601-987-1615**
**STACY SMITH, %MS. CRIME LAB, JACKSON, MS, FAX #601-987-1615**
**LT. A. C. HANKINS, % MS. HWY. PATROL, GREENWOOD, MS 38930**
**LACARUS OLIVER, % MHP, GREENWOOD, MS 38930**
**EDNA STEWART, % GRENADA COUNTY JAIL, GRENADA, MS 38901**
**ARTHUR MERRITT, % GRENADA COUNTY JAIL, GRENADA, MS 38901**
**SYLVIA WHITLEY, %GRENADA COUNTY JAIL, GRENADA, MS 38901**
**ALTON STRIDER, % GRENADA CO. SHERIFF'S DEPT., GRENADA, MS 38901**
**ADAM EUBANKS, %GRENADA CO. SHERIFF'S DEPT., GRENADA, MS 38901**

**PLEASE type on each subpoena for witnesses to call the DA's Office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged,**

**Issued this the ___7th___ day of July, 2005.**

*Margie Scruggs*

**Clyde Hill by Margie Scruggs**

FILED

JUL 0 7 2005

Linda Barnette
Circuit Clerk

Circuit Court-00567

App.0702

**Subpoena-Criminal**            **2005-117CR (A) & (B)**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **EDNA STEWART, % GRENADA COUNTY JAIL, GRENADA, MS. 38901** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to:

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

JUL 1 1 2005

Circuit Court-00568

App.0703

---

## Subpoena-Criminal                          2005-117CR (A) & (B)

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **MARK WOODS, % GRENADA CO. JAIL, GRENADA, MS. 38901,** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to:

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

App.0704

---

**Subpoena-Criminal**                                                  **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **SYLVIA WHITLEY, % GRENADA COUNTY JAIL, GRENADA, MS. 38901** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *Sylvia Whitley*
*II* day of *July* *2005*
*Shenna Mann 5:30*

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

Circuit Court-00570

---

**Subpoena-Criminal**                                   **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County--GREETINGS

We command you to summon   **REGGIE WOODALL, % GRENADA POLICE DEPT.,
GRENADA, MS. 38901,** to be found in our county, to be and personally appear before the Honorable
Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA,
MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of
said term, and from day to day of each term, until discharged by said court, to give evidence in a certain
case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and
ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *Reggie Woodall*

*11 day of July 2005*
*Byron Snyder : 5070*

By:_____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that
the time for appearance is unchanged.**

FILED

JUL 1 1 2005

Linda Barnette
Circuit Clerk

Circuit Court-00571

---

**Subpoena-Criminal**                                    **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **KEN TURNER, % GRENADA POLICE DEPT., GRENADA, MS. 38901,** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN AND ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *Ken Turner*
*July @ 2005*
*Jewel Ham 5020*

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: *Della Yeoman* DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

JUL 1 1 2005

Linda B....
Circuit Clerk

Circuit Court-00572

App.0707

| | |
|---|---|
| **Subpoena-Criminal** | **2005-117CR (A) & (B)** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **ARTHUR MERRIT, % GRENADA COUNTY JAIL, GRENADA, MS. 38901** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to:
_Arthur Merrit_
_11 day of July @ 2005_
_John Mann S-70_

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

JUL 1 1 2005

Circuit Court-00573

App.0708

**Subpoena-Criminal**                                 **2005-117CR (A) & (B)**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **CHRIS BROWN, % GRENADA POLICE DEPT., GRENADA,
MS. 38901,** to be found in our county, to be and personally appear before the Honorable Circuit Court,
to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on
**WEDNESDAY, AUGUST 10TH,** 2005 at **8:30 A.M.** and to attend from day to day of said term,
and from day to day of each term, until discharged by said court, to give evidence in a certain case in said
Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO
CONLEY** are the **Defendants** on the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

• I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *CHRIS BROWN*

*8 ... JULY @ 2005*

*OX with SOIS*

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _Sheila Yeoman_ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that
the time for appearance is unchanged.**

FILED

JUL 1 1 2005

*...*
*...*

Circuit Court-00574

App.0709

| | |
|---|---|
| **Subpoena-Criminal** | **2005-117CR (A) & (B)** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **JAMES CARVER, % GRENADA POLICE DEPT., GRENADA, MS. 38901,** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

*I have this day personally executed the within subpoena by delivering a true and correct copy*
*to: JAMES CARVER*

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

JUL 11 2005

Circuit Court-00575

App.0710

| | |
|---|---|
| **Subpoena-Criminal** | **2005-117CR (A) & (B)** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **ADAM EUBANKS, % GRENADA COUNTY SHERIFF'S DEPT., GRENADA, MS. 38901** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississpppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: _Adam Eubanks_

8 day of July 1 2005
ADOM SNIDER, Sheriff
By _Tonya Willis_ 50 1

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _Linda Yeoman_ /DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

JUL 1 1 2005

Circuit Court-00576

App.0711

---

**Subpoena-Criminal**                          **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **ALTON STRIDER, % GRENADA COUNTY SHERIFF'S DEPT., GRENADA, MS. 38901** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

*I have this day personally executed the within subpoena by delivering a true and correct copy to:*
*Alton Strider*
*___ day of July 2005*
*ALL ___ Sheriff*
*By Tanya Willis SP-12*

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By_____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

JUL 1 1 2005

Circuit Court-00577

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

The Circuit Court of ~~Webster~~ *Grenada* County, Mississippi, having been duly opened on Tuesday,

July 5, 2005, with His Honor, Judge Clarence E. Morgan, III, Circuit Judge, Fifth Circuit Court

District of Mississippi, presiding, the following transactions of business were had, to-wit:

**#2005-049-CR, MARVIN BULLINS,** indicted on a charge of SALE OF

MARIHUANA, LESS THAN 30 GRAMS, was served a copy of the indictment and arraigned,

waived reading of the indictment and entered a plea of not guilty. Hon. Leon Johnson, Grenada

County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at

$5,000;

**#2005-073-CR, JAMES WAYNE THOMPSON,** indicted on a charge of SALE OF

COCAINE, was served a copy of the indictment and arraigned, waived reading of the indictment

and entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public Defender,

Grenada, Mississippi, was appointed as counsel. Bond was set at $5,000;

**#2005-098-CR, JOE BECK,** indicted on a charge of SALE OR TRANSFER OF

COCAINE, was served a copy of the indictment and arraigned, waived reading of the

indictment, and entered a plea of not guilty. Hon. R. T. Laster, Jr., Grenada County Public

Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $10,000;

**#2005-100-CR, JOE P. MOSS,** indicated on a charge of POSSESSION OF COCAINE,

SECOND SUBSEQUENT OFFENDER, HABITUAL OFFENDER, was served a copy of the

indictment and arraigned, waived reading of the indictment, and entered a plea of not guilty.

Hon. Kevin Horan, Attorney at Law, Grenada, Mississippi, appeared as retained counsel. The

Defendant was not eligible for bond;

1

69-459

FILED

JUL 1 1 2005

Linda Barnette
Circuit Clerk

App.0713

**#2005-101-CR, BARBARA McCARLEY,** indicted on a charge of FELONY

SHOPLIFTING, was served a copy of the indictment and arraigned, waived reading of the

indictment and entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public

Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $5,000;

**#2005-102-CR, MIKE EZELL,** indicted on charges of Count 1 - BURGLARY OF A

DWELLING and Count 2 - BURGLARY OF A BUILDING OTHER THAN A DWELLING,

HABITUAL OFFENDER, was served a copy of the indictment and arraigned, waived reading of

the indictment, and entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public

Defender, Grenada, Mississippi, was appointed as counsel. The Defendant was not eligible for

bond;

**#2005-103-CR, WILLIAM H. BOOKER,** indicted on a charge of BURGLARY OF A

BUILDING OTHER THAN A DWELLING, was served a copy of the indictment and arraigned,

waived reading of the indictment and entered a plea of not guilty. Hon. R. T. Laster, Jr.,

Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. The

defendant was not eligible for bond;

**#2005-104-CR, SIDNEY CRUMP,** indicted on a charge of FELONY DRIVING

UNDER THE INFLUENCE, was served a copy of the indictment and arraigned, waived reading

of the indictment and entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public

Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $5,000;

**#2005-109-CR, VAN ALEXANDER BOLDEN,** indicted on a charge of Count 1

through 3 - FORCIBLE RAPE; Count 4 - KIDNAPPING; Count 5 - POSSESSION OF 250

GRAMS BUT LESS THAN 500 GRAMS OF MARIHUANA WITH INTENT TO

DISTRIBUTE, was served a copy of the indictment and arraigned,. The indictment was read in

2

69-460

open court, and the defendant entered a plea of not guilty. Hon. R. T. Laster, Jr., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $100,000;

#2005-110-CR, **THOMAS EDMOND SUCKOW,** indicted on a charge of Count 1 - TOUCHING A CHILD FOR LUSTFUL PURPOSES and Count 2 - SEXUAL BATTERY, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Gene Harlow, Attorney at Law, Grenada, Mississippi, appeared as retained counsel. Bond was set at $25,000;

#2005-111-CR, **LEEDS HACKMAN,** indicted on a charge of MURDER, was served a copy of the indictment and arraigned. The indictment was read in open court, and the defendant entered a plea of not guilty. Hon. R. T. Laster, Jr., Attorney at Law, Grenada, Mississippi, was appointed as counsel. Bond is to be set at a later date;

#2005-112-CR, **DANTRON MITCHELL,** indicted on charges of Count 1 - SALE OF MARIHUANA; Count 2- POSSESSION OF COCAINE; and Count 3 - POSSESSION OF MARIHUANA WITH INTENT TO SELL, BARTER, TRANSFER, ETC., was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $20,000;

#2005-113-CR, **DESI KEON STEWART,** indicted on a charge of POSSESSION OF COCAINE, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $10,000;

#2005-114-CR, **(A) JASON RUSSELL,** indicted on a charge of ATTEMPTED

3

69-461

CHURCH BURGLARY, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. R. T. Laster, Jr., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $5,000;

#2005-115-CR, **CYNTHIA SIMS,** indicted on a charge of AGGRAVATED ASSAULT, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $10,000;

#2005-116-CR, **BRADFORD STATEN,** indicted on a charge of MURDER, was served a copy of the indictment and arraigned. The indictment was read in open court, and the Defendant entered a plea of not guilty. Hon. Johnnie E. Walls, Jr., Attorney at Law, Greenville, Mississippi, is retained counsel, but Hon. R. T. Laster, Jr., Grenada County Public Defender, Grenada, Mississippi, stood in for arraignment purposes only. Bond was set at $250,000;

#2005-117-CR, **ERIC BULLIN and ANTONIO CONLEY,** each indicted on a charge of MURDER, were each served a copy of the indictment and arraigned. The indictment was read in open court, and each defendant entered a plea of not guilty. Hon. Larry Maxey, Attorney at Law, Grenada, Mississippi, was appointed to represent Defendant Bullin. Hon. Jimmy Vance, Attorney at Law, Grenada, Mississippi, was appointed to represent Defendant Conley, but Hon. Maxey stood in at arraignment for both defendants. No bond was set;

#2005-118-CR, **ROBERT KIMBLE,** indicted on a charge of STATUTORY RAPE, was served a copy of the indictment and arraigned. The indictment was read in open court, and the Defendant entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $25,000;

#2005-119-CR, **RODNEY COLEMAN, JR.,** indicted on a charge of AGGRAVATED

4



ASSAULT, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $25,000;

#2005-120-CR, **TAMMY COLEMAN,** indicted on a charge of TOUCHING A CHILD FOR LUSTFUL PURPOSES, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. The defendant was not eligible for bond;

#2005-122-CR, **(A) ROBERT CHADWICK**, indicted on charges of Count 1 - CONSPIRACY TO COMMIT A CRIME; Counts 7, 8, and 10 - BURGLARY OF AN AUTOMOBILE; Counts 12, 13 and 14 - UTTERING A FORGERY, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Larry Maxey, Attorney at Law, Grenada, Mississippi, was appointed as counsel. Bond was set at $10,000;

#2005-122-CR, **(B) JAMIE SMITH**, indicted on charges of Count 1 - CONSPIRACY TO COMMIT A CRIME; Counts 7, 8, and 10 - BURGLARY OF AN AUTOMOBILE; Counts 12, 13 and 14 - UTTERING A FORGERY, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Jimmy Vance, Attorney at Law, Grenada, Mississippi, was appointed as counsel. Bond was set at $10,000;

#2005-122-CR, **(C) AMANDA ENGLE**, indicted on charges of Count 1 - CONSPIRACY TO COMMIT A CRIME; Counts 6, 9, and 11 - BURGLARY OF AN AUTOMOBILE; Counts 12, 13 and 14 - UTTERING A FORGERY, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty.

5

69-463

Hon. Leon Johnson, Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $5,000;

**#2005-122-CR, (D) TABITHA DUNN**, indicted on charges of Counts 6, 9, and 11 - BURGLARY OF AN AUTOMOBILE and Counts 12, 13 and 14 - UTTERING A FORGERY, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. R. T. Laster, Jr., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $5,000;

**#2005-125-CR, THOMAS RANDY MITCHELL,** indicted on charges of Count 1 - UNLAWFUL POSSESSION OF PRECURSOR CHEMICALS and Count 2 - POSSESSION OF METHAMPHETAMINE, was served a copy of the indictment and arraigned, waived reading of the indictment, and entered a plea of not guilty. Hon. R. T. Laster, Jr., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $5,000;

**#2005-126-CR, MAXIMO FIDEL GARCIA,** indicted on a charge of POSSESSION OF MARIHUANA WITH INTENT TO SELL, BARTER, TRANSFER, ETC., was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. R. T. Laster, Jr., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $10,000 on each count for a total of $20,000;

**#2005-127-CR, GARY SIMMONS,** indicted on charges of Count 1 - POSSESSION OF METHAMPHETAMINE and Count 2 - UNLAWFUL POSSESSION OF PRECURSOR CHEMICALS, was served a copy of the indictment and arraigned, waived reading of the indictment, and entered a plea of not guilty. Hon. R. T. Laster, Jr., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $5,000;

**#2005-128-CR, STEVEN GREGORY WILSON,** indicted on a charge of

6

69-464

AGGRAVATED DRIVING UNDER THE INFLUENCE, 4 COUNTS, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Victor Carmody, Jr., Attorney at Law, Jackson, Mississippi, appeared as retained counsel. Bond was set at $25,000 on each count for a total of $100,000.

#2005-129-CR, **JOHNNY WAYNE KING**, indicted on charges of Count 1 - CONSPIRACY TO COMMIT A CRIME and Count 2 - UNLAWFUL POSSESSION OF PRECURSOR CHEMICALS, was served a copy of the indictment and arraigned, waived reading of the indictment, and entered a plea of not guilty. Hon. Leon Johnson, Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel, but Hon. R. T. Laster, Jr., also Grenada County Public Defender, stood in for arraignment. Bond was set at $10,000;

#2005-130-CR, **LORETTA D. WILLIAMS**, indicted on a charge of POSSESSION OF METHAMPHETAMINE, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. R. T. Laster, Jr., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $10,000;

#2005-131-CR, **CLAYSON D. MADDOX**, indicted on a charge of POSSESSION OF MARIHUANA WITH INTENT TO SELL, BARTER, TRANSFER, ETC., was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. R. T. Laster, Jr., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $10,000;

#2005-132-CR, **GLENN ROWSON**, indicted on a charge of POSSESSION OF METHAMPHETAMINE, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Leon Johnson., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $5,000;

7

69-465

**#2005-134-CR, ANTONIO HOGAN,** indicted on a charge of POSSESSION OF COCAINE, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. Leon Johnson., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $5,000;

**#2005-135-CR, WILLIAM FLOYD CHAPMAN,** indicted on a charge of POSSESSION OF METHAMPHETAMINE, was served a copy of the indictment and arraigned, waived reading of the indictment and entered a plea of not guilty. Hon. R. T. Laster, Jr., Grenada County Public Defender, Grenada, Mississippi, was appointed as counsel. Bond was set at $25,000;

The Court does hereby Order that a copy of the within be both spread upon the Minutes of this Court and placed within each cause number file.

SO ORDERED this the 5ᵗʰ day of July, 2005.

CIRCUIT JUDGE

8

69-466

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VS.                             **CAUSE  NO.  2005-117-CR (A)**
ERIC  BULLIN

### STATE'S  INITIAL  RESPONSE  TO  REQUEST  FOR  DISCOVERY

THE OFFICE OF THE DISTRICT ATTORNEY HAS GIVEN A COPY OF THE ENTIRE CASE FILE CONSISTING OF **103** CONSECUTIVELY NUMBERED PAGES, TO THE ATTORNEY FOR THE DEFENSE, HON. WILLIAM LARRY MAXEY On this the 11TH day of July 2005.

1. WITNESSES FOR THE STATE–  **ALL witnesses listed in the file**
2. RECORDED STATEMENTS OF DEFENDANT TO LAW OFFICERS
3. CRIMINAL RECORD OF DEFENDANT FOR IMPEACHMENT
4. CRIME LAB REPORTS OR TESTS
5. OFFICER'S REPORTS ETC.
6. PHYSICAL EVIDENCE/PHOTOGRAPHS
       C.D. of Autopsy photos, jail photos, hospital photos
7. EXCULPATORY EVIDENCE
8. WITNESS STATEMENTS

FOR THE STATE

*Clyde V. Hill*
CLYDE V. HILL

FOR THE DEFENDANT

DATE: 07-11-2005

*William Larry Maxey*
WILLIAM  LARRY  MAXEY

### CERTIFICATE  OF  SERVICE

I, Clyde V. Hill, Attorney for the State of Mississippi, do hereby certify that I have this day, caused to **hand delivered**, a true and correct copy of the above and foregoing DISCOVERY DISCLOSURES to the Hon. William Larry Maxey at 42 North Main Street., P.O. Box 5010 Grenada, MS. 38902-5010

Witness my signature, on this the 11TH day of July, 2005.

*Clyde V. Hill*
Clyde V. Hill

FILED

JUL 1 1 2005

~~Circuit Court~~
Circuit Clerk

Circuit Court-00586

App.0721

# IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VS.                                                    CAUSE NO. 2005-117-CR (B)
ANTONIO CONLEY

## STATE'S INITIAL RESPONSE TO REQUEST FOR DISCOVERY

THE OFFICE OF THE DISTRICT ATTORNEY HAS GIVEN A COPY OF THE ENTIRE CASE FILE CONSISTING OF **103** CONSECUTIVELY NUMBERED PAGES, TO THE ATTORNEY FOR THE DEFENSE, HON. JAMES P. VANCE On this the 11TH day of July 2005.

1.  WITNESSES FOR THE STATE– **ALL witnesses listed in the file**
2.  RECORDED STATEMENTS OF DEFENDANT TO LAW OFFICERS
3.  CRIMINAL RECORD OF DEFENDANT FOR IMPEACHMENT
4.  CRIME LAB REPORTS OR TESTS
5.  OFFICER'S REPORTS ETC.
6.  PHYSICAL EVIDENCE/PHOTOGRAPHS
        C.D. of Autopsy photos, jail photos, hospital photos
7.  EXCULPATORY EVIDENCE
8.  WITNESS STATEMENTS

FOR THE STATE
*Clyde V. Hill*
CLYDE V. HILL

FOR THE DEFENDANT
DATE: 07-11-2005
JAMES P. VANCE

## CERTIFICATE OF SERVICE

I, Clyde V. Hill, Attorney for the State of Mississippi, do hereby certify that I have this day, caused to **hand delivered**, a true and correct copy of the above and foregoing DISCOVERY DISCLOSURES to the Hon. James P. Vance at 123 Second Street., P.O. Box 159 Grenada, MS. 38902-0159

Witness my signature, on this the 11TH day of July, 2005.

*Clyde V. Hill*
Clyde V. Hill

FILED

JUL 11 2005

Circuit Court-00587

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI            PLAINTIFF

VERSUS            NO. **2005-117CR(B)**

ANTONIO CONLEY            DEFENDANT

## MOTION FOR DISCOVERY

COMES NOW, the Defendant, **Antonio Conley,** by and through his attorney of record, pursuant to Rule 9.04 of the Uniform Criminal Rules, and would move the Court to enter its order requiring the District Attorney to disclose to said Defendant or to his attorney, and to permit him to inspect, copy, test and photograph the following:

1)      Names and addresses of all witnesses in chief purposed to be offered by the prosecution at trial;

2)      Copy of any recorded or written statement of the Defendant to any law enforcement officer and the name of all law officers to whom the Defendant has made oral statement;

3)      Any physical evidence and/or photographs to be offered in evidence;

4)      Any reports or statements of experts, made in connection with the particular case;

5)      That the prosecution furnish to the Court in camera any prior written statements of witness, in order that these materials may be examined by the Court to determine if they are materially inconsistent with the witnesses testimony, so that said statements can be supplied to defense counsel prior to cross examination.

FILE

JUL 1 3

Circuit Court-00588

App.0723

6)    Please divulge the time and place and all witnesses present at the alleged crime.

Defendant further moves that if, subsequent to compliance with this Motion or Order of this Court pursuant thereto, the District Attorney or his staff discovers additional material or information which is subject to disclosure as provided herein, that said District Attorney or his staff promptly notify the Defendant's counsel of the existence of such additional material.

Respectfully submitted, this the __11ᵗʰ__ day of July, 2005.

ANTONIO CONLEY

BY: _____

JAMES P. VANCE
Attorney for Defendant
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Defendant, do hereby certify that I have this day hand delivered a true and correct copy of the above and foregoing Motion for Discovery to the following:

> Honorable Clyde V. Hill
> Assistant District Attorney
> P.O. Box 1262
> Grenada, MS 38902-1262

This the __11th__ day of July, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS  38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

\\Tina\wpdocs\Motions\Conley, Antonio (Discovery).wpd

JUL 1 3 2005

Circuit Court-00590

App.0725

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                                         NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                                      **DEFENDANT**

## MOTION TO SUPPRESS

COMES NOW, the Defendant, **Antonio Conley,** by and through his attorney of record, and respectfully moves the Court to suppress the introduction into evidence of the pair of Nike Air Force One shoes that were seized from the Defendant without a lawful warrant.

Movant would show that although he was incarcerated in the Correctional Facility, he is not a convicted felon or inmate of the Mississippi Department of Corrections, the shoes seized was his personal property and not the property of Grenada County or the jail. Defendant is still entitled to the constitutional protection against unlawful search and seizure. Defendant would show that his shoes were seized and obtained without the benefit of a warrant and such seizure is unlawful.

To allow the introduction into evidence would be a violation of the 4th, 5th and 14th Amendments to the Constitution and would deprive him of due process of law.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully moves this Honorable Court to suppress the introduction of the Defendant's shoes that were seized.

Respectfully submitted, this the __19th__ day of July, 2005.

FILED

JUL 2 0 2005

S Yeoman

_____
JAMES P. VANCE, Attorney for the
Defendant, Antonio Conley

Circuit Court-00591
App.0726

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Defendant, do hereby certify that I have this day

hand delivered, a true and correct copy of the above and foregoing Motion to Suppress

to the following:

> Honorable Clyde V. Hill
> Assistant District Attorney
> P.O. Box 1262
> Grenada, MS 38902-1262

This the __19th__ day of July, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS  38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

FILED

JUL 2 0 2005

Circuit Clerk

\\Tina\wpdocs\Motions\Conley, Antonio (Suppress).wpd

Circuit Court-00592

App.0727

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                                    NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                                   **DEFENDANT**

## <u>MOTION TO SEVER</u>

COMES NOW, **Antonio Conley,** by and through his attorney of record, and respectfully moves the Court to grant him a severance in the above styled and numbered cause, and would respectfully show in the Court the following:

1.   The Defendant, Antonio Conley, is indicted along with Eric Bullins on a charge of Murder.  This case is set for trial on August 10, 2005.

2.   The Defendant would show upon his receipt of Discovery on July 13, 2005, he was provided a video tape of the statement of his Co-Defendant, Eric Bullins.  His statement incriminates and puts all blame on Defendant, Antonio Conley.

3.   The Defendant would show that joint trial would allow hearsay testimony not subject to cross-examination to be used against Defendant, Antonio Conley.

4.   The Defendant would show that their defenses are adverse and that a joint trial would deprive the Defendant of due process of law.

WHEREFORE PREMISES CONSIDERED, Defendant respectively moves this Honorable Court to grant him a severance in this matter and Order separate trials.

Respectfully submitted, this the __19th__ day of July, 2005.

FILED

JUL 2 0 2005

Linda Barnette
Circuit Clerk

_____
JAMES P. VANCE, Attorney for the
Defendant, Antonio Conley

Circuit Court-00593

App.0728

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Defendant, do hereby certify that I have this day hand delivered, a true and correct copy of the above and foregoing Motion to Sever to the following:

Honorable Clyde V. Hill
Assistant District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

This the __19th__ day of July, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

FILED

JUL 2 0 2005

Linda Barnett
Circuit Clerk

Circuit Court-00594

App.0729

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                                    NO. <u>2005-117CR(B)</u>

ANTONIO CONLEY                                            DEFENDANT

## <u>MOTION IN LIMINE</u>

COMES NOW, the Defendant, **Antonio Conley,** by and through his attorney of record, and respectfully moves the Court to enter an Order prohibiting the State of Mississippi from mentioning or eliciting any testimony regarding the reason for the incarceration of the Defendant, Antonio Conley.  Movant would that at the time of this incident, Defendant was being held on a Sale of Cocaine charge.  Due to society's attitude towards drugs and the fact that the Defendant was not adjudged guilty at the time of the incident, any references to Defendant's alleged involvement with the sale of drugs would unduly prejudice the jury.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully moves this Honorable Court to prohibit the State of Mississippi or any of it's witnesses from mentioning the fact that the Defendant, Antonio Conley, was incarcerated on a drug charge.

Respectfully submitted, this the   19th  day of July, 2005.

_____
JAMES D. VANCE, Attorney for the
Defendant, Antonio Conley

FILED

JUL 2 0 2005

Linda Barnette
Circuit Clerk

Circuit Court-00595

App.0730

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Defendant, do hereby certify that I have this day

hand delivered, a true and correct copy of the above and foregoing Motion in Limine

to the following:

> Honorable Clyde V. Hill
> Assistant District Attorney
> P.O. Box 1262
> Grenada, MS 38902-1262

This the __19th__ day of July, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS  38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

\\Tina\wpdocs\Motions\Conley, Antonio (Limine).wpd

FILED

JUL 2 0 2005

..inda Barnette
Circuit Clerk

Circuit Court-00596

App.0731

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                          CAUSE NO.   CR 2005-117 CR

ERIC BULLIN,
DEFENDANT

## MOTION FOR APPOINTMENT OF INVESTIGATOR

COMES NOW the Defendant, ERIC BULLIN, and files this his Motion for Appointment of Investigator and would respectfully show unto the Court as follows.

I.

The Defendant was indicted on July 1, 2005 on the charge of murder.

II.

The Defendant would show the alleged offense occurred on March 20, 2005. The trial date in this cause is set for August 10, 2005.

III.

The Defendant filed a Motion for Discovery on July 7, 2005 and the State of Mississippi responded on July 11, 2005.

IV.

In conversations with the Defendant and in my review of discovery provided by the State there appear to be other potential witnesses who may have exculpatory evidence regarding the events leading up to and surrounding the death of Kenneth Kendall.

FILED

JUL 2 0 2005

Linda Barnette
Circuit Clerk

Circuit Court-00597

App.0732

V.

The Defendant is in dire need of the services of a private investigator to uncover, follow up and evaluate the facts in this case. The Defendant would assert that the appointment of an investigator in this cause would protect the Defendant's due process rights under Article 3, Section 14 of the Mississippi Constitution and the Fifth Amendment to the United States Constitution.


WHEREFORE, PREMISES CONSIDERED, the Defendant, Eric Bullin, through his attorney, respectfully moves this Honorable Court to appoint a private investigator as set forth hereinabove and incorporated herein by reference and for such other relief deemed appropriate.

Respectfully submitted,

ERIC BULLIN, Defendant


By: _____

William L. Maxey, Attorney for Defendant
P.O. Box 5010
Grenada, Ms. 38901
(662)226-4080
State Bar #1947

## CERTIFICATE OF SERVICE

I, William L. Maxey, counsel of record for the Defendant in the foregoing numbered cause, do hereby certify that I have this day mailed, via United States mail, postage pre-paid, a true and correct copy of the above and foregoing Motion for Appointment of a Private Investigator to the Honorable Clyde Hill, Assistant District Attorney, P.O. Box 1262, Grenada, Mississippi 38902-1262, and to the Honorable Judge Clarence E. Morgan, III, P.O. Box 721, Kosciusko, Mississippi 39090.

THIS the 20th day of July, 2005.

_____
WILLIAM L. MAXEY
42 North Main Street
P. O. Box 5010
Grenada, MS 38901
Tel: (662) 226-4080
MS State Bar No. 1947

FILED

JUL 2 0 2005

Linda Barnette
Circuit Clerk

Circuit Court-00599

App.0734

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS

CAUSE NO. 2005-117 CR

ERIC BULLIN,
DEFENDANT

## PETITION TO ENTER PLEA OF GUILTY

The Defendant, after having been first duly sworn, on <u>his</u> oath, represents and states unto the

Court the following:

1.  My full name is Eric Bullin, and I am also known as _____ Eric Bullin .
I request that all proceeding against me be had in my name as set forth on the indictment, Eric Bullin.
This Petition has been read and explained to me by my lawyer, and I understand its contents.

2.  I am represented by a lawyer; his name is William L. Maxey_____.

3.  I wish to plead GUILTY to the charge(s) of: Manslaughter _____

_____ .

4.  I told my lawyer all the facts & circumstances known to me about the charges against me.
I believe that my lawyer is fully informed on all such matters. My lawyer has counseled and advised me
on the nature of each charge, on any & all lesser-included charges & on all possible defenses that I might
have in this case.

5.  My lawyer has advised me as to the probabilities of my conviction on the charge(s) with
which I am charged and thoroughly discussed all aspects of my case with me. My lawyer has made no
threats or promises of any type or kind to induce me to enter this plea of guilty, and the decision to seek
the entry of this plea was my own and mine alone, based on my own reasons and free from any outside
coercive influences.

6.  I understand that I may plead Not Guilty to any offense charged against me. If I choose to
plead Not Guilty, the Constitution guarantees me:

a.  the right to a speedy and public trial by jury;

b.  the right to see, hear, and face in open court all witnesses called to testify against me; and
the right to cross-examine those witnesses;

c.  the right to use the power and process of the Court to compel the production of any
evidence, including the attendance of any witness in my favor;

d.  the right to have the assistance of a lawyer at all stages of the proceedings; including
appeal;

e.  the presumption of innocence, i.e., I am presumed innocent unless and until the State
produces evidence beyond a reasonable doubt that I am guilty; and

f.  the right against self-incrimination or to take the witness stand at my sole option; if I do
not take the witness stand, I understand that at my option, the jury may be told that this
shall not be held against me.

Knowing and understanding the Constitutional guarantees set forth in this paragraph, I hereby waive them and renew my desire to enter a plea of Guilty.

7.    I know that if I plead Guilty to these charges, the possible sentence is

**A fine not to exceed $10,000.00 and imprisonment not to exceed 20 years; the minimum sentence is no fine and 2 years incarceration.**

I also know that the sentence is up to the Court; that the Court is not required to carry out any understanding made by me and my attorney with the District Attorney; and further, that the Court is not required to follow the recommendation of the District Attorney, if any. The District Attorney will take no part other than providing to the Court police reports and other factual information as requested by the Court; and the District Attorney shall make no recommendations to the Court concerning my sentence except as follows:

**The District Attorney recommends <u>Allow the Defendant to plead guilty to manslaughter and dismiss the murder charge and recommend a sentence of 20 years confinement.</u>**

8.    I have been convicted of no felonies in this or any other State or in the United States, except as follows: <u>None.</u>

9.    I am ____ am not _x_ presently on probation or parole. I understand that by pleading guilty in this case this may cause revocation of my probation or parole, and that this could result in a sentence of _NA_ years in that case. I am not currently serving a sentence previously imposed by this court. I further understand that if my probation or parole is revoked, any sentence in that case may be consecutive to or in addition to any sentence in this case.

10.    I am _16_ years of age & have gone to school up to & through the _10th_ grade. My physical and mental health are presently satisfactory, ~~except that I have none~~. At this time I am not under the influence of any kind of drugs or intoxicants except <u>None</u> Eric Bullio

11.    I declare that no officer or agent of any branch of government, Federal, State or local, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I will receive a lighter sentence, or probation, or any other form of leniency if I plead Guilty, except those set forth in the plea bargain agreement.

12.    I believe that my lawyer has done all that anyone could do to counsel & assist me. **I AM SATISFIED WITH THE ADVICE & HELP HE HAS GIVEN ME.** I recognize that if I have been told by my lawyer that I might receive probation or a light sentence, this is merely his prediction & is not binding on the Court. The Mississippi Department of Corrections will determine when I am released from incarceration.

13.    I plead Guilty & request the Court to accept my plea of Guilty & to enter my plea of Guilty on the basis of (set forth involvement in crime):  Manslaughter

14.    **I OFFER MY PLEA OF GUILTY FREELY & VOLUNTARILY & OF MY OWN ACCORD & WITH FULL UNDERSTANDING OF ALL THE MATTERS SET FORTH IN THE INDICTMENT & IN THIS PETITION & IN THE CERTIFICATE OF MY LAWYER WHICH FOLLOWS.**

14 A:  I have reviewed and had explained to me the conditions under which I would have to comply while on probation.  I certify that I understand the below listed conditions and the consequences if the conditions are not followed:

(a)    Commit no offense against the laws of this or any state of the United States or of the United States;

(b)    avoid injurious or vicious habits and avoid persons or places of disreputable or harmful character;

(c)    support all dependents;

(d)    work faithfully at suitable employment so far as possible;

(e)    not possess or consume any alcoholic beverage, nor go into or remain about any place where alcoholic beverages are sold as a primary sale item, and not possess or use any controlled substance not lawfully prescribed by a physician;

(f)    submit to any type of breath, saliva or urine chemical analysis test, the purpose of which is to detect the possible presence of alcohol or any substance prohibited or controlled by the laws of this or any state of the United States or of the United States;

(g)    report to the Department of Corrections as directed by it;

(h)    permit the Field Officer to visit me at home or elsewhere;

(i)    remain within the State of Mississippi unless authorized to leave on proper application therefor;

(j)    waive extradition to the State of Mississippi from any jurisdiction in or outside the United States and agree not to contest any effort by any jurisdiction to return Defendant to the State of Mississippi;

(k)    Pay to the Department of Corrections a sum to be determined per month by "certified check" or "money order" until discharged from supervision;

(l)    Pay court costs, fine, and assessments to the clerk of this court as directed by the Court beginning thirty days after release and on the first working day of each month thereafter.

(m)    As directed by the Court or Department of Corrections.

15.    HABITUAL CRIMINAL PARAGRAPH. If **NOT** applicable, **CHECK:** _X__ If applicable, please note the statute under which the plea of guilty is to be taken: MISS. CODE ANN. §99-19-81._____ ; MISS. CODE ANN. §99-19-83.____ Specify the punishment sought to be enhanced: Sentence set forth hereinabove to be served as an habitual offender.

**SIGNED & SWORN TO BY ME** on this the _29_ day of July, 2005, with the full knowledge that every person who shall willfully & corruptly swear, testify, or affirm falsely to any material matter under any oath, affirmation, or declaration legally administered in any matter, cause or proceeding pending in any Court of law or equity shall, upon conviction, be punished as provided by law.

WITNESS:

_____
Defendant's Attorney

x Eric Bullin
_____
Defendant

STATE OF MISSISSIPPI

COUNTY OF GRENADA

SWORN TO AND SUBSCRIBED BEFORE ME, this the _29_ day of July, 2005.

_____
(Official Title)

## CERTIFICATE OF COUNSEL

The undersigned, as lawyer & counselor for the above Defendant, hereby certify:

1.    I have read and fully explained to the Defendant the allegations contained in the indictment in this case.

2.    To the best of my knowledge and belief, the statements, representations, and declarations made by the Defendant in the foregoing petition are in all respects accurate and true.

3.    I have explained the minimum and maximum penalties for each count to the Defendant, and consider him/her competent to understand the charges against him/her and the effect of his/her petition to enter a plea of guilty.

*FILED*

JUL 29 2005

LINDA BARRETT CIRCUIT CLERK
BY_____D

Circuit Court-00603

App.0738

4.    The plea of guilty offered by the Defendant in this Petition accords with my understanding of the facts he/she related to me and is consistent with my advice to the Defendant.

5.    In my opinion, the plea of guilty as offered by the Defendant in this petition is voluntarily and understandingly made.  I recommend that this Court accept the plea of Guilty.

6.    Having discussed this matter carefully with the Defendant, I am satisfied, and I hereby certify that, in my opinion, he/she is mentally and physically competent; there is no mental or physical condition which would affect his/her understanding of these proceedings; further, I state that I have no reason to believe that he/she is presently operating under the influence of drugs or intoxicants.  [Counsel to state any exception on the record].

Signed by me in the presence of the Defendant above named and after full discussion of the contents of this certificate with the Defendant on this the 27 day of July, 2005.

DEFENDANT'S ATTORNEY
WILLIAM L. MAXEY
P.O. Box 5010
Grenada, MS 38901
Tele:  (662) 226-4080
MS State Bar No. 1947

**FILED**

JUL 29 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

Circuit Court-00604

App.0739

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                    CAUSE NO. 2005-117-CR (B)

ANTONIO   CONLEY

## PETITION FOR WRIT OF
## HABEAS CORPUS AD TESTIFICANDUM

COMES NOW, the State of Mississippi, by and through Clyde V. Hill, an Assistant

District Attorney for the Fifth Circuit Court District, and respectfully moves this Honorable Court to issue

a *Writ Of Habeas Corpus Ad Testificandum* to bring the body of Russell Montague, Federal Inmate

Register No. 28766-034, before this Court and for cause would show unto the Court the following, to-

wit:

I.

The above numbered criminal cause styled *State of Mississippi vs. Antonio Conley* is set for trial

on Wednesday, August 10, 2005,  during the July, 2005 Term of Court.

II.

The said Russell Montague is a necessary and material witness whose presence is required for

prosecution of this case.

III.

The said Russell Montague is presently incarcerated at the Federal Corrections Institution in Texarkana,

Texas, and is under care, custody, and control of the warden of said institution, namely Paul Castner.

The Grenada County Sheriff's Department is to transport the said Russell Montague to the

Grenada County, Mississippi Jail located in Grenada, Mississippi, for holding until released by the Court

FILED

JUL 2 9 2005

...da Barnette
Circuit Clerk

App.0740

The Grenada County Sheriff's Department is to transport the said Russell Montague to the Grenada County, Mississippi Jail located in Grenada, Mississippi, for holding until released by the Court and return said Russell Montague to the custody of Warden, Paul Castner at the Federal Correctional Institution in Texarkana, Texas.

**WHEREFORE,** PREMISES CONSIDERED, the State of Mississippi respectfully moves this Honorable Court to issue a *Writ of Habeas Ad Testificandum,* directed to the Warden of the United States Penitentiary at the Federal Correctional Institution in Texarkana, Texas respectfully requesting him or his duly authorized representative to surrender the said Russell Montague to the Grenada County Sheriff's Department for transportation on or about August 5, 2005, to transport him and safely keep him until he is discharged by the Court at the conclusion of these proceedings and then to transport him back to the said United States Penitentiary at the Federal Corrections Institution in Texarkana, Texas

Respectfully Submitted,

*Clyde V. Hill*
Clyde V. Hill
Assistant District Attorney
Fifth Circuit Court District
Office of the District Attorney
Post Office Box 1262
Grenada, Mississippi 38902-1262
(662) 226-8545

*FILED*

JUL 29 2005

LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

Circuit Court-00606

App.0741

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                    CRIMINAL CAUSE NO.  2005-117-CR

ANTONIO  CONLEY

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**CAME ON TO BE HEARD** this day the Petition of the State of Mississippi for issuance of a Writ of Habeas Corpus Ad Testificandum and the Court being fully advised in the matter finds that Russell Montague,  Inmate Register Number 28766-034, is a necessary and material witness  in the above styled and numbered Cause, and is incarcerated in the UNITED STATES PENITENTIARY, at the FEDERAL CORRECTIONAL INSTITUTION in Texarkana, Texas, and that said Cause is set for trial on Wednesday,  August 10, 2005, and the Court further finds  the State's Petition to be well taken, and that the same should be, and it is hereby granted.

**IT IS THEREFORE,** ordered that this Writ authorizes and requests the Warden, Paul Castner, of the Federal Correctional Institution, in Texarkana, Texas, to surrender the said Russell Montague to Agents of the Grenada County Sheriff's Department on or about Friday, August 05, 2005, to be transported to Grenada County, Mississippi, for an appearance in this Court, and at the conclusion of said proceedings and release by the Court  the said Russell Montague will be returned to and transported back to the FEDERAL CORRECTIONAL INSTITUTION in Texarkana, Texas and the custody of said Warden, Paul Castner..

**SO ORDERED AND ADJUDGED** on this, the _____ day of July  A. D., 2005.

CLARENCE E. MORGAN, III
Circuit Court Judge
5th Circuit Court District
State of Mississippi

Submitted By:

Clyde V. Hill
Clyde V. Hill
Assistant District Attorney

FILED

JUL 2 9 2005

Linda Barnette
Circuit Clerk

App.0742

69-700                          Circuit Court-00607

Case: 4:18-cv-00082-MPM Doc #: 39-1 Filed: 09/18/18 81 of 432 PageID #: 1426

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                    CAUSE NO. 2005-0117-CR(A)

ERIC BULLIN

## JUDGEMENT

On July 29, 2005, in open court came the district attorney, the defendant in his own proper person and the defendant's counsel, the defendant having been charged by indictment with the **FELONY CRIME OF MURDER. Upon motion by the State, the charge was reduced to the lesser and included offense of FELONY CRIME OF MANSLAUGHTER**, and for a plea thereto, the defendant entered a plea of guilty. Thereafter, the court advised the defendant of all his legal and constitutional rights in the premises, and of the consequences of such plea; and after the defendant freely, voluntarily and intelligently waived his constitutional rights, and after the defendant admitted upon direct questioning that he is guilty of the crime to which he has pleaded guilty, the said plea of guilty was and is accepted by the court.

IT IS, THEREFORE, ORDERED that the defendant, ERIC BULLIN, be and he is hereby sentenced to serve a term of TWENTY(20) YEARS with the Mississippi Department of Corrections. The defendant is ordered to pay all court costs, fees, and assessments in this cause.

The defendant is remanded into the custody of the sheriff.

SO ORDERED AND ADJUDGED this the 29th day of July, 2005.

**CIRCUIT COURT JUDGE**

FILED

AUG 0 1 2005

Linda Barnette
Circuit Clerk

69-727

Circuit Court-00608

App.0743

1

1       IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

2

3    STATE OF MISSISSIPPI

4    v.                          CAUSE NO. 2005-117-CR (A)

5    ERIC BULLIN

6

7    ************************************************************

8    TRANSCRIPT OF THE DEFENDANT'S PLEA OF GUILTY IN OPEN COURT

9    BEFORE HIS HONOR, JUDGE C. E. "CEM" MORGAN, III, CIRCUIT

10   JUDGE OF THE FIFTH CIRCUIT COURT DISTRICT OF MISSISSIPPI, ON

11   THE 29TH DAY OF JULY, 2005, TO A REDUCED FELONY CHARGE OF

12   MANSLAUGHTER.

13   ************************************************************

14

15   APPEARANCES:

16      Present and Representing the State:

17   HONORABLE CLYDE HILL

18   ASSISTANT DISTRICT ATTORNEY

19   GRENADA, MISSISSIPPI

20

21      Present and Representing the Defendant:

22   HONORABLE LARRY MAXEY

23   ATTORNEY AT LAW

24   GRENADA, MISSISSIPPI

25

26   Reported By:  Linda F. Burchfield, C.S.R. #1019

27

28                                          **FILED**

29                                          AUG 0 1 2005

                   Circuit Court-00609         Linda Barnette
                                               Circuit Clerk

                                               App.0744

2

1                (THE DEFENDANT WAS SWORN BY THE CLERK IMMEDIATELY

2  PRIOR TO THE START OF THESE PROCEEDINGS.)

3            **BY THE COURT:**  The Court calls cause number

4  2005-117, the State of Mississippi versus Eric Bullin,

5  B-U-L-L-I-N, on the charge of murder.  He is represented by

6  Larry Maxey.  Mr. Bullin, come around.  He has heretofore

7  entered a plea of not guilty to this charge.  He is now

8  before the Court on a petition to change that plea to one--

9  he has entered a plea of not guilty.  He is changing that

10  plea to one of guilty on the lesser included offense of

11  manslaughter.

12          Does the State have a motion in that regard?

13            **BY MR. HILL:**  Yes, sir, Your Honor.  We would

14  move the Court to allow this Defendant to enter a plea of

15  guilty to the lesser and included offense of manslaughter.

16            **BY THE COURT:**  All right.  That motion is

17  sustained, and this hearing will be on the charge of

18  manslaughter.  Mr. Maxey, did you prepare this petition for

19  him?

20            **BY MR. MAXEY:**  Yes, Your Honor; I did.

21            **BY THE COURT:**  Did you go over it with him and

22  explain it to him?

23            **BY MR. MAXEY:**  I did, Your Honor.

24            **BY THE COURT:**  Did he read it himself, or did

25  you read it to him?

26            **BY MR. MAXEY:**  We read it together, Your

27  Honor.

28            **BY THE COURT:**  Do you think he understood it?

29            **BY MR. MAXEY:**  I do, Your Honor.

1              BY THE COURT:  Did you tell him -- well, he

2    was originally charged with murder.  Did you discuss that

3    charge with him?

4              BY MR. MAXEY:  At length, Your Honor.

5              BY THE COURT:  Did you also discuss the

6    ramifications of the lesser included charge of manslaughter?

7              BY MR. MAXEY:  Yes, I did, Your Honor.

8              BY THE COURT:  Did you tell him what the State

9    would have to prove in order to convict him of either crime?

10             BY MR. MAXEY:  Of both crimes, Your Honor.

11             BY THE COURT:  Did you discuss with him

12   possible defenses that he might have?

13             BY MR. MAXEY:  We did, Your Honor.

14             BY THE COURT:  Did you explain to him his

15   constitutional rights as contained in paragraph six of the

16   petition?

17             BY MR. MAXEY:  We went over each one, Your

18   Honor.

19             BY THE COURT:  And the fact that he would

20   waive those by entering a plea of guilty?

21             BY MR. MAXEY:  Yes, sir.

22             BY THE COURT:  Did you explain to him, not

23   only the minimum and maximum sentence on manslaughter, but

24   the minimum and maximum sentence on murder?

25             BY MR. MAXEY:  I did, Your Honor.  It is not

26   included in the petition, but we discussed it.

27             BY THE COURT:  All right, do you think his

28   change of plea is free and voluntary?

29             BY MR. MAXEY:  Yes, sir.

Circuit Court-00611

1        BY THE COURT:  Mr. Bullin, how old are you?

2        BY THE DEFENDANT:  Sixteen.

3        BY THE COURT:  How much education do you have?

4        BY THE DEFENDANT:  A lot.

5        BY THE COURT:  Eleventh grade?

6        BY MR. MAXEY:  He was in the 11th grade, Your

7   Honor, when.

8        BY THE COURT:  Can you read and write?

9        BY THE DEFENDANT:  Yes, sir.

10       BY THE COURT:  Did you read the petition to

11   enter a plea of guilty?

12       BY THE DEFENDANT:  Yes, sir.

13       BY THE COURT:  Did you understand it?

14       BY THE DEFENDANT:  Yes, sir.

15       BY THE COURT:  Are the things in it true?

16       BY THE DEFENDANT:  Yes, sir.

17       BY THE COURT:  Did you sign it?

18       BY THE DEFENDANT:  Yes, sir.

19       BY THE COURT:  Before I can accept your plea

20   of guilty, there are certain of your constitutional rights

21   which I must advise you of and which you will waive by

22   entering a plea of guilty.  Do you understand that you have

23   the right to a public and speedy trial by jury?

24       BY THE DEFENDANT:  Yes, sir.

25       BY THE COURT:  Do you understand that you have

26   the right to call into court witnesses to testify for you?

27       BY THE DEFENDANT:  Yes, sir.

28       BY THE COURT:  Do you understand you have the

29   right to cross-examine anybody that would testify against

5

1   you?

2               BY THE DEFENDANT:   Yes, sir.

3               BY THE COURT:   Do you understand that you have

4   the right to testify but that you also have the right not to?

5               BY THE DEFENDANT:   Yes, sir.

6               BY THE COURT:   Do you understand if you don't

7   testify, I will tell the jury they can't hold that fact

8   against you?

9               BY THE DEFENDANT:   Yes, sir.

10              BY THE COURT:   Do you understand you have a

11  right to an attorney at all stages of the prosecution?

12              BY THE DEFENDANT:   Yes, sir.

13              BY THE COURT:   Do you understand that I will

14  instruct the jury that they must presume that you are

15  innocent until such time as the State proves your guilt

16  beyond a reasonable doubt?

17              BY THE DEFENDANT:   Yes, sir.

18              BY THE COURT:   Do you understand that all 12

19  jurors would have to find you guilty beyond a reasonable

20  doubt before they could return a verdict against you?

21              BY THE DEFENDANT:   Yes, sir.

22              BY THE COURT:   Do you understand if you were

23  convicted by a jury, you have a right to appeal that

24  conviction to the Mississippi Supreme Court?

25              BY THE DEFENDANT:   Yes, sir.

26              BY THE COURT:   And if you can't afford the

27  costs of the appeal, I will appoint an attorney to represent

28  you, and all the costs will be paid by the state?

29              BY THE DEFENDANT:   Yes, sir.

1               **BY THE COURT:**  Do you understand you waive all

2   those rights by entering a plea of guilty?

3               **BY THE DEFENDANT:**  Yes, sir.

4               **BY THE COURT:**  Do you understand that you were

5   originally charged with murder but are now pleading guilty to

6   manslaughter?

7               **BY THE DEFENDANT:**  Yes, sir.

8               **BY THE COURT:**  Have you discussed all that

9   with Mr. Maxey?

10              **BY THE DEFENDANT:**  Yes, sir.

11              **BY THE COURT:**  Did he tell you what the State

12   would have to prove in order to convict you of either crime?

13              **BY THE DEFENDANT:**  Yes, sir.

14              **BY THE COURT:**  Did he discuss with you

15   possible defenses that you might have?

16              **BY THE DEFENDANT:**  Yes, sir.

17              **BY THE COURT:**  Are you satisfied with his

18   representation of you?

19              **BY THE DEFENDANT:**  Yes, sir.

20              **BY THE COURT:**  After your discussions with

21   him, is it your own decision to enter a plea of guilty?

22              **BY THE DEFENDANT:**  Yes, sir.

23              **BY THE COURT:**  Has anybody threatened you,

24   coerced you or used any physical violence against you to get

25   you to enter a plea of guilty?

26              **BY THE DEFENDANT:**  No, sir.

27              **BY THE COURT:**  Has anybody promised you

28   anything, given you anything of value or any hope of reward

29   in order to get you to enter a plea of guilty?

1            **BY THE DEFENDANT:** No, sir.

2            **BY THE COURT:** Are you presently under the

3 influence of drugs or alcohol or undergoing any mental

4 treatment?

5            **BY THE DEFENDANT:** No, sir.

6            **BY THE COURT:** Do you understand that on the

7 murder charge -- I want you to understand both the minimum

8 and maximum. On the murder charge, there was no minimum

9 sentence for that, but there would have been a maximum

10 sentence of life in prison. Do you understand that?

11            **BY THE DEFENDANT:** Yes, sir.

12            **BY THE COURT:** And that would have been life

13 without parole. Do you understand that?

14            **BY THE DEFENDANT:** Yes, sir.

15            **BY THE COURT:** And there would have been no

16 more than a ten thousand dollar fine and no minimum fine. Do

17 you understand that?

18            **BY THE DEFENDANT:** Yes, sir.

19            **BY THE COURT:** On the manslaughter charge, the

20 minimum sentence is two years?

21            **BY MR. HILL:** Yes, sir.

22            **BY THE COURT:** The maximum sentence is 20

23 years. There is no minimum fine and a maximum fine of ten

24 thousand dollars. Do you understand that?

25            **BY THE DEFENDANT:** Yes, sir.

26            **BY THE COURT:** All right. I will hear from

27 the State on the factual basis the charge.

28            **BY MR. HILL:** May it please the Court, Your

29 Honor, in cause number 2005-117-CR for Defendant Eric Bullin

1    who is Defendant "A" in the indictment, the grand jurors of

2    Grenada County, Mississippi, have charged in the indictment

3    that Eric Bullin participated, did act in concert with

4    Antonio Conley in the -- and that he did kill and murder

5    Kenneth Kendall.  The Defendant Mr. Bullin, by pleading

6    guilty to the lesser included offense of manslaughter, would,

7    we would hereby notice that that lesser included offense

8    would be that he, Eric Bullin, on or about March 20th, in

9    Grenada County, Mississippi, while acting in concert with

10   Antonio Conley, or while aiding, abetting or assisting him,

11   while within the jurisdiction of this Court, that he did

12   willfully, unlawfully and feloniously kill and slay Kenneth

13   Kendall by participating, as I said, with Antonio Conley in

14   the beating death of Mr. Kendall, a human being, against the

15   peace and dignity of the State of Mississippi.

16                **BY THE COURT:**  You have heard what the State

17   intends to prove in the event this case would go to trial.

18   Did you do that?

19                **BY THE DEFENDANT:**  (Inaudible.)

20                **BY MR. MAXEY:**  You need to speak up.

21                **BY THE DEFENDANT:**  Yes, sir.

22                **BY THE COURT:**  All right, are you pleading

23   guilty to this charge because you are, in fact, guilty of it?

24                **BY THE DEFENDANT:**  Yes, sir.

25                **BY THE COURT:**  You expect the State to make a

26   recommendation as to the type sentence you should receive.

27   Do you understand I don't have to accept that but may instead

28   impose any sentence the law allows?

29                **BY THE DEFENDANT:**  Yes, sir.

9

1    **BY THE COURT:** Do you understand nobody can

2 guarantee you any early release, probation or parole? If you

3 are sentenced to a term of incarceration, you might have to

4 serve the whole thing? Do you understand that?

5    **BY THE DEFENDANT:** Yes, sir.

6    **BY THE COURT:** On the charge of manslaughter,

7 how do you plead -- guilty or not guilty?

8    **BY THE DEFENDANT:** Guilty.

9    **BY THE COURT:** Mr. Maxey, do you know of any

10 reason I shouldn't accept the Defendant's plea?

11    **BY MR. MAXEY:** No, Your Honor.

12    **BY THE COURT:** I find that the Defendant's

13 plea is freely and voluntarily given, that there is a factual

14 basis for the charge, and I accept the Defendant's plea of

15 guilty. Has the State got a recommendation?

16    **BY MR. HILL:** Yes, sir. We do, Your Honor.

17 The State would recommend that the Defendant be sentenced to

18 serve a term of 20 years in the custody of the Mississippi

19 Department of Corrections and pay all court costs, fees and

20 assessments associated with his case.

21    **BY THE COURT:** Is that y'all's understanding

22 of what the recommendation would be?

23    **BY MR. MAXEY:** It is, Your Honor.

24    **BY THE COURT:** That will be the sentence of

25 the Court. Mr. Bullin, I sentence you to twenty (20) years

26 in the Mississippi Department of Corrections. I order you to

27 pay all costs of this matter. You are remanded to the

28 custody of the Sheriff.

29    **BY MR. MAXEY:** Thank you, Your Honor.

10

PROCEEDINGS CONCLUDED

COURT REPORTER'S CERTIFICATE


STATE OF MISSISSIPPI

COUNTY OF GRENADA


I, Mrs. Linda F. Burchfield, Official Court Reporter for the Fifth Circuit Court District of the State of Mississippi, do hereby certify that the foregoing 9 pages are a true, correct, complete and full transcription of my stenotype notes and tape recording taken in these proceedings and that I have transcribed the same to the best of my skill and ability.


I do further certify that my certificate annexed hereto applies only to the original certified transcript. The undersigned assumes no responsibility for the accuracy of any reproduced copies not made under my control or direction.


This the _1st_ day of August, 2005. FILED

AUG 0 1 2005

Linda Barnette
Circuit Clerk

_Linda F. Burchfield_

LINDA F. BURCHFIELD, C.S.R. 1019

Official Court Reporter

46 Still Water Circle

Eupora, Mississippi  39744

STATE OF MISSISSIPPI

In the Circuit Court of Grenada County                                   ause/Case No.   **2005-117CR(A)**

TO THE MISSISSIPPI DEPARTMENT OF CORRECTIONS
NOTICE OF CRIMINAL DISPOSITION

You are hereby notified that at the        **JULY 2005**        term of the Circuit Court, Judge     **C. E. MORGAN, III**
presiding, the following disposition was  imposed for the crime(s) hereinafter described:

I. A. Disposition(s) Reported:   ☑ Prisoner Commitment     Suspended Sentence/Probation     ☐ Revocation   ☐ Acquittal  ☐ Other
(Check those which apply to all counts reported)

A-1. Provisional Sentence     ☐ Non-Adjudication       ☐ Sentenced Under RID          ☐ Sentenced Under Shock Probation

                              ☐ Bad Check Diversionary Program      ☐ Restitution in _____ County

B. Conviction as Result of:  ☐ Guilty Plea          ☐ Guilty Plea after _____ days of Commencement of Trial

                              ☐ Jury Verdict after _____ days in Trial             ☐ Revocation Hearing

II. Name  **ERIC BULLIN**                                          Alias
   SSN    **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**        Race  **BLACK**        Sex    **MALE**      Date of Birth   **NOVEMBER 6, 1988**
   Last Known Residence  **227 MONROE, GRENADA, MS 38901**
   Place of Birth  **GRENADA, MS**                               Country of Citizenship   **USA**
   Alien Registration/Immigration # A-                           FBI#

III. Count I Charge   **MURDER  TO  **MANSLAUGHTER****
    Indicted Under MS Code  **97-3-19**                   Sentenced Under MS Code  **UNKNOWN**
    Count II Charge
    Indicted Under MS Code                                Sentenced Under MS Code
    Count III Charge
    Indicted Under MS Code                                Sentenced Under MS Code

IV. Date of Sentence      **JULY 29, 2005**        Credit for Time Served (ONLY for this/these charge(s)_____ days
   Sentence(s) Imposed by Order:   Count I   **20 YEARS**      Count II _____      Count III _____
   (Prior to any suspended portion)

   ☐ Check if reporting additional        Portion of Sentence to    Portion of Sentence    To be Served on     Other/Method of Disposition
      counts on reverse side              be Served (Yrs/Mos)       Suspended (Yrs/Mos)    Probation (Yrs/Mos)  Refer to Legend on back of form

              Count I              **20 YEARS**

              Count II

              Count III

                                                                to run concurrent with

                                                                to run consecutive to

   Conditions/Designations of Sentence:  ☐ Habitual  ☐ Psychological/Psychiatric  ☐ Alcohol/Drug Treatment/Testing  ☐ Other

VI. Fine $ _____        Indigent Fee $ _____        Restitution $ _____

   Court Costs $  **279.50**        Attorney Fee $ _____        Other Fees $ _____

   Conditions of Payment: _____

Send Prisoner Commitments, Provisional Sentence
    Orders and Revocation Orders to:

Central Records              INS Liaison
P. O. Box 24388              MS Supreme Court
Jackson, MS 39205-4388       P. O. Box 117
                             Jackson, MS 39205-0117

Send Suspended Sentence/Probation Notices, Provisional
    Sentence Orders and Revocation Orders to:

Data Operations              INS Liason
MDOC              723        MS Supreme Court
North President St.          P. O. Box 117
Jackson, MS  39202-3097,     Jackson. MS 39205-0117

LINDA M. BARNETTE,
Circuit Clerk

By: _____ DC

Date _____ **AUGUST 1, 2005**

*FILED*

AUG 0 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

Circuit Court-00619

App.0754

# THE STATE OF MISSISSIPPI

## GRENADA COUNTY

### SUBPOENA REQUEST

**STATE OF MISSISSIPPI**                    **CAUSE NO. 2005-**117**A &B-CR**

**VS:**                                      **Date Set:**    08-10-05 & 08-11-05
 **ERIC BULLIN  and**                        **Time Set:**  will advise  ( per Margie
**ANTONIO CONLEY**

**TO THE CIRCUIT CLERK OF GRENADA COUNTY, MISSISSIPPI:**

**YOU ARE HEREBY DIRECTED TO ISSUE SUBPOENAS FOR THE FOLLOWING
WITNESSES IN THE ABOVE STYLED CASE TO GIVE EVIDENCE ON BEHALF OF
THE STATE OF MISSISSIPPI.**

**DR. STEPHEN HAYNES, 1700 W. GOVERMENT, BRANDON, MS.  FAX #601-591-5055**
**PAUL WILKERSON, % MS. CRIME LAB, JACKSON, MS, FAX #601-987-1615**
**STACY SMITH, %MS. CRIME LAB, JACKSON, MS,  FAX #601-987-1615**

 **PLEASE type on each subpoena for witnesses to call the DA's Office at 226-8545 or 226-
4849  prior to date set to verify that the time for appearance is unchanged.**

**Issued this the  3rd  day of August, 2005.**

_____
**Clyde Hill  by Margie Scruggs**

FILED

AUG 0 3 2005

Linda Barnette
Circuit Clerk

Circuit Court-00620

App.0755

# THE STATE OF MISSISSIPPI

## GRENADA COUNTY

### SUBPOENA REQUEST

**STATE OF MISSISSIPPI**                    **CAUSE NO. 2005-017A &B-CR**

**VS:**                                     **Date Set:** 08-10-05 & 08-11-05
**ERIC BULLIN and**                         **Time Set:** will advise ( per Margie
**ANTONIO CONLEY**

**TO THE CIRCUIT CLERK OF GRENADA COUNTY, MISSISSIPPI:**

**YOU ARE HEREBY DIRECTED TO ISSUE SUBPOENAS FOR THE FOLLOWING WITNESSES IN THE ABOVE STYLED CASE TO GIVE EVIDENCE ON BEHALF OF THE STATE OF MISSISSIPPI.**

**DR. STEPHEN HAYNES, 1700 W. GOVERMENT, BRANDON, MS. FAX #601-591-5055**

**PLEASE type on each subpoena for witnesses to call the DA's Office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

Issued this the **3rd** day of August, 2005.

*Margie Scruggs*
**Clyde Hill by Margie Scruggs**

FILED

AUG 0 3 2005

Linda Barnette
Circuit Clerk

Circuit Court-00621

App.0756

**IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI**

STATE OF MISSISSIPPI

VERSUS                                                                                           CAUSE NO.____2005-117 CR

ERIC BULLIN,
DEFENDANT

**ITEMIZED STATEMENT
FOR COMPENSATION AND EXPENSES
OF COURT-APPOINTED COUNSEL**

TO: _____WILLIAM L. MAXEY, ATTORNEY____
            (Payee's Name & Title)
      _____P. O. Box 5010, Grenada, MS 38901____
            (Address)

Pursuant to the authorization provided by Section 99-15-17 of the Mississippi Code of 1972, Annotated, as amended, and the procedure followed in the Fifth Circuit Court District of Mississippi in the case of State of Mississippi vs. Eric Bullin, Cause No. 2005-117 CR, claim is hereby made for compensation and expenses of representation.

|  |  | DATE | HOURS |
|---|---|---|---|
| **I.** | **TIME SPENT IN REPRESENTATION** | | |
| | Met w/Client/prelim hearing/interview With client | 4/14/05 | 2.50 |
| | Conference w/client at jail | 4/27/05 | .75 |
| | Interview w/jail personnel | 4/29/05 | .50 |
| | Conf w/client | 5/13/05 | .50 |
| | Telcon w/client's mother/Private Investigator For Kendall family and attorney representing Grenada County | 6/05/05 | .75 |
| | Reviewed indictment/conf w/client | 7/1/05 | .25 |
| | Motion for Discovery prep and filed | 7/07/05 | .50 |
| | Reviewed discovery provided By State/made copies and provided To client | 7/13/05 | 2.00 |

FILED

AUG 0 5 2005

Circuit Clerk

70-010

| | | |
|---|---|---|
| To Jail/conf. w/client & review video tape | | |
| At jail | 7/18/05 | 2.00 |
| Conf w/DA & ADA re package plea for All cases/conf w/client/no deal | 7/20/05 | 1.00 |
| Conf w/DA & client re:plea bargain | 7/28/05 | .50 |
| Prep. of Plea Petition/Consult w/client/ Present to Court | 7/29/05 | 1.25 |
| Prep of itemized statement | 7/29/05 | .75 |

**Total Hours** __**13.25**__

| | | | | |
|---|---|---|---|---|
| **CLAIM:** | **Complete X** | | | |
| **Item I** | __13.25__ **hours @ $75.00 per hour** | ............... | **$993.75** | |
| **Item II** | **Video tapes provided to DA on7/12/05**............ | | **$  5.85** | |
| **Item III(a)** | __13.25__ **hours @ $25.00 per hour** | ............... | **$331.25** | **(Overhead expenses)** |

$  993.75
$  331.25  **Overhead expenses**
$    5.85  **Expense**

**$1,330.85   Total Compensation**

I certify that payment has not been received and no payment or promise of payment has been requested or accepted for representing the above indigent.

____August 4, 2005____
(DATE)

WILLIAM L. MAXEY

---

**Approved for payment in the sum of** $ _1,330.85_

For the Court _____
**CIRCUIT COURT JUDGE**

Date _8/4/05_

FILED

AUG 0 5 2005

Linda Barnette
Circuit Clerk

70 - 011

Maximum Compensation Per Case:

    (a)    One Thousand Dollars ($1,000.00) for representation in Circuit Court whether on appeal or originating in said Court.

    (b)    Two Hundred Dollars ($200.00) if said case is not appealed to or does not originate in a court of record.

    (c)    Two Thousand Dollars ($2,000.00) in a capital case where two (2) attorneys are appointed.

    (f)    One Thousand Dollars ($1,000.00) on appeal to the State Supreme Court.

    (g)    Actual out-of-pocket expenses are to be reimbursed and are not subject to the maximum compensation per case limitations listed above.

70 - 012

FILED

AUG 0 5 2005

Linda Barnette
Circuit Clerk

## Request for Subpoenas

Date _8-5-05_

_States of Mississippi_
**Plaintiff**

vs. No. _2005- 0117 CR_   coll. per Margie 8/8

_Antonio Conley_
**Defendant**

Please issue Subpoenas for the below listed witnesses to appear in Circuit-County Court at _8:30_ o'clock A.M. on _Wednesday & Thursday 10th & 11th_ the ___ day of _August_ A.D. 200_5_, to testify in behalf of plaintiff

| Name | Address |
|------|---------|
| _James Kendall_ | _320 Cooper Rd, Grenada, MS._ |
|  |  |
|  |  |
|  |  |
|  |  |

_Doug Evans by Margie Scruggs_
**Attorney**

FILED

AUG 0 9 2005

Linda Barnette
Circuit Clerk

Circuit Court-00625

App.0760

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                                    NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                                            **DEFENDANT**

## <u>MOTION FOR SPECIAL VENIRE</u>

COMES NOW, the Defendant, **Antonio Conley,** by and through his attorney

of record, and pursuant to Miss. Code Ann. §13-5-77 (1972) moves this Honorable Court

for a special venire to be drawn to hear his case.

Respectfully submitted, this the _8th_ day of August, 2005.

_____

JAMES P. VANCE, Attorney for the
Defendant, Antonio Conley

FILED

AUG 0 8 2005

Linda Barnette
Circuit Clerk

Circuit Court-00626

App.0761

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Defendant, do hereby certify that I have this day

hand delivered, a true and correct copy of the above and foregoing Motion for Special

Venire to the following:

Honorable Clyde V. Hill
Assistant District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

This the _8th_ day of August, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

\\Tina\wpdocs\Motions\Conley, Antonio (Special Venire).wpd

FILED

AUG 0 8 2005

Linda Barnette
Circuit Clerk

Circuit Court-00627

App.0762

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                              NO. <u>2005-117CR(B)</u>

ANTONIO CONLEY                                      **DEFENDANT**

## <u>MOTION FOR INDEPENDENT MEDICAL EXAMINER</u>

COMES NOW, the Defendant, **Antonio Conley,** by and through his attorney of record, and respectfully moves the Court for an independent medical examiner to examine the medical examiner's report to assist in the preparation of a defense in this matter.

Defendant would show that he is indigent and cannot afford the expense of independently having a professional. Further, the cause of death is an extremely important aspect of his defense.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves this Honorable Court to appoint an independent medical examiner at the County's expense.

Respectfully submitted, this the __8th__ day of August, 2005.

_____
JAMES P. VANCE, Attorney for the
Defendant, Antonio Conley

FILED

AUG 0 8 2005

Linda Barnette
Circuit Clerk

Circuit Court-00628

App.0763

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Defendant, do hereby certify that I have this day hand delivered, a true and correct copy of the above and foregoing Motion for Independent Medical Examiner to the following:

Honorable Clyde V. Hill
Assistant District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

This the __8th__ day of August, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS  38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

\\Tina\wpdocs\Motions\Conley, Antonio (Independent Medical Examiner).wpd

FILED

AUG 0 8 2005

Circuit Clerk

Circuit Court-00629

App.0764

---

**Subpoena-Criminal**                                    **2005-0117CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **JAMES KENDALL, 320 COOPER RD.,GRENADA, MS.,** to be found in our county, to be and personally appear before the Honorable Circuit Court, **WEDNESDAY, AUGUST 10TH AND THURSDAY, AUGUST 11TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **State of Mississipppi** is the **Plaintiff** and **ANTONIO CONLEY** is the **DEFENDANT** on the part of **PLAINTIFF.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **8TH** day of **AUGUST, 2005.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *James Kendall*

8 *4th* day of *Aug* 19 *2005*
ALTON STRIDER, Sheriff
By *James W. Salter* @ 5017

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**PLEASE CALL THE DA'S OFFICE AT 226-8545 OR 226-4849 PRIOR TO DATE SET TO VERIFY THAT THE TIME FOR APPEARANCE IS UNCHANGED.**

FILED

AUG 0 8 2005

Linda Barnette
Circuit Clerk

Circuit Court-00630

App.0765

---

**Subpoena-Criminal**                                    **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon   **RUSSELL MONTAGUE, 209 SOUTH 29TH AVE., # 101, HATTIESBURG, MS. 39401**  to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.**  and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY**  are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law.  Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

*7-8-05 luc*
*Faxed to Hattiesburg Pd*

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *Russell Montague*

_____ day of _____ 19 **2005**    By: _____ DC
ALTON STRIDER, Sheriff

By _____

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 0 9 2005

Linda Barnette
Circuit Clerk

Circuit Court-00631

App.0766

IN THE CIRCUIT COURT OF _Grenada_ COUNTY, MISSISSIPPI

CAUSE NO. _2005-117_

## PRELIMINARY INSTRUCTION

If you would like to do so, you may take notes during the course of the trial. On the other hand, you are not required to take notes if you prefer not to do so. Each of you should make your own decision about this. If you decide to take notes, be careful not to get so involved in note taking that you become distracted from the ongoing proceedings.

Notes are only a memory aid and a juror's notes may be used only as an aid to refresh that particular juror's memory and assist that juror in recalling the actual testimony. Each of you must rely on your own independent recollection of the proceedings. Whether you take notes or not, each of you must form and express your own opinion as to the facts of this case. An individual juror's notes may be used by that juror only and may not be shown to or shared with other jurors.

You will notice that we do have an official court reporter making a record of the trial; however, we will not have typewritten transcripts of this record available for your use in reaching a decision in this case.

**FILED**

AUG 1 0 2005

LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

Circuit Court-00632

App.0767

JURORS FOR STATE OF MS   VS  ANTONIO CONLEY
CAUSE  NUMBER  2005-0117 (B) CR


1.  GARY BOWDRY B/M
2.  CORDELIA REED B/F
3.  CLAUDIA FOX SMITH W/F
4.  JEFFERY LYNN STATEN W/F
5.  KIM HAYES PARKS B/F
6.  JOHN ROBERT WILLIAMS  B/M
7.  ANGELA RENEE REEVES  W/F
8.  GEORGE PURNELL, JR B/M
9.  JAMES LEWIS HUDSON  B/M
10. FRANKIE JO HONEYCUTT  W/F
11. WILLIAM EARL GRIFFIN, JR  W/M
12. JOHN C STATEN, JR  W/M
13. BOBBIE SUE HENDREN  W/F ALT
14. GENEVA WIGGINS  B/F  ALT

JUDGE C. E. MORGAN III
COURT REPORTER: LINDA  BURCHFIELD
STATE:  DOUG EVANS & CLYDE HILL
DEFENDANT: JAMES P. VANCE

IN:  11:40 AM
OUT:  12:30 PM

VERDICT:  WE, THE JURY FIND THE DEFENDANT ANTONIO CONLEY GUILTY
OF MURDER.



*FILED*

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

LIST OF WITNESSES FOR WEDNESDAY, AUGUST 10, 2005

STATE OF MISSISSIPPI --PLAINTIFF
  VS
ANTONIO CONLEY---DEFENDANT

CAUSE # 2005-0117 (B)CR

STATE WITNESSES: WED AUGUST 10, 2005

11:40 SYLVIA WHITLEY
12:00 LUNCH
1:30 SYLVIA WHITLEY
1:50 BENCH CONFERENCE/OUTSIDE JURORS PRESENCE
2:00 ADAM EUBANKS
2:30 SAJID TYLER
3:00 BREAK
3:30 PAUL WILKERSON
4:05 DR. STEPHEN HAYNES
4:26 JAMES KINSEY
4:50 RECESSED

THURSDAY AUGUST 11, 2005

9:20 OFFICER A. C. HANKINS
9:50 STATE RESTS

DEFENSE WITNESSES:
10:10 ANTONIO CONLEY
10:25 DEFENSE RESTS

11:10 CLOSING ARGUMENTS---CLYDE HILL
11:20 JAMES P VANCE
11:30 DOUG EVANS
11:40 JURY IN
NUMBER OF DAYS IN TRIAL: 2 DAYS

*FILED*

AUG 1 1 2005

LINDA BARNETTE CIRCUIT CLERK
BY_____D.C.

Circuit Court-00634

IN THE CIRCUIT COURT OF _Coahoma_ COUNTY, MISSISSIPPI

CAUSE NO. _2005-117_

<u>INSTRUCTION NO. 1</u>

You have heard all of the testimony and received the evidence and will hear the arguments of counsel shortly. I will now instruct you as to the rules of law which you will apply to this evidence in reaching your verdict.

When you took your place in the jury box, you took an oath that you would follow and apply these rules to the evidence in reaching your verdict in this case. It is, therefore, your duty as jurors to follow the law which I shall now state to you.

You are not to be concerned with the wisdom of any rule of law. Regardless of any opinion you may have as to what the law ought to be, it would be a violation of your sworn duty to base your verdict upon any other view of law than that given in these instructions.

You are not to single out one instruction alone as stating the law, but you must consider these instructions as a whole.

It is your exclusive province to determine the facts in this case and to consider and weigh the evidence for that purpose. The authority thus vested in you is not an arbitrary power, but must be exercised with sincere judgment, sound discretion and in accordance with the rules of law.

Both parties have a right to expect that you will conscientiously consider and weigh the evidence and apply the law of the case. It is your duty to determine the facts and to determine them from the evidence produced in open court. You are to apply the law to the facts and in this way decide the case. You should not be influenced by bias, sympathy, or prejudice. Your

verdict should be based on the evidence and not upon speculation, guesswork, or conjecture.

You are required and expected to use your good common sense and sound honest judgment in considering and weighing the testimony of each witness who has testified in this case.

The evidence which you are to consider consists of the testimony and statements of the witnesses and exhibits offered and received. You are also permitted to draw such reasonable inferences from the evidence as seem justified in light of your own experience.

Arguments, statements and remarks of counsel are intended to help you understand the evidence and apply the law, but are not evidence. If any argument, statement or remark has no basis in the evidence, then you should disregard that argument, statement or remark.

The production of evidence in court is governed by rules of law. From time to time during the trial it has been my duty as judge to rule on the admissibility of evidence. You must not concern yourselves with the reasons for my rulings since they are controlled and governed by the rules of law. You should not infer from my rulings on these motions or objections to the evidence that I have any opinion on the merits favoring one side or the other. You should not speculate as to possible answers to questions which I did not require to be answered. Further, you should not draw any inferences from the content of these questions.

You are to disregard all evidence which I excluded from consideration during the course of the trial.

If in stating the law to you, I repeat any rule, direction or idea; or if I state the same in varying ways, no emphasis is intended, and you must not draw any inference therefrom. The order in which these instructions are given has no significance as to their relative importance.

The law presumes every person charged with the commission of a crime to be innocent. This presumption places upon the State the burden of proving the defendant guilty of every material

element of the crime with which the defendant is charged. Before you can return a verdict of guilty, the State must prove to your satisfaction beyond a reasonable doubt that the defendant is guilty. The presumption of innocence attends the defendant throughout the trial and prevails at its close unless overcome by evidence which satisfies the jury of the defendant's guilt beyond a reasonable doubt. The defendant is not required to prove his innocence.

The verdict of the jury must represent the considered judgment of each juror. In order to return a verdict, it will be necessary that each juror agree. In other words, all twelve jurors must agree before returning a verdict in this case. It is your sworn duty as jurors to consult with one another and to deliberate in view of reaching an agreement, if you can do so without violence to your individual judgment. Each of you must decide the case for yourself, but do so only after an impartial consideration of the evidence with your fellow jurors. In the course of your deliberations, do not hesitate to re-examine your own views and change your opinion, if convinced it is erroneous, but do not surrender your honest convictions as to the weight or effect of evidence solely because of the opinion of your fellow jurors or for the mere purpose of returning a verdict.

C-1

*FILED*

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

IN THE CIRCUIT COURT OF *Clarke* COUNTY, MISSISSIPPI

CAUSE NO. *2005-117*

INSTRUCTION NO. 2

Members of the Jury, shortly after you were selected, I informed you that you could take notes, and I instructed you as to the appropriate use of any notes that you might take. Most importantly, an individual juror's notes may be used by that juror only and may not be shown to or shared with other jurors. Notes are only a memory aid, and a juror's notes may be used only as an aid to refresh that particular juror's memory and assist that juror in recalling the actual testimony. Each of you must rely on your own independent recollection of the proceedings. Whether you took notes or not, each of you must form and express your own opinion as to the facts of this case. Be aware that during the course of your deliberations there might be the temptation to allow notes to cause certain portions of the evidence to receive undue emphasis and receive attention out of proportion to the entire evidence. But a juror's memory or impression is entitled to no greater weight just because he or she took notes, and you should not be influenced by the notes of other jurors.

Thus, during your deliberations, do no assume simply because something appears in your notes that it necessarily took place in court.

C-2

**FILED**

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

Circuit Court-00638

App.0773

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS

CAUSE NO. 2005-117-B

ANTONIO CONLEY

INSTRUCTION NO. 3

The defendant, Antonio Conley, has been charged by an indictment in this case with the crime of Murder.

If you unanimously find from all the evidence in this case beyond a reasonable doubt that:

1.      the deceased, Kenneth Kendall, was a living person; and

2.      the defendant, Antonio Conley, either by his own acts or by acting in concert with Eric Bullins, in a manner eminently dangerous to others and evincing a depraved heart, regardless of human life, by beating and stomping Kenneth Kendall about the, head and body which resulted in the death of Kenneth Kendall, then you shall find the Defendant, Antonio Conley, guilty of murder.

If the State has failed to prove any one or more of the above elements beyond a reasonable doubt, then you shall find the defendant not guilty of murder.

S-1

*FILED*

AUG 1 1 2005

LINDA BARRETTE, CIRCUIT CLERK
BY_____ D.C.

Circuit Court-00639

App.0774

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                                          CAUSE NO. 2005-117-B

ANTONIO CONLEY

## INSTRUCTION NO. 4

The guilt of a defendant in a criminal case may be established without proof that the defendant personally did every act constituting the offense alleged. The law recognizes that, ordinarily, anything a person can do for himself may also be accomplished by that person through the direction of another person as his or her agent, by acting in concert with, or under the direction of another person or persons in a joint effort or enterprise.

If another person is acting under the direction of the defendant, or if the defendant joins another person and performs acts with the intent to commit a crime, then the law holds the defendant responsible for the acts and conduct of such other person just as though the defendant had committed the acts or engaged in such conduct.

Before any defendant may be held criminally responsible for the acts of others it is necessary that the accused deliberately associate himself in some way with the crime and participate in it with the intent to bring about the crime.

Of course, mere presence at the scene of a crime and knowledge that a crime is being committed are not sufficient to establish that a defendant either directed or aided and abetted the crime unless you find beyond a reasonable doubt that the defendant was a participant and not merely a knowing spectator.

In other words, you may not find any defendant guilty unless you find beyond a reasonable doubt that every element of the offense as defined in these instructions was committed by some person or persons, and that the defendant voluntarily participated in its commission with the intent to violate the law.

S-3

*FILED*

AUG 1 1 2005

LINDA BAR̶͏̶̶̶E, CIRCUIT CLER̶

BY_____D.

App.0775

**IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI**

STATE OF MISSISSIPPI

VERSUS                                             CAUSE NO. 2005-117-B

ANTONIO CONLEY

**INSTRUCTION NO.** 5

  The Court instructs the Jury that if you find the State has failed to prove beyond a reasonable doubt any one of the elements of the crime of Murder, you must find the defendant Antonio Conley, not guilty of Murder, and you will then proceed with your deliberations to decide whether the State has proved the elements of the lesser crime of heat of passion  Manslaughter.

  The Court instructs the jury that the killing of a human being without deliberate design and in the heat of passion, without authority of law, and not in necessary self-defense is manslaughter. The Court instructs the jury in this case that if you believe from the evidence in this case beyond a reasonable doubt that the defendant, Antonio Conley, did cause the death of Kenneth Kendall without deliberate design, in the heat of passion, without authority of law and not in necessary self-defense,  by beating and stomping Kenneth Kendall about the head and body,  then you shall find the defendant guilty of heat of passion Manslaughter.

  If the State has failed to prove beyond a reasonable doubt any one or more of the above elements, then you shall find the defendant not guilty of heat of passion Manslaughter.     S-4

*FILED*

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

Circuit Court-00641

App.0776

**IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI**

STATE OF MISSISSIPPI

VERSUS                                                    CAUSE NO. 2005-117-B

ANTONIO CONLEY

## INSTRUCTION NO. 6

       If the evidence warrants it, you may find the defendant, Antonio Conley, guilty of a crime less than Murder; however, notwithstanding this right, it is your duty to accept the law as given to you by the Court, and if the facts and law warrant a conviction of Murder, then it is your duty to make such finding uninfluenced by your power to find the lesser offense of Manslaughter. This provision is not designed to relieve you from the performance of an unpleasant duty. It is included to prevent a failure of justice if the evidence fails to prove the original charge of Murder but does justify a verdict for the lesser crime of Manslaughter.

       If you find that the State has failed to prove from all the evidence in this case beyond a reasonable doubt any one of the essential elements of the crime of Murder, you must not find the defendant, Antonio Conley, guilty of Murder, and you will proceed with your deliberations to decide whether the State has proved from all the evidence in this case beyond a reasonable doubt all the elements of the lesser crime of Manslaughter.

*Given*

S-2

**FILED**

AUG 1 1 2005

LINDA BARRETTE, CIRCUIT CLERK

BY_____ D.C.

Circuit Court-00642

App.0777

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

v.                                        Cause No. 2005-117-CR(B)

ANTONIO CONLEY

INSTRUCTION  NO.  1

Your verdict must be plainly marked on the separate form provided by the Court.  It need not be signed by you, and may be in one of the following forms:

If you find the Defendant ANTONIO CONLEY  guilty of Murder, then the form of your verdict shall be:

"We, the jury, find the Defendant Antonio Conley guilty of Murder."

If you find the Defendant ANTONIO CONLEY guilty of Manslaughter, then the form of your verdict shall be:

"We, the jury, find the Defendant Antonio Conley guilty of Manslaughter."

If you find the Defendant ANTONIO CONLEY not guilty, the form of your verdict shall be:

"We, the jury, find the Defendant Antonio Conley not guilty."

*FILED*

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____ D.C.

Circuit Court-00643

App.0778

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                    CAUSE NO. 2005-117A-CR

**ANTONIO CONLEY**

## INSTRUCTION NO.

The Court instructs the Jury that the killing of a human being by culpable negligence and without authority of law is also manslaughter. If you find from the evidence in this case beyond a reasonable doubt that:

1.  On or about the 20th day of March, 2005, Kenneth Kendall was a living person , and

2.  the defendant, Antonio Conley, did knowingly and willfully beat and stomp Kenneth Kendall about the head and body, and

3.  the defendant's conduct as above described, was culpable negligence in that said conduct exhibited a wanton or reckless disregard for the safety of human life, or such indifference to the consequences of his conduct under the surrounding circmstances as to render his conduct tantamount to willfulness,

then you shall find the defendant guilty of manslaughter by culpable negligence.

If the State has failed to prove beyond a reasonable doubt any one or more of the above elements, then you shall find the defendant not guilty of manslaughter by culpable negligence.

S-5

*F I L E*

AUG 1 1 200

LINDA BARNETTE, CIRCUIT
BY

Circuit Court-00644

App.0779

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                          NO. <u>2005-117CR(B)</u>

ANTONIO CONLEY                                  DEFENDANT

<u>**JURY INSTRUCTION NO.**</u> _____

THE COURT INSTRUCTS THE JURY to find the Defendant, Antonio Conley,

NOT GUILTY.

*refusal*

**FILED**

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

**D-** *1*

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                            NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                                   **DEFENDANT**

### <u>JURY INSTRUCTION NO. _____</u>

THE COURT INSTRUCTS THE JURY that in order to find the Defendant guilty of murder or manslaughter, the State of Mississippi must prove beyond a reasonable doubt that the Defendant, Antonio Conley, caused the injury that resulted in Kenneth Kendall's death.

*refused*

---

***FILED***

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

<u>D- 2</u>

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                                NO. 2005-117CR(B)

ANTONIO CONLEY                                        DEFENDANT

### JURY INSTRUCTION NO. _____

THE COURT INSTRUCTS THE JURY that if you find that the injuries which caused the death of Kenneth Kendall were caused by Eric Bullins, then you shall find the Defendant, Antonio Conley, NOT GUILTY.

*refused*

**FILED**

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____ D.C.

**D-3**

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                    NO. **2005-117CR(B)**

**ANTONIO CONLEY**                            **DEFENDANT**

### JURY INSTRUCTION NO. _____

THE COURT INSTRUCTS THE JURY that a person is guilty of simple assault if he (a) attempts to cause or purposely, knowingly, or recklessly causes bodily injury to another; or (b) negligently causes bodily injury to another with a deadly weapon or other means likely to produce death or serious bodily harm; or (c) attempts by physical menace to put another in fear of serious bodily harm.

If you find that Antonio Conley purposefully caused bodily injury to Kenneth Kendall but the State of Mississippi has failed to prove beyond a reasonable doubt that this injury is the cause of Kendall's death, then you shall find the Defendant, Antonio Conley, not guilty of murder and guilty of simple assault.

**FILED**

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

D- 5

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                                    NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                                    **DEFENDANT**

<u>**JURY INSTRUCTION NO.** _____</u>

THE COURT INSTRUCTS THE JURY that culpable negligence is negligence of a degree so gross as to be tantamount to a wanton disregard of or utter indifference to the safety of human life.

*FILED*

AUG 1 1 2005

LINDA BARNETTE CIRCUIT CLERK
BY_____D.C.

D- 6

Circuit Court-00649

App.0784

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                             NO. <u>**2005-117CR(B)**</u>

**ANTONIO CONLEY**                                **DEFENDANT**

<u>**JURY INSTRUCTION NO.**</u> _____

THE COURT INSTRUCTS THE JURY that if you find that Kenneth Kendall
was a living person and he died as a result of the Defendant striking him without
malice while on the heat of passion but in a cruel or unusual manner, or by the use of
a dangerous weapon, without authority of law and not in necessary self-defense, you
shall find the Defendant guilty of manslaughter.

*FILED*

AUG 1 1 2005

LINDA BARRETTE, CIRCUIT CLERK
BY_____D.C.

**D-** 7

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                                    NO. <u>2005-117CR(B)</u>

ANTONIO CONLEY                                            DEFENDANT

### <u>JURY INSTRUCTION NO.</u> _____

THE COURT INSTRUCTS THE JURY any other killing of a human being by the act, procurement, or culpable negligence of another, and without authority of law not provided for shall be manslaughter.

*FILED*

AUG 1 1 2005

LINDA RAGUETTE, CIRCUIT CLERK
BY_____D.C.

D- _8_

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                                    NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                                    **DEFENDANT**

<u>**JURY INSTRUCTION NO.** \_\_\_\_\_</u>

THE COURT INSTRUCTS THE JURY that if the State of Mississippi fails to

prove that the injury causing the death of Kenneth Kendall was done by Antonio

Conley, you must find the Defendant NOT GUILTY.

*FILED*

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____ D.C.

<u>**D-**</u> *9*

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                    NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                           **DEFENDANT**

<u>JURY INSTRUCTION NO. _____</u>

THE COURT INSTRUCTS THE JURY that if there is a reasonable doubt as to

who caused the fatal injury to Kenneth Kendall, you must find Antonio Conley NOT

GUILTY.

**FILED**

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

<u>D-</u> /0

Circuit Court-0065

App.0788

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                          NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                                  **DEFENDANT**

### <u>JURY INSTRUCTION NO.</u> _____

THE COURT INSTRUCTS THE JURY that if you find beyond a reasonable doubt from the credible evidence that the Defendant did kill Kenneth Kendall but that same was not done with premeditation or malice aforethought but was done in a sudden heat of passion, then you may find the Defendant guilty of manslaughter and the form of your verdict may be:

"We, the Jury, find the Defendant guilty of manslaughter."

***FILED***

AUG 1 1 2005

LINDA BARNETTE CIRCUIT CLERK
BY_____ D.C.

<u>D- 11</u>

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                              NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                              **DEFENDANT**

<u>**JURY INSTRUCTION NO.**</u> _____

THE COURT INSTRUCTS THE JURY that it is your duty not to consider the

quantity of witnesses testifying in this case, but rather the quality of their testimony.

**FILED**

AUG 1 1 2005

LINDA BARRENTE, CIRCUIT CLERK
BY_____ D.C.

D- 12

Circuit Court-00655
App.0790

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                              NO. <u>2005-117CR(B)</u>

ANTONIO CONLEY                                      DEFENDANT

<u>JURY INSTRUCTION NO. _____</u>

THE COURT INSTRUCTS THE JURY that the testimony of a Co-Defendant is

suspect.  It should be viewed with care and suspicion.

*FILED*

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C

<u>D-4</u>

Circuit Court-00656
App.0791

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                          NO. 2005-117CR(B)

ANTONIO CONLEY                                  DEFENDANT

## JURY INSTRUCTION NO. _____

YOUR VERDICT SHOULD BE WRITTEN on the separate sheet of paper provided by the Court. It need not be signed by you, and may be in any of the following forms:

1.    If you find the Defendant guilty of murder, the form of your verdict may be:

"We, the Jury, find the Defendant guilty of murder."

2.    If you find the Defendant guilty of simple assault, the form of your verdict may be:

"We, the Jury, find the Defendant guilty of simple assault."

3.    If you find the Defendant guilty of manslaughter, the form of your verdict may be:

"We, the Jury, find the Defendant guilty of manslaughter."

4.    If you find the Defendant not guilty of either murder, simple assault or manslaughter, the form of your verdict may be:

"We, the Jury, find the Defendant not guilty."

*FILED*

AUG 1 1 2005                    D- 13

LINDA BARNETT CIRCUIT CLERK
BY_____ D.C.

Circuit Court-006
App.0792

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

v.                                        Cause No. 2005-117-CR(B)

ANTONIO CONLEY

<u>VERDICT  FORM</u>



[ X ]  "We, the jury, find the Defendant Antonio Conley guilty of Murder."


[  ]  "We, the jury, find the Defendant Antonio Conley guilty of Manslaughter."


[  ]  "We, the jury, find the Defendant Antonio Conley not guilty."

*FILED*

AUG 1 1 2005

LINDA BARNETTE CIRCUIT CLERK
BY_____D.C.

| CAUSE NO | STYLE OF CASE | PLAINTIFF'S | SUBPOENA | SHERIFF'S | PROCESS | DEFENDANTS | SUBPOEN | SHERIFF'S | PROCESS |
|---|---|---|---|---|---|---|---|---|---|
| | STATE OF MS VS | WITNESSES | ISSUED | RETURN | | WITNESSES | ISSUED | RETURN | |
| 2005-117CR (B) | ANTONIO CONLEY | | | | | | | | |
| | | | | | | | | | |
| | | KEN TURNER | 07/07/05 | 07/11/05 | PROCESS | | | | |
| | | CHRIS BROWN | 07/07/05 | 07/11/05 | PROCESS | | | | |
| | | REGGIE WOODALL | 07/07/05 | 07/11/05 | PROCESS | | | | |
| | | JAMES CARVER | 07/07/05 | 07/11/05 | PROCESS | | | | |
| | | MARK WOODS | 07/07/05 | 07/11/05 | PROCESS | | | | |
| | | SASHA MONN | 07/07/05 | 08/10/05 | PROCESS | | | | |
| | | DR. STEPHEN HAYNES | 07/07/05 | | | | | | |
| | | SAJID TYLER | 07/07/05 | | | | | | |
| | | JAMES KINSEY | 07/07/05 | | | | | | |
| | | RUSSELL MONTAGUE | 07/07/05 | 08/09/05 | PROCESS | | | | |
| | | CLINT TODD | 07/07/05 | | | | | | |
| | | PAUL WILKEROSN | 07/07/05 | | | | | | |
| | | STACY SMITH | 07/07/05 | | | | | | |
| | | LT. A.C. HANKINS | 07/07/05 | | | | | | |
| | | LACURUS OLIVER | 07/07/05 | | | | | | |
| | | EDNA STEWART | 07/07/05 | 07/11/05 | PROCESS | | | | |
| | | ARTHUR MERRITT | 07/07/05 | 07/11/05 | PROCESS | | | | |
| | | SYLVIA WHITLEY | 07/07/05 | 07/11/05 | PROCESS | | | | |
| | | ALTON STRIDER | 07/07/05 | 07/11/05 | PROCESS | | | | |
| | | ADAM EUBANKS | 07/07/05 | 07/11/05 | PROCESS | | | | |
| | | KENNETH MARASCALCO | 07/26/05 | | | | | | |
| | | DR. STEPHEN HAYNES | 08/03/05 | | | | | | |
| | | PAUL WILKERSON | 08/03/05 | | | | | | |
| | | STACY SMITH | 08/03/05 | | | | | | |
| | | JAMES KENDALL | 08/08/05 | 08/08/05 | PROCESS | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | *FILED* | | | |
| | | | | | | | | | |
| | | | | | | AUG 1 1 2005 | | | |
| | | | | | | LINDA BARNETTE, CIRCUIT CLERK | | | |
| | | | | | | BY _____ D.C. | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | SUBPOENA | COURT | DOCKET | JULY | 2005 | | | |
| | | | | | | | | | |

Circuit Court-00659

IN THE CIRCUIT COURT OF _Grenada_ COUNTY, MISSISSIPPI

_State of Mississippi_

v.                                              Cause No. _2005-117-CR(8)_

_Antonio Conley_

## EXHIBIT LIST

| NO. | I.D. | EVIDENCE | DESCRIPTION |
|-----|------|----------|-------------|
| S-1A | | ✓ | Box containing tennis shoes |
| S-1B | | ✓ | left tennis shoe |
| S-1C | | ✓ | right tennis shoe |
| S-2 | | ✓ | Photos of scene on large board |
| S-3 & S-4 | | ✓ | Photos of victim on large board |
| S-5 thru S-10 | | ✓ | Photos |
| S-11 | | ✓ | Footwear impressions for Bullin |
| S-12 | | ✓ | Footwear impressions for Conley |
| S-13 & S-14 | | ✓ | Copies of victim photos with Wilkerson's notes |
| S-15 thru S-18 | | ✓ | Large boards containing photos of scene |

Submitted this the _11th_ day of _August_, 200_5_.

**FILED**

**AUG 1 1 2005**

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

_Linda F. Burchfield_
LINDA F. BURCHFIELD, CSR #1019
Official Court Reporter

Circuit Court-00660
App.0795

---

**Subpoena-Criminal**                                    **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

*( 229-0348 )*

*503 poplar St, Grenada*

We command you to summon  **SASHA MONON, % ~~GRENADA CO. JAIL~~, GRENADA, MS.
38901,** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be
holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.**  on
**WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.**  and to attend from day to day of said term,
and from day to day of each term, until discharged by said court, to give evidence in a certain case in said
Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO
CONLEY**  are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law.  Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *Sasha Monon*

*9 ... Aug 2005*

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By_____DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that
the time for appearance is unchanged.**

FILED

AUG 1 0 2005

Linda Barnette
Circuit Clerk

Circuit Court-00661

App.0796

COPY

---

**Subpoena-Criminal**                    **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

( 229-0348 )
503 poplar St. Grenada

We command you to summon  **SASHA MONON,** ~~% GRENADA CO. JAIL,~~ **GRENADA, MS.
38901,** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be
holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on
**WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term,
and from day to day of each term, until discharged by said court, to give evidence in a certain case in said
Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO
CONLEY** are the **Defendants** on the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *Sasha Monon*

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that
the time for appearance is unchanged.**

FILED

AUG 1 0 2005

Linda Barnette
Circuit Clerk

Circuit Court-00662

App.0797

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                    CAUSE NO. 2005-0117-CR(B)

ANTONIO CONLEY

## JUDGEMENT

On August 10, 2005, in open court came both the State of Mississippi and the defendant, ANTONIO CONLEY, each represented by counsel, the defendant having been arraigned on an indictment charging the defendant with the **FELONY CRIME OF MURDER**, which indictment was returned by a duly sworn and empaneled grand jury, and to which the defendant entered pleas of not guilty. Upon the Court's call of said cause in open court, both sides announced ready for trial, after which a jury was selected and accepted by both sides, the same being duly sworn and empaneled and being composed of twelve men and women.

After presentation of all the evidence, the reading of instructions, and hearing argument of counsel, the said jury retired to deliberate its decision, and returned into open court with the following verdict:

"We, the jury, find the Defendant, Antonio Conley, guilty of Murder."

**IT IS, THEREFORE, ORDERED** that the defendant, ANTONIO CONLEY, be and he is hereby sentenced to serve a term of LIFE IN PRISON with the Mississippi Department of Corrections.

The defendant is remanded to the custody of the Sheriff to await transportation.

**SO ORDERED AND ADJUDGED** this the 11th day of August, 2005.

CIRCUIT COURT JUDGE

*FILED*

AUG 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK

BY _____ D.C.

MO-101                        Circuit Court-00663

App.0798

STATE OF MISSISSIPPI

In the Circuit Court of Grenada County        Cause/Case No. **2005-117CR(B)**

TO THE MISSISSIPPI DEPARTMENT OF CORRECTIONS
NOTICE OF CRIMINAL DISPOSITION

You are hereby notified that at the     **JULY 2005**     term of the Circuit Court, Judge     **C. E. MORGAN, III**
presiding, the following disposition was imposed for the crime(s) hereinafter described:

I. A. Disposition(s) Reported: ☑ Prisoner Commitment ☐ Suspended Sentence/Probation ☐ Revocation ☐ Acquittal ☐ Other
(Check those which apply to all counts reported)

A-1. Provisional Sentence     ☐ Non-Adjudication     ☐ Sentenced Under RID     ☐ Sentenced Under Shock Probation
       ☐ Bad Check Diversionary Program     ☐ Restitution in _____ County

B. Conviction as Result of: ☐ Guilty Plea     ☐ Guilty Plea after _____ days of Commencement of Trial
       ☑ Jury Verdict after _**2**_ days in Trial     ☐ Revocation Hearing

II. Name **ANTONIO CONLEY**     Alias
   SSN    **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**    Race **BLACK**    Sex **MALE**    Date of Birth **APRIL 9, 1985**
   Last Known Residence **658 PLUM STREET, GRENADA, MS 38901**
   Place of Birth **UNKNOWN**     Country of Citizenship **USA**
   Alien Registration/Immigration # A-     FBI#

III. Count I Charge **MURDER**
   Indicted Under MS Code **97-3-19**     Sentenced Under MS Code
   Count II Charge
   Indicted Under MS Code     Sentenced Under MS Code
   Count III Charge
   Indicted Under MS Code     Sentenced Under MS Code

IV. Date of Sentence    **AUGUST 11, 2005**    Credit for Time Served (ONLY for this/these charge(s) _____ days
Sentence(s) Imposed by Order:    Count I    **LIFE**    Count II _____    Count III _____
(Prior to any suspended portion)

| ☐ Check if reporting additional counts on reverse side | Portion of Sentence to be Served (Yrs/Mos) | Portion of Sentence Suspended (Yrs/Mos) | To be Served on Probation (Yrs/Mos) | Other/Method of Disposition Refer to Legend on back of form |
|---|---|---|---|---|
| Count I | **LIFE** | | | |
| Count II | | | | |
| Count III | | | | |

_____    to run concurrent with _____
_____    to run consecutive to _____

Conditions/Designations of Sentence: ☐ Habitual ☐ Psychological/Psychiatric ☐ Alcohol/Drug Treatment/Testing ☐ Other

VI. Fine $ _____    Indigent Fee $ _____    Restitution $ _____
Court Costs $ _____    Attorney Fee $ _____    Other Fees $ _____
Conditions of Payment: _____

Send Prisoner Commitments, Provisional Sentence
Orders and Revocation Orders to:

Central Records     INS Liaison
P. O. Box 24388     MS Supreme Court
Jackson, MS 39205-4388     P. O. Box 117
                   Jackson, MS 39205-0117

Send Suspended Sentence/Probation Notices, Provisional
Sentence Orders and Revocation Orders to:

Data Operations     INS Liasion
MDOC     MS Supreme Court
723 North President St.     P. O. Box 117
Jackson, MS 39202-3097     Jackson. MS 39205-0117

LINDA M. BARNETTE
Circuit Clerk

By:_____ DC
Date _____ **AUGUST 11, 2005**

*FILED*

AUG 1 1 2005
LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

Circuit Court-00664

App.0799

**Subpoena-Criminal** _____ *moved from this address sort 7/9/05* *(A) & (B)*

_____

THE STATE OF MISSISSIPPI
GRENADA COUNTY

*Deyda Hill is checking on a current address,*

To The Sheriff of Said County–GREETI□

We command you to summon **JAMES** □ _____ 8901 to be found in our county, to be and personally app _____ ilden in and for said county, at the Court House thereo _____ **NESDAY,** **AUGUST 10TH, 2005 at 8:30 A.M.** an _____ _____ from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_____

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED
AUG 1 1 2005
Linda Barnett
Circuit □

Circuit Court-00665

App.0800

---

**Subpoena-Criminal**                                **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County—GREETINGS

We command you to summon **JAMES KINSEY, 1395 PINE, GRENADA, MS. 38901** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississpppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

> Linda Barnette
> Circuit Clerk
> P.O. Box 1517
> Grenada, MS 38902-1517
>
> By:_____DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 1 1 2005

Linda Barnette
Circuit Clerk

Circuit Court-00666

App.0801

**Subpoena-Criminal**                                    **2005-117CR (A) & (B)**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **LACARUS OLIVER, % MS. HWY. PATROL, GREENWOOD, MS. 38930** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

*Faxed to Greenwood MHP 7-8-05*

I have this day personally executed the within
subpoena by delivering a true and correct copy
to:

_____

_____ day of _____ 19 _____
          ALTON STRIDER, Sheriff
          By _____

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 1 1 2005

Linda B....
Circuit...
_____ DC

Circuit Court-00667

---

**Subpoena-Criminal**                                    **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **LACARUS OLIVER, % MS. HWY. PATROL, GREENWOOD, MS. 38930** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

> Linda Barnette
> Circuit Clerk
> P.O. Box 1517
> Grenada, MS 38902-1517
>
> By:_____DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

Circuit Court-00668

App.0803

---

**Subpoena-Criminal**                                    **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon  **LT. A.C. HANKINS,  % MS. HWY. PATROL, GREENWOOD, MS. 38930** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.**  on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.**  and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY**  are the **Defendants** on the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law.  Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY ,  2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

*Faxed to Greenwood MHP 7-8-05*
I have this day personally executed the within subpoena by delivering a true and correct copy to:
_____
_____
_____ day of _____ 19 ____
ALTON STRIDER, Sheriff
By _____

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 1 1 2005

Linda Barnette
Circuit Clerk

Circuit Court-00669
App.0804

---
---

**Subpoena-Criminal**                                   **2005-117CR (A) & (B)**

---
---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **LT. A.C. HANKINS, % MS. HWY. PATROL, GREENWOOD, MS. 38930** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

                             Linda Barnette
                             Circuit Clerk
                             P.O. Box 1517
                             Grenada, MS 38902-1517

              By:_____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

---

**Subpoena-Criminal**                                    **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon  **PAUL WILKERSON, % MS. CRIME LAB, JACKSON, MS.,
FAX # (601) 987-1615** to be found in our county, to be and personally appear before the Honorable
Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA,
MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of
said term, and from day to day of each term, until discharged by said court, to give evidence in a certain
case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and
ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law.  Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

*Faxed to Jackson erime lab 7-8 05*
I have this day personally executed the within               Linda Barnette
subpoena by delivering a true and correct copy              Circuit Clerk
to:                                                          P.O. Box 1517
_____                     Grenada, MS 38902-1517
_____ day of _____ 19 ____
            ALTON STRIDER, Sheriff                          By: _____ DC
By _____

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that
the time for appearance is unchanged.**

FILED

AUG 1 1 2005

_____ DC
Circuit Clerk

**Subpoena-Criminal**                                    **2005-117CR (A) & (B)**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon  **PAUL WILKERSON, %  MS. CRIME LAB, JACKSON, MS.,
FAX # (601) 987-1615** to be found in our county, to be and personally appear before the Honorable
Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA,
MS.** on **WEDNESDAY, AUGUST 10TH,  2005 at  8:30 A.M.**  and to attend  from day to day of
said term, and from day to day of each term, until discharged by said court, to give evidence in a certain
case in said Court pending, wherein the State of Mississippi is the Plaintiff and **ERIC BULLIN and
ANTONIO CONLEY**   are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY ,  2005.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to:
_____
_____ day of _____ 19 _____
        ALTON STRIDER, Sheriff
By _____

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By:_____DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that
the time for appearance is unchanged.**

**Subpoena-Criminal**                                          **2005-117CR (A) & (B)**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

*US marshall # 0795.7043*

We command you to summon **CLINT TODD (IN FEDERAL CUSTODY)** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

*Faxed to DA is fc. 7-8-05*
I have this day personally executed the within subpoena by delivering a true and correct copy to:

_____
___ day of _____ 19 ___
ALTON STRIDER, Sheriff
By _____

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 1 1 2005

Linda Barnette
Circuit Clerk

Circuit Court-00673

App.0808



# Grenada County Sheriff's Department

35 Doak Street
Grenada, Mississippi 38901
(662) 226-2721

*Alton Strider, Sheriff*

*Johnny Grantham, Chief Deputy*

## FAX COVER SHEET

TIME: _____ DATE: 7-8-05

TO: _D A's ofc,_

FAX NO.: _662-227-9558_

ATTN: _Clyde Hill —_

FROM: _Grenada Co So    Ric_

FAX NO. (RETURN): _662-227-2872_

PAGES FAXED INCLUDING COVER SHEET _____

PLEASE CALL GRENADA COUNTY SHERIFF'S OFFICE AT 662-227-2877
IF YOU HAVE ANY QUESTIONS.

Subject is housed at the —
Talladega FCI
need a writ — fax# 256-315-4100
US Marshall # 07957043

Circuit Court-00674

App.0809

**Subpoena-Criminal**                                        **2005-117CR (A) & (B)**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **CLINT TODD (IN FEDERAL CUSTODY)** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

<div align="right">

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By:_____DC

</div>

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 1 1 2005

Linda Barnette
Circuit Clerk

Circuit Court-00675
App.0810

| **Subpoena-Criminal** | **2005-017CR** |
|---|---|
| | **(A) & (B)** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **STACY SMITH, % MS. CRIME LAB., JACKSON, MS. FAX (601) 987-1615,** to be found in our county, to be and personally appear before the Honorable Circuit Court, **WEDNESDAY, AUGUST 10TH, 2005 and THURSDAY, AUGUST 11TH, 2005 (WILL ADVISE TIME LATER)** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **State of Mississipppi** is the **Plaintiff** and **ERIC BULLIN** and **ANTONIO CONLEY** are the **DEFENDANTS** on the part of **PLAINTIFF.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **3rd** day of **AUGUST, 2005.**

*Faxed 8-4-05 lmc*

I have this day personally executed the within
subpoena by delivering a true and correct copy
to:

_____

_____

_____ day of _____ 19 ____
ALTON STRIDER, Sheriff
By _____

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

**PLEASE CALL THE DA'S OFFICE AT 226-8545 OR 226-4849 PRIOR TO DATE SET TO VERIFY THAT THE TIME FOR APPEARANCE IS UNCHANGED.**

FILED

AUG 11 2005

Linda Barnette
Circuit Clerk

_____ DC

Circuit Court-00676

App.0811

---

**Subpoena-Criminal**                                    **2005-017CR**

                                                         **(A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **STACY SMITH, % MS. CRIME LAB., JACKSON, MS. FAX (601) 987-1615,** to be found in our county, to be and personally appear before the Honorable Circuit Court, **WEDNESDAY, AUGUST 10 TH, 2005 and THURSDAY, AUGUST 11TH, 2005 ( WILL ADVISE TIME LATER)** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **State of Mississipppi** is the **Plaintiff** and **ERIC BULLIN** and **ANTONIO CONLEY** are the **DEFENDANTS** on the part of **PLAINTIFF**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **3rd** day of **AUGUST, 2005.**

                             Linda Barnette
                             Circuit Clerk
                             P.O. Box 1517
                             Grenada, MS 38902-1517

                         By _____ DC


**PLEASE CALL THE DA'S OFFICE AT 226-8545 OR 226-4849 PRIOR TO DATE SET TO VERIFY THAT THE TIME FOR APPEARANCE IS UNCHANGED.**

---
---

**Subpoena-Criminal**                                **2005-117CR (A) & (B)**

---
---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **STACY SMITH, % MS. CRIME LAB, JACKSON, MS., FAX # (601) 987-1615** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

                              Linda Barnette
                              Circuit Clerk
                              P.O. Box 1517
                              Grenada, MS 38902-1517

                By:_____DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 1 1 2005

Linda Barnette
Circuit Clerk

Circuit Court-00678

App.0813

---

**Subpoena-Criminal**                    **2005-117CR (A) & (B)**

---

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **STACY SMITH, % MS. CRIME LAB, JACKSON, MS., FAX # (601) 987-1615** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By:_____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

Circuit Court-00679

App.0814

| **Subpoena-Criminal** | **2005-017CR** |
|---|---|
| | **(A) & (B)** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County—GREETINGS

We command you to summon **DR. STEPHEN HAYNES, 1700 W. GOVERMENT, BRANDON, MS., Fax # (601) 591-5055** to be found in our county, to be and personally appear before the Honorable Circuit Court, **WEDNESDAY, AUGUST 10, 2005 and THURSDAY, AUGUST 11TH, 2005 ( WILL ADVISE TIME LATER)** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **State of Mississipppi** is the **Plaintiff** and **ERIC BULLIN AND ANTONIO CONLEY** ares the **DEFENDANTs** on the part of **PLAINTIFF**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **3rd** day of **AUGUST, 2005.**

*Faxed to Brandon 8-4-05 Rvc*

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_____

_____ day of _____ 19 _____
A TON STRIDER, Sheriff

By _____

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**PLEASE CALL THE DA'S OFFICE AT 226-8545 OR 226-4849 PRIOR TO DATE SET TO VERIFY THAT THE TIME FOR APPEARANCE IS UNCHANGED.**

FILED

AUG 11 2005

Circuit Court-00680

App.0815

| | |
|---|---|
| **Subpoena-Criminal** | **2005-017CR** |
| | **(A) & (B)** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **DR. STEPHEN HAYNES, 1700 W. GOVERMENT, BRANDON, MS., Fax # (601) 591-5055** to be found in our county, to be and personally appear before the Honorable Circuit Court, **WEDNESDAY, AUGUST 10, 2005 and THURSDAY, AUGUST 11TH, 2005 ( WILL ADVISE TIME LATER)** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **State of Mississipppi** is the **Plaintiff** and **ERIC BULLIN AND ANTONIO CONLEY** ares the **DEFENDANTs** on the part of **PLAINTIFF**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **3rd** day of **AUGUST, 2005.**

<div align="right">

Linda Barnette
Circuit Clerk
P/O. Box 1517
Grenada, MS 38902-1517

By:_____DC

</div>

**PLEASE CALL THE DA'S OFFICE AT 226-8545 OR 226-4849 PRIOR TO DATE SET TO VERIFY THAT THE TIME FOR APPEARANCE IS UNCHANGED.**

| | |
|---|---|
| **Subpoena-Criminal** | **2005-017CR** |
| | **(A) & (B)** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **PAUL WILKERSON, % MS. CRIME LAB., JACKSON, MS. FAX (601) 987-1615,** to be found in our county, to be and personally appear before the Honorable Circuit Court, **WEDNESDAY, AUGUST 10 TH, 2005 and THURSDAY, AUGUST 11TH, 2005 ( WILL ADVISE TIME LATER)** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **State of Mississippi** is the **Plaintiff** and **ERIC BULLIN** and **ANTONIO CONLEY** are the **DEFENDANTS** on the part of **PLAINTIFF**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **3rd** day of **AUGUST, 2005.**

*Faxed 8-4-05 ln*
I have this day personally executed the within
subpoena by delivering a true and correct copy
to:
_____
____ day of _____ 19 ___
ALTON STRIDER, Sheriff
By _____

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**PLEASE CALL THE DA'S OFFICE AT 226-8545 OR 226-4849 PRIOR TO DATE SET TO VERIFY THAT THE TIME FOR APPEARANCE IS UNCHANGED.**

FILED

AUG 1 1 2005

Linda Barnette
Circuit Clerk

Circuit Court-00682

App.0817

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

v.                                                          No. 2005-117-CR(B)

ANTONIO CONLEY

## COURT REPORTER'S ESTIMATE OF COSTS OF APPEAL

I, Mrs. Linda F. Burchfield, Official Court Reporter for the Fifth Circuit Court District of the State of Mississippi and court reporter in this case, certify that the following is a true and correct estimate of the preparation and transcription of the pretrial and trial proceedings on August 8, 2005, and on August 10 and 11, 2005:

255 pages at $2.40 per page                    $612.00

WITNESS my signature, this the _15th_ day of August, 2005.

LINDA F. BURCHFIELD, C.S.R. #1019
OFFICIAL COURT REPORTER
46 Still Water Circle
Eupora, MS 39744

AUG 1 2 2005

Circuit Court-00683

App.0818

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS

ANTONIO CONLEY

CAUSE NO. ~~2005-017B-CR~~ 2005-117 CR

### ORDER

CAME ON TO BE HEARD THIS DAY the State's Motion Ore Tenus for payment of compensation for the expert testimony in the above styled cause in the amount of One-Thousand -Five-Hundred-Thirty-Four-Dollars and Twelve Cents ($1,534.12), submitted by Dr. Steven Hayne, in the above numbered and styled cause, and the Court, being fully advised in the premises, finds that the $1,534.12 for travel and court testimony at $205.00 per hour, and milage at .42/mile is a reasonable and necessary trial expense, and further is of the opinion that the State's Motion is well taken, and that the same should be, and it hereby is, sustained.

IT IS THEREFORE ORDERED, that the County of Grenada, be directed to issue a warrant in the amount of One-Thousand-Five-Hundred-Thirty-Four Dollars and Twelve Cents ($1,534.12), payable to Dr. Steven Hayne, P. O. Box 2549, Brandon, MS 39130, the same being a reasonable and necessary trial expense.

SO ORDERED this the 16th day of August, 2005.

_____
CIRCUIT JUDGE

70-174
Approved as to form:

_____
FOR THE STATE

FILED

AUG 1 7 2005

LINDA BARA_____ CIRCUIT CLERK
BY_____ D.C.

Circuit Court-00684

App.0819

# Steven T. Hayne, M.D., P.A.

*PO Box 1719*
*1700 W. Government St. Suite G*
*Brandon, MS 39043-1719*
*Phone (601)591-5030*
*Fax (601)591-5055*

## INVOICE

August 11, 2005

Doug Evans
District Attorney, District 5
P.O. Box 1262
Grenada, MS 38902-1262

Please accept this invoice for the time and testimony in the court case in Grenada County on August 10, 2005 involving the death of Kenneth D. Kendall, AME #3K8-05.

| PREPARATION | TIME | MILEAGE | RATE | TOTAL |
|---|---|---|---|---|
| 1.0 Hr | | | 205.00 | $ 205.00 |
| | 6.0 Hr | | 205.00 | 1,230.00 |
| | | 236 | .42 | 99.12 |
| | | | **TOTAL** | **$1,534.12** |

*70-175*

**PLEASE NOTE NEW MAILING ADDRESS FOR CHECKS ONLY:**

**Dr. Steven T. Hayne**
**P.O. Box 2549**
**Madison, MS 39130**

**\*\*Please include name or AME number on check\*\***

*FILED*

AUG 1 7 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____ D.C.

Circuit Court-00685

App.0820

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                                    NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                                    **DEFENDANT**

## MOTION FOR JUDGMENT NOT WITHSTANDING THE VERDICT<br>OR IN THE ALTERNATIVE, MOTION FOR NEW TRIAL

COMES NOW, the Defendant, **Antonio Conley,** by and through his attorney, and respectfully moves the Court for J.N.O.V., or in the alternative, Motion for New Trial. As grounds, Defendant will show as follows:

-1-

The Defendant, Antonio Conely, was convicted by a Jury verdict for murder on or about the 11th day of August, 2005.

-2-

The Defendant would allege that the Jury verdict was against the overwhelming weight of the evidence.

-3-

The Court erred in refusing to grant a culpable negligence manslaughter instruction.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully moves the Court for a J.N.O.V. or in the alternative, a New Trial.

Respectfully submitted, this the ___17th___ day of August, 2005.

FILED

AUG 1 8 2005

JAMES F. VANCE, Attorney for the
Defendant, Antonio Conley

Circuit Court-00686

App.0821

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Defendant, do hereby certify that I have this day mailed, via first class United States mail, postage pre-paid, a true and correct copy of the above and foregoing *Motion for Judgment Not Withstanding the Verdict or in the Alternative, Motion for New Trial* to the following:

Honorable Clarence E. Morgan, III
Circuit Court Judge
P. O. Box 721
Kosciusko, MS 39090

Honorable Clyde V. Hill
Assistant District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

This the __17th__ day of August, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P. O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

AUG 1 8 2005

App.0822

| **Subpoena-Criminal** | **2005-017CR** |
| --- | --- |
| | **(A) & (B)** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **PAUL WILKERSON, % MS. CRIME LAB., JACKSON, MS. FAX (601) 987-1615,** to be found in our county, to be and personally appear before the Honorable Circuit Court, **WEDNESDAY, AUGUST 10 TH, 2005 and THURSDAY, AUGUST 11TH, 2005 ( WILL ADVISE TIME LATER)** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **State of Mississipppi** is the **Plaintiff** and **ERIC BULLIN** and **ANTONIO CONLEY** are the **DEFENDANTS** on the part of **PLAINTIFF**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **3rd** day of **AUGUST, 2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By_____ DC

**PLEASE CALL THE DA'S OFFICE AT 226-8545 OR 226-4849 PRIOR TO DATE SET TO VERIFY THAT THE TIME FOR APPEARANCE IS UNCHANGED.**

---

**Subpoena-Criminal**                                    **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **DR. STEPHEN HAYNES, 1700 W. GOVERMENT, BRANDON, MS., FAX # (601) 591-5055** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 1 1 2005

Linda Barnette
Circuit Clerk

Circuit Court-00689

App.0824

| | |
|---|---|
| **Subpoena-Criminal** | **2005-117CR (A) & (B)** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **DR. STEPHEN HAYNES, 1700 W. GOVERMENT, BRANDON, MS., FAX # (601) 591-5055** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

<div style="margin-left:40%">

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By:_____DC

</div>

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 1 1 2005

Circuit Court-00690

App.0825

---

**Subpoena-Criminal**                                   **2005-117CR (A) & (B)**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **SAJID TYLER, 388 HARVEY STREET, GRENADA, MS. 38901** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

I have this day personally executed the within
subpoena by delivering a true and correct copy

*not served before 4*

~~~~~~~~~~~~~~~~~~~~~~~ 10 ~~~~~~~~~~~~~~
R. JOHN SKINNER, Sheriff

By: ~~~~~~~~~~~

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 1 5 2005

~~~~~~~~~~~
~~~~~~~~~~~ Clerk

App.0826

Circuit Court-00691

**Subpoena-Criminal**                                    **2005-117CR (A) & (B)**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **SAJID TYLER, 388 HARVEY STREET, GRENADA, MS. 38901** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said county, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, AUGUST 10TH, 2005 at 8:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississipppi is the Plaintiff and **ERIC BULLIN and ANTONIO CONLEY** are the **Defendants** on the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **7th** day of **JULY , 2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office at 226-8545 or 226-4849 prior to date set to verify that the time for appearance is unchanged.**

FILED

AUG 1 5 2005

Circuit Court-00692

App.0827

Court in Which Indigent Was Represent

ITEMIZED STATEMENT
FOR COMPENSATION AND EXPENSES
OF COURT-APPOINTED COUNSEL

To: JAMES P. VANCE, ATTORNEY AT LAW
(Payee's Name and Title)

P.O. BOX 159     GRENADA, MS   38902-0159
(Address)

Pursuant to the authorization contained in House Bill No. 10, Chapter 490, Laws of 1971, in the case of
STATE OF MS VS. ANTONIO CONLEY , Docket No. 2005-117 CR(B) ,
claim is hereby made for compensation of and expenses of representation.

|  |  | Date | Hours |
|---|---|---|---|
| I. | TIME SPENT IN OPEN COURT | 4/14/05 | 2.0 |
|  |  | 8/10/05 | 7.0 |
|  |  | 8/11/05 | 3.0 |

II. TIME SPENT IN PREPARATION (OUT OF COURT):

| | |
|---|---|
| (a) Interviews and conferences | 6.5 |
| (b) Obtaining and reviewing records | 28.75 |
| (c) Legal research and brief writing | 6.0 |
| (d) Other (explain) | |

III. EXPENSES OF REPRESENTATION (ITEMIZED)          Amount

| | |
|---|---|
| COPY OF DISCOVERY (109 pages @ .25¢ per page) | $ 27.25 |
| OFFICE OVERHEAD  53.25 hrs. @ $25.00 | 1331.25 |

IV. If compensation and/or reimbursement for representation in this case has been applied for and received, so state:

CLAIM:     Complete _____   Partial _X_   Final _____

Item I.  12   hours @ $ 70.00   per hour . . . . . .   $ 840.00
Item II. 41.25 hours @ $ 70.00   per hour . . . . . .   $ 2887.50
     Total Compensation . . . . . . . . . . . . . . . . . . . $ 3727.50 (2000.00 CAP)
Item III. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1358.50
     Total Compensation and Expenses . . . . . . . . . . . . . $ 3358.50
LESS Item IV . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00
          NET AMOUNT CLAIMED . . . . . . . . . . . . . . . . . $ 3358.50

I certify that payment has not been received and, except as noted in Item IV above, no payment or promise of payment has been requested or accepted for representing the above indigent(s).

8/30/05
(Date)

(Signature of Payee)

10 - 2814 282

FILED

SEP 0 6 2005

Linda Barnett
Circuit Clerk

-1-

ITEMIZED STATEMENT
FOR COMPENSATION AND EXPENSES
OF COURT-APPOINTED COUNSEL

To: JAMES P. VANCE, ATTORNEY AT LAW
(Payee's Name and Title)

P.O. BOX 159    GRENADA, MS  38902-0159
(Address)

Pursuant to the authorization contained in House Bill No. 10, Chapter 490, Laws of 1971, in the case of
STATE OF MS VS. ANTONIO CONLEY , Docket No. 2005-117 CR(B)
claim is hereby made for compensation of and expenses of representation.

|  |  | Date | Hours |
|---|---|---|---|
|  |  | 4/14/05 | 2.0 |
| I. | TIME SPENT IN OPEN COURT . . . . . . . . . . . . | 8/10/05 | 7.0 |
|  |  | 8/11/05 | 3.0 |

II. TIME SPENT IN PREPARATION (OUT OF COURT):
| | |
|---|---|
| (a) Interviews and conferences . . . . . . . . . . . . . . . . . . . | 6.5 |
| (b) Obtaining and reviewing records . . . . . . . . . . . . . . . . | 28.75 |
| (c) Legal research and brief writing . . . . . . . . . . . . . . . . | 6.0 |
| (d) Other (explain) _____ | |

III. EXPENSES OF REPRESENTATION (ITEMIZED)                     Amount

| | |
|---|---|
| COPY OF DISCOVERY (109 pages @ .25¢ per page) | $ 27.25 |
| OFFICE OVERHEAD  53.25 hrs. @ $25.00 | 1331.25 |

IV. If compensation and/or reimbursement for representation in this case has been applied for and received, so state:

CLAIM:        Complete _____    Partial _X_    Final _____

Item I.    12    hours @ $ 70.00    per hour . . . . . .  $ 840.00
Item II.  41.25 hours @ $ 70.00    per hour . . . . . .  $ 2887.50

           Total Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3727.50 (2000.00 CAP)
Item III. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1358.50
           Total Compensation and Expenses . . . . . . . . . . . . . . . . . . . . . $ 3358.50
LESS Item IV . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00
                        NET AMOUNT CLAIMED . . . . . . . . . . . . . . . . . . . . . $ 3358.50

I certify that payment has not been received and, except as noted in Item IV above, no payment or promise of payment has been requested or accepted for representing the above indigent(s).

8/30/05
(Date)                                                    (Signature of Payee)

10-281 & 282                         -1-                        FILED

SEP 0 6 2005

Linda Barnett
Circuit Clerk

App.0829

Circuit Court-00695

APPLICATION TO PROCEED *IN FORMA PAUPERIS*
IN THE COURTS OF THE STATE OF MISSISSIPPI

Antonio Conley                                    PETITIONER

VS.

CAUSE NO. 2005-1170(B)

STATE OF MISSISSIPPI                              RESPONDENT

    I, Antonio Conley _____, an inmate within the Mississippi Department of Corrections, request this Honorable Court to allow me to proceed without prepayment of costs and declare that I am unable to pay the fees and am entitled to proceed as a Pauper. In support thereof, I would show the following, to-wit:

1.    I receive income, if any, in the amount of $ _____0_____ per week/ month/ year.

2.    I have the amount of $ _____0_____ in a checking and/or savings account located at _____N/A_____.

3.    List all other assets such as real estate, bonds, notes, etc.

    a.    _____N/A_____

    b.    _____N/A_____

    c.    _____N/A_____

STATE OF MISSISSIPPI
COUNTY OF Wilkinson

    PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for said jurisdiction, the within named Petitioner, who, after first being by me duly sworn, stated on oath that the statements set forth in the above and foregoing are true and correct as therein stated.

    SWORN TO AND SUBSCRIBED before me, this the 14 day of February, 2011.

Rosemary Gatlin
NOTARY PUBLIC

App.0830

**FINANCIAL AUTHORIZATION**
**TO BE COMPLETED BY PETITIONER**

Authorization for Release of Institution Account Information
and Payment of the Filing Fees

I, _Antonio Conley_____, MDOC# _114062_,
authorize the Clerk of Court to obtain, from the agency having custody of my person,
information about my institutional account, including balances, deposits and withdrawals.
The Clerk of Court may obtain my account information from the past six (6) months and
in the future, until the filing fee is paid. I also, authorize the agency having custody of
my person to withdraw funds from my account and forward payments to the Clerk of
Court, in accord with section 47-5-76 of the Mississippi Code Annotated.

_January, 13th, 2011_____          _Antonio Conley_____
Date                                                    Signature of Petitioner

> IT IS THE PETITIONER'S RESPONSIBILITY TO HAVE THE APPROPRIATE
> PRISON OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW

**CERTIFICATE**
*(Inmate Accounts Only)*
**TO BE COMPLETED BY AUTHORIZED OFFICER**

I certify that the Petitioner named herein has the sum of $ _0.00_____
on account to his credit at _WCCF_____, MDOC Facility, where
he is confined. I further certify that the Petitioner has the following securities to his
credit according to the records of said institution _0_____

I further certify that during the last six (6) months the
Petitioner's average monthly balance was $ _0.00_____

I further certify that during the last six (6) months the
Petitioner's average monthly deposit was $ _0.00_____

I further certify that Petitioner has made the following withdrawals within
the past thirty (30) days: _0.00_____

_601-888-3199_____                 _Ana Walker_____
Telephone Number                         Authorized Officer of Inmate Accounts

_1/14/11_____                              _Ina Walker_____
Date                                                    Print Name of Authorized Officer

App.0831

Appeal State

FILED

## CERTIFICATE OF SERVICE

This is to certify that I, the undersigned, have this day and date mailed, via United

States Mail, postage pre-paid, a true and correct copy of the foregoing and attached

instruments to the following:

Linda Barnette
Circuit Clerk
Grenada Co.
59 Green St. P.o box 1517


Grenada, Ms.
38902


This the 14th day of January , 20 11 .

Antonio Conley
PETITIONER
MDOC# 114062

2999 U.S. Highway 61 North
Address

Woodville, MS. 39669
Address

FILED

App.0832

# Supreme Court of Mississippi
## Court of Appeals of the State of Mississippi
*Office of the Clerk*

Betty W. Sephton                                   *(Street Address)*
Post Office Box 249                                450 High Street
Jackson, Mississippi 39205-0249                    Jackson, Mississippi 39201-1082
Telephone: (601) 359-3694
Facsimile:  (601) 359-2407                         e-mail:sctclerk@mssc.state.ms.us

January 30, 2007

This is to advise you that the Mississippi Court of Appeals rendered the following decision on the 30th day of January, 2007.

Court of Appeals Case # 2005-KA-01805-COA
Trial Court Case # 2005-117CR(B)

Antonio Conley v. State of Mississippi

The judgment of the Grenada County Circuit Court of conviction of murder and sentence of life in the custody of the Mississippi Department of Corrections is affirmed. All costs of this appeal are assessed to Grenada County.

* NOTICE TO CHANCERY/CIRCUIT/COUNTY COURT CLERKS *
If an original of any exhibit other than photos was sent to the Supreme Court Clerk and should now be returned to you, please advise this office in writing immediately.

App.0833

FILEᴸ

# IN THE COURT OF APPEALS OF THE STATE OF MISSISSIPPI

## NO. 2005-KA-01805-COA

**ANTONIO CONLEY**                                       **APPELLANT**

**v.**

**STATE OF MISSISSIPPI**                                   **APPELLEE**

| | |
|---|---|
| DATE OF JUDGMENT: | 8/11/2005 |
| TRIAL JUDGE: | HON. C. E. MORGAN, III |
| COURT FROM WHICH APPEALED: | GRENADA COUNTY CIRCUIT COURT |
| ATTORNEY FOR APPELLANT: | JAMES P. VANCE |
| ATTORNEY FOR APPELLEE: | OFFICE OF THE ATTORNEY GENERAL |
| | BY: SCOTT STUART |
| DISTRICT ATTORNEY: | DOUG EVANS |
| NATURE OF THE CASE: | CRIMINAL - FELONY |
| TRIAL COURT DISPOSITION: | CONVICTED OF MURDER AND SENTENCED TO LIFE IN THE CUSTODY OF THE MISSISSIPPI DEPARTMENT OF CORRECTIONS. |
| DISPOSITION: | AFFIRMED - 01/30/2007 |
| MOTION FOR REHEARING FILED: | |
| MANDATE ISSUED: | |

**BEFORE LEE, P.J., BARNES AND ISHEE, JJ.**

**LEE, P.J., FOR THE COURT:**

## FACTS AND PROCEDURAL HISTORY

¶1.     On March 20, 2005, in the Grenada County Jail, Kenneth Kendall and Sajid Tyler were in the same cell. Prior to lockdown, fellow inmates Antonio Conley, Eric Bullin and James Kinsey entered Kendall's cell. An altercation ensued over cigarettes stolen by Kendall. Conley and Bullin began hitting and kicking Kendall on various parts of Kendall's body, including his head. There was testimony that this assault lasted between fifteen and thirty minutes.



App.0834

to Vance's statement that there could be an intervening cause of death since Kendall did not die immediately after the assault, the following occurred:

> BY THE COURT: Did you find anything in the autopsy report that would indicate there was anything other than this?
>
> BY MR. VANCE: No, sir. I didn't.
>
> BY THE COURT: Did it indicate any presence of any drugs?
>
> BY MR. VANCE: No, sir.
>
> BY THE COURT: Did it indicate anything such as a heart attack or something like that?
>
> BY MR. VANCE: No, sir. I don't recall in looking through the autopsy that it was anything like that.
>
> . . . .
>
> BY THE COURT: Without some, without some basis for it - - I mean if you got the independent expert, all they would be able to do would be to look at the autopsy report at this particular time. Other than that, somebody would have to exhume the body, and I'm not going to exhume a body until there is some basis for doing that. Therefore one, I find it is not timely filed, and two, I don't think there has been any basis for me to order this as I see no need for it based on the information that I have. So that is overruled.

¶6.     We cannot find that there was an abuse of discretion by the trial court since Conley appears to base his argument on a hope that another medical expert would find another cause of death rather than having any specific evidence to support his defense. Kendall was severely beaten, with significant bruising on his head, neck and back as well as between thirty and forty blunt force trauma injuries on his body. Furthermore, Dr. Steven Hayne, a forensic pathologist, testified that "[i]ncapacitation in some cases could occur immediately, or . . . could be delayed for a period of time. Certainly an hour could occur before the swelling developed at a point where unconsciousness would develop." This issue is without merit.

¶10.   Depraved heart murder evidences a greater degree of recklessness than manslaughter. *Steele v. State*, 852 So. 2d 78, 80 (¶10) (Miss. Ct. App. 2003). From the facts, we cannot find that allowing the guilty verdict to stand would sanction an unconscionable injustice. In fact, the evidence shows the reckless and brutal nature of the crime. Conley admitted to beating and stomping Kendall. A forensic scientist with the Mississippi Crime Laboratory matched numerous bruise patterns on Kendall's back with a pattern on the bottom of one of Conley's shoes. There was testimony that Kendall was struck so hard his head hit the wall of the cell. There was also testimony that Kendall did not fight back. At one point Kendall attempted to get help from the guards but was pulled back into the cell whereupon Conley and others continued beating him. This blunt force trauma caused Kendall's brain to swell and led to his death a short time later. All of this occurred over a pack of cigarettes.

¶11.   We affirm the guilty verdict.

¶12.   **THE JUDGMENT OF THE GRENADA COUNTY CIRCUIT COURT OF CONVICTION OF MURDER AND SENTENCE OF LIFE IN THE CUSTODY OF THE MISSISSIPPI DEPARTMENT OF CORRECTIONS IS AFFIRMED. ALL COSTS OF THIS APPEAL ARE ASSESSED TO GRENADA COUNTY.**

**KING, C.J., MYERS, P.J., IRVING, CHANDLER, GRIFFIS, BARNES, ISHEE AND ROBERTS, JJ., CONCUR. CARLTON, J., NOT PARTICIPATING.**



## MANDATE
## COURT OF APPEALS OF THE STATE OF MISSISSIPPI

To the Grenada County Circuit Court - GREETINGS:

In proceedings held in the courtroom in the City of Jackson, Mississippi, the Court of Appeals of the State of Mississippi entered a judgment as follows:

Court of Appeals Case # 2005-KA-01805-COA
Trial Court Case #2005-117CR(B)

Antonio Conley v. State of Mississippi

**Tuesday, 30th day of January, 2007**
The judgment of the Grenada County Circuit Court of conviction of murder and sentence of life in the custody of the Mississippi Department of Corrections is affirmed. All costs of this appeal are assessed to Grenada County.

YOU ARE COMMANDED, that execution and further proceedings as may be appropriate forthwith be had consistent with this judgment and the Constitution and Laws of the State of Mississippi.

I, Betty W. Sephton, Clerk of the Supreme Court of Mississippi and the Court of Appeals of the State of Mississippi, certify that the above judgment is a true and correct copy of the original which is authorized by law to be filed and is actually on file in my office under my custody and control.

Witness my signature and the Court's seal on February 20, 2007, A.D.

*Betty W. Sephton*
**CLERK**



## IN THE COURT OF APPEALS OF THE STATE OF MISSISSIPPI

### NO. 2005-KA-01805-COA

**ANTONIO CONLEY**                                                 **APPELLANT**

**v.**

**STATE OF MISSISSIPPI**                                            **APPELLEE**

| | |
|---|---|
| DATE OF JUDGMENT: | 8/11/2005 |
| TRIAL JUDGE: | HON. C. E. MORGAN, III |
| COURT FROM WHICH APPEALED: | GRENADA COUNTY CIRCUIT COURT |
| ATTORNEY FOR APPELLANT: | JAMES P. VANCE |
| ATTORNEY FOR APPELLEE: | OFFICE OF THE ATTORNEY GENERAL |
| | BY: SCOTT STUART |
| DISTRICT ATTORNEY: | DOUG EVANS |
| NATURE OF THE CASE: | CRIMINAL - FELONY |
| TRIAL COURT DISPOSITION: | CONVICTED OF MURDER AND SENTENCED TO LIFE IN THE CUSTODY OF THE MISSISSIPPI DEPARTMENT OF CORRECTIONS. |
| DISPOSITION: | AFFIRMED - 01/30/2007 |
| MOTION FOR REHEARING FILED: | |
| MANDATE ISSUED: | |

**BEFORE LEE, P.J., BARNES AND ISHEE, JJ.**

**LEE, P.J., FOR THE COURT:**

### FACTS AND PROCEDURAL HISTORY

¶1.     On March 20, 2005, in the Grenada County Jail, Kenneth Kendall and Sajid Tyler were in

the same cell.  Prior to lockdown, fellow inmates Antonio Conley, Eric Bullin and James Kinsey

entered Kendall's cell.  An altercation ensued over cigarettes stolen by Kendall.  Conley and Bullin

began hitting and kicking Kendall on various parts of Kendall's body, including his head.  There was

¶2.     Approximately fifteen minutes after the assault, a guard noticed Kendall's injuries.  Kendall told the guard that four men had assaulted him.  Around the same time, Kendall fell to the ground and, after attempts at resuscitation by medical staff, died.  Kendall died from swelling of the brain and brain stem herniation, caused by blunt force trauma to his head.

¶3.     On June 28, 2005, Conley and Bullin were indicted for the murder of Kendall.  Bullin ultimately pled guilty to manslaughter.  On August 11, 2005, a jury in the Grenada County Circuit Court found Conley guilty of murder.  Conley was sentenced to serve a term of life in prison in the custody of the Mississippi Department of Corrections.  Conley now appeals to this Court asserting that the trial court erred in refusing to appoint an independent medical examiner and that the jury verdict was contrary to the overwhelming weight of the evidence.

<div align="center">DISCUSSION</div>

I.  DID THE TRIAL COURT ERR IN FAILING TO APPOINT AN INDEPENDENT MEDICAL EXAMINER?

¶4.     In his first issue on appeal, Conley argues that the trial court erred in not appointing an independent medical examiner to review the cause of Kendall's death.  Two days prior to trial Conley had filed a motion asking the trial court to appoint a medical professional to ascertain whether Conley was responsible for Kendall's death.  Conley states that this was crucial in preparing his defense that, although he admitted beating Kendall, he never intended to kill Kendall.  In reviewing the trial court's denial of medical expert assistance, this Court must find an abuse of discretion such that Conley was denied due process resulting in a fundamentally unfair trial.  *Brink v. State*, 888 So. 2d 437, 448 (¶32) (Miss. Ct. App. 2004).

¶5.     During the hearing on Conley's motion, the trial court asked Conley's attorney, James Vance, certain questions in regards to whether an independent medical examiner was necessary.  In response

to Vance's statement that there could be an intervening cause of death since Kendall did not die

immediately after the assault, the following occurred:

> BY THE COURT: Did you find anything in the autopsy report that would indicate there was anything other than this?
>
> BY MR. VANCE: No, sir. I didn't.
>
> BY THE COURT: Did it indicate any presence of any drugs?
>
> BY MR. VANCE: No, sir.
>
> BY THE COURT: Did it indicate anything such as a heart attack or something like that?
>
> BY MR. VANCE: No, sir. I don't recall in looking through the autopsy that it was anything like that.
>
> . . . .
>
> BY THE COURT: Without some, without some basis for it - - I mean if you got the independent expert, all they would be able to do would be to look at the autopsy report at this particular time. Other than that, somebody would have to exhume the body, and I'm not going to exhume a body until there is some basis for doing that. Therefore one, I find it is not timely filed, and two, I don't think there has been any basis for me to order this as I see no need for it based on the information that I have. So that is overruled.

¶6.     We cannot find that there was an abuse of discretion by the trial court since Conley appears

to base his argument on a hope that another medical expert would find another cause of death rather

than having any specific evidence to support his defense. Kendall was severely beaten, with

significant bruising on his head, neck and back as well as between thirty and forty blunt force trauma

injuries on his body. Furthermore, Dr. Steven Hayne, a forensic pathologist, testified that

"[i]ncapacitation in some cases could occur immediately, or . . . could be delayed for a period of

time. Certainly an hour could occur before the swelling developed at a point where unconsciousness

would develop." This issue is without merit.

## II. WAS THE VERDICT CONTRARY TO THE OVERWHELMING WEIGHT OF THE EVIDENCE?

¶7.     In his other issue on appeal, Conley states that the jury verdict was contrary to the overwhelming weight of the evidence. However, Conley's sole assertion is that he should have been charged with manslaughter as he never meant to kill Kendall. Conley asks this Court to reverse his murder conviction and to remand for resentencing for the crime of manslaughter. Our standard of review concerning the overwhelming weight of the evidence is well settled: "[W]e will only disturb a verdict when it is so contrary to the overwhelming weight of the evidence that to allow it to stand would sanction an unconscionable injustice." *Bush v. State*, 895 So. 2d 836, 844 (¶18) (Miss. 2005). The appellate court sits as a hypothetical "thirteenth juror." *Id.* As such, the Court weighs the evidence "in the light most favorable to the verdict." *Id.* If, in this position, the Court disagrees with the verdict of the jury, "the proper remedy is to grant a new trial." *Id.*

¶8.     Mississippi Code Annotated section 97-3-19(1)(b) (Rev. 2006) states that a person is guilty of murder "[w]hen done in the commission of an act eminently dangerous to others and evincing a depraved heart, regardless of human life, although without any premeditated design to effect the death of any particular individual." Manslaughter is defined as all other killings of a human being "by the act, procurement, or culpable negligence of another, and without authority of law. . . ." Miss. Code Ann. § 97-3-47 (Rev. 2006). We note that the jury in the case sub judice was given a manslaughter instruction.

¶9.     Conley cites to *Tait v. State*, 669 So. 2d 85 (Miss. 1996), where our supreme court reversed a murder conviction and remanded for sentencing for the crime of manslaughter. The supreme court found the accidental shooting by Tait only amounted to culpable negligence. *Id.* at 87-88. We fail to see how the accidental discharge of a gun equates to an intentional and violent assault.

App.0841

¶10.     Depraved heart murder evidences a greater degree of recklessness than manslaughter. *Steele v. State*, 852 So. 2d 78, 80 (¶10) (Miss. Ct. App. 2003). From the facts, we cannot find that allowing the guilty verdict to stand would sanction an unconscionable injustice. In fact, the evidence shows the reckless and brutal nature of the crime. Conley admitted to beating and stomping Kendall. A forensic scientist with the Mississippi Crime Laboratory matched numerous bruise patterns on Kendall's back with a pattern on the bottom of one of Conley's shoes. There was testimony that Kendall was struck so hard his head hit the wall of the cell. There was also testimony that Kendall did not fight back. At one point Kendall attempted to get help from the guards but was pulled back into the cell whereupon Conley and others continued beating him. This blunt force trauma caused Kendall's brain to swell and led to his death a short time later. All of this occurred over a pack of cigarettes.

¶11.     We affirm the guilty verdict.

**¶12.    THE JUDGMENT OF THE GRENADA COUNTY CIRCUIT COURT OF CONVICTION OF MURDER AND SENTENCE OF LIFE IN THE CUSTODY OF THE MISSISSIPPI DEPARTMENT OF CORRECTIONS IS AFFIRMED. ALL COSTS OF THIS APPEAL ARE ASSESSED TO GRENADA COUNTY.**

**          KING, C.J., MYERS, P.J., IRVING, CHANDLER, GRIFFIS, BARNES, ISHEE AND ROBERTS, JJ., CONCUR. CARLTON, J., NOT PARTICIPATING.**

**IN THE SUPREME COURT OF MISSISSIPPI**

PAGES NUMBERED __ ___ ___

/OLUME ____ of __

EXHIBIT ___ ✓ ___

ELECTRONIC DISK __ ___ ___

Case #2005-KA-01805-COA

COURT APPEALED FROM : Circuit Court

COUNTY :  Grenada

TRIAL JUDGE : C. E. Morgan III

Antonio Conley v. State of Mississippi

Betty W. Sephton, Clerk

✓

TRIAL COURT # :  2005-117CR(B)

# FILED

### FEB 2 3 2007

LINDA BARNETTE
CIRCUIT CLERK
Sheila Jason  DC

(Upstairs in Vault)

App.0843

```
            FEE BILL, CRIMINAL CASES, CIRCUIT COURT

State of Mississippi
Grenada County          ********** RE-PRINT **********

       STATE OF MISSISSIPPI VS ANTONIO CONLEY

Case # CR2005-117(B)    Acct #      Paid By CASH           Receipt# 10238
-------------------------------------------------------------------------
            MISC                          62.000
```

```
                                    ===========
                            Total      $62.00
-------------------------------------------------------------------------
COPY OF TRANSCRIPT


Payment received from WILLIE B CONLEY



Transaction   2538 Received  3/10/2008 at 10:55 Drawer   1 I.D. UMRD

Account Balance Due        . $0.00          Receipt Amount      $62.00

By                           D.C.  Linda Barnette, Circuit Clerk

Case # CR2005-117(B)    Acct #       Paid By CASH      Receipt#  10238
```

App.0844

2005 -117(B)

Serial: 166656

**IN THE SUPREME COURT OF MISSISSIPPI**

**No. 2010-M-01877**

*ANTONIO CONLEY*                    F I L E D                    *Petitioner*

*v.*                                        DEC 1 5 2010

*STATE OF MISSISSIPPI*          SUPREME COURT CLERK          *Respondent*

**ORDER**

This matter came before a panel of this Court consisting of Waller, C.J., Randolph and

Lamar, JJ., on the application for leave to proceed in the trial court. After due consideration,

this panel finds that the application is not properly filed, as the motion for leave to proceed

in the trial court is not attached to said application. As such, the motion should be dismissed.

IT IS THEREFORE ORDERED that the application for leave to proceed is hereby

dismissed.

SO ORDERED, this the ___15__ day of December, 2010.

_____
WILLIAM L. WALLER, JR.,
CHIEF JUSTICE

**F I L E D**

2005 - 117 (B)

Dear Clerk:

Petitioner continuously mis-Interpeted the procedure on proceeding to the Higher Court appealing the decision without first filing <u>notice.</u>

When a response was given from the Miss. S. Ct. It stated that Petitioner's application Is not properly filed, as the motion for leave to Proceed In the trial Court Is not attached to said application, so my motion was dismissed. the only procedure known to Petitioner at the time was that of M.C.A. 99-39-27, so following the Instructions from the Miss. S. Ct. literally & not properly understanding that It was a necessary <u>step In between</u> the actual appeal called <u>Notice</u> which led the Miss. S. Ct. to return order back to the Petitioner notifying that the application are to be <u>dismissed</u> <u>Without prejudice</u> <u>as Improperly filed</u> In the Supreme. Court of Miss. Instead of <u>Notice</u> In the trial Court first where the trial took place.

Being Pro-se, Petitioner Is asking that the proper

App.0846

Petitioner is also applying an attached

"Lee stringent Standard" in support

thereof.

Thank you in advance for your assistance on this
matter.

Respectfully, Antonio Conley
antonio Conley
# 114062

FILED

JAN 2 0 2011

LINDA BARNETTE
CIRCUIT CLERK

In The Circuit Court of Grenada Co.
Mississippi.

Antonio Conley                                    Petitioner

    v

State of Mississippi                    Cause No. 2005-KA-01805
                                            Respondent


### Lee Stringent Standard

Comes now, Antonio Conley, Pro-Se, Petitioner presents
this Lee Stringent Standard along with his notice of
appeal, the United States Supreme Court hold, allegations
of a Pro-Se complaint to Lee Stringent Standards than
formal pleadings drafted by lawyer Haynes v. Keener Et. Al 404
US 519 92 S. CT. 594, 30 L. E.O 2d 652 (1972). Pro-Se Petitioners
even when liberally construed cannot survive motion to Dismiss 3 Does
not without more entitle petitioner to attorney fees. An unrepresented
litigant should not be punished for his failure to recognize subtle
factual or legal deficiencies. In his claim 3 even if the law and
facts are somewhat questionable or unfavorable of outset of litigation.
a party may have an entirely reasonably ground for bringing his
claim. 42 U.S.C 1983, 1988, Hughes v. Rowe Et AL 449 v. S. 101.
S CT. 173 66 L ED 2D 163 (1980).


## FILED

JAN 20 2011

Serial: 166656

**IN THE SUPREME COURT OF MISSISSIPPI**

No. 2010-M-01877

*ANTONIO CONLEY*                    F I L E D                    *Petitioner*

*v.*                                                    DEC 1 5 2010

*STATE OF MISSISSIPPI*              SUPREME COURT CLERK          *Respondent*

<u>**ORDER**</u>

This matter came before a panel of this Court consisting of Waller, C.J., Randolph and

Lamar, JJ., on the application for leave to proceed in the trial court. After due consideration,

this panel finds that the application is not properly filed, as the motion for leave to proceed

in the trial court is not attached to said application. As such, the motion should be dismissed.

IT IS THEREFORE ORDERED that the application for leave to proceed is hereby

dismissed.

SO ORDERED, this the ___15th___ day of December, 2010.

WILLIAM L. WALLER, JR.,
CHIEF JUSTICE

F I L E D

App.0849

IN THE CIRCUIT COURT OF _Grenada_ COUNTY, MISSISSIPPI

_Antonio Conley_                           PETITIONER

VS.                                        CAUSE NO. _2005-117CR(B)_

_State of Mississippi_                     RESPONDENT(S)

## NOTICE OF APPEAL

Comes now, _Antonio Conley_ , Pro Se, being aggrieved by the

Order of this Court entered on _January 13th_ , 20 _11_ , in the above numbered

cause and does desire to appeal this decision to the Mississippi Supreme Court.

The clerk of this Court is hereby requested to send up to the Mississippi Supreme

Court the complete record in this cause.

In Lieu of Appeal Bond petitioner attaches hereto an Affidavit of Poverty as

provided by Mississippi Code Annotated, Section 11-53-17.

_Antonio Conley_
PETITIONER
MDOC# _114062_

_2999 U.S. Highway 61, North_
Address

_Woodville, MS. 39669_
Address

FILED

IN THE CIRCUIT COURT OF _Grenada_____ COUNTY, MISSISSIPPI

_Antonio Conley_____                     PETITIONER

VERSUS                                       NO. _2005-117CR(B)_

_State of Mississippi_                       RESPONDENT(S)

## CERTIFICATE OF COMPLIANCE

I, _Antonio Conley_____, Petitioner, Pro Se, pursuant to MRAP
11(b)(1), certify that I am unable to obtain the cost of preparing the designated record on
appeal because I am incarcerated in Mississippi Department of Corrections and cannot
freely contact the court reporter for this information.   Therefore, according to Mississippi
Rules of Appellate Procedure 11,  cost is estimated at the statutory rate per page for the
clerk's papers and at $300.00 per day of proceedings to be transcribed, totaling
approximately $_____.

This the __13th__ day of _January_____, 20 _11___.

_Antonio Conley_____
PETITIONER
MDOC# _114062_____

_2999 u.s. Highway 61 north____
Address

_Woodville, ms. 39669_____
Address

**FILED**

App.0851

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                    NO.  2005-117CR(B)

ANTONIO CONLEY                            DEFENDANT

### CERTIFICATE OF COMPLIANCE WITH RULE 11(b)(1)

I, James P. Vance, Attorney for Appellant, Antonio Conley, pursuant to M.R.A.P.

11(b)(1), certify that the cost of preparing the designated record on appeal as estimated

by the court reporter and the clerk of this Court is $ _1/00. °⁰_____. The Appellant  in

this cause has heretofore been adjudicated indigent.

Respectfully submitted, this the _2 ʁ rↄ_ day of September, 2005.

_____

JAMES P. VANCE, Attorney for the
Appellant, Antonio Conley

App.0852

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Appellant, do hereby certify that I have this day

mailed, via first class United States mail, postage pre-paid, a true and correct copy of

the above and foregoing *Certificate of Compliance* to the following:

> Honorable Betty W. Sephton
> Mississippi Supreme Court Clerk
> P.O. Box 249
> Jackson, MS 39205-0249

> Honorable Clyde V. Hill
> Assistance District Attorney
> P.O. Box 1262
> Grenada, MS 38902-1262

> Honorable Linda Burchfield
> Court Reporter
> 46 Stillwater Circle
> Eupora, MS 39744

This the 28th day of September, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

FILED

SEP 2 9 2005

244

COURT REPORTER'S CERTIFICATE     2005-117CR(B)

STATE OF MISSISSIPPI

COUNTY OF GRENADA

     I, Mrs. Linda F. Burchfield, Official Court
Reporter for the Fifth Circuit Court District of the State of
Mississippi, do hereby certify that to the best of my skill
and ability, I have reported the proceedings had and done in
the trial of STATE OF MISSISSIPPI V. ANTONIO CONLEY, being
No. 2005-117-CR(B) on the docket of the Circuit Court of
Grenada County, Mississippi, and that the foregoing 243 pages
contain a true, full, and correct transcript of my
stenographic notes and tape taken in all of said proceedings.

     This is to further certify that I have this date
filed the original and one 3.5" electronic disks of said
transcript in ASCII language, for inclusion in the record on
appeal with the Clerk of the Circuit Court of Grenada County,
Mississippi, and have notified the attorneys of record, the
Circuit Clerk, and the Supreme Court Clerk of my actions
herein.

     I do further certify that my certificate annexed
hereto applies only to the original and certified transcript
and electronic disks.  The undersigned assumes no
responsibility for the accuracy of any reproduced copies not

245

COURT REPORTER'S CERTIFICATE CONTINUED

This the ____th____ day of October, 2005.

*Linda F Burchfield*

LINDA F. BURCHFIELD, C.S.R. 1019

Official Court Reporter

46 Still Water Circle

Eupora, Mississippi 39744

COURT REPORTER'S FEE FOR

TRANSCRIBING 245 PAGES

PLUS TABLE OF CONTENTS, 4 PAGES: $597.60

FILED

OCT 0 6 2005

App.0855

Mrs. Linda F. Burchfield
Official Court Reporter
46 Still Water Circle
Eupora, MS 39744
October 6, 2005

Mr. James P. Vance
Attorney at Law
P. O. Box 159
Grenada, MS 38902

    RE: State of Mississippi v. Antonio Conley
        Grenada County Circuit Court, #2005-117-CR(B)

Dear Mr. Vance:

    Pursuant to your Notice of Appeal, Designation of Record, and Certificate of Compliance, I have this day delivered to the Circuit Clerk of Grenada County in Grenada, Mississippi, the original and one copy of the transcript of all proceedings in the above styled and numbered cause.

    I am by copy of this letter notifying Counsel opposite, the Circuit Clerk, and the Supreme Court Clerk of my actions.

        Sincerely,

        *Linda F. Burchfield*

        Linda F. Burchfield, C. S. R. 1019
        Official Court Reporter

cc: Hon. Doug Evans, District Attorney
   Ms. Linda Barnette, Circuit Clerk
   Mrs. Betty Sephton, Supreme Court Clerk

FILED

OCT 0 6 2005

App.0856

## Supreme Court of Mississippi
## Court of Appeals of the State of Mississippi
*Office of the Clerk*

Betty W. Sephton             *(Street Address)*
Post Office Box 249             450 High Street
Jackson, Mississippi 39205-0249      Jackson, Mississippi 39201-1082
Telephone: (601) 359-3694
Facsimile: (601) 359-2407        e-mail:sctclerk@mssc.state.ms.us

November 22, 2005

Linda Marter Barnette
P. O. Box 1517
Grenada, MS 389021517

*2005-117CR(B)*

Re: Antonio Conley v. State of Mississippi

   Case No. 2005-TS-01805-COA
   Grenada County Circuit Court Case No. 2005-117CR(B)

### NOTICE

    The record in the above referenced matter was due **November 7, 2005** for attorney review. If the deficiency is not corrected within fourteen (14) days, a show cause notice will issue.

*Betty W. Sephton*
**CLERK**

MBE

cc: Lower Court Judge
     Counsel of Record

FILED

NOV 2 8 2005

Linda Barnette

App.0857

LINDA BARNETTE
CIRCUIT COURT CLERK
POST OFFICE BOX 1517
GRENADA, MISSISSIPPI
38902-1517
662-226-1941
662-227-2865 FAX

November 29, 2005

Honorable James P. Vance
Post Office Box 159
Grenada, MS 38901

Dear Mr. Vance,

This is to notify you that the State of Mississippi vs Antonio Conley, Cause Number
2005-117 CR (B), appeal is ready for review.

Sincerely,

Linda Barnette
Circuit Clerk of Grenada County, MS

C: Honorable Betty Sephton, Supreme Court Clerk
   Honorable C. E. Morgan, III., Presiding Judge
   Honorable Doug Evans, District Attorney

2005-117 CR(B)

State vs Conley



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

*FILED*

DEC 1 9 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____ D.C.

App.0859

2005-1170

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Betty Sephton
P.O. Box 249
Jackson, MS 39205

2005-1170(8)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)     7002 0860 0000 1681 4173

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835

*FILED*

IAN 0 5 2006

LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

2005-117CR

```
                 GRENADA POST OFFICE
                 Grenada, Mississippi
                       389012841
                   2737860901-0097
    12/19/2005    (662)226-5515    05:02:37 PM
                --- Sales Receipt ---
    Product        Sale   Unit      Final
    Description    Qty    Price     Price

    JACKSON MS 39205                  $6.30
    Priority Mail
    5 lb.  8.40 oz.
      Return Receipt (Green Card)     $1.75
      Certified                       $2.30
      Label #:     70020860000016814173
                                     ========
                   Issue PVI:         $10.35

    Total:                            $10.35

    Paid by:
    Personal Check                    $10.35

    Bill#: 1000302176663
    Clerk: 09

    --- All sales final on stamps and postage. ---
       Refunds for guaranteed services only.
            Thank you for your business.
                 Customer Copy
```

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L    U S E

| | | |
|---|---|---|
| JACKSON MS 39205 | | |
| Postage | $ $6.30 | 0901 |
| Certified Fee | $2.30 | 09 |
| Return Receipt Fee (Endorsement Required) | $1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.35 | 12/19/2005 |

Sent To
Hon. Betty Sephton
Street, Apt. No.; or PO Box No.
P O Box 249
City, State, ZIP+4
Jackson MS 39205

PS Form 3800, April 2002      See Reverse for Instructions

7002 0860 0000 1681 4173

**FILED**
DEC 19 2005
LINDA BARNETTE/CIRCUIT CLERK
BY _____ D.C.

App.0861

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F F I C I A L   U S E
JACKSON MS 39205

2005-117(CRJB)

2005-117(CRJB)

| | |
|---|---|
| Postage | $ $6.30 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $10.35 |

0901
09
Postmark
Here

12/19/2005

7173
1681
0000
0860
7002

**Sent To**  Hon. Betty Sephton
**Street, Apt. No.; or PO Box No.**  P.O. Box 249
**City, State, ZIP+4**  Jackson MS 39205

PS Form 3800, April 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Betty Sephton
P.O. Box 249
Jackson, MS 39205

2005-117(CRJB)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)     7002 0860 0000 1681 4173

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835

App.0862



# James Preston Vance

Attorney at Law
VANCE OFFICE BUILDING
123 SECOND STREET
SUITE 2
GRENADA, MISSISSIPPI 38902-0159
E-Mail: *jpvance@hotmail.com*

**P.O. Box 159**
Telephone (662) 226-9111
Telecopier (662) 226-9198

*Tonya A. Jackson*
*Administrative Assistant*

January 23, 2006

Honorable Betty W. Sephton
Mississippi Supreme Court Clerk
P.O. Box 249
Jackson, MS 39205-0249

      *Re:   Antonio Conley vs. State of Mississippi*
             *Case No. 2005-KA-01805*
             *Grenada County Circuit Court Case No. 2005-117CR(B)*

Dear Ms. Sephton:

     Enclosed herewith, please find the original and one (1) copy of Appellant's Motion for Additional Time in which to Prepare Brief, together with my check in the amount of $10.00. Please file the original and return the "filed" stamped copy to me in the self-addressed, stamped envelope provided herein.

     Thank you in advance for your assistance in this matter. Please feel free to contact me if you have any questions.

                         Sincerely,

                         JAMES P. VANCE

JPV/taj
Enclosures

cc:   Hon. Jim Hood, Attorney General
      Hon. Clarence E. Morgan, III, Circuit Court Judge
      Hon. Clyde V. Hill, Assistant District Attorney
      Hon. Linda Barnette, Circuit Clerk ✓

FILED

JAN 2 6 2006

App.0863

SUPREME COURT OF MISSISSIPPI
COURT OF APPEALS OF THE STATE OF MISSISSIPPI

GRENADA COUNTY CIRCUIT COURT NO. 2005-117 CR(B)

ANTONIO CONLEY                 APPELLANT

VERSUS                  NO. <u>2005-KA-01805</u>

STATE OF MISSISSIPPI              APPELLEE

### <u>MOTION FOR ADDITIONAL TIME IN WHICH TO PREPARE BRIEF</u>

COMES NOW, Antonio Conley, Appellant, by and through his attorney, James P. Vance, and would respectfully move the Court to grant him thirty (30) additional days in which to prepare the brief to be filed in this cause, and for grounds would respectfully show in the Court the following:

-1-

On or about the 30th day of September, 2005, James P. Vance, attorney herein, filed his Entry of Appearance.

-2-

Movant would show that he is a sole practitioner and due to scheduling conflicts and out of town obligations, he has been unable to prepare the brief due on January 30, 2006.

The State will not be prejudiced by any extension of time.

-3-

Appellant is an adult resident of Grenada County, Mississippi and is presently

incarcerated in Mississippi Department of Corrections on a conviction for murder. Because of scheduling conflicts and the distance between the Appellant and the attorney, Movant has not had opportunity to discuss all issues that might be raised on Appeal.

-4-

Movant would show that this is his first request for an extension of time.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully petitions this Honorable Court to allow an extension of time of thirty (30) days to allow time for preparing the brief herein.

Respectfully submitted, this the ___25th___ day of January, 2006.

ANTONIO CONLEY

BY: _____

JAMES P. VANCE
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

Attorney for Appellant

## AFFIDAVIT

*STATE OF MISSISSIPPI*
*COUNTY OF GRENADA*

      PERSONALLY appeared before me, the undersigned authority in and for the aforesaid jurisdiction, **James P. Vance,** who after being first duly sworn on his oath, stated that the matters and things contained in the above and foregoing Motion for Additional Time to Prepare Brief are true and correct as therein stated, and this Motion is not made for the purpose of delay, but so that justice may be done.

      This the __25th__ day of January, 2006.

                              _____
                           JAMES P. VANCE

      SWORN TO AND SUBSCRIBED before me, this the __25th__ day of January, 2006.

                         _____
*(SEAL)*                  *NOTARY PUBLIC*

*My Commission Expires:*
__7/25/07__

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Appellant, do hereby certify that I have this day mailed, via first class United States mail, postage pre-paid, a true and correct copy of the above and foregoing *Motion for Additional Time in Which to Prepare Brief* to the following:

Honorable Jim Hood
Attorney General
P.O. Box 220
Jackson, MS 39205-0220

Honorable Clarence E. Morgan, III
Circuit Court Judge
P. O. Box 721
Kosciusko, MS 39090

Honorable Clyde V. Hill
Assistant District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

This the __25th__ day of January, 2006.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney for Appellant
P. O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082



# James Preston Vance

Attorney at Law
VANCE OFFICE BUILDING
123 SECOND STREET
SUITE 2
GRENADA, MISSISSIPPI 38902-0159
E-Mail: *jpvance@hotmail.com*

*P.O. Box 159*
*Telephone (662) 226-9111*
*Telecopier (662) 226-9198*

*Tonya A. Jackson*
*Administrative Assistant*

March 17, 2006

Honorable Betty W. Sephton
Mississippi Supreme Court Clerk
P.O. Box 249
Jackson, MS 39205-0249

     Re:   *Antonio Conley vs. State of Mississippi*
          *Case No. 2005-KA-01805*
          *Grenada County Circuit Court Case No. 2005-117CR(B)*

Dear Ms. Sephton:

    Enclosed herewith, please find the original and one (1) copy of Appellant's Motion for Additional Time in which to Prepare Brief, together with my check in the amount of $15.00. Please file the original and return the "filed" stamped copy to me in the self-addressed, stamped envelope provided herein.

    Thank you in advance for your assistance in this matter. Please feel free to contact me if you have any questions.

                    Sincerely,

                    JAMES P. VANCE

JPV/taj
Enclosures

cc:   Hon. Jim Hood, Attorney General
      Hon. Clarence E. Morgan, III, Circuit Court Judge
      Hon. Clyde V. Hill, Assistant District Attorney
      Hon. Linda Barnette, Circuit Clerk ✓

FILED

MAR 2 0 2006

SUPREME COURT OF MISSISSIPPI
COURT OF APPEALS OF THE STATE OF MISSISSIPPI

GRENADA COUNTY CIRCUIT COURT NO. 2005-117 CR(B)

ANTONIO CONLEY                                    APPELLANT

VERSUS                                            NO. <u>2005-KA-01805</u>

STATE OF MISSISSIPPI                              APPELLEE

## <u>MOTION FOR ADDITIONAL TIME IN WHICH<br>TO PREPARE BRIEF</u>

COMES NOW, Antonio Conley, Appellant, by and through his attorney, James P. Vance, and would respectfully move the Court to grant him ten (10) additional days in which to prepare the brief to be filed in this cause, and for grounds would respectfully show in the Court the following:

-1-

The brief of the Appellant is due on March 21, 2006. Attorney for the Appellant is in the process of completing his brief; however, would ask for a ten (10) day extension in which to file Appellant's brief.

-2-

The State will not be prejudiced by any extension of time and Movant would show that this is his third (3rd) request for an extension of time.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully petitions this Honorable Court to allow an extension of ten (10) days to allow time for filing the brief herein.

**FILED**

App.0869

Respectfully submitted, this the <u>17th</u> day of March, 2006.

ANTONIO CONLEY

BY: _____

JAMES P. VANCE
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

**Attorney for Appellant**

## AFFIDAVIT

*STATE OF MISSISSIPPI*
*COUNTY OF GRENADA*

      PERSONALLY appeared before me, the undersigned authority in and for the aforesaid jurisdiction, **James P. Vance,** who after being first duly sworn on his oath, stated that the matters and things contained in the above and foregoing Motion are true and correct as therein stated, and this Motion is not made for the purpose of delay, but so that justice may be done.

      This the ___17th___ day of March, 2006.

                                    _____
                                    JAMES P. VANCE

      SWORN TO AND SUBSCRIBED before me, this the ___17th___ day of March, 2006.

                                  _____
*(SEAL)*                          *NOTARY PUBLIC*

*My Commission Expires:*

   7/25/07

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Appellant, Antonio Conley, do hereby certify that I have this day mailed, via first class United States mail, postage prepaid, the original of Appellant's *Motion for Additional Time in Which to Prepare Brief* to Honorable Betty Sephton, Supreme Court Clerk, at P.O. Box 249, Jackson, MS 39205-0249 and by facsimile transmission to (601) 359-2407 and have mailed copies to the following:

Honorable Jim Hood
Attorney General
P.O. Box 220
Jackson, MS 39205-0220

Honorable Clarence E. Morgan, III
Circuit Court Judge
P. O. Box 721
Kosciusko, MS 39090

Honorable Clyde V. Hill
Assistant District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

This the __17th__ day of March, 2006.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney for Appellant
P. O. Box 159
Grenada, MS  38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

FILED

MAR 2 0 2006

Linda Barnette
Circuit Clerk



THE STATE OF MISSISSIPPI, GRENADA COUNTY, GRENADA, MISSISSIPPI 38902

SUPREME COURT OF MS

| INVOICE DATE | INVOICE NUMBER | PO NUMBER | ACCOUNT | DESCRIPTION |
|---|---|---|---|---|
| 09/02/2005 | | | 001-181-414 | INDIGENT FEE |

118563

2005-117 CR (B)

FILED
SEP 26 2005

Linda Bamgar
Circuit Clerk

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                        NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                                **DEFENDANT**

<u>**ORDER**</u>

THIS DAY THIS CAUSE came on for Hearing on a Motion, *ore tenus,* to appoint James P. Vance to represent the Defendant, Antonio Conley, on an Appeal of his conviction for murder to the Mississippi Supreme Court.

The Court finds that it has already determined that the Defendant, Antonio Conley, is indigent and cannot pay the costs of counsel or Court costs.

IT IS, THEREFORE, ORDERED AND ADJUDGED that James P. Vance is hereby appointed to represent the Defendant, Antonio Conley, on an Appeal to the Mississippi Supreme Court. All costs including the costs of the transcript and record are to be paid by Grenada County, Mississippi.

ORDERED AND ADJUDGED this the ___23rd___ day of September, 2005.

_____
CIRCUIT COURT JUDGE

FILED

SEP 2 9 2005

App.0874

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                       NO.  <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                               **DEFENDANT**

## <u>CERTIFICATE OF COMPLIANCE WITH RULE 11(b)(1)</u>

I, James P. Vance, Attorney for Appellant, Antonio Conley, pursuant to M.R.A.P.

11(b)(1), certify that the cost of preparing the designated record on appeal as estimated

by the court reporter and the clerk of this Court is $ <u>1100.⁰⁰</u>. The Appellant in

this cause has heretofore been adjudicated indigent.

Respectfully submitted, this the <u>28ᵗʰ</u> day of September, 2005.

_____
JAMES P. VANCE, Attorney for the
Appellant, Antonio Conley

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Appellant, do hereby certify that I have this day

mailed, via first class United States mail, postage pre-paid, a true and correct copy of

the above and foregoing *Certificate of Compliance* to the following:

Honorable Betty W. Sephton
Mississippi Supreme Court Clerk
P.O. Box 249
Jackson, MS 39205-0249

Honorable Clyde V. Hill
Assistance District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

Honorable Linda Burchfield
Court Reporter
46 Stillwater Circle
Eupora, MS 39744

This the 28th day of September, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

244

1  COURT REPORTER'S CERTIFICATE      2005-117c(B)

2  STATE OF MISSISSIPPI

3

4  COUNTY OF GRENADA

5

6       I, Mrs. Linda F. Burchfield, Official Court

7  Reporter for the Fifth Circuit Court District of the State of

8  Mississippi, do hereby certify that to the best of my skill

9  and ability, I have reported the proceedings had and done in

10  the trial of STATE OF MISSISSIPPI V. ANTONIO CONLEY, being

11  No. 2005-117-CR(B) on the docket of the Circuit Court of

12  Grenada County, Mississippi, and that the foregoing 243 pages

13  contain a true, full, and correct transcript of my

14  stenographic notes and tape taken in all of said proceedings.

15

16       This is to further certify that I have this date

17  filed the original and one 3.5" electronic disks of said

18  transcript in ASCII language, for inclusion in the record on

19  appeal with the Clerk of the Circuit Court of Grenada County,

20  Mississippi, and have notified the attorneys of record, the

21  Circuit Clerk, and the Supreme Court Clerk of my actions

22  herein.

23

24       I do further certify that my certificate annexed

25  hereto applies only to the original and certified transcript

26  and electronic disks.  The undersigned assumes no

27  responsibility for the accuracy of any reproduced copies not

28  made under my control or direction

FILED

App.0877

245

```
1              COURT REPORTER'S CERTIFICATE CONTINUED

2

3         This the  8th  day of October, 2005.

4

5                    Linda F. Burchfield

6                    LINDA F. BURCHFIELD, C.S.R. 1019

7                    Official Court Reporter

8                    46 Still Water Circle

9                    Eupora, Mississippi  39744

10

11

12   COURT REPORTER'S FEE FOR

13   TRANSCRIBING 245 PAGES

14   PLUS TABLE OF CONTENTS, 4 PAGES:     $597.60

15

16

17

18

19

20

21

22

23

24

25

26                              FILED

27                              OCT 0 6 2005
```

App.0878

Mrs. Linda F. Burchfield
Official Court Reporter
46 Still Water Circle
Eupora, MS 39744
October 6, 2005

Mr. James P. Vance
Attorney at Law
P. O. Box 159
Grenada, MS 38902

    RE: State of Mississippi v. Antonio Conley
        Grenada County Circuit Court,  #2005-117-CR(B)

Dear Mr. Vance:

    Pursuant to your Notice of Appeal, Designation of Record, and Certificate of Compliance, I have this day delivered to the Circuit Clerk of Grenada County in Grenada, Mississippi, the original and one copy of the transcript of all proceedings in the above styled and numbered cause.

    I am by copy of this letter notifying Counsel opposite, the Circuit Clerk, and the Supreme Court Clerk of my actions.

        Sincerely,

        *Linda F. Burchfield*

        Linda F. Burchfield, C. S. R. 1019
        Official Court Reporter

cc: Hon. Doug Evans, District Attorney
  Ms. Linda Barnette, Circuit Clerk
    Mrs. Betty Sephton, Supreme Court Clerk

FILED

OCT 0 6 2005

Linda Barnette

**Supreme Court of Mississippi**
**Court of Appeals of the State of Mississippi**
*Office of the Clerk*

Betty W. Sephton                                                  *(Street Address)*
Post Office Box 249                                             450 High Street
Jackson, Mississippi 39205-0249                      Jackson, Mississippi 39201-1082
Telephone: (601) 359-3694
Facsimile: (601) 359-2407                              e-mail:sctclerk@mssc.state.ms.us

November 22, 2005

Linda Marter Barnette
P. O. Box 1517
Grenada, MS 389021517

$2005-117CR(B)$

Re: Antonio Conley v. State of Mississippi

Case No. 2005-TS-01805-COA
Grenada County Circuit Court Case No. 2005-117CR(B)

**NOTICE**

The record in the above referenced matter was due **November 7, 2005** for attorney
review.  If the deficiency is not corrected within fourteen (14) days, a show cause notice will
issue.

Betty W. Sephton
**CLERK**

MBE

cc: Lower Court Judge
    Counsel of Record

FILED

NOV 2 8 2005

Linda Barnette
Circuit Clerk

LINDA BARNETTE
CIRCUIT COURT CLERK
POST OFFICE BOX 1517
GRENADA, MISSISSIPPI
38902-1517
662-226-1941
662-227-2865 FAX

November 29, 2005

Honorable James P. Vance
Post Office Box 159
Grenada, MS 38901

Dear Mr. Vance,

This is to notify you that the State of Mississippi vs Antonio Conley, Cause Number 2005-117 CR (B), appeal is ready for review.

Sincerely,

Linda Barnette
Circuit Clerk of Grenada County, MS

C: Honorable Betty Sephton, Supreme Court Clerk
   Honorable C. E. Morgan, III., Presiding Judge
   Honorable  Doug Evans, District Attorney

App.0881

2005-117 CR(B)

State vs Conley

Return to Supreme Court

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | | | |
|---|---|---|---|
| Postage | $ | | |
| Certified Fee | | | Postmark |
| Return Receipt Fee (Endorsement Required) | | | Here |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | | |

7002 0860 0000 1691 4173

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+ 4

CERTIFIED MAIL

*FILED*

DEC 1 9 2005

LINDA BARNETT, CIRCUIT CLERK

BY_____ D.C.

App.0882

2005-1170

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Betty Sephton
P. O. Box 249
Jackson, MS 39205

2005-1170(E)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7002 0860 0000 1681 4173

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

*FILED*

JAN 0 5 2006

LINDA BARNETTE, CIRCUIT CLERK
BY _____

App.0883

2005-117CR

```
            GRENADA POST OFFICE
             Grenada, Mississippi
                  389012841
              2737860901-0097
12/19/2005     (662)226-5515      05:02:37 PM
          --- Sales Receipt ---
Product        Sale   Unit      Final
Description     Qty   Price     Price

JACKSON MS 39205                 $6.30
Priority Mail
5 lb.  8.40 oz.
  Return Receipt (Green Card)    $1.75
Certified                        $2.30
  Label #:      70020860000016814173
                                 ========
              Issue PVI:         $10.35

Total:                           --------
                                 $10.35

Paid by:
Personal Check                   $10.35

Bill#: 1000302176663
Clerk:  09

— All sales final on stamps and postage. —
  Refunds for guaranteed services only.
        Thank you for your business.
             Customer Copy
```

7002 0860 0000 1681 4173

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

O F F I C I A L   U S E

JACKSON MS 39205

| | | |
|---|---|---|
| Postage | $ $6.30 | 0901 |
| Certified Fee | $2.30 | 09 |
| Return Receipt Fee (Endorsement Required) | $1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $10.35 | 12/19/2005 |

Sent To
Hon Betty Sephton

Street, Apt. No.;
or PO Box No.  PO Box 249

City, State, ZIP+4
Jackson MS 39205

PS Form 3800, April 2002          See Reverse for Instructions

**FILED**

DEC 19 2005

LINDA BARNETTE CIRCUIT CLERK
BY _____ D.C.

App.0884

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

O F I C I A L   U S E

JACKSON MS 39205

2005-117(CRJB)

| | | |
|---|---|---|
| Postage | $ | $6.30 |
| Certified Fee | | $2.30 |
| Return Receipt Fee (Endorsement Required) | | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $10.35 |

0901
09

Postmark
Here

12/19/2005

2005-117(CRJB)

Sent To
Hon. Betty Sephton

Street, Apt. No.; or PO Box No.
P.O. Box 249

City, State, ZIP+4
Jackson, MS 39205

PS Form 3800, April 2002      See Reverse for Instructions

7002 0860 0000 1681 4173

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Betty Sephton
P.O. Box 249
Jackson, MS 39205

2005-117(CRJB)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type
☒ Certified Mail        ☐ Express Mail
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)
7002 0860 0000 1681 4173

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-0835

App.0885



# James Preston Vance

Attorney at Law
VANCE OFFICE BUILDING
123 SECOND STREET
SUITE 2
GRENADA, MISSISSIPPI 38902-0159
E-Mail: *jpvance@hotmail.com*

*Tonya A. Jackson*
*Administrative Assistant*

*P.O. Box 159*
*Telephone (662) 226-9111*
*Telecopier (662) 226-9198*

January 23, 2006

Honorable Betty W. Sephton
Mississippi Supreme Court Clerk
P.O. Box 249
Jackson, MS 39205-0249

      Re:   *Antonio Conley vs. State of Mississippi*
             *Case No. 2005-KA-01805*
             *Grenada County Circuit Court Case No. 2005-117CR(B)*

Dear Ms. Sephton:

     Enclosed herewith, please find the original and one (1) copy of Appellant's Motion for Additional Time in which to Prepare Brief, together with my check in the amount of $10.00. Please file the original and return the "filed" stamped copy to me in the self-addressed, stamped envelope provided herein.

     Thank you in advance for your assistance in this matter. Please feel free to contact me if you have any questions.

                    Sincerely,

                    JAMES P. VANCE

JPV/taj
Enclosures

cc:   Hon. Jim Hood, Attorney General
      Hon. Clarence E. Morgan, III, Circuit Court Judge
      Hon. Clyde V. Hill, Assistant District Attorney
      Hon. Linda Barnette, Circuit Clerk ✓

FILED

JAN 2 6 2006

App.0886

SUPREME COURT OF MISSISSIPPI
COURT OF APPEALS OF THE STATE OF MISSISSIPPI

GRENADA COUNTY CIRCUIT COURT NO. 2005-117 CR(B)

ANTONIO CONLEY                                          **APPELLANT**

**VERSUS**                                             NO. <u>2005-KA-01805</u>

**STATE OF MISSISSIPPI**                                **APPELLEE**

## <u>MOTION FOR ADDITIONAL TIME IN WHICH</u><br><u>TO PREPARE BRIEF</u>

COMES NOW, Antonio Conley, Appellant, by and through his attorney, James

P. Vance, and would respectfully move the Court to grant him thirty (30) additional

days in which to prepare the brief to be filed in this cause, and for grounds would

respectfully show in the Court the following:

-1-

On or about the 30th day of September, 2005, James P. Vance, attorney herein,

filed his Entry of Appearance.

-2-

Movant would show that he is a sole practitioner and due to scheduling conflicts

and out of town obligations, he has been unable to prepare the brief due on January 30,

2006.

The State will not be prejudiced by any extension of time.

-3-

Appellant is an adult resident of Grenada County, Mississippi and is presently

incarcerated in Mississippi Department of Corrections on a conviction for murder. Because of scheduling conflicts and the distance between the Appellant and the attorney, Movant has not had opportunity to discuss all issues that might be raised on Appeal.

-4-

Movant would show that this is his first request for an extension of time.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully petitions this Honorable Court to allow an extension of time of thirty (30) days to allow time for preparing the brief herein.

Respectfully submitted, this the  25th  day of January, 2006.

ANTONIO CONLEY

BY: _____
JAMES P. VANCE
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

Attorney for Appellant

### AFFIDAVIT

*STATE OF MISSISSIPPI*
*COUNTY OF GRENADA*

PERSONALLY appeared before me, the undersigned authority in and for the aforesaid jurisdiction, **James P. Vance,** who after being first duly sworn on his oath, stated that the matters and things contained in the above and foregoing Motion for Additional Time to Prepare Brief are true and correct as therein stated, and this Motion is not made for the purpose of delay, but so that justice may be done.

This the   25th   day of January, 2006.

_____
JAMES P. VANCE

SWORN TO AND SUBSCRIBED before me, this the 25th day of January, 2006.

_____
NOTARY PUBLIC

*(SEAL)*

*My Commission Expires:*

7/25/07
_____

JAN 2 5 2006

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Appellant, do hereby certify that I have this day mailed, via first class United States mail, postage pre-paid, a true and correct copy of the above and foregoing *Motion for Additional Time in Which to Prepare Brief* to the following:

Honorable Jim Hood                     Honorable Clarence E. Morgan, III
Attorney General                       Circuit Court Judge
P.O. Box 220                           P. O. Box 721
Jackson, MS 39205-0220                 Kosciusko, MS 39090

Honorable Clyde V. Hill
Assistant District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

This the __25th__ day of January, 2006.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney for Appellant
P. O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

App.0890



# James Preston Vance

Attorney at Law
VANCE OFFICE BUILDING
123 SECOND STREET
SUITE 2
GRENADA, MISSISSIPPI 38902-0159
E-Mail: jpvance@hotmail.com

*P.O. Box 159*
*Telephone (662) 226-9111*
*Telecopier (662) 226-9198*

*Tonya A. Jackson*
*Administrative Assistant*

March 17, 2006

Honorable Betty W. Sephton
Mississippi Supreme Court Clerk
P.O. Box 249
Jackson, MS 39205-0249

       *Re:*   *Antonio Conley vs. State of Mississippi*
            *Case No. 2005-KA-01805*
            *Grenada County Circuit Court Case No. 2005-117CR(B)*

Dear Ms. Sephton:

    Enclosed herewith, please find the original and one (1) copy of Appellant's Motion for Additional Time in which to Prepare Brief, together with my check in the amount of $15.00. Please file the original and return the "filed" stamped copy to me in the self-addressed, stamped envelope provided herein.

    Thank you in advance for your assistance in this matter. Please feel free to contact me if you have any questions.

                      Sincerely,

                      JAMES P. VANCE

JPV/taj
Enclosures

cc:    Hon. Jim Hood, Attorney General
       Hon. Clarence E. Morgan, III, Circuit Court Judge
       Hon. Clyde V. Hill, Assistant District Attorney
       Hon. Linda Barnette, Circuit Clerk ✓

FILED

MAR 2 0 2006

App.0891

SUPREME COURT OF MISSISSIPPI
COURT OF APPEALS OF THE STATE OF MISSISSIPPI

GRENADA COUNTY CIRCUIT COURT NO. 2005-117 CR(B)

ANTONIO CONLEY                                    APPELLANT

VERSUS                                            NO. <u>2005-KA-01805</u>

STATE OF MISSISSIPPI                              APPELLEE

## <u>MOTION FOR ADDITIONAL TIME IN WHICH TO PREPARE BRIEF</u>

COMES NOW, Antonio Conley, Appellant, by and through his attorney, James P. Vance, and would respectfully move the Court to grant him ten (10) additional days in which to prepare the brief to be filed in this cause, and for grounds would respectfully show in the Court the following:

-1-

The brief of the Appellant is due on March 21, 2006. Attorney for the Appellant is in the process of completing his brief; however, would ask for a ten (10) day extension in which to file Appellant's brief.

-2-

The State will not be prejudiced by any extension of time and Movant would show that this is his third (3rd) request for an extension of time.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully petitions this Honorable Court to allow an extension of ten (10) days to allow time for filing the brief herein.

FILED

App.0892

Respectfully submitted, this the __17th__ day of March, 2006.

ANTONIO CONLEY

BY: _____
JAMES P. VANCE
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

Attorney for Appellant

## AFFIDAVIT

*STATE OF MISSISSIPPI*
*COUNTY OF GRENADA*

       PERSONALLY appeared before me, the undersigned authority in and for the aforesaid jurisdiction, **James P. Vance,** who after being first duly sworn on his oath, stated that the matters and things contained in the above and foregoing Motion are true and correct as therein stated, and this Motion is not made for the purpose of delay, but so that justice may be done.

       This the __17th__ day of March, 2006.

_____
JAMES P. VANCE

       SWORN TO AND SUBSCRIBED before me, this the __17th__ day of March, 2006.

_____
*NOTARY PUBLIC*

*(SEAL)*

*My Commission Expires:*

__7/25/07__

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Appellant, Antonio Conley, do hereby certify that I have this day mailed, via first class United States mail, postage prepaid, the original of Appellant's *Motion for Additional Time in Which to Prepare Brief* to Honorable Betty Sephton, Supreme Court Clerk, at P.O. Box 249, Jackson, MS 39205-0249 and by facsimile transmission to (601) 359-2407 and have mailed copies to the following:

Honorable Jim Hood
Attorney General
P.O. Box 220
Jackson, MS 39205-0220

Honorable Clarence E. Morgan, III
Circuit Court Judge
P. O. Box 721
Kosciusko, MS 39090

Honorable Clyde V. Hill
Assistant District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

This the ___17th___ day of March, 2006.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney for Appellant
P. O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

FILED

MAR 2 0 2006

Linda Barnette
Circuit Clerk

App.0895

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                    NO. <u>2005-117CR(B)</u>

ANTONIO CONLEY                            DEFENDANT

## <u>ORDER</u>

THIS DAY THIS CAUSE came on for Hearing on a Motion for Judgment Not Withstanding the Verdict or in the Alternative, Motion for New Trial filed by the Defendant, Antonio Conley, and the Court finds that the Motion is without merit and is hereby overruled.

ORDERED AND ADJUDGED this the ___1st___ day of ___September___, 2005.

_____
*CIRCUIT COURT JUDGE*

70-280

FILED

Linda Barnette

App.0896

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                              NO.  2005-117CR(B)

ANTONIO CONLEY                                      DEFENDANT

## NOTICE OF APPEAL

WHEREAS, on or about the 11th day of August, 2005, in the Circuit Court of Grenada County, Mississippi, **Antonio Conley** was convicted of Murder; and

WHEREAS, Antonio was sentenced to serve a life sentence in the Mississippi Department of Corrections; and

WHEREAS, on the 1st day of September, 2005, the Circuit Court overruled the Motion for Judgment Not Withstanding the Verdict or in the Alternative, Motion for New Trial and entered the Order on September 6, 2005.

WHEREAS, Antonio Conley feels aggrieved as a result of the Conviction.

NOW THEREFORE, Antonio Conley files this Notice of Appeal to the Supreme Court of Mississippi.

Respectfully submitted, this the 20th day of September, 2005.

JAMES P. VANCE, Attorney for the
Defendant, Antonio Conley

**FILED**

SEP 2 1 2005

Linda Barnette

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Defendant, do hereby certify that I have this day mailed, via first class United States mail, postage pre-paid, a true and correct copy of the above and foregoing *Notice of Appeal* to the following:

Honorable Clarence E. Morgan, III
Circuit Court Judge
P.O. Box 721
Kosciusko, MS 39090-0721

Honorable Clyde V. Hill
Assistance District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

Honorable Betty W. Sephton
Mississippi Supreme Court Clerk
P.O. Box 249
Jackson, MS 39205-0249

Honorable Linda Burchfield
Court Reporter
46 Stillwater Circle
Eupora, MS 39744

This the 20th day of September, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

**FILED**

SEP 2 1 2005

Linda Barnette
Circuit Clerk

App.0898

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                    NO. <u>2005-117CR(B)</u>

**ANTONIO CONLEY**                            **DEFENDANT**

<u>**NOTICE OF APPEAL**</u>

WHEREAS, on or about the 11th day of August, 2005, in the Circuit Court of

Grenada County, Mississippi, **Antonio Conley** was convicted of Murder; and

WHEREAS, Antonio was sentenced to serve a life sentence in the Mississippi

Department of Corrections; and

WHEREAS, on the 1st day of September, 2005, the Circuit Court overruled the

Motion for Judgment Not Withstanding the Verdict or in the Alternative, Motion for

New Trial and entered the Order on September 6, 2005.

WHEREAS, Antonio Conley feels aggrieved as a result of the Conviction.

NOW THEREFORE, Antonio Conley files this Notice of Appeal to the Supreme

Court of Mississippi.

Respectfully submitted, this the 20th day of September, 2005.

_____

JAMES P. VANCE, Attorney for the
Defendant, Antonio Conley

**FILED**

SEP 2 1 2005

Linda Barnette
Circuit Clerk

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Defendant, do hereby certify that I have this day
mailed, via first class United States mail, postage pre-paid, a true and correct copy of
the above and foregoing *Notice of Appeal* to the following:

Honorable Clarence E. Morgan, III
Circuit Court Judge
P.O. Box 721
Kosciusko, MS 39090-0721

Honorable Clyde V. Hill
Assistance District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

Honorable Betty W. Sephton
Mississippi Supreme Court Clerk
P.O. Box 249
Jackson, MS 39205-0249

Honorable Linda Burchfield
Court Reporter
46 Stillwater Circle
Eupora, MS 39744

This the 20th day of September, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS  38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No.  6082

FILED

SEP 2 1 2005

Linda Barnette
Circuit Clerk

App.0900

IN THE CIRCUIT COURT OF GRENADA COUNTY
STATE OF MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                    NO.  **2005-117CR(B)**

**ANTONIO CONLEY**                            **DEFENDANT**

### DESIGNATION OF THE RECORD

Antonio Conley, Appellant, by counsel, pursuant to M.R.A.P. 10(b)(1), designates

the following parts of the record as being necessary to be included on appeal:

1.     All clerk's papers, trial transcripts and exhibits filed, taken or offered in

this case.

2.     A Transcript of all testimony on the case in chief and any Motions filed.

3.     All jury instructions filed or granted.

4.     Sentencing Order.

Respectfully submitted, this the _2lst_ day of September, 2005.

_____
JAMES P. VANCE, Attorney for the
Appellant, Antonio Conley

FILED

SEP 2 1 2005

## CERTIFICATE OF SERVICE

I, James P. Vance, Attorney for Appellant, do hereby certify that I have this day mailed, by United States mail, proper postage prepaid, a true and correct copy of the above and foregoing *Designation of the Record* to the following:

> Honorable Betty W. Sephton
> Mississippi Supreme Court Clerk
> P.O. Box 249
> Jackson, MS 39205-0249

> Honorable Clyde V. Hill
> Assistance District Attorney
> P.O. Box 1262
> Grenada, MS 38902-1262

> Honorable Linda Burchfield
> Court Reporter
> 46 Stillwater Circle
> Eupora, MS 39744

This the 2*W* day of September, 2005.

_____
JAMES P. VANCE

JAMES P. VANCE
Attorney at Law
P.O. Box 159
Grenada, MS 38902-0159
(662) 226-9111
Fax: (662) 226-9198
MSB No. 6082

FILED

SEP 2 1 2005

APPEAL COVER SHEET

Was there a hearing/trial?  <u>Trial 2 days</u>

Court Reporter:  <u>Linda Burchfield</u>
<u>Linda Burchfield will be responsible for the final preparation of transcript</u>

Is the case IFP? Yes  Bill submitted to Chancery for payment on 09-22-2005

Was the death penalty imposed in this case?  <u>No</u>

Name of the Ruling Judge:  <u>Honorable Judge C. E. Morgan, III</u>

Names of all attorneys in case and party or parties whom each represent:
<u>State:  Honorable Clyde Hill  and Honorable Doug Evans</u>
<u>Defendant:  James P. Vance—Appointed Counsel</u>

FILED

SEP 2 2 2005

App.0903

Honorable Linda Barnette, Circuit Clerk
Post Office Box 1517
Grenada, MS 38902-1517

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2005 | 63 |

| Bill To |
|---------|
| GRENADA COUNTY |

| P.O. No. | Terms | Cause Number |
|----------|-------|--------------|
| 63 | | 2005-117CR(B) |

| Item | Description | Rate | Amount |
|------|-------------|------|--------|
| FILING FEE | PLEASE REMIT A CHECK TO SUPREME COURT FOR FILING FEE ON INDIGENT APPEAL FOR ANTONIO CONLEY | 100.00 | 100.00 |

FILED

SEP 2 1 2005

Linda Barnette
Circuit Clerk

App.0904

**SUPREME COURT OF MISSISSIPPI**
Post Office Box 0117
Jackson, MS 39205-01170

Invoice Number : 10051291

**Supreme Court Clerk**
**Phone: (601) 359-3694**
**FAX: (601) 359-2407**

**INVOICE**

Date : 09/23/2005

Hon. Linda Marter Barnette

P. O. Box 1517

Grenada, MS   389021517

*2005-117 CR(B)*

RE: Case No.   2005-TS-01805

Lower Court Case #   2005-

Antonio Conley v. State of Mississippi

--------------------------------------------------------------------------------------------------------------------

| Qty | | Charge Description | | Amount |
|-----|-----|-----|-----|-----|
| 1 | cps | Notice of Appeal | Antonio Conley v. State of Mississippi | $100.00 |
| | | | Invoice Amount : | $100.00 |

*FILED*

App.0905

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL DISTRICT
## OF GRENADA, COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS

ERIC BULLIN

CAUSE NUMBER 2010-010CR

### CERTIFICATION

I, Linda Barnette, Clerk of the Circuit Court in and for said County and State, hereby certify that this is the true and correct file.

I, Linda Barnette, Circuit Clerk of Grenada County, Mississippi, have this the 26TH day of January , 2011 given to Mississippi Office Of Capital Post Conviction Counsel, the above papers being One Hundred Thirteen pages of the above styled and numbered cause.

Linda Barnette
Circuit Court Clerk
Grenada County, Mississippi

D.C.

# INDICTMENT

**THE STATE OF MISSISSIPPI**

**VERSUS**                                            CAUSE NO. 2005-0100R

**ERIC  BULLIN**

**INDICTMENT FOR THE OFFENSE OF:**
**CAPITAL MURDER   MCA § 97-3-19 (2)(e)**


**THE STATE OF MISSISSIPPI**
**COUNTY OF GRENADA**

### IN THE CIRCUIT COURT OF GRENADA COUNTY, JANUARY TERM 2005
### Grand Jury Sworn and Empaneled January 10, 2005

The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of said county and state, elected, summoned, empaneled, sworn and charged to inquire in and for the county aforesaid, at the term aforesaid, of the court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that:

### ERIC  BULLIN

late of Grenada County, Mississippi on or about the 7 TH day of November 2004, in Grenada, County, Mississippi and within the jurisdiction of this Court, while acting in concert with another, or while aiding, abetting, assisting or encouraging another, did wilfully, feloniously, intentionally, without authority of law and with or without the deliberate design to effect death, kill and murder Reuben Britt, a human being, while engaged in the felony crime of ARMED ROBBERY, as set forth in section 97-3-79 of MISS. CODE ANN. and in violation of section 97-3-19 (2) (e) MISS. CODE ANN. as amended, and against the peace and dignity of the State of Mississippi


Endorsed: A TRUE BILL

_____                        _____
**Foreman of the Grand Jury**                        **Assistant District Attorney**


**FILED**

JAN 1 1 2005

LINDA BARNETTE, CIRCUIT CLERK

BY _____ D.C.

2005-0104

# IN THE JUSTICE COURT OF GRENADA COUNTY, MS:

## STATE OF MISSISSIPPI
##     VS.

*Eric Bullins*

**CHARGE OF:** *Capital Murder*

THE ACCUSED HAVING BEEN BROUGHT BEFORE THE UNDERSIGNED JUSTICE COURT JUDGE OF GRENADA COUNTY, MS, FOR EXAMINATION OF SAID CHARGE AND HAVING BEEN ADVISED OF HIS/ HER CONSTITUTIONAL RIGHTS, AND DESIRED TO HAVE A PRELIMINARY HEARING AND HAVING HEARD TESTIMONY OF THE FOLLOWING NAMED WITNESSES TOUCHING ON SAID CHARGE:

*Greg Conley*

AND FOUND THAT THE SAID *Eric Bullins* SHOULD BE HELD TO AWAIT ACTION OF THE GRAND JURY AND (WAS COMMITTED TO JAIL) AND REQUIRED TO GIVE BAIL IN THE AMOUNT OF *NO BOND* FOR HIS/HER APPEARANCE BEFORE THE CIRCUIT COURT OF SAID COUNTY TO ANSWER TO THE CHARGE OF *Capital Murder*

**JUSTICE COURT JUDGE**

STATE OF MISSISSIPPI
COUNTY OF GRENADA
I, *Jimmy Tallant*, A JUSTICE COURT JUDGE OF SAID COUNTY DO CERTIFY THAT THE FOREGOING STATEMENT CORRECTLY REPRESENTS PROCEEDINGS TAKEN PLACE BEFORE ME ON THE *2nd* DAY OF *December*, 2004.

**JUSTICE COURT JUDGE**

**REPRESENTED BY:** *Larry Moxley*

RECEIVED
BY *Sy* DATE 12/7/04

*FILED*

JAN 11 2005
LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

App.0908

9072705

```
11/08/2004                GRENADA COUNTY JUSTICE    URT                    Page    1
  8:57:43                 JUSTICE COURT AFFIDAVIT                          Pg-JCAFPA
                          ID:    2668
```

================================================================================

Before me   BRENDA MULLEN _____

A Justice Court Clerk or Judge of GRENADA COUNTY JUSTICE COURT

    Came:   GREGORY CONLEY _____
  Address:   SO-3

        GRENADA          MS

Who being first duly sworn, makes oath that:

    ERIC BULLINS _____
    253 MONDY

    GRENADA          MS

of said county, on or about the  07  day of  November   , 2004

    did willfully, unlawfully and feloniously with deliberate
    design cause death to Ruben Britt a human being by shooting
    him numerous times while committing the crime of robbery of
    Crossroads Grocery in Grenada CO. MS

To wit:  MURDER                          Statute:  97-3-19

against the peace and dignity of the State of Mississippi

        Affiant: _Gregory Conley SO3_

Sworn to and subscribed before me, this  08  day of  November  , 2004

        _Brenda Mullen_____
        Justice Court Clerk / Judge

GRENADA COUNTY SHERIFF'S

UNDERLYING FACTS SHEET'S REGARDING; Armed Robbery and Murder

On 7 Nov 04, Grenada County (EOC) called Officer Carver Conley,Officer Miller
and Officer Eubank to go to Crossroad Grocery to a shooting.Officer Conley told
Me when he got there he found a white male in the store lying in a pool of blood.
The body was identified as R.L.Britt the person that ran the store. The call time
Was 0734 on the 7 Nov04, Officer Conley arrived at 0742. The items that was
taken was a cash register.
I (Officer Greg Conley) begin to investigate this matter,I found a white male lying
In the store with two differt types of gun shot wounds. In the store there was a
trail of spent 22 cal. casing. In the victim back I could see that he was shoot in
the back. Around the stomach area he was shot with something with little small
Pebbles. I later found out that one of Stephen Gatlin worker have told him that
About a week and half ago Lewis Brooks told him that some boys was out back
Of the store one day wait to rob the store. I talk to Paul Hubbard,Henry RossJr.
And Lewis Brooks,they all told me that about a week and half ago when they
Go in around 2:00 pm two boys were in front of the G&W Steel building and one
Was sitting on the trunk of a silver car. The two boys that was in front of the store
Had pistol in there hands. They asked the boys what was they about to do and
Quincy Bullins told them that they about to hit the store. Paul and Henry told me
That they told the boys they better get there but away from there before they
Got shot or be put in jail for life. They stated that the boys left. I talk to Quincy
and he told me the same thing. I found out from Quincy that the other boys was
Demarcus Westmoreland,and Terry Pitchford. I spoked to Demarcus and he
Told me the same store as Quincy. Terry told me that they was there but he did
Not know what the guys was getting ready to do.
I was given permission to search Terry car by his mother because her name is
on the car also. While searching the car I found a 38 cal. pistol under the driver
Seat. It had 5 rounds in it 4 of the rounds had been fired. I check the gun and
Found out the rounds was rat shots. The gun had a small amount of blood on
It. Terry car was seen at the store that morning and he told me that he did go
To the store early that morning alone with Eric Bullins. He told me that Eric had
Spent the night with him. I later talk with Eric and he told me that they got around
6:00 am on the 7 Nov 04 and that Terry took him home. Then he later told me
that they went to the store and he bought two sausage and biscuit.
Other witness seen Terry car leave and enter the store numerous times early
On the 7Nov 04.
Later the Mississippi crime lab. arrived , they begun to process the crime

Scene. Were the body was found at the store ,there was numerous part of rat shot found on the floor. The rat shot match the rat shot that was found in the Gun that was in Terry car.

OFFICER _Gregory Conley S03_____

SWORN BEFORE ME THIS THE _8_ DAY OF _Nov_ 2004

JUSTICE COURT CLERK _____

| CAPIAS | CAUSE NUMBER **2005-010CR** |
|---|---|

THE STATE OF MISSISSIPPI
     GRENADA COUNTY
TO THE SHERIFF OF SAID COUNTY-GREETINGS

     We command you to take the body of **ERIC BULLIN** if to be found in your County, and him safely keep so that you have his body before the Honorable Circuit Court of Grenada County, in said State to be holden at Court House thereof, in the town of Grenada on **TUESDAY, JANUARY 18, 2005 AT 10:00 AM,** then and there to answer unto the State of Mississippi, on a charge of **CAPITAL MURDER §97-3-19 (2)(e)** by information filed in the said Court at the JANUARY Term A.D. 2005, thereof.

     Herein fail not, and have then and there this writ, with the manner you have executed the same.

     Given under my hand and seal of the Court, and issued this the 11TH day of JANUARY, A.D., 2005.

Linda Barnette, Circuit Clerk

_____DC

I have this day personally executed the within subpoena by delivering a true and correct copy to: _Eric Bullin_

_12_ day of _Jan_ ☒ _2005_

ALTON STRIDER, Sheriff
By _____ SoSo

**FILED**

JAN 1 2 2005

Linda Barnette
Circuit Clerk

App.0912

Circuit Court-00169

# IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                     CAUSE NO.   2005-010 CR

ERIC BULLIN,
DEFENDANT

## MOTION FOR DISCOVERY UNDER
## RULE 9.04 OF THE UNIFORM CIRCUIT AND COUNTY COURT RULES

COMES NOW the Defendant, Eric Bullin, by and through his counsel of record, the undersigned, and respectfully moves this Honorable Court pursuant to Rule 9.04 of the Uniform Circuit and County Court Rules, for entry of an order requiring the State to produce or permit the Defendant to inspect, copy, and photograph the following, to wit:

1.      Written or recorded statements of confession, including tapes, transcripts, summations or paraphrases of any and all statements made by the Defendant, or copies thereof within the possession, custody and control of the State, the existence of which is known or by the exercise of due diligence may become known to the State.

2.      The substance of any statements, oral or recorded, which the State intends to offer in evidence at the trial which were made by the Defendant, whether before or after arrest, in response to interrogation by any person then known to said Defendant or to the State Agent.

FILED

JAN 1 9 2005

Linda Barnette
Circuit Clerk App.0913

Circuit Court-00170

3.    Copies of prior criminal records of the Defendant or any co-defendants and any witnesses referred to in the preceding paragraph, as is within the possession, custody or control of the State, the existence of which is known or by the exercise of due diligence may become known to the State.

4.    To produce for Defendant's inspection, copying or photographing any and all results or reports of physical examinations, search warrants, scientific tests or experiments, or copies thereof made in connection with the within case, which are within the possession, custody or control of the State.

5.    To permit Defendant to inspect and copy or photograph any evidence of a tangible nature relative to the indictment, including but not limited to such books, papers, documents, photographs, tangible objects, buildings, or places, in the possession, custody or control of the State or which the State intends to offer into evidence in this case.

6.    Any evidence or information in the possession, custody or control of the State or which may become known or which through due diligence may be learned from the investigating officers or witnesses in the case which is favorable to the Defendant or will be of significant benefit to the Defendant in preparation for trial, including, but not limited to:

a.    All documents, books, papers, letters, packages, bags, tangible objects, or portions of copies thereof, favorable to the Defendant.

b.  Names and addresses of any and all prosecution witnesses known to the State who might give information or testimony favorable to the Defendant.

c.  Names and addresses of any and all potential State witnesses whom Defendant might be required to cross-examine in a trial.

d.  Names and addresses of any and all persons who have knowledge of this case.

7.  To furnish the Defendant with a copy of all written and recorded statements relative to this case of any and all persons whom the State plans to call as witnesses, together with the criminal record, if any, of such witnesses.

8.  Statements of all persons who have been interviewed by an agent of the State in connection with the subject matter of this cause and whom the State presently does not intend to call to trial.

9.  The memoranda or summaries of any oral statement made by any person subject to being called as a witness for the State on its case in chief to an agent of the State in connection with the subject matter of this case.

10.  A list of any items secured by and through search and seizure in connection with the investigation of this case and a copy of the search warrant or warrants.

11.  Any documents, books, papers and objects obtained by the Grenada County or other law enforcement authorities in any manner other than by way of due process.

12.     Any and all information of whatever form, source or nature which tends to exculpate the Defendant whether by indicating his innocence or impeaching the credibility of a potential State witness under the rule of <u>Brady v. Maryland,</u> 373 U.S. 83 (1963).

13.     A copy of that portion of the grand jury testimony relative to the Defendant and that portion by any person whom the State intends to call at trial.

14.     The names and addresses of any persons or parties alleged to have overheard statements made by or to Defendant or any other person relative to the charges made against Defendant.

15.     Any reports, statements, or opinions of experts, written, recorded or otherwise preserved, made in connection with the particular case and the substance of any oral statement made by any such expert;

16.     To itemize and indicate with particularity wherein the State has recovered any and all evidence and state what evidence, if any, is from the private premises of the Defendant.

17.     To inform the Defendant, or his attorney, whether the State intends to utilize at trial evidence obtained by means of wiretaps or any other form of electronic surveillance, and, if so, the substance of such evidence and the manner in which it was obtained.

18.     Defendant requests that, in the event the State discovers additional evidence or material previously requested or ordered, which is subject to discovery or inspection, whether discovered prior to or during trial, the District Attorney promptly notify the attorney for Defendant of the existence of such additional material or evidence.

The Defendant was arraigned on January 18, 2005 and prays that such information be delivered to him sufficiently in advance of the scheduled trial date of January 31, 2005 trial so that he may appraise the same and so that he may know in what way to exercise his constitutional rights to secure attendance of witnesses, what evidence to subpoena and to make whatever proper defense is available to him in light of the discovery requested herein.

Respectfully submitted,

ERIC BULLIN

By: _____

WILLIAM L. MAXEY, Attorney for Defendant
P.O. Box 5010
Grenada, Ms. 38901
(662)226-4080
State Bar #1947

## CERTIFICATE OF SERVICE

I, William L. Maxey, counsel of record for the Defendant in the foregoing numbered cause, do hereby certify that I have this day mailed, via United States mail, postage pre-paid, a true and correct copy of the above and foregoing Motion for Discovery to the Honorable Doug Evans, District Attorney, P.O. Box 1262, Grenada, Mississippi 38902-1262.

THIS the _____ 18th _____ day of January, 2005.

_____
WILLIAM L. MAXEY
42 North Main Street
P. O. Box 5010
Grenada, MS 38901
(662) 226-4080
Mississippi State Bar No. 1947

FILED

JAN 1 9 2005

Linda Barnette
Circuit Clerk
App.0918

Circuit Court-00175

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                     CAUSE NO.   CR 2005-010-CR

ERIC BULLIN,
DEFENDANT

### MOTION FOR APPOINTMENT OF INVESTIGATOR

COMES NOW the Defendant, ERIC BULLIN, and files this his Motion for Appointment of Investigator and would respectfully show unto the Court as follows.

I.

The Defendant was indicted on January 10, 2005 on the charge of capital murder.

II.

The Defendant would show the alleged offense occurred on November 7, 2004. The trial date in this cause is set for January 31, 2005.

III.

The Defendant filed a Motion for Discovery on January 18, 2005 and the State of Mississippi as of this date has not responded.

IV.

In conversations with the Defendant, his family and persons who have allegedly had conversations with Terry Pitchford (who is charged with the same offense of capital murder) which indicate that Eric Bullin may not have participated in the alleged robbery and subsequent death of Mr. Reuben Britt.

FILED

JAN 2 4 2005

Linda Barnette
Circuit Clerk

App.0919

V.

The Defendant, who has maintained his innocence from the beginning, is in dire need of the services of a private investigator to uncover, follow up and evaluate the facts in this case. The Defendant would assert that the appointment of an investigator in this cause would protect the Defendant's due process rights under Article 3, Section 14 of the Mississippi Constitution and the Fifth Amendment to the United States Constitution.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Eric Bullin, through his attorney, respectfully moves this Honorable Court to appoint a private investigator as set forth hereinabove and incorporated herein by reference and for such other relief deemed appropriate.

Respectfully submitted,

ERIC BULLIN, Defendant

By: _____

William L. Maxey, Attorney for Defendant
P.O. Box 5010
Grenada, Ms. 38901
(662)226-4080
State Bar #1947

## CERTIFICATE OF SERVICE

I, William L. Maxey, counsel of record for the Defendant in the foregoing numbered cause, do hereby certify that I have this day mailed, via United States mail, postage pre-paid, a true and correct copy of the above and foregoing Motion for Appointment of a Private Investigator to the Honorable Doug Evans, District Attorney, P.O. Box 1262, Grenada, Mississippi 38902-1262, and to the Honorable Judge Joseph H. Loper, Jr., P.O. Box 616, Ackerman, Mississippi 39735.

THIS the 24th day of January, 2005.

_____

WILLIAM L. MAXEY
42 North Main Street
P. O. Box 5010
Grenada, MS 38901
Tel: (662) 226-4080
MS State Bar No. 1947

FILED

JAN 2 4 2005

Linda Barnette
Circuit Clerk

App.0921
Circuit Court-00178

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

The Circuit Court of Grenada County, Mississippi, having been duly opened by proclamation of the Deputy Sheriff on January 18, 2005, with His Honor, Judge Joseph H. Loper, Jr., Circuit Judge, Fifth Circuit Court District of Mississippi, presiding, the following transactions of business here had, to-wit:

**CAUSE NO. 2005-009-CR, TERRY PITCHFORD,** indicted on the charge of **CAPITAL MURDER,** was arraigned and entered a plea of not guilty.  The defendant was found to be indigent and unable to employ counsel in this matter. Honorable Ray Baum was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court.  If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was denied.

**CAUSE NO. 2005-010-CR, ERIC BULLIN,** indicted on the charge of **CAPITAL MURDER,** was arraigned and entered pleas of not guilty.  The defendant was found to be indigent and unable to employ counsel

FILED

FEB 0 9 2005

Linda Barnette
Circuit Clerk

68-336

App-0922

Circuit Court-00179

in this matter. Honorable Larry Maxey was appointed as counsel, said representation to continue until final disposition of this matter in this court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was denied.

   **CAUSE NO. 2005-011-CR, TERRY PITCHFORD, QUINCY BULLIN, AND DEMARCUS WESTMORELAND,** indicted on the charge of **CONSPIRACY TO COMMIT A CRIME,** were arraigned and each entered a plea of not guilty. The defendants Pitchford and Bullin were found to be indigent and unable to employ counsel in this matter. Honorable Leon Johnson was appointed as counsel for Quincy Bullin and Honorable Ray Baum was appointed as counsel for Terry Pitchford, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Honorable R.T. Laster, Jr. was retained as counsel for Demarcus

68.337

FILED

FEB 0 9 2005

Linda Barnette
App..Oircuit Clerk

Westmoreland. Bond was denied for Defendant Terry Pitchford. Bond was set at $20,000 for Defendant Bullin and $50,000 for Defendant Westmoreland, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

CAUSE NO. 2005-012-CR, ERIC BULLIN, indicted on the charge of CT. I: SALE OF MARIJUANA LESS THAN 30 GRAMS, CT. II: SALE OF COCAINE, CT. III: POSSESSION OF MARIJUANA WITH INTENT, was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was denied.

CAUSE NO. 2005-013-CR, CHRISTOPHER GOINS, indicted on the charge of BURGLARY OF A DWELLING, was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable Leon Johnson was appointed as counsel, said representation to continue until final

FILED

FEB 0 9 2005

App.0924 Clerk

61.338

disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court.  If this matter is appealed, all costs of appeal are assessed to Grenada County.  Bond was set at $25,000, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

CAUSE NO. 2005-014-CR, MARCUS QUTEZ JONES, indicted on the charge of SALE OF COCAINE, was arraigned and entered a plea of not guilty.  The defendant was found to be indigent and unable to employ counsel in this matter.  Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court.  If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $10,000, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

CAUSE NO. 2005-015-CR, CHRISTOPHER BANKSTON, indicted on the charge of POSSESSION OF A FIREARM BY A FELON, was arraigned and entered a plea of not guilty.  The

FILED

FEB 0 9 2005

68-339

Circuit Court-00182

defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. The defendant was not eligible for bond.

**CAUSE NO. 2005-016-CR, RAHMACES MCCLAIN,** indicted on the charge of **CT. I: POSSESSION OF MARIJUANA, CT. II: POSSESSION OF COCAINE,** was arraigned and entered a plea of not guilty. Honorable Thomas Morris was retained as counsel. Honorable R.T. Laster, Jr. stood in for arraignment purposes only. Bond was set at $50,000, 2% of which has to be posted with the Clerk of the Court before the Defendant is to be released.

**CAUSE NO. 2005-017-CR, CLEAVON J. WOODS, JR.,** indicted on the charge of **AGGRAVATED ASSAULT ON A LAW ENFORCEMENT OFFICER,** was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an

FILED

FEB 0 9 2005

Amy Burnette
Circuit Clerk

68.340

appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $20,000, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

CAUSE NO. 2005-019-CR, **TIFFANY HERON AND WESTLEY CHANNELL**, indicted on the charge of **BURGLARY OF A DWELLING**, were arraigned and entered pleas of not guilty. The defendants were found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel for Defendant Heron and Honorable Leon Johnson was appointed as counsel for Defendant Channell, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000 for each defendant, 2% of which has to be posted with the Clerk of this Court before the defendants are to be released.

CAUSE NO. 2005-020-CR, **TIFFANY HERON AND WESTLEY CHANNELL**, indicted on the charge of **BURGLARY OF A DWELLING**, were arraigned and entered pleas of not guilty. The

FILED

FEB 0 9 2005

Linda Barnes
Approut Clerk



Circuit Court-00184

defendants were found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel for Defendant Heron and Honorable Leon Johnson was appointed as counsel for Defendant Channell, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000 for each defendant, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

**CAUSE NO. 2005-021-CR, TIFFANY HERON**, indicted on the charge of **ATTEMPTED BURGLARY OF A DWELLING**, was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000, 2% of which has to be

FILED

FEB 0 9 2005

Linda Barnette
Circuit Clerk

Approved

68-342

posted with the Clerk of this Court before the defendant is to be released.

CAUSE NO. 2005-022-CR, TIFFANY HERON, indicted on the charge of BURGLARY OF A DWELLING, was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

CAUSE NO. 2005-023-CR, TERRENCE REED, indicted on the charge of POSSESSION OF COCAINE, was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal

68-343

FILED

FEB 0 9 2005

Approved......
Circuit Clerk

are assessed to Grenada County. Bond was set at $10,000,

2% of which has to be posted with the Clerk of this

Court before the defendant is to be released.

CAUSE NO. 2005-027, WILLIAM ANTHONY INGRAM,

indicted the charge of **SALE OF COCAINE,** was

arraigned and entered a plea of not guilty. The

defendant was found to be indigent and unable to employ

counsel in this matter. Honorable R.T. Laster, Jr.

was appointed as counsel, said representation to continue

until final disposition of this matter in this Court, or in

the event of an appeal, through final disposition in the

Supreme Court of Mississippi or the Court of Appeals,

if assigned to said court. If this matter is appealed, all

costs of appeal are assessed to Grenada County.

Bond was set at $5,000, 2% of which has to be

posted with the Clerk of this Court before the defendant

is to be released.

CAUSE NO. 2005-026-CR, ANGELO MOHEAD, indicted on

the charge of **FELONY DUI,** was arraigned and entered a

plea of not guilty. The defendant was found to be

indigent and unable to employ counsel in this matter.

Honorable R.T. Laster, Jr. was appointed as counsel,

said representation to continue until final disposition

of this matter in this Court, or in the event of an

appeal, through final disposition in the Supreme Court of

FILED

FEB 0 9 2005

Linda Barnette
Circuit Clerk

App.093

68-344

Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

**CAUSE NO. 2004-299-CR, DEME C. HARBIN,** indicted on the charge of **POSSESSION OF MORE THAN ONE KILOGRAM BUT LESS THAN 30 GRAMS OF MARIJUANA WITH INTENT TO SELL,** was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

The Court does hereby Order that a copy of the within be both spread upon the Minutes of this Court and placed within each respective cause number file.

**SO ORDERED** this the _____ 9th day of February, 2005.

_____
CIRCUIT JUDGE

FILED

FEB 0 9 2005

Linda Barnette
Circuit Clerk

App.0931

68-345

Circuit Court-00188

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                          CAUSE NO.  2005-0010 CR

ERIC BULLIN

### STATE'S RESPONSE TO REQUEST FOR DISCOVERY

THE OFFICE OF THE DISTRICT ATTORNEY HAS GIVEN A COPY OF THE ERIC BULLIN CASE FILE CONSISTING OF NUMBERED PAGES 1 THROUGH 286 TO THE DEFENSE ATTORNEY, LARRY MAXEY, ON MARCH 4, 2005.

I.     WITNESSES IN CHIEF FOR THE STATE:
       All witnesses listed in the file

II.    RECORDED STATEMENTS OF DEFENDANT TO LAW OFFICERS

III.   CRIMINAL RECORD OF DEFENDANT

IV.    CRIME LAB REPORTS/TESTS

V.     OFFICERS REPORTS, WITNESS STATEMENTS, ETC.

VI.    PHYSICAL EVIDENCE/PHOTOGRAPHS

VII.   EXCULPATORY EVIDENCE
       None known

FOR THE STATE:

_Clyde Hill_
ASS'T. DISTRICT ATTORNEY

FOR THE DEFENDANT:

_Larry Maxey_
LARRY MAXEY

DATE: **3-4-2005**

### CERTIFICATE OF SERVICE

I, CLYDE V. HILL , Attorney for the State of Mississippi, do hereby certify that I have this date hand delivered, a true copy of the above and foregoing disclosures to the Honorable Larry Maxey.

WITNESS MY SIGNATURE, on this the **4** day of March, 2005.

_Clyde Hill_
ASST. DISTRICT ATTORNEY

FILED

MAR 0 4 2005

Linda Barnette
Circuit Clerk

App.0932

Circuit Court-00189

# CLARENCE E. MORGAN, III
CIRCUIT COURT JUDGE
FIFTH JUDICIAL DISTRICT
P.O. BOX 721
KOSCIUSKO, MISSISSIPPI 39090

COUNTIES:
Attala
Carroll
Choctaw
Grenada
Montgomery
Webster
Winston

Tel. No. 662-289-2033
Facsimile:662-289-1001
Court Reporter:
Linda Burchfield
662-258-7436
Court Administrator:
Kathy Alford
662-289-2033

May 17, 2005

Linda Barnette
Grenada County Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

RE:  State of Mississippi vs Latonya Williams/Grenada Co. Cause No. 2003-010CR
State of Mississippi vs Lydell Carter/Grenada Co. Cause No. 2004-0163CR
State of Mississippi vs Don Earl Cobb/Grenada Co. Cause No. 2004-127CR(A)
State of Mississippi vs Timothy Gross/Grenada Co. Cause No. 2004-127CR(B)
State of Mississippi vs Eric Bullin/Grenada Co. Cause No. 2005-012CR
State of Mississippi vs Robert Orell/Grenada Co. Cause No. 2004-186CR
State of Mississippi vs Robert Orell/Grenada Co. Cause No. 2004-251CR
State of Mississippi vs Jessie James Davis/Grenada Co. Cause No. 2004-241CR
State of Mississippi vs Eric Bullin/Grenada Co. Cause No. 2005-010CR

Dear Linda:

Enclosed herewith please find an ***Order Setting Trial*** in each of the above referenced styled and numbered cases.
After filing, please send a filed-stamped copy to the defense attorney and the District Attorney.

Thank you for your service in this matter.

Sincerely,

Kathy H. Alford
Court Administrator
for Clarence E. Morgan, III
Circuit Court Judge

Enclosures

**FILED**

MAY 1 8 2005

Linda Barnette
Circuit Clerk

App 0933

Circuit Court-00190

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                    CAUSE NO.  2005–010 CR

ERIC BULLIN

### ORDER SETTING TRIAL

It is hereby Ordered that this case is set for trial on Wednesday,  August 10, 2005,

beginning at 9:00 A.M. in the Grenada County Circuit Court, Grenada, Mississippi.

**SO ORDERED AND ADJUDGED** this the ___17___ day of May,.2005

_____
CIRCUIT COURT JUDGE

**FILED**

MAY 1 8 2005

Linda Barnette
Circuit Clerk

App.0934

69.238

Circuit Court-00191

*2005-10 CR*

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                    CAUSE NO. *2004- 275 CR*

TERRY  PITCHFORD and

ERIC  BULLINS

### NOTICE OF HEARING

Please take notice that the State's Motion to Appoint Court Expert for DNA Analysis in the above entitled cause will be brought on for hearing on December 14, 2004 at 10:00 A. M. at the Grenada County Courthouse before the Honorable Joseph H. Loper, .

*Judge Loper*
*Said*
*Assign Case*
*# not*
*Indicted*
*yet —*

### CERTIFICATE OF SERV

I, Clyde V. Hill, Attorney for the State of Mississi
day,  mailed via U.S. Mail postage prepaid, a true and correc
Motion to Appoint Court Expert for DNA Analysis to Honor
P.O. Box 5010 Grenada, MS. 38902-5010 and Honorable Ra
MS. 38967-0586 their usual business addresses.

WITNESS MY SIGNATURE, on this the *3RD* day of December, 2004.

*Clyde V. Hill*
Assistant District Attorney

**FILED**

DEC 0 3 2004
LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

*X Copies*

App.0935

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                    CAUSE NO. 2004-295 CR

TERRY   PITCHFORD and
ERIC  BULLINS

## MOTION TO APPOINT COURT EXPERT FOR DNA ANALYSIS

**COMES NOW THE STATE OF MISSISSIPPI** pursuant to Rule 706 of the Mississippi Rules of Evidence and moves this Court to appoint a Court's expert in DNA analysis to examine certain evidence and testify concerning any findings and conclusions resulting therefrom and would show unto the Court as follows:

1.  On Sunday November 7, 2004  Mr. Reuben Britt, operator of Crossroads Grocery was found murdered in his store.  Mr. Britt had been shot multiple times with two different weapons and was discovered lying in a pool of blood.
2.  Witnesses placed Pitchford's car at the scene at the approximate time of the shooting and follow up investigation located a .38 pistol, known to have been taken from the store, in Pitchford's car.
3.  The defendants have admitted that they were together at times on the morning of the murder and that they were in the store together at one point in time. Defendant Pitchford has stated that Defendant Bullins began shooting Mr. Britt first and that he, Pitchford shot Mr. Brit with the .38 pistol they found in the store.
4.  An examination of the .38 pistol shows what appears to be blood spatter on the weapon and Pitchford's shoes also have what appears to be blood stains on them.
5.  Both Pitchford's and Bullins' shoes and clothes were seized following their arrest the day of the murder.
6.  An expert in DNA evidence and analysis can examine the shoes, clothes and weapon to determine the presence or absence of blood on these items and if found, can compare the DNA on the items of evidence to the DNA of Mr. Britt.
7.  Reliagene Technologies, Inc., a Laboratory specializing in DNA analysis and a reputable and respected leader in its field has agreed to do the examination and testing if so appointed by this Court.
8.  Ms. Gina Pineda is the senior analyst on staff at Reliagene Technologies, Inc. and is a recognized expert in her field of DNA analysis.

**WHEREFORE** the State Of Mississippi respectfully moves this Court to appoint Ms. Gina Pineda, a qualified expert witness, employed by Reliagene Technologies, Inc. as the Court's expert in DNA analysis to examine the evidence in this case and report findings and conclusions to both counsel for the Defendants, the District Attorney and this Court.

*FILED*

DEC 0 3 2004

LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

**RESPECTFULLY SUBMITTED,**

*Clyde V. Hill*

CLYDE V. HILL
ASSISTANT DISTRICT ATTORNEY

## CERTIFICATE OF SERVICE

I, Clyde V. Hill, Attorney for the State of Mississippi, do hereby certify that I have this day, mailed via U.S. Mail postage prepaid, a true and correct copy of the above and foregoing Motion to Appoint Court Expert for DNA Analysis to Honorable Larry Maxey 42 N. Main St. P.O. Box 5010 Grenada, MS. 38902-5010 and Honorable Raymond Baum P.O. Box 586 Winona, MS. 38967-0586 their usual business addresses.

WITNESS MY SIGNATURE, on this the 3RD day of December, 2004.

*Clyde V. Hill*

Assistant District Attorney

*FILED*

DEC 0 3 2004

LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VS
TERRY PITCHFORD and
ERIC BULLINS

CAUSE NO. 2004-0295-CR

## ORDER APPOINTING GINA PINEDA AS COURT'S EXPERT WITNESS FOR DNA ANALYSIS AND TESTIMONY

**THIS MATTER HAVING COME ON BEFORE THE COURT** on the State's Motion and the Court having heard and duly considered said motion and having been advised in the premises that Reliagene Technologies, Inc. is a reliable and respected leading firm in its field and that Ms. Gina Pineda is an experienced and qualified expert in the field of forensic DNA analysis and that DNA analysis will be necessary in this case, is of the opinion that the State's request is proper and said motion is well taken and is therefore granted.

**IT IS THEREFORE HEREBY ORDERED AND ADJUDGED** that Reliagene Technologies, Inc. is designated by the Court as the DNA analysis laboratory and Ms. Gina Pineda is hereby appointed as the Court's DNA Expert to examine evidence in this case. Upon completion of any analysis herein, copies of the findings and the written report shall be submitted to both the Attorneys for the Defendants, the District Attorney and this Court. The State of Mississippi is authorized to collect blood samples from the defendants herein and to proceed with DNA analysis, expenses therefor to be paid by Grenada County, Mississippi.

SO ORDERED this the _14th_ day of _December_, 2004.

_Joseph H. Loper, Jr._
Joseph H. Loper, Jr.
CIRCUIT JUDGE

67 -644

# FILED

**DEC 1 4 2004**

LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

725

IN THE YOUTH COURT OF GRENADA COUNTY, MISSISSIPPI

IN THE INTEREST OF

*Cace Bullins*, MINOR

CAUSE NO. *04-0823*

## ORDER TRANSFERRING YOUTH COURT MATTER TO CIRCUIT COURT

This day this cause having come on for hearing in the above styled and numbered cause in the interest of *Cace Bullins*, a minor, the Court having at a previous hearing determined that there existed probable cause to believe that the child has committed acts which if committed by an adult would constitute the crime of *sale of controlled substance + conspiracy* and further, having convened a separate hearing for a determination of the appropriateness of transferring this matter to the Circuit Court of Grenada County, for further deliberation, if any, upon the Motion to Transfer filed herein does find as follows:

The Court finds that is has jurisdiction of the parties and the subject matter of this cause, and that the child was represented by the *Han. L. Johnson*, as attorney and Guardian Ad Litem for the child in these proceedings.

Pursuant to Section 43-21-157 of the Mississippi Code of 1972, as amended, the Court finds that by clear and convincing evidence there is no reasonable prospect of rehabilitation within the juvenile justice system for this child. In reaching this determination the Court has considered the following factors:

(a) Whether of not the alleged offense constituted a substantial danger to the public;

(b) The seriousness of the alleged offense;

(c) Whether or not the transfer is required to protect the community;

(d) Whether or not the alleged offense was committed in an aggressive, violent, premeditated or wilful manner;

(e) Whether or not the alleged offense was against persons or against property, greater weight being given to the offense against person, especially if personal injury resulted;

(f) The sophistication, maturity and educational background of the child;

FILED *Dec 13 2004*
POWELL VANCE, Chancery Clerk

BY *Jan Curtis* D.C.

Recorded In
Youth Minute Book *26*
At Page No. *725*
App.0939

725

IN THE YOUTH COURT OF GRENADA COUNTY, MISSISSIPPI

IN THE INTEREST OF

*Caic Bullins* , MINOR

CAUSE NO. *04-0823*

### ORDER TRANSFERRING YOUTH COURT MATTER TO CIRCUIT COURT

This day this cause having come on for hearing in the above styled and numbered cause in the interest of *Caic Bullins* , a minor, the Court having at a previous hearing determined that there existed probable cause to believe that the child has committed acts which if committed by an adult would constitute the crime of *sale of controlled substance + conspiracy* and further, having convened a separate hearing for a determination of the appropriateness of transferring this matter to the Circuit Court of Grenada County, for further deliberation, if any, upon the Motion to Transfer filed herein does find as follows:

The Court finds that is has jurisdiction of the parties and the subject matter of this cause, and that the child was represented by the *Hon. L. Johnson* , as attorney and Guardian Ad Litem for the child in these proceedings.

Pursuant to Section 43-21-157 of the <u>Mississippi Code of 1972</u>, <u>as amended</u>, the Court finds that by clear and convincing evidence there is no reasonable prospect of rehabilitation within the juvenile justice system for this child. In reaching this determination the Court has considered the following factors:

(a) Whether of not the alleged offense constituted a substantial danger to the public;

(b) The seriousness of the alleged offense;

(c) Whether or not the transfer is required to protect the community;

(d) Whether or not the alleged offense was committed in an aggressive, violent, premeditated or wilful manner;

(e) Whether or not the alleged offense was against persons or against property, greater weight being given to the offense against person, especially if personal injury resulted;

(f) The sophistication, maturity and educational background of the child;

FILED *Dec 13* 20 *04*
POWELL VANCE, Chancery Clerk

BY *Jun Custa* D.C.

Recorded In
Youth Minute Book *26*
At Page No. *725*
App.0940

726

(g) The child's home situation, emotional condition and life style;

(h) The history of the child, including experience with the juvenile justice system, other courts, probation, commitments to juvenile institutions or other placements;

(i) Whether or not the child can be retained in the juvenile justice system long enough for effective treatment or rehabilitation;

(j) The dispositional resources available to the juvenile justice system;

(k) Dispositional resources available to the adult correctional system for the child if treated as an adult; and

(l) Any other factors deemed relevant by the youth court.

The Court has reviewed all of the alternatives available to it and finds that the best interest of the child and the best interest of the community both dictate that the child be transferred to the Circuit Court of Grenada County, subject to a $5,000 bond or until the further orders of the Circuit Court.

The temporary custodian shall be the Grenada County Sheriff's Department, which shall hold the child in the Grenada County Jail, segregated by sight and sound from the adult prisoners, pending posting of suitable bond or bail, and the Clerk of this Court shall promptly forward for filing a certified copy of this Order to the Circuit Clerk of Grenada County.

ORDERED, this the _13_ day of _December_, 20_04_.

_____
Special Master

FILED
DEC 14 2004

Linda Barnes
Circuit Clerk

# IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                        CAUSE NO. 2005-010-CR

ERIC BULLIN

## STATE'S SUPPLEMENTAL DISCOVERY DISCLOSURE

Witness:

1. James Steven Hathcock, Jr.-- 707 Hathcock Dr, Winona, MS    It is believed and expected that Mr. Hathcock will testify generally, in substance and to the effect that, in November of 2004 he was incarcerated in the Grenada County Jail . At this time he came into contact with Terry Pitchford whom he had known for 3-4 years. He also came into contact with Eric Bullin whom he also knew prior to their meeting in jail. He went to Pitchford's cell because they had tobacco and a conversation with Pitchford and Bullin followed. Pitchford asked Hatchcock what he was in for and after Hatchcock replied, he made the statement to Pitchford and Bullin to the effect that everybody knew what they were in for and why did they do it, that the old man never bothered anybody. Eric Bullin said God will never forgive me and my grandmother will never forgive me. Pitchford and Bullin admitted to Hathcock that they robbed and shot the person they referred to as the old man at the Crossroads store. Pitchford mentioned an incident about a week before the shooting when he, Pitchford, and two others Thang and Poo were present near the store and there was talk about robbing the store. Pitchford explained that he had a baby on the way and the baby's mother needed money for food and clothes for the baby. Pitchford said he had to make some quick money . He had borrowed Trons' .22 caliber pistol. He and Bullin went in the store together and initially Pitchford had the .22 which he pointed at the old man and demanded the old man's pistol and his money. The man gave Pitchford his .38 which Pitchford soon discovered was loaded with rat shot. Pitchford then gave Bullin the .22. The old man made a statement that he knew Pitchford but that he would not tell and that he could just take the money and leave because the man had a family and he didn't want them to hurt him. Pitchford then stated that he shot the old man with the .38 and Bullin admitted that he shot the man with the .22. They shot him about 8 or 9 times, they shot him in the grill (face) and in the body. Hathcock inferred that they took several hundred dollars in the robbery because Pitchford said he gave the baby's mother over $200 and they went to Wal Mart later and bought a cell phone and clothes. Pitchford said he ditched the cash register out in "little texas" and that he cleaned the pistol and gave it back to Tron. Pitchford made the lament that he got blood on his nike pullover and had got rid of it and should have gotten rid of the gun (.38). Hathcock added that he was very scared and concerned at the time about retaliation and what he should do and told the sheriff . Hathcock admitted that he told the sheriff that Pitchford acted alone but that was not correct that both Pitchford and Bullin talked about participating on the robbery and killing.

FILED

OCT 2 1 2005

Linda Barnette
Circuit Clerk
App.0942

## CERTIFICATE OF SERVICE

I, Clyde V. Hill, Attorney for the State of Mississippi, do hereby certify that I have this day, caused to be mailed, via U.S. Mail postage prepaid and hand delivered, a true and correct copy of the above and foregoing SUPPLEMENTAL DISCOVERY DISCLOSURES to the Hon. Larry Maxey 42 North Main Street, P.O. Box 5010, Grenada, MS. 38902-5010

Witness my signature, on this the _20_ day of October 2005.

_Clyde V. Hill_
Clyde V. Hill

FILED

OCT 21 2005

Linda Barnette
Circuit Clerk

App 0043

**IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI**

**STATE OF MISSISSIPPI**

**VERSUS**                                                           **CAUSE NO. 2005-010-CR**

**ERIC BULLIN**

## DEMAND FOR NOTICE OF ALIBI DEFENSE

**COMES NOW THE STATE OF MISSISSIPPI,** by and through the office of the District Attorney for the Fifth Circuit Court District and pursuant to Rule 9.05 of the Uniform Rules of Circuit and County Court Practice, formally and respectfully demands of the defendant, Eric Bullin, by and through his attorney, in the above styled and numbered cause, notice of the defense of alibi, if same is to be asserted at trial, specifically stating the place or places at which the defendant claims to have been at the time of the alleged offense and the names and complete addresses of the witnesses upon which the defendant intends to rely to establish such alibi at trial. **The Rule provides and the State demands notice within ten (10) days of receipt of this request.**

In accord with the indictment in the above styled and numbered cause, the State contends that the

defendant, Eric Bullin, while acting in concert with Terry Pitchford, committed the capital murder of Mr.

Ruebin Britt at the Cross Roads Grocery Store near the intersection of Highway # 7 and Scenic Loop 332

on or about November 7, 2004, between the hours of 6:30 A.M. and 7:30 A.M. in Grenada County

Mississippi

**This, the 1ST day of November, 2005.**

Respectfully submitted

*Clyde V. Hill*

Clyde V. Hill
Assistant District Attorney
Office of the District Attorney
Post Office Box 1262
Grenada, Mississippi 38902-1262
(601) 226-8545

**FILED**

NOV 0 1 2005

Linda Barnette
Circuit Clerk

App.0944

Circuit Court-00201

## CERTIFICATE OF SERVICE

    **I, CLYDE V. HILL,** Assistant District Attorney for the Fifth Circuit Court District, do hereby certify that I have this day caused to be **mailed**, via U.S. Mail, and transmitted via facsimile to # 662-226-0107 the above and foregoing **Demand For Notice Of Alibi** to Hon. Larry Maxey 42 North Main Street, 38901 -- P.O. Box 5010 Grenada, Mississippi 38902-5010.

          **THIS, the 1ST day of November, 2005.**

                            *Clyde V. Hill*

                            Clyde V. Hill
                            Assistant District Attorney
                            Office of the District Attorney
                            Post Office Box 1262
                            Grenada, Mississippi 38902-1262
                            (601) 226-8545

FILED

NOV 0 1 2005

Linda Barnette
Circuit Clerk

App.0945

Date: 10-31-05

Cause No. 2005-0105

Eric Bullin
VS.
The State of Mississippi

Linda Barnette
Circuit Court Clerk
37 Doak St.
Grenad, MS. 38901

Dear MS. Barnette;

All due RESPECT! MS Barnette, I'm trying to get my Case back in court. I have one thing that are hindering in this matter. Would you Please send me a Copy of my Sentencing order at your Earliest Convenient time.

Respectfully Submitted
Eric Bullin :

LL. / PE.

**FILED**

**NOV 08 2005**

Linda Barnette
Circuit Clerk

App.0946
Circuit Court-00203

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                     CAUSE NO. 2005-010-CR

ERIC BULLIN,
DEFENDANT

## ORDER APPOINTING PRIVATE INVESTIGATOR

**THIS DAY**, this cause came before the Court on the Defendant's Motion for Appointment of Private Investigator, and the Court, being duly advised in the premises, and noting the serious nature of the charge against the Defendant and the Defendant's need for independent investigative assistance, does hereby grant the Defendant's Motion to the extent set forth hereinbelow.

**IT IS ORDERED** that the Defendant should be, and it is hereby so ordered, allowed an investigator in this cause subject to the limitations set forth as follows. It is the order of the Court that upon proper and reasonable documentation the Defendant is authorized a total investigative allowance not to exceed $1,500.00 upon review and approval by this Court. This maximum allowance shall not be exceeded without the express order of the Court. It is further ordered that any investigator so employed shall submit an itemized statement at appropriate intervals to the Court for services rendered.

**ORDERED, ADJUDGED AND DECREED**, this the ___13th___ day of December, 2005

_____
CIRCUIT COURT JUDGE

Presented by;

_____
William L. Maxey/MSB 1947
Attorney for Defendant

70-728

FILED

DEC 1 3 2005

Linda Barnette
Circuit Clerk

_____ DC  App.0947

Circuit Court-00204

# IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VS.
                                                    CAUSE NO. 2005-009-CR
TERRY PITCHFORD                                              **2005-010-CR**
ERIC BULLIN

## STATE'S SUPPLEMENTAL DISCOVERY DISCLOSURE

CRIME LAB REPORTS :
    1.    Crime Scene Assistance Reports dated December 15, 2005
        **Pages sequentially numbered 287-341**

WITNESSES :
    1.    David Zeliff - formerly- Section Chief, Technical Assistance Unit- Miss Crime Lab
    2.    ClareNethery- Forensic Scientist-Miss Crime Lab

Mr. Zeliff and Ms. Nethery will testify consistently with the information contained in the above listed reports about their observations, findings and conclusions when they worked the listed sites and about the location and control of any evidence discovered and also about the photographs used to record their observations

## CERTIFICATE OF SERVICE

I, Clyde V. Hill, Attorney for the State of Mississippi, do hereby certify that I have this day, caused to be **hand delivered**, a true and correct copy of the above and foregoing SUPPLEMENTAL DISCOVERY DISCLOSURES to the **Hon. Larry Maxey, Attorney for Defendant Bullin**, at 42 North Main Street his usual business address, in Grenada, Mississippi, 38901.

Witness my signature, on this the 16TH day of December 2005.

_Clyde V. Hill_
Clyde V. Hill

**FILED**

DEC 1 6 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

App.0948
Circuit Court-00205

# IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**
**VS.**                                              **CAUSE NO.** 2005-010-CR
**ERIC  BULLIN**

## STATE'S  SUPPLEMENTAL  DISCOVERY  DISCLOSURE

Witness : Dantron Mitchell c/o Grenada Co. Jail  Grenada, Miss
Statement of Dantron Mitchell taken 12-16-05 by Robert Jennings and Greg Conley

## CERTIFICATE  OF  SERVICE

I, Clyde V. Hill, Attorney for the State of Mississippi, do hereby certify that I have this day, caused to be **hand delivered**,  and sent via facsimile a true and correct copy of the above and foregoing SUPPLEMENTAL  DISCOVERY  DISCLOSURES to the **Hon. Larry Maxey, Attorney for Defendant Bullin**, at  42 North  Main  Street his  usual business address, in  Grenada, Mississippi, 38901.

Witness my signature, on this the  3  day of  January 2006.

Clyde V. Hill

WM

FILED

JAN 0 3 2006

Linda Barnette
Circuit Clerk

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI
VS.                                                    CAUSE NO. 2005-010-CR
ERIC   BULLIN

### STATE'S  SUPPLEMENTAL  DISCOVERY  DISCLOSURE

1.    STATEMENT OF QUINCY BULLIN  dated 1-9-06 submitted by Robert Jennings

### CERTIFICATE  OF  SERVICE

I, Clyde V. Hill, Attorney for the State of Mississippi, do hereby certify that I have this day, caused to be **hand delivered**,   a true and correct copy of the above and foregoing SUPPLEMENTAL DISCOVERY  DISCLOSURES to the **Hon. Larry Maxey, Attorney for Defendant Bullin**, at  42 North  Main Street his  usual business address, in  Grenada, Mississippi, 38901.

Witness my signature, on this the 11TH day of   January  2006.

*Clyde V. Hill*
Clyde V. Hill

FILED

IJAN 1 1 2006

Linda Barnette
Circuit Clerk

App.0950

Law Office Of

## WILLIAM L. (Larry) MAXEY
### P.O. Box 5010
### 42 North Main
### Grenada, MS 38901

Tele:  (662) 226-4080
Fax:   (662) 226-0107
Email: lmaxey@cableone.net

August 7, 2006

Honorable Clyde Hill
Assistant District Attorney
P.O. Box 1262
Grenada, MS 38902-1262

RE:   **State vs. Eric Bullin**
         **Circuit Court of Grenada County, MS**
         **Cause No. 2005-010 CR**

Dear Clyde:

Please find enclosed eight pages representing Roosevelt Williamson's interviews with Shon Bullins (Shawn Bullin is correct); Eddie Johnson and Reverend Lee Singleton. I have also spoken over the telephone with Shirley Bibbs, who lives at 205 Mondy Road.

There has been the possibility of an alibi defense since Detective Conley was asked about Eddie Johnson at the preliminary hearing. It was my understanding at that time that Eddie Johnson could not provide Eric with an alibi. Eddie Johnson's statement to Roosevelt Williamson and Shawn Bullin's statement, if believed, would place Eric at home between 6:30 A.M. and 7:30 A.M. on the morning of the murder. Ms. Bibbs is not an alibi witness but will testify she saw Eric his residence at approximately 8:00 A.M. that same Sunday morning. With personal regards, I remain

Sincerely,

William L. Maxey

WLM/wm
encls

# FILED

AUG 07 2006
**LINDA BARNETTE**
**CIRCUIT CLERK**
App.0951

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS                                                    CAUSE NO.2005-0010 CR

ERIC BULLIN

## WRIT OF HABEAS CORPUS
## AD PROSEUENDUM

TO: Mississippi Department of Corrections
    Parchman, MS

Came on to be heard this day the Ore Tenus Petition of the State of Mississippi for issuance of a Writ of

Habeas Corpus Ad Prosequendum and the Court, being fully advised in the matter, finds that ERIC BULLIN,

MDOC # 113929, is the defendant in the above styled cause, that he is incarcerated at the Mississippi

Department of Corrections, and that the said cause is set for trial in this Court; the Court further finds that the

State's Petition is well taken and that the same should be, and it is hereby granted.

IT IS, THEREFORE, ORDERED that this Writ authorizes and requires the Mississippi Department of

Corrections to deliver the said **ERIC BULLIN, MDOC # 113929** to the Grenada County Sheriff Alton Stider

in Grenada, Mississippi, on **Monday, January 22, 2007,** and at the conclusion of said trial Sheriff Alton Strider

will notify Mississippi Department of Corrections to transport the defendant, **ERIC BULLIN, MDOC #**

**113929** back to the custody of the Mississippi Department of Corrections..

SO ORDERED AND ADJUDGED this the 19th day of January, 2007.

CIRCUIT COURT JUDGE

**FILED**

JAN 1 9 2007

**Linda Barnette**
**Circuit Clerk**

App.0952

75 - 140

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS                                                    CAUSE NO.2005-0010 CR

ERIC BULLIN

## WRIT OF HABEAS CORPUS
## AD PROSEUENDUM

TO: Mississippi Department of Corrections
    Parchman, MS

Came on to be heard this day the Ore Tenus Petition of the State of Mississippi for issuance of a Writ of Habeas Corpus Ad Prosequendum and the Court, being fully advised in the matter, finds that ERIC BULLIN, MDOC # 113929, is the defendant in the above styled cause, that he is incarcerated at the Mississippi Department of Corrections, and that the said cause is set for trial in this Court; the Court further finds that the State's Petition is well taken and that the same should be, and it is hereby granted.

IT IS, THEREFORE, ORDERED that this Writ authorizes and requires the Mississippi Department of Corrections to deliver the said **ERIC BULLIN, MDOC # 113929** to the Grenada County Sheriff Alton Stider in Grenada, Mississippi, on **Monday, January 22, 2007,** and at the conclusion of said trial Sheriff Alton Strider will notify Mississippi Department of Corrections to transport the defendant, **ERIC BULLIN, MDOC # 113929** back to the custody of the Mississippi Department of Corrections..

SO ORDERED AND ADJUDGED this the 19th day of January, 2007.

CIRCUIT COURT JUDGE

SHERIFF'S RETURN
STATE OF MISSISSIPPI, COUNTY OF GRENADA
_____ served the within writ personally _____
_____ within named defendant _____

Confirmed Delivered
Faxed to MDOC
Records (601-993-____
_____ copy of this writ. This 22 day of ____
A.D. 2007
By _____ ALTON STRIDER, Sheriff, GRENADA COUNTY
_____ Deputy

75 - 140

**FILED**

JAN 23 2007

Linda Barnette
Circuit Clerk,

App.0953

Circuit Court-00210

THE STATE OF MISSISSIPPI

GRENADA COUNTY

<u>SUBPOENA REQUEST</u>

<u>STATE OF MISSISSIPPI</u>                           <u>CAUSE NO. 2005-010-CR</u>

<u>VS:</u>                                          <u>Date Set:</u>    <u>02-12-07</u>
                                              <u>Time Set:</u>    <u>8:30 A. M.</u>

 <u>ERIC BULLINS</u>

TO THE CIRCUIT CLERK OF GRENADA COUNTY, MISSISSIPPI:

YOU ARE HEREBY DIRECTED TO ISSUE SUBPOENAS FOR THE FOLLOWING
WITNESSES IN THE ABOVE STYLED CASE TO GIVE EVIDENCE ON BEHALF OF
<u>THE STATE OF MISSISSIPPI.</u>

<u>CLOVIS HARVEY, 73 OAKRIDGE ROAD,          PH. #662-609-6311</u>
<u>JERRY HARDY,     73 OAKRIDGE ROAD,          PH. #662-609-6311</u>
<u>DEMARCUS WESTMORELAND,</u>
<u>JAMES (JIM) S. HATHCOCK, JR. , 710 HATHCOCK ROAD,  WINONA, MS</u>
<u>SANDY TRUSTY, HUCKLEBERRY ROAD, GRENADA, MS    (662)-226-4556</u>
<u>DANTRON  MITCHELL,</u>
<u>SHIRLEY JACKSON,</u>
<u>JOHN SEALS,    380 MONDY ROAD, GRENADA,  MS</u>
<u>SAMMIE SEALS,  380 MONDY ROAD, GRENADA, MS</u>
<u>MRS. LETTIE BRITT, 11673 HIGHWAY 51 NORTH, GRENADA, MS</u>
<u>MALCOLM GRANT, 2241 GRANT ROAD,    GRENADA, MS</u>
<u>STARKS HATHCOCK, % MS. CRIME LAB, JACKSON, MS (FAX #601-987-1615</u>
<u>GRANT GRAHAM, % MS. CRIME LAB, JACKSON, MS (FAX#601-987-1615</u>
<u>CLAIRE NETHERY, % MS. CRIME LAB, JACKSON, MS (FAX#601-987-1615</u>
<u>MIKE ALLEN, %MS. CRIME LAB, JACKSON, MS (FAX #601-987-1615</u>
<u>DR. STEVEN HAYNE, BRANDON, MS    FAX #601-591-5055</u>

<u>PLEASE type on each subpoena for witnesses to call the DA's Office at 226-8545 or 226-
4849  prior to date set to verify that the time for appearance is unchanged,</u>


Issued this the __19th__ day of January, 2007.

                          _Margie Scruggs_
                          **Doug Evans  by Margie Scruggs**

**FILED**
JAN 2 4 2007
LINDA BARNETTE
CIRCUIT CLERK

THE STATE OF MISSISSIPPI

GRENADA COUNTY

SUBPOENA REQUEST

STATE OF MISSISSIPPI                         CAUSE NO. 2005-010-CR

VS:                                          Date Set:    02-12-07
                                             Time Set:    8:30 A. M.

 ERIC BULLIN

TO THE CIRCUIT CLERK OF GRENADA COUNTY, MISSISSIPPI:

YOU ARE HEREBY DIRECTED TO ISSUE SUBPOENAS FOR THE FOLLOWING
WITNESSES IN THE ABOVE STYLED CASE TO GIVE EVIDENCE ON BEHALF OF
THE STATE OF MISSISSIPPI.

GREG CONLEY, %GRENADA CO. S.O.. GRENADA, MS
ADAM EUBANKS, % GRENADA CO. S. O., GRENADA, MS
WALTER DAVIS,   60 DAVIS ROAD, GRENADA, MS   662-226-0862
WALTER DAVIS, JR., 60 DAVIS ROAD, GRENADA, MS
ROBERT JENNINGS, % DISTRICT ATTORNEY'S OFFICE, GRENADA, MS
STEPHANIE GRAY, 4479-A, HIGHWAY 7 NORTH,  GRENADA, MS
GERALD GATLIN, % G & W STEEL,   SCENIC LOOP, GRENADA, MS 226-7872
CARVER CONLEY, % GRENADA CO. S. O, GRENADA, MS
JIMMY MILLER, % GRENADA CO. S. O., GRENADA, MS
JOHNNY MORRISON, % GRENADA CO. S.O, GRENADA, MS
STEVE HOWELL,   % HANKINS LUMBER SALES
TIM McDANIEL,   11631 HIGHWAY 51 NORTH, GRENADA, MS
RICHARD CRENSHAW, 695 SCENIC DRIVE, GRENADA, MS
MARVIN FULWOOD,
TOM BYERS,     520 County Road 225, Water Valley, MS   Phone #473-2920
RENA BYERS,     520 County Road 225, Water Valley, MS   Phone #473-2920
KIM  LINDLEY,
SYLVIA LEE, GRENADA, MS    PHONE #226-6025

PLEASE type on each subpoena for witnesses to call the DA's Office at 226-8545 or 226-
4849  prior to date set to verify that the time for appearance is unchanged,

Issued this the   19th   day of January, 2007.

_____
Doug Evans  by Margie Scruggs

FILED

JAN 2 4 2007
LINDA BARNETTE
CIRCUIT CLERK

**Subpoena-Criminal**                        **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **JAMES (JIM) S. HATHCOCK, 710 HATHCOCK ROAD, WINONA, MS.** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI** AND **ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

SHERIFF'S RETURN
STATE OF MISSISSIPPI, COUNTY OF GRENADA
I have this day executed the within writ personally by delivering to the within named defendant

a true copy of this writ. This ___ day of ___
A.D. 19 ____

ALTON STRIDER, Sheriff
By _____ Deputy

**FILED**
JAN 24 2007
LINDA BARNETTE
CIRCUIT CLERK

App.0956

**Subpoena-Criminal**                                    **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **GREG CONLEY, GRENADA S.O.** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**FILED**

JAN 2 5 2007

**LINDA BARNETTE
CIRCUIT CLERK**

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_Greg Conley_

24 day of _Jan_ 19 2007

ALTON STRIDER, Sheriff

By _Mike Abel_

App.0957
Circuit Court-00214

**Subpoena-Criminal**                    **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **ADAM EUBANKS, GRENADA S.O.** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF.**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of JANUARY, 2007.



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

FILED

JAN 2 5 2007

LINDA BARNETTE
CIRCUIT CLERK

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_ADAM EuBanks_

_24_ day of _Feb_ 19-_2007_

ALTON STRIDER, Sheriff

By _Mel_ _Olul_

**Subpoena-Criminal**                                              **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **DANTRON MITCHELL** to be found in our
county, to be and personally appear before the **HONORABLE CIRCUIT
COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY,
FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said
term, and from day to day of each term, until discharged by said court, to give
evidence in a certain case in said Court pending, wherein the **STATE OF
MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the
**DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and
have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC

**FILED**

JAN 2 5 2007

**LINDA BARNETTE
CIRCUIT CLERK**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: _Dantron Mitchell_
_____
24 day of _Jan_ 19 2017
ALTON STRIDER, Sheriff
By _____

---

**Subpoena-Criminal**                                     **2005-010CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **JOHNNY MORRISON c/o GRENADA S.O.** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF.**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_Johnny Morrison_

2 4 day of _____ 2007

ALTON STRIDER, Sheriff

By _____

**FILED**

JAN 2 5 2007
LINDA BARNETTE
CIRCUIT CLERK

App.0960
Circuit Court-00217

| | |
|---|---|
| **Subpoena-Criminal** | **2005-010CR** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **JERRY HARVEY, 73 OAKRIDGE ROAD, GRENADA, MS. 662-609-6311** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF**..

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC

I have this day personally executed the within
subpoena by delivering a true and correct copy
to

_____
this ____ day of ____ 19 ____
AL JIM STRIDER, Sheriff
By _____

**FILED**
JAN 25 2007
**LINDA BARNETTE
CIRCUIT CLERK**

| Subpoena-Criminal | 2005-010CR |
|---|---|

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **CLOVIS HARVEY, 73 OAKRIDGE ROAD, GRENADA, MS. 662-609-6311** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this 24TH day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC

**FILED**

**JAN 2 5 2007**

**LINDA BARNETTE
CIRCUIT CLERK**

I have this day personally executed the within subpoena by delivering a true and correct copy to:
_____
__ day of _____ 19__
ALTON STRIDER, Sheriff
By _____

App.0962

Circuit Court-00219

**Subpoena-Criminal**                                    **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **SHIRLEY JACKSON** to be found in our county,
to be and personally appear before the **HONORABLE CIRCUIT COURT OF
GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH,
2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day
of each term, until discharged by said court, to give evidence in a certain case in said
Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the
**PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and
have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

B_____ DC

I have this day personally executed the within
subpoena by delivering a true and correct copy
to:

_Shirley Jackson_

2[?] day of _____ 19 200[?]

ALTON STRIDER, Sheriff

By_____

**FILED**

JAN 2 5 2007

**LINDA BARNETTE
CIRCUIT CLERK**

App.0963

Circuit Court-00220

| Subpoena-Criminal | 2005-010CR |
| --- | --- |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **STEVE HOWELL c/o HANKINS LUMBER SALES** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_Steve Howell_

2[ ] day of _July_ 19 200[7]

~~STRIDER~~, Sheriff

_J. Unk SO-15_

**FILED**

JAN 2 5 2007

LINDA BARNETTE
CIRCUIT CLERK

App.0964

Circuit Court-00221

---

**Subpoena-Criminal**          **2005-010CR**

---

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **TIM MCDANIEL 11631 HIGHWAY 51 NORTH, GRENADA, MS** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_Tim McDaniel_

By: _____ DC

24 day of _Jan_ 19 _2007_
ALTON STRIDER, Sheriff
By _____ _Jued 50-15_

**FILED**

JAN 2 5 2007
LINDA BARNETTE
CIRCUIT CLERK

App.0965

Circuit Court-00222

**Subpoena-Criminal**                                   **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **JIMMY MILLER, c/o** ~~GRENADA S.O.~~ *MDOC Probation* to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and    is the **DEFENDANT** on the part of **PLAINTIFF.**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

I have this day personally executed the with
subpoena by delivering a true and correct copy

to: _____

_____ day of _____ 19 ____
ALTON STRIDER, Sheriff

By _____

**FILED**

JAN 2 5 2007
**LINDA BARNETTE
CIRCUIT CLERK**

---

**Subpoena-Criminal**                                     **2005-010CR**

---

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **CARVER CONLEY, c/o GRENADA S.O.** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and     is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By:_____ DC

have this day personally executed the within
subpoena by delivering a true and correct copy

*CARVER CONLEY*

26 day of JAN 19 2007

ALTON STRIDER, Sheriff
By _____ 5018

**FILED**

JAN 2 6 2007

**Linda Barnette
Circuit Clerk**

App.0967

| | |
|---|---|
| **Subpoena-Criminal** | **2005-010CR** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **SAMMIE SEALS, 380 MONDY ROAD, GRENADA, MS** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC

I have this day personally executed the within
subpoena by delivering a true and correct copy

_Sammie Seals_

25th Jan 19 2007

_____ RIDER, Sheriff

**FILED**

IJAN 2 6 2007

**Linda Barnette**
**Circuit Clerk**

App. 0968

---

**Subpoena-Criminal**                                    **2005-010CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **JOHN SEALS, 380 MONDY ROAD, GRENADA, MS** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this ²⁴ᵀᴴ day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

BY: _____ DC

I have this day personally executed the within
subpoena by delivering a true and correct copy.

_John Seals_

25th _Jan_ 19 200 7
RIDER, Sheriff
_James W Jeter_

**FILED**

JAN 2 6 2007

**Linda Barnette**
**Circuit Clerk**

App. 0069

Circuit Court-00226

| Subpoena-Criminal | 2005-010CR |
|---|---|

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **WALTER DAVIS, JR., 60 DAVIS ROAD, GRENADA, MS.** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.**, on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this ²⁴ᵀᴴ day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

... on this day personally e...... ...within
...... ...ena by delivering a true and correct copy

*Walter Davis Jr*

25th _____ *Jan* ___ 19 *2007*

....... ...RIFF, Sheriff)

*James W Smith* ____ or

**FILED**

IJAN 2 6 2007

**Linda Barnette**
 Circuit Clerk
 .......0970

Circuit Court-00227

**Subpoena-Criminal**                                   **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **WALTER DAVIS, 60 DAVIS ROAD, GRENADA, MS. 662-226-0862** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

I have this day personally executed
subpoena by delivering a true and correct copy
to:

_Walter Davis_

25TH _Jan_ 19 _2007_

_____RIDER, Sheriff

_James W. Latham_

**FILED**

JAN 2 6 2007

Linda Barnette
Circuit Clerk

**Subpoena-Criminal**                            **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **RICHARD CRENSHAW, 695 SCENIC DRIVE, GRENADA, MS** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

have this day personally executed the within
subpoena by delivering a true and correct copy

_Richard Crenshaw_

25th    Jan   2007

STRIPER, Sheriff
_James A. Fathea_

**FILED**

JAN 2 6 2007

Linda Barnette
Circuit Clerk

App.0972

Circuit Court-00229

**IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI**

STATE OF MISSISSIPPI

VERSUS                                                                          CAUSE NO.  2005-010 CR

ERIC BULLIN,
DEFENDANT

**PETITION TO ENTER PLEA OF GUILTY**

The Defendant, after having been first duly sworn, on <u>his</u> oath, represents and states unto the

Court the following:

1.       My full name is Eric Deshawn Bullin, and I am also known as _____     Eric Bullin .

I request that all proceeding against me be had in my name as set forth on the indictment, <u>Eric Bullin.</u>
This Petition has been read and explained to me by my lawyer, and I understand its contents.

2.       I am represented by a lawyer; his name is <u>William L. Maxey</u>                          .

3.       I wish to plead GUILTY to the charge(s) of: <u>Manslaughter</u>                     .

4.       I told my lawyer all the facts & circumstances known to me about the charges against me.
I believe that my lawyer is fully informed on all such matters.  My lawyer has counseled and advised me
on the nature of each charge, on any & all lesser-included charges & on all possible defenses that I might
have in this case.

5.       My lawyer has advised me as to the probabilities of my conviction on the charge(s) with
which I am charged and thoroughly discussed all aspects of my case with me.  My lawyer has made no
threats or promises of any type or kind to induce me to enter this plea of guilty, and the decision to seek
the entry of this plea was my own and mine alone, based on my own reasons and free from any outside
coercive influences.

6.       I understand that I may plead Not Guilty to any offense charged against me.  If I choose to
plead Not Guilty, the Constitution guarantees me:

a.       the right to a speedy and public trial by jury;
b.       the right to see, hear, and face in open court all witnesses called to testify against me; and
        the right to cross-examine those witnesses;
c.       the right to use the power and process of the Court to compel the production of any
        evidence, including the attendance of any witness in my favor;
d.       the right to have the assistance of a lawyer at all stages of the proceedings; including
        appeal;
e.       the presumption of innocence, i.e., I am presumed innocent unless and until the State
        produces evidence beyond a reasonable doubt that I am guilty; and
f.       the right against self-incrimination or to take the witness stand at my sole option; if I do
        not take the witness stand, I understand that at my option, the jury may be told that this
        shall not be held against me.                                   **FILED**

**İJAN 2 6 2007**          App.0973

Linda Barnette

Knowing and understanding the Constitutional guarantees set forth in this paragraph, I hereby waive them and renew my desire to enter a plea of Guilty.

7.     I know that if I plead Guilty to these charges, the possible sentence is

**A fine not to exceed $10,000.00 and imprisonment not to exceed 20 years; the minimum sentence is no fine and 2 years incarceration.**

I also know that the sentence is up to the Court; that the Court is not required to carry out any understanding made by me and my attorney with the District Attorney; and further, that the Court is not required to follow the recommendation of the District Attorney, if any. The District Attorney will take no part other than providing to the Court police reports and other factual information as requested by the Court; and the District Attorney shall make no recommendations to the Court concerning my sentence except as follows:

**The District Attorney recommends Allow the Defendant to plead guilty to manslaughter as a lesser included offense of murder and recommend a sentence of 20 years confinement with 10 years to be served concurrent with the sentence imposed in Cause Number 2005-117 CR and with 10 years to be served consecutive to the sentence imposed in Cause Number 2005-117 CR                    .**

8.     I have been convicted of no felonies in this or any other State or in the United States, except as follows: Cause Number 2005-012 CR, Cause Number 2005-117 CR and Cause Number 2005-198 CR, Grenada County, MS.

9.     I am _____ am not _x_ presently on probation or parole. I understand that by pleading guilty in this case this may cause revocation of my probation or parole, and that this could result in a sentence of _NA_ years in that case. I am not currently serving a sentence previously imposed by this court. I further understand that if my probation or parole is revoked, any sentence in that case may be consecutive to or in addition to any sentence in this case.

10.     I am _18_ years of age & have gone to school up to & through the _10th_ grade. My physical and mental health are presently satisfactory. At this time I am not under the influence of any kind of drugs or intoxicants except None_____.

11.     I declare that no officer or agent of any branch of government, Federal, State or local, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I will receive a lighter sentence, or probation, or any other form of leniency if I plead Guilty, except those set forth in the plea bargain agreement.

12.     I believe that my lawyer has done all that anyone could do to counsel & assist me. **I AM SATISFIED WITH THE ADVICE & HELP HE HAS GIVEN ME.** I recognize that if I have been told by my lawyer that I might receive probation or a light sentence or any particular sentence, this is merely his prediction & is not binding on the Court. The Mississippi Department of Corrections will determine when I am released from incarceration.

13.     I plead Guilty & request the Court to accept my plea of Guilty & to enter my plea of Guilty on the basis of (set forth involvement in the crime):manslaughter _____.

**14.     I OFFER MY PLEA OF GUILTY FREELY & VOLUNTARILY & OF MY OWN ACCORD & WITH FULL UNDERSTANDING OF ALL THE MATTERS SET FORTH IN THE INDICTMENT & IN THIS PETITION & IN THE CERTIFICATE OF MY LAWYER WHICH FOLLOWS.**

14 A:  I have reviewed and had explained to me the conditions under which I would have to comply while on probation.  I certify that I understand the below listed conditions and the consequences if the conditions are not followed:

(a)     Commit no offense against the laws of this or any state of the United States or of the United States;

(b)     avoid injurious or vicious habits and avoid persons or places of disreputable or harmful character;

(c)     support all dependents;

(d)     work faithfully at suitable employment so far as possible;

(e)     not possess or consume any alcoholic beverage, nor go into or remain about any place where alcoholic beverages are sold as a primary sale item, and not possess or use any controlled substance not lawfully prescribed by a physician;

(f)     submit to any type of breath, saliva or urine chemical analysis test, the purpose of which is to detect the possible presence of alcohol or any substance prohibited or controlled by the laws of this or any state of the United States or of the United States;

(g)     report to the Department of Corrections as directed by it;

(h)     permit the Field Officer to visit me at home or elsewhere;

(i)     remain within the State of Mississippi unless authorized to leave on proper application therefor;

(j)     waive extradition to the State of Mississippi from any jurisdiction in or outside the United States and agree not to contest any effort by any jurisdiction to return Defendant to the State of Mississippi;

(k)     Pay to the Department of Corrections a sum to be determined per month by "certified check" or "money order" until discharged from supervision;

(l)     Pay court costs, fine, and assessments to the clerk of this court as directed by the Court beginning thirty days after release and on the first working day of each month thereafter.

(m)     As directed by the Court or Department of Corrections.

15.    HABITUAL CRIMINAL PARAGRAPH. If **NOT** applicable, **CHECK:**   X     If applicable, please note the statute under which the plea of guilty is to be taken: <u>MISS. CODE ANN.</u> §99-19-81._____ ; <u>MISS. CODE ANN.</u> §99-19-83.____    Specify the punishment sought to be enhanced:  Sentence set forth hereinabove to be served as an habitual offender.

   **SIGNED & SWORN TO BY ME** on this the _____26th_____ day of January, 2007, with the full knowledge that every person who shall willfully & corruptly swear, testify, or affirm falsely to any material matter under any oath, affirmation, or declaration legally administered in any matter, cause or proceeding pending in any Court of law or equity shall, upon conviction, be punished as provided by law.

WITNESS:

_____          Eric Byllin
Defendant's Attorney                              _____
                                                                  Defendant

STATE OF MISSISSIPPI

COUNTY OF GRENADA

   SWORN TO AND SUBSCRIBED BEFORE ME, this the 26th day of January, 2007.

                              _____
                              Circuit Clerk
                              (Official Title)

My Commission Expires:

~~My Commission Expires Jan. 7, 2008~~

**FILED**

**JAN 2 6 2007**

LINDA BARNETTE CIRCUIT CLERK
BY_____ D.C.

## CERTIFICATE OF COUNSEL

   The undersigned, as lawyer & counselor for the above Defendant, hereby certify:

   1.    I have read and fully explained to the Defendant the allegations contained in the indictment in this case.

   2.    To the best of my knowledge and belief, the statements, representations, and declarations made by the Defendant in the foregoing petition are in all respects accurate and true.

   3.    I have explained the minimum and maximum penalties for each count to the Defendant, and consider him/her competent to understand the charges against him/her and the effect of his/her petition to enter a plea of guilty.

   4.    The plea of guilty offered by the Defendant in this Petition accords with my understanding of the facts he/she related to me and is consistent with my advice to the Defendant.

5.      In my opinion, the plea of guilty as offered by the Defendant in this petition is voluntarily and understandingly made.  I recommend that this Court accept the plea of Guilty.  I would further state that the Defendant was initially charged with murder in this case; that the Defendant has maintained to me that he did not commit the crime of murder; that he is serving time for three other felonies and if convicted of murder in this case he would probably die in prison.  The Defendant therefore determined that he should plead guilty to manslaughter with the sentence as recommended by the District Attorney.

6.      Having discussed this matter carefully with the Defendant, I am satisfied, and I hereby certify that, in my opinion, he is mentally and physically competent; there is no mental or physical condition which would affect his/her understanding of these proceedings; further, I state that I have no reason to believe that he/she is presently operating under the influence of drugs or intoxicants.  [Counsel to state any exception on the record].

Signed by me in the presence of the Defendant above named and after full discussion of the

contents of this certificate with the Defendant on this the _26_ day of January, 2007.

_____
DEFENDANT'S ATTORNEY
WILLIAM L. MAXEY
P.O. Box 5010
Grenada, MS 38901
Tele:  (662) 226-4080
MS State Bar No. 1947

*FILED*

JAN 2 6 2007

LINDA BARNETTE CIRCUIT CLERK
BY_____D.C.

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                              **CAUSE NO. 2005-010-CR**

**ERIC BULLIN**

### JUDGMENT

On this day, into open court came the district attorney, the defendant in his own proper person and the defendant's counsel, the defendant having been charged by indictment with the felony crime of **CAPITAL MURDER**, and for plea to the lesser included felony crime of **MANSLAUGHTER**, the defendant entered a plea of guilty. Thereafter, the court advised defendant of all his legal and constitutional rights in the premises, and of the consequences of such a plea; and after the defendant freely, voluntarily and intelligently waived his constitutional rights, and after the defendant admitted upon direct questioning that he is guilty of the crime to which he has pleaded guilty, the said plea of guilty was and is accepted by the court.

**IT IS THEREFORE ORDERED**, that the defendant, **ERIC BULLIN**, for such his crime specified above, be and he is hereby sentenced to:

Serve a term of TWENTY (20) YEARS with the Mississippi Department of Corrections, TEN (10) YEARS to run concurrently with any sentence previously imposed and TEN (10) YEARS to run consecutively with any sentence previously imposed.

Furthermore, the defendant is to pay all court costs and assessments. These amounts are to be paid to the clerk of this court at the rate of $50.00 per month with the first payment being paid within thirty (30) days of his release from incarceration. This sum is to be paid each month until it is paid in full. The defendant is remanded to the custody of the sheriff to await transportation to the Mississippi Department of Corrections.

**SO ORDERED** this the 26th day of January, 2007.

_____
CIRCUIT COURT JUDGE

**FILED**

JAN 2 6 2007

Linda Barnette
Circuit Clerk

75-259

Circuit Court-00235

STATE OF MISSISSIPPI

In the Circuit Court of Grenada County      Cause/Case No. **2005-010CR**

TO THE MISSISSIPPI DEPARTMENT OF CORRECTIONS
NOTICE OF CRIMINAL DISPOSITION

You are hereby notified that at the **JANUARY 2007** term of the Circuit Court, Judge **JOSEPH H. LOPER, JR.**
presiding, the following disposition was imposed for the crime(s) hereinafter described:

I. A. Disposition(s) Reported: ☑ Prisoner Commitment ☐ Suspended Sentence/Probation   ☐ Revocation ☐ Acquittal ☐ Other
(Check those which apply to all counts reported)

A-1. Provisional Sentence   ☐ Non-Adjudication   ☐ Sentenced Under RID    ☐ Sentenced Under Shock Probation
     ☐ Bad Check Diversionary Program   ☐ Restitution in _____ County

B. Conviction as Result of: ☑ Guilty Plea   ☐ Guilty Plea after _____ days of Commencement of Trial
     ☐ Jury Verdict after _____ days in Trial    ☐ Revocation Hearing

II. Name **ERIC BULLIN**      Alias _____
SSN **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**   Race **BLACK**   Sex **MALE**   Date of Birth **NOVEMBER 6, 1988**
Last Known Residence **227 MONROE STREET, GRENADA, MS 38901**
Place of Birth **GRENADA, MS**      Country of Citizenship **USA**
Alien Registration/Immigration # A- _____   FBI# _____

III. Count I Charge **CAPITAL MURDER TO MANSLAUGHTER**
Indicted Under MS Code **97-3-19(2)(e)**    Sentenced Under MS Code **UNKNOWN**
Count II Charge _____
Indicted Under MS Code _____    Sentenced Under MS Code _____
Count III Charge _____
Indicted Under MS Code _____    Sentenced Under MS Code _____

IV. Date of Sentence **JANUARY 26, 2007**   Credit for Time Served (ONLY for this/these charge(s) _____ days
Sentence(s) Imposed by Order:   Count I **20 YEARS**    Count II _____    Count III _____
(Prior to any suspended portion)

☐ Check if reporting additional
counts on reverse side

| | Portion of Sentence to be Served (Yrs/Mos) | Portion of Sentence Suspended (Yrs/Mos) | To be Served on Probation (Yrs/Mos) | Other/Method of Disposition Refer to Legend on back of form |
|---|---|---|---|---|
| Count I | **20 YEARS** | | | |
| Count II | | | | |
| Count III | | | | |
| | **TEN YEARS** to run concurrent with | **ANY SENTENCE PREVIOUSLY IMPOSED** | | |
| | **TEN YEARS** to run consecutive to | **ANY SENTENCE PREVIOUSLY IMPSED** | | |

Conditions/Designations of Sentence: ☐ Habitual ☐ Psychological/Psychiatric ☐ Alcohol/Drug Treatment/Testing ☐ Other

VI. Fine $ _____    Indigent Fee $ _____    Restitution $ _____
Court Costs $ **279.50**    Attorney Fee $ _____    Other Fees $ _____
Conditions of Payment: **PAY $50 MONTH WITH FIRST PAYMENT WITHIN 30 DAYS OF RELEASE. TO BE PAID EACH MONTH UNTIL PAID IN FULL.**

Send Prisoner Commitments, Provisional Sentence
Orders and Revocation Orders to:

Central Records    INS Liaison
P. O. Box 24388    MS Supreme Court
Jackson, MS 39205-4388   P. O. Box 117
     Jackson, MS 39205-0117

Send Suspended Sentence/Probation Notices, Provisional
Sentence Orders and Revocation Orders to:

Data Operations    INS Liason
MDOC    MS Supreme Court
723 North President St.   P. O. Box 117
Jackson, MS 39202-3097   Jackson, MS 39205-0117

LINDA M. BARNETTE
Circuit Clerk

By: _____ DC

Date **JANUARY 26, 2007**

*FILED*

JAN 26 2007

LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

Circuit Court-00236

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS                                                      CAUSE NO.2005-0010 CR

ERIC BULLIN

## WRIT OF HABEAS CORPUS
## AD PROSEUENDUM

TO: Mississippi Department of Corrections
    Parchman, MS

Came on to be heard this day the Ore Tenus Petition of the State of Mississippi for issuance of a Writ of Habeas Corpus Ad Prosequendum and the Court, being fully advised in the matter, finds that ERIC BULLIN, MDOC # 113929, is the defendant in the above styled cause, that he is incarcerated at the Mississippi Department of Corrections, and that the said cause is set for trial in this Court; the Court further finds that the State's Petition is well taken and that the same should be, and it is hereby granted.

IT IS, THEREFORE, ORDERED that this Writ authorizes and requires the Mississippi Department of Corrections to deliver the said **ERIC BULLIN, MDOC # 113929** to the Grenada County Sheriff Alton Stider in Grenada, Mississippi, on **Monday, January 22, 2007,** and at the conclusion of said trial Sheriff Alton Strider will notify Mississippi Department of Corrections to transport the defendant, **ERIC BULLIN, MDOC # 113929** back to the custody of the Mississippi Department of Corrections..

SO ORDERED AND ADJUDGED this the 19th day of January, 2007.

CIRCUIT COURT JUDGE

FILED

JAN 3 0 2007

Linda Barnette
Circuit Clerk
App-0980        DC

75-140

---

**Subpoena-Criminal**                                        **2005-010CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County—GREETINGS

We command you to summon **TOM BYERS, 520 COUNTY ROAD, 225, WATER VALLEY, MS., 473-2920** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

I have this day personally executed the within 25-07 *Ruc*
subpoena by delivering a true and correct copy
to: *pled*

                                    FILED

26 day of Jan 2007            JAN 2 6 2007
ALTON STRIDER, Sheriff        Linda Barnette
By _____   Circuit Clerk
                              App.0981

Circuit Court-00238

**Subpoena-Criminal**                    **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **TOM BYERS, 520 COUNTY ROAD, 225, WATER VALLEY, MS., 473-2920** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

FILED
JAN 2 6 2007
Linda Barnette
Circuit Clerk

App.0982

Circuit Court-00239

---

**Subpoena-Criminal**                                  **2005-010CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY


To The Sheriff of Said County–GREETINGS

*M B I*

We command you to summon **GRANT GRAHAM, C/O ~~MS. CRIME LAB,~~ JACKSON, MS. (FAX) ~~601-987-1615~~** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

*Refaxed MBI*
*1-601-987-1579*
*Faxed 1-25-07*

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_____

2 6th day of Jan 2007

By _____ ALTON STRIDER, Sheriff

FILED

JAN 2 6 2007

Linda Barnette
Circuit Clerk

**Subpoena-Criminal**                                    **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

*Ms. Bureau Invest*
*601 987-1579*

We command you to summon **GRANT GRAHAM, C/O MS. CRIME LAB, JACKSON, MS. (FAX) 601-~~987-1615~~** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF.**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

FILED

JAN 2 6 2007

Linda Barnette
**Circuit Clerk**

App.0984

**Subpoena-Criminal**                                   **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **RENA BYERS, 520 COUNTY ROAD, 225, WATER VALLEY, MS., 473-2920** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this ²⁴ᵀᴴ day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_____

_____ day of _____ 2007

ALTON STRIDER, Sheriff

By _____

FILED

JAN 2 6 2007

Linda Ba...
Circuit Clerk

App.0985

| | |
|---|---|
| **Subpoena-Criminal** | **2005-010CR** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **RENA BYERS, 520 COUNTY ROAD, 225, WATER VALLEY, MS., 473-2920** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF.**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

FILED

JAN 2 6 2007

Linda Barnette
Circuit Clerk

App.0986

Circuit Court-00243

**Subpoena-Criminal**                                   **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **GERALD GATLIN.,C/O G & W STEEL, SCENIC LOOP, GRENADA, MS. 226-7872** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and   is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this 24TH day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

I have this day personally executed the within
subpoena by delivering a true and correct copy
to:

_pled_

26 ___ _Jan_ _2007_

___ON STRIDER, Sheriff

By _____

FILED

JAN 2 6 2007

Linda Barnette
Circuit Clerk

App.0987

Circuit Court-00244

**Subpoena-Criminal**                                    **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **GERALD GATLIN.,C/O G & W STEEL, SCENIC LOOP, GRENADA, MS. 226-7872** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and   is the **DEFENDANT** on the part of **PLAINTIFF.**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

FILED

JAN 2 6 2007

Linda Barnette
Circuit Clerk

App.0988
Circuit Court-00245

| Subpoena-Criminal | 2005-010CR |
|---|---|

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **DR. STEVEN HAYNE, BRANDON, MS. (FAX) 601-591-5055** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.**, on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

Faxed to 1-25-07

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_____ pled

_____ day of _____ 2007

ALTON STRIDER, Sheriff
By _____

**FILED**
JAN 3 1 2007
**LINDA BARNETTE**
**CIRCUIT CLERK**

| | |
|---|---|
| **Subpoena-Criminal** | **2005-010CR** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **DR. STEVEN HAYNE, BRANDON, MS. (FAX) 601-591-5055** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

**FILED**

JAN 3 1 2007

**LINDA BARNETTE**
**CIRCUIT CLERK**

App.0990

Circuit Court-00247

| Subpoena-Criminal | 2005-010CR |
|---|---|

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **STARKS HATHCOCK, C/O MS. CRIME LAB, JACKSON, MS. (FAX) 601-987-1615** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this ²⁴ᵀᴴ day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

I have this day personally executed the above subpoena by delivering a true and correct copy to:

_____

_____ day of _____ 19 ____

A___ STR____, Sheriff

By _____

**FILED**
JAN 3 1 2007
LINDA BARNETTE
CIRCUIT CLERK

---

**Subpoena-Criminal**                                    **2005-010CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **STARKS HATHCOCK, C/O MS. CRIME LAB, JACKSON, MS. (FAX) 601-987-1615** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC
By

**FILED**

JAN 3 1 2007
App 0992
**LINDA BARNETTE
CIRCUIT CLERK**

| Subpoena-Criminal | 2005-010CR |
|---|---|

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **MIKE ALLEN, C/O MS. CRIME LAB, JACKSON, MS. (FAX) 601-987-1615** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this ²⁴ᵀᴴ day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

Faxed 1-25-07
I have this day personally executed the within subpoena by delivering a true and correct copy to:

26 day of _____ 2007
ALTON STRIDER, Sheriff
By _____

**FILED**
JAN 3 1 2007
LINDA BARNETTE
CIRCUIT CLERK
App.0993

| | |
|---|---|
| **Subpoena-Criminal** | **2005-010CR** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **MIKE ALLEN, C/O MS. CRIME LAB, JACKSON, MS. (FAX) 601-987-1615** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

FILED

JAN 3 1 2007

LINDA BARNETTE
CIRCUIT CLERK

App.0994

| Subpoena-Criminal | 2005-010CR |
|---|---|

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **MALCOLM GRANT, 2241 GRANT ROAD, GRENADA, MS** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

personally executed the within
delivering a true and correct copy

26 __ __ Jan __ 2007

STROBER, Sheriff

**FILED**

JAN 3 1 2007
**LINDA BARNETTE
CIRCUIT CLERK**

App.0995

| | |
|---|---|
| **Subpoena-Criminal** | **2005-010CR** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **MALCOLM GRANT, 2241 GRANT ROAD, GRENADA, MS** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this ²⁴ᵀᴴ day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

BY _____ DC



**FILED**

**JAN 3 1 2007**

**LINDA BARNETTE**
**CIRCUIT CLERK**

App.0996

| | |
|---|---|
| **Subpoena-Criminal** | **2005-010CR** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **MARVIN FULLWOOD,** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF.**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

... this day personally executed ...
... by delivering a true and correct copy

26 Jan 2007

JON STRIBER, Sheriff

**FILED**

**JAN 3 1 2007**

**LINDA BARNETTE
CIRCUIT CLERK**

App.0997

Circuit Court-00254

**Subpoena-Criminal**             **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **MARVIN FULLWOOD,** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By:_____DC

**FILED**

JAN 3 1 2007
**LINDA BARNETTE
CIRCUIT CLERK**
App.0998

**Subpoena-Criminal**                                           **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **KIM LINDLEY** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this ²⁴ᵀᴴ day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_____
____ day of _____ 19____
ALTON STRIDER, Sheriff
By _____

**FILED**

JAN 3 1 2007
**LINDA BARNETTE
CIRCUIT CLERK**
App.0999

| | |
|---|---|
| **Subpoena-Criminal** | **2005-010CR** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **KIM LINDLEY** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

**FILED**

JAN 3 1 2007
**LINDA BARNETTE**
**CIRCUIT CLERK**
App.01000

Circuit Court-00257

**Subpoena-Criminal**                                    **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **DEMARCUS WESTMORELAND** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC

I have this day personally executed the within subpoena by delivering a true and correct copy to:

pled

26 Jan 2007

Five

**FILED**

JAN 3 1 2007

LINDA BARNETTE
CIRCUIT CLERK
App.1001

Circuit Court-00258

| | |
|---|---|
| **Subpoena-Criminal** | **2005-010CR** |

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **DEMARCUS WESTMORELAND** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

**FILED**
JAN 3 1 2007
**LINDA BARNETTE**
**CIRCUIT CLERK**

App.1002

Circuit Court-00259

Subject is out of town
McDaniel with left
her know
so-15
01/24/07

**Subpoena-Criminal** _____ )CR

THE STATE OF MISSISSI
GRENADA COUNTY

To The Sheriff of Said Cou

We command you to summon **MRS. LETTIE BRITT, 11673 HIGHWAY 51 NORTH, GRENADA, MS** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

this day personally executed the within
by delivering a true and correct copy

pled

26 day of Jan 2007
ALTON STRIDER, Sheriff
By

**F I L E D**

**JAN 3 1 2007**

**LINDA BARNETTE**
**CIRCUIT CLERK** App.1003

Circuit Court-00260

---

**Subpoena-Criminal**                                   **2005-010CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **MRS. LETTIE BRITT, 11673 HIGHWAY 51 NORTH, GRENADA, MS** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____ DC

**FILED**

**JAN 3 1 2007**

**LINDA BARNETTE**
**CIRCUIT CLERK**

*Subject don't live their Mother well get in Contact with tell let her know*

*50-15*

*01/24/07*

**Subpoena-Crimii**

**2005-010CR**

THE STATE OF M
GRENADA COUN

To The Sheriff of Said County–GREETINGS

We command you to summon **STEPHANIE GRAY., 4479-A, HIGHWAY 7 NORTH, GRENADA, MS.** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By:_____ DC

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_____ day of _Jan_ _2007_
ALTON STRIDER, Sheriff
By _____

**FILED**
JAN 3 1 2007
**LINDA BARNETTE
CIRCUIT CLERK**

App.1005

Circuit Court-00262

**Subpoena-Criminal**                                    **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **STEPHANIE GRAY., 4479-A, HIGHWAY 7 NORTH, GRENADA, MS.** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **24TH** day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**FILED**

**JAN 3 1 2007**

**LINDA BARNETTE
CIRCUIT CLERK**

App.1006

Circuit Court-00263

*I MADE CONTACT BY PHONE WILL BE HERE FOR COURT ON 2/12/07 AT 08:30AM SYLVIA LEE 662-393-8658*

**Subpoena-Criminal**

05-010CR

THE STATE OF MIS
GRENADA COUNTY

*X—Will 9018*

To The Sheriff of Said County—GREETINGS

We command you to summon **SYLVIA LEE, GRENADA, MS. 226-6025** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **24TH** day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By _____DC

I have this day personally executed the within subpoena by delivering a true and correct copy to: *pled*

26 day of *Jan* 2007

ALTON STRIDER, Sheriff
By _____

**FILED**

**JAN 3 1 2007**

**LINDA BARNETTE
CIRCUIT CLERK**

App.1007

Circuit Court-00264

---

**Subpoena-Criminal**                                    **2005-010CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **SYLVIA LEE, GRENADA, MS. 226-6025**   to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.**   and to attend  from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and     is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law.  Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY,  2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

BY _____ DC

**FILED**
JAN 3 1 2007
**LINDA BARNETTE
CIRCUIT CLERK**
App.1008

*OD REIHOEGE*

*300G302*

*634 SOUTH*

*ARCHIE JACKSON*

*417 8084  QV)*

*SANDY WILL COME BY AND*

*PICK UP SUBPRENA TODAY*

**Subpoe**

**2005-010CR**

THE ST

GRENA

To The Sheriff of Said County–GREETINGS

We command you to summon **SANDY TRUSTY, HUCKLEBERRY ROAD, GRENADA, MS. 662-226-4556** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC

I have this day personally executed the within subpoena by delivering a true and correct copy to: *pled*

___ day of ___ 20 00 ___
ALTON STANDER, Sheriff
By ___

**FILED**

**JAN 3 1 2007**

**LINDA BARNETTE
CIRCUIT CLERK**

App.1009

Circuit Court-00266

| **Subpoena-Criminal** | **2005-010CR** |

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **SANDY TRUSTY, HUCKLEBERRY ROAD, GRENADA, MS. 662-226-4556** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

BY _____ DC

FILED

JAN 3 1 2007

LINDA BARNETTE
CIRCUIT CLERK

App.1010

---

**Subpoena-Criminal**                                     **2005-010CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS     *601 987-1579 MBT*

We command you to summon **CLAIRE NETHERY, C/O MS. CRIME LAB, JACKSON, MS. (FAX) 601-987-1615**   to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and  is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law.  Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC

*Refaxed to 601-987-1579.*
*Faxed 1-25-07*

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *pled*

___ day of _____ 2007
ALTON STRIDER, Sheriff
By _____

**FILED**
JAN 3 1 2007
**LINDA BARNETTE
CIRCUIT CLERK**

**Subpoena-Criminal**                                      2005-010CR

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS          987-1579
                                                 Ms Burlob Invest,

We command you to summon **CLAIRE NETHERY, C/O MS. CRIME LAB, JACKSON, MS. (FAX) 601-987-1615**    to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this [24TH] day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By:_____ DC

**FILED**

JAN 3 1 2007

**LINDA BARNETTE**
**CIRCUIT CLERK**

App.1012

Circuit Court-00269

**Subpoena-Criminal**                                    **2005-010CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **ROBERT JENNINGS.,C/O DISTRICT ATTORNEY'S OFFICE, GRENADA, MS.** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this 24TH day of **JANUARY, 2007.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

I have this day personally executed the within subpoena by delivering a true and correct copy to: RoBert Jennings

26 day of Jan 2007
ALTON STRIDER, Sheriff
By Mille Oleal

**FILED**

JAN 3 1 2007
LINDA BARNETTE
CIRCUIT CLERK

01/30/2007 ... 02
01/30/2007 20:17

---

**Subpoena-Criminal**  |  **2005-010CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County—GREETINGS

We command you to summon **RENA BYERS, 520 COUNTY ROAD, 225, WATER VALLEY, MS., 473-2920** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS., on MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF..**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this 14TH day of **JANUARY, 2007.**



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

_____ DC

STATE OF MISSISSIPPI
*ALOBUSHA COUNTY
I served this subpoena on the 30 day of JAN
200__, by handing a true copy of the subpoena to
RENA BYERS
Fees for Sheriff _____
_____ Sheriff or process server,
or _____ D.S.

filed YCSO will / advise them 1-31-07
RNC

FILED
JAN 3 1 2007
LINDA BARNETTE
CIRCUIT CLERK

App.1014

Circuit Court-00271

---

**Subpoena-Criminal**                              **2005-010CR**

---

### THE STATE OF MISSISSIPPI
### GRENADA COUNTY

To The Sheriff of Said County—GREETINGS

We command you to summon **TOM BYERS, 520 COUNTY ROAD, 225, WATER VALLEY, MS., 473-2920** to be found in our county, to be and personally appear before the **HONORABLE CIRCUIT COURT OF GRENADA COUNTY, GRENADA, MS.,** on **MONDAY, FEBRUARY 12TH, 2007 at 08:30 A.M.** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the **STATE OF MISSISSIPPI AND ERIC BULLINS** is the **PLAINTIFF** and is the **DEFENDANT** on the part of **PLAINTIFF.**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this 24TH day of JANUARY, 2007.



Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

FILED
JAN 3 1 2007
Linda Barnette
Circuit Clerk

Pled
Called YCSO + advised them
them - they will let them
know - 1-31-07 Bhc

Circuit Court-00272

# IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                         CAUSE NO.____ 2005-010  CR

ERIC BULLIN,
DEFENDANT

## ITEMIZED STATEMENT
## FOR COMPENSATION AND EXPENSES
## OF COURT-APPOINTED COUNSEL

**F I L E D**

SEP 1 9 2007

LINDA BARNETTE
CIRCUIT CLERK

TO:     ___WILLIAM L. MAXEY, ATTORNEY___
              (Payee's Name & Title)
        ___P. O. Box  5010, Grenada, MS 38901___
                    (Address)

Pursuant to the authorization provided by Section  99-15-17 of the Mississippi Code of

1972, Annotated, as amended, and the procedure followed in the Fifth Circuit Court District of

Mississippi in the case of State of Mississippi vs. Eric Bullin, Cause No. 2005-010 CR, claim is

hereby made for compensation and expenses of representation.

|   |   | DATE | HOURS |
|---|---|------|-------|
| **I.** | **TIME SPENT IN REPRESENTATION** | | |
| | Met w/Client/reviewed initial charge | 11/08/04 | 1.00 |
| | Interviewed Eddie Johnson | 11/10/04 | .50 |
| | Conference w/DA | 11/19/04 | .50 |
| | Preliminary Hearing | 12/02/04 | 1.00 |
| | Reviewed Motion for DNA by State | 12/03/04 | .50 |
| | Conf w/client | 12/08/04 | .50 |
| | Motion by State for DNA/Conf w/Judge Loper | 12/14/04 | .75 |
| | Reviewed indictment/conf w/client | 01/11/05 | .75 |
| | Motion for Discovery  prep and filed | 01/18/05 | .75 |

77- )82

App.1016

| | | |
|---|---|---|
| Motion for Investigator prep and filed | 01/28/05 | .50 |
| Telcon w/Capital Defense (Andre DeGruy) | 01/28/05 | .50 |
| Conf w/client | 02/15/05 | .50 |
| 286 Pages of Discovery provided & reviewed | 03/18/05 | 3.00 |
| Ltr to ADA Hill re statements | 03/19/05 | .50 |
| Agreed Order of Continuance | 07/07/05 | .25 |
| Conf w/client | 08/18/05 | .75 |
| Chronology Prepared for trial prep | 08/22/05 | 3.00 |
| Conf w/client | 08/30/05 | 1.50 |
| Conf w/client | 10/22/05 | .75 |
| Conf w/client | 12/05/05 | .50 |
| Order re Investigator/Conf w/ADA Hill | 1/05/06 | 1.00 |
| Met w/Investigator Williamson | 1/10/06 | 1.00 |
| Terry Pitchford Trial/same witnesses Re: my client | 2/6/06 | 2.50 |
| Terry Pitchford Trial re: my client | 2/7/06 | 3.00 |
| Terry Pitchford Trial re: my client | 2/8/06 | 1.00 |
| Conf w/client | 4/15/06 | .50 |
| Reviewed interviews & tapes of Inves. Williamson's work | 8/18/06 | 2.00 |
| Ltr to ADA Hill re defense witnesses | 8/19/06 | .50 |
| Conf w/client & family re possible plea | 10/20/06 | .75 |
| Conf w/DA & client re possible Plea/Prep Plea Petition | 1/22/07 | 1.50 |
| Review Plea Petition/Consult w/client/ Consult w/ ADA Hill/Present to Court | 1/26/07 | 1.50 |
| Telcon w/Inves. Williamson re bill | 7/23/07 | .25 |

17- 183

| Conf. w/Circuit Clerk re Inves. Williamson Bill | 9/07/07 | .25 |
| Prep of itemized statement | 9/15/07 | 1.00 |

**Total Hours**     <u>**34.75**</u>

| **CLAIM:** | **Complete <u>X</u>** | | |
| **Item I** | <u>34.75</u> hours @ $75.00 per hour | .................. | $2,606.25 |
| **Item II** | Copies of Discovery 286 @ .25 | ............ | $ 71.50 |
| **Item III(a)** | <u>34.75</u> hours @ $25.00 per hour | ................ | $ 868.75 (Overhead expenses) |

$ 1,000.00 (Statutory Cap)
$   868.75 Overhead expenses
$    71.50 Copies

<u>**$1,940.25**    **Total Compensation**</u>

I certify that payment has not been received and no payment or promise of payment has been requested or accepted for representing the above indigent.

<u>September 15, 2007</u>
(DATE)

William L. Maxey

Approved for payment in the sum of $ *1,940.25*

For the Court _____
**CIRCUIT COURT JUDGE**

Date _____

**FILED**

SEP 1 9 2007

**LINDA BARNETTE**
**CIRCUIT CLERK**

\* Maximum Compensation Per Case:

(a)    One Thousand Dollars ($1,000.00) for representation in Circuit Court whether on appeal or originating in said Court.

(b)    Two Hundred Dollars ($200.00) if said case is not appealed to or does not originate in a court of record.

(c)    Two Thousand Dollars ($2,000.00) in a capital case where two (2) attorneys are appointed.

77-184

(d)    One Thousand Dollars ($1,000.00) on appeal to the State Supreme Court.

(e)    Actual out-of-pocket expenses are to be reimbursed and are not subject to the maximum compensation per case limitations listed above.

App.1018

Circuit Court-00275

# INDICTMENT

**THE STATE OF MISSISSIPPI**

**VERSUS**                                   CAUSE NO. 2005-0120R

**ERIC BULLIN**

**INDICTMENT FOR THE OFFENSES OF:**
**COUNT   I : SALE OF  MARIHUANA (LESS THAN  30 GRAMS) § 41-29-139(a)(1)(b)(3)**
**COUNT  II : SALE OF COCAINE   § 41-29-139(a)(1)(b)(1)**
**COUNT  III : POSSESSION OF MARIHUANA WITH INTENT   § 41-29-39 (a)(1)(b)(2)**

**THE STATE OF MISSISSIPPI**
**COUNTY OF GRENADA**

### IN THE CIRCUIT COURT OF GRENADA COUNTY,  JANUARY TERM  2005
#### Grand Sworn and Empaneled  January 10,  2005

   The Grand Jurors of the State of Mississippi, taken from the body of  good and lawful citizens  of said county and state, elected, summoned, empaneled, sworn and charged to inquire in and for the county aforesaid, at the term aforesaid, of the court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that:

### COUNT I
### ERIC  BULLIN

On or about the  2$^{ND}$  day of September 2004,  in Grenada County, Mississippi, and within the jurisdiction of this Court, did wilfully, unlawfully, feloniously and knowingly or intentionally sell, transfer, distribute, or deliver less than 30 grams of marihuana, a Schedule I Controlled Substance, to agent Terry Peeples, a human being, and did then and there receive therefor a sum of lawful United States money, in violation of MISS. CODE ANN. Section 41-29-139(a)(1)(b)(3),  and against the peace and dignity of the State of Mississippi

### COUNT II
### ERIC  BULLIN

On or about the 2$^{ND}$ day of September 2004,  in Grenada, County,  Mississippi, and within the jurisdiction of this Court, did wilfully, unlawfully, feloniously, and knowingly or intentionally sell, transf er,  distribute, or deliver a quantity of cocaine, a Schedule II controlled substance, to Agent Terry Peeples, a human being, and did then and there receive therefor a sum of lawful United States money,  in violation of Miss. Code Ann. Sections  41-29-139(a)(1)( b)(1)  and against the peace and dignity of the State of Mississi ppi, and

***FILED***

JAN 1 1 2005

LINDA BANNETTE CIRCUIT CLERK
BY _____ D.C

Pitchford-OCDC-001755

2005-0120R

**DAVID ALLEN WILLIAMS**
**MS LICENSE #7801839**
**D/B/A**

PHONE 662-429-2310

Appearance Bond

# AL WILLIAMS
# BAIL BONDING CO.

Nº 83079

2620 Hwy 51 S.
Hernando, Mississippi 38632

In the _Circuit Court_ Court,

City of _Grenada_

County of _Grenada_ State of Mississippi

KNOW ALL MEN BY THESE PRESENTS THAT WHEREAS THE UNDERSIGNED

PRINCIPAL _Eric Bullins_ has been charged with

The Offense of _Poss of Marijuana with intent to_

_Sell_

Now therefore we undertake jointly and severally that said principal shall appear as required by the court from day to day and term to term until tried, enters a guilty plea, or the case is remanded to the files in the court having jurisdiction in the matter. This is not a guarantee of fine or any other sentence. This bond cannot be used for appeal, bind over to any court other than the one stated above, or be used for pre-sentencing release after a determination of guilt.

If principal fails to appear we will pay to the court listed above

the sum of _Fifteen thousand dollars_ dollars ($ _15,000.00_ ).

Principal should appear in court

_10:00_ a.m. _12th_ day of _Dec._ , 20 _04_ .

This bond written _18 th_ day of _Sept._ , 20 _04_ .

_____
INDEMNITOR

X _Eric Bullin_
PRINCIPAL

FILED
SEP 21 2004
Linda Barnette
Circuit Clerk

_____
ACCEPTED BY

**FILED**
William Johnson
AL WILLIAMS | 7005
LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

| CAPIAS | CAUSE NUMBER **2005-012CR** |
|---|---|

THE STATE OF MISSISSIPPI
    GRENADA COUNTY
TO THE SHERIFF OF SAID COUNTY-GREETINGS

    We command you to take the body of **ERIC BULLIN** if to be found in your County, and him safely keep so that you have his body before the Honorable Circuit Court of Grenada County, in said State to be holden at Court House thereof, in the town of Grenada on **TUESDAY, JANUARY 18, 2005 AT 10:00 AM,** then and there to answer unto the State of Mississippi, on a charge of **COUNT I:   SALE OF MARIHUANA (LESS THAN 30 GRAMS) §41-29-139(a)(1)(b)(3) COUNT II: SALE OF COCAINE §41-29-139(a)(1)(b)(1) COUNT III:   POSSESSION OF MARIHUANA WITH INTENT §41-29-139(a)(1)(b)(2)** by information filed in the said Court at the JANUARY Term A.D. 2005, thereof.

    Herein fail not, and have then and there this writ, with the manner you have executed the same.

    Given under my hand and seal of the Court, and issued this the 11TH day of JANUARY, A.D., 2005.

Linda Barnette, Circuit Clerk

_____DC

I have this day personally executed the within subpoena by delivering a true and correct copy to:
*ERIC Bullin*

12 day of JANY @ 2005

AT TON STRIDER, Sheriff

By _____ 5050

**FILED**

13AN 1 2 2005

**Linda Barnette**
**Circuit Clerk**

App.1021

INFO SHEET

CAUSE NUMBER: *2005-012CR*

NAME: *Eric Bufflin*

SSN: *428 63 4609*

RACE: *Black*

SEX: *Male*

DATE OF BIRTH: *Grenada*

PLACE OF BIRTH: *11-6-1988*

LAST KNOWN RESIDENCE: *227 Monroe*

TELEPHONE NUMBER: *227-9234*

ALIEN REGISTRATION/IMMIGRATION # (IF APPLICABLE): _____

COUNTRY OF CITIZENSHIP: _____

FBI, SID, ETC. #: _____

BOND: *Denied*

ATTORNEY: *Caster*

**IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI**

STATE OF MISSISSIPPI                                        PLAINTIFF

VERSUS                                                      CAUSE # <u>2005-012CR</u>

ERIC BULLIN                                                 DEFENDANT

## <u>MOTION FOR DISCOVERY</u>

COMES NOW the Defendant in the above-styled and numbered Cause, by and through his/her attorney of record, Hon. R. T. Laster, Jr., and files this Motion for Discovery, Production and Inspection, pursuant to Rule 9.04 of the <u>Mississippi Uniform Circuit & County Court Rules</u>, requesting the prosecution, without the necessity of Court Order, to allow your Defendant and/or his counsel, to examine, test, inspect, and/or make copies of the following requested items, said items being necessary for said defense counsel to adequately and effectively prepare for trial, as follows, to-wit:

(1) Names and addresses of all witnesses in chief proposed to be offered by prosecution at trial, together with a copy of the contents of any statement, written, recorded or otherwise preserved, of each witness and the substance of any oral statement made by any such witness;
(2) Copy of any written or recorded statement of Defendant and the substance of any oral statement made by the Defendant.
(3) Copy of the criminal record of the Defendant, if proposed to be used to impeach;
(4) Any reports or statements of experts, written, recorded or otherwise preserved, made in connection with the particular case, and the substance of any oral statement made by any such expert;
(5) Exhibit any physical evidence and photographs relevant to the case or which may be offered in evidence;
(6) Any exculpatory material concerning Defendant;
(7) A complete list of any convictions of any prosecution witnesses;
(8) Any and all recorded or written reports, to include field notes, made by any law enforcement personnel concerning their investigation of this case.
Your Defendant further requests that the State further supplement said requested discovery as set out above, up to and during trial, if new information comes into its possession which would require it to change, alter, amend, add, or delete its initial answers or responses to the Defendant's request for discovery.

RESPECTFULLY SUBMITTED, this the 24th day of January, 2005.

*Robert T. Laster, Jr.*, Attorney for Defendant

CAROTHERS, FEDRIC & LASTER
P. O. Box 925
Grenada, MS 38902-0925
(662) 226-2761

## <u>CERTIFICATE OF SERVICE</u>

I, R. T. Laster, Jr., attorney for Defendant, hereby certify that I have this date, either hand delivered or mailed, postage prepaid, a true and exact copy of the above and foregoing Motion for Discovery, to the office of the District Attorney Doug Evans, at his address of P. O. Box 1262, Grenada, MS 38902. This the 24th day of January, 2005.

FILED
S\_\_\_\_\_DC
JAN 2 4 2005
Grand Clerk

*R. T. Laster, Jr.*, Attorney for Defendant

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VERSUS                                               CAUSE NO.  2005-012 CR

ERIC BULLIN

STATE'S RESPONSE TO REQUEST FOR DISCOVERY

THE OFFICE OF THE DISTRICT ATTORNEY HAS GIVEN A COPY OF THE ERIC BULLIN CASE FILE CONSISTING OF NUMBERED PAGES 1 THROUGH 70 TO THE DEFENSE ATTORNEY, ROBERT LASTER, JR, ON FEBRUARY 8, 2005.

I.     WITNESSES IN CHIEF FOR THE STATE:
       All witnesses listed in the file

II.    RECORDED STATEMENTS OF DEFENDANT TO LAW OFFICERS

III.   CRIMINAL RECORD OF DEFENDANT

IV.    CRIME LAB REPORTS/TESTS

V.     OFFICERS REPORTS, WITNESS STATEMENTS, ETC.

VI.    PHYSICAL EVIDENCE/PHOTOGRAPHS

VII.   EXCULPATORY EVIDENCE
       None known

FOR THE STATE:

_Clyde Hill_
ASST. DISTRICT ATTORNEY

FOR THE DEFENDANT:

_Robert Laster_
ROBERT LASTER, JR.

DATE: 2-8-05

CERTIFICATE OF SERVICE

       I, CLYDE V. HILL, Attorney for the State of Mississippi, do hereby certify that I have this date hand delivered, a true copy of the above and foregoing disclosures to the Honorable ROBERT LASTER, JR.
       WITNESS MY SIGNATURE, on this the ___8TH___ day of February, 2005.

_Clyde Hill_
ASST. DISTRICT ATTORNEY

FILED

FEB 0 8 2005

Linda Barnette
Circuit Clerk
App. 1024
_____ DC

Pitchford-OCDC-001761

2005-012CR

# IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

The Circuit Court of Grenada County, Mississippi, having been duly opened by proclamation of the Deputy Sheriff on January 18, 2005, with His Honor, Judge Joseph H. Loper, Jr., Circuit Judge, Fifth Circuit Court District of Mississippi, presiding, the following transactions of business here had, to-wit:

**CAUSE NO. 2005-009-CR, TERRY PITCHFORD,** indicted on the charge of **CAPITAL MURDER,** was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable Ray Baum was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was denied.

**CAUSE NO. 2005-010-CR, ERIC BULLIN,** indicted on the charge of **CAPITAL MURDER,** was arraigned and entered pleas of not guilty. The defendant was found to be indigent and unable to employ counsel

FILED

FEB 0 9 2005

Linda Barnette
Circuit Clerk
App. 1025

68-336

Pitchford-OCDC-001762

in this matter. Honorable Larry Maxey was appointed as counsel, said representation to continue until final disposition of this matter in this court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was denied.

CAUSE NO. 2005-011-CR, **TERRY PITCHFORD, QUINCY BULLIN, AND DEMARCUS WESTMORELAND**, indicted on the charge of **CONSPIRACY TO COMMIT A CRIME**, were arraigned and each entered a plea of not guilty. The defendants Pitchford and Bullin were found to be indigent and unable to employ counsel in this matter. Honorable Leon Johnson was appointed as counsel for Quincy Bullin and Honorable Ray Baum was appointed as counsel for Terry Pitchford, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Honorable R.T. Laster, Jr. was retained as counsel for Demarcus

FILED

FEB 0 9 2005

Linda Barnette
App. Court Clerk

Pitchford-OCDC-001763

68,337

Westmoreland. Bond was denied for Defendant Terry Pitchford. Bond was set at $20,000 for Defendant Bullin and $50,000 for Defendant Westmoreland, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

CAUSE NO. 2005-012-CR, ERIC BULLIN, indicted on the charge of CT. I: SALE OF MARIJUANA LESS THAN 30 GRAMS, CT. II: SALE OF COCAINE, CT. III: POSSESSION OF MARIJUANA WITH INTENT, was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was denied.

CAUSE NO. 2005-013-CR, CHRISTOPHER GOINS, indicted on the charge of BURGLARY OF A DWELLING, was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable Leon Johnson was appointed as counsel, said representation to continue until final

FILED

FEB 0 9 2005

Pitchford-OCDC-001764

App.1027

disposition of this matter in this Court, or in
the event of an appeal, through final disposition in
the Supreme Court of Mississippi or the Court of
Appeals, if assigned to said court. If this matter
is appealed, all costs of appeal are assessed to
Grenada County. Bond was set at $25,000, 2% of which
has to be posted with the Clerk of this Court before
the defendant is to be released.

CAUSE NO. 2005-014-CR, MARCUS QUTEZ JONES, indicted
on the charge of SALE OF COCAINE, was arraigned and
entered a plea of not guilty. The defendant was found
to be indigent and unable to employ counsel in this
matter. Honorable R.T. Laster, Jr. was appointed as
counsel, said representation to continue until final
disposition of this matter in this Court, or in
the event of an appeal, through final disposition in
the Supreme Court of Mississippi or the Court of Appeals,
if assigned to said court. If this matter is appealed,
all costs of appeal are assessed to Grenada County.
Bond was set at $10,000, 2% of which has to be
posted with the Clerk of this Court before the defendant
is to be released.

CAUSE NO. 2005-015-CR, CHRISTOPHER BANKSTON, indicted
on the charge of POSSESSION OF A FIREARM BY A FELON, was
arraigned and entered a plea of not guilty. The

FILED

FEB 0 9 2005

Pitchford-OCDC-001765

68-339

defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. The defendant was not eligible for bond.

CAUSE NO. 2005-016-CR, **RAHMACES MCCLAIN,** indicted on the charge of **CT. I: POSSESSION OF MARIJUANA, CT. II: POSSESSION OF COCAINE,** was arraigned and entered a plea of not guilty. Honorable Thomas Morris was retained as counsel. Honorable R.T. Laster, Jr. stood in for arraignment purposes only. Bond was set at $50,000, 2% of which has to be posted with the Clerk of the Court before the Defendant is to be released.

CAUSE NO. 2005-017-CR, **CLEAVON J. WOODS, JR.,** indicted on the charge of **AGGRAVATED ASSAULT ON A LAW ENFORCEMENT OFFICER,** was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an

Pitchford-OCDC-001766

FILED

FEB 0 9 2005

Amy Magnetic
Circuit Clerk

appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $20,000, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

CAUSE NO. 2005-019-CR, **TIFFANY HERON AND WESTLEY CHANNELL**, indicted on the charge of **BURGLARY OF A DWELLING**, were arraigned and entered pleas of not guilty. The defendants were found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel for Defendant Heron and Honorable Leon Johnson was appointed as counsel for Defendant Channell, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000 for each defendant, 2% of which has to be posted with the Clerk of this Court before the defendants are to be released.

CAUSE NO. 2005-020-CR, **TIFFANY HERON AND WESTLEY CHANNELL**, indicted on the charge of **BURGLARY OF A DWELLING**, were arraigned and entered pleas of not guilty. The

FILED

FEB 0 9 2005

Linda Barnes.
App. Circuit Clerk

Pitchford-OCDC-001767

defendants were found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel for Defendant Heron and Honorable Leon Johnson was appointed as counsel for Defendant Channell, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000 for each defendant, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

CAUSE NO. 2005-021-CR, **TIFFANY HERON,** indicted on the charge of **ATTEMPTED BURGLARY OF A DWELLING,** was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000, 2% of which has to be

FILED

FEB 0 9 2005

Linda Barnette
Circuit Clerk

App

6P.342

Pitchford-OCDC-001768

posted with the Clerk of this Court before the defendant
is to be released.

CAUSE NO. 2005-022-CR, **TIFFANY HERON,** indicted on
the charge of **BURGLARY OF A DWELLING,** was arraigned and
entered a plea of not guilty. The defendant was found
to be indigent and unable to employ counsel in this matter.
Honorable R.T. Laster, Jr. was appointed as counsel,
said representation to continue until final disposition
of this matter in this Court, or in the event of an
appeal, through final disposition in the Supreme Court
of Mississippi or the Court of Appeals, if assigned to
said court. If this matter is appealed, all costs of
appeal are assessed to Grenada County. Bond was set at
$5,000, 2% of which has to be posted with the Clerk of
this Court before the defendant is to be released.

CAUSE NO. 2005-023-CR, **TERRENCE REED,** indicted on
the charge of **POSSESSION OF COCAINE,** was arraigned and
entered a plea of not guilty. The defendant was found
to be indigent and unable to employ counsel in this matter.
Honorable R.T. Laster, Jr. was appointed as counsel,
said representation to continue until final disposition
of this matter in this Court, or in the event of an
appeal, through final disposition in the Supreme Court of
Mississippi or the Court of Appeals, if assigned to said
court. If this matter is appealed, all costs of appeal

FILED

68-343

Pitchford-OCDC-001769

FEB 0 9 2005

App_1032
Circuit Clerk

are assessed to Grenada County.  Bond was set at $10,000,

2% of which has to be posted with the Clerk of this

Court before the defendant is to be released.

CAUSE NO. 2005-027, WILLIAM ANTHONY INGRAM,

indicted the charge of **SALE OF COCAINE**, was

arraigned and entered a plea of not guilty.  The

defendant was found to be indigent and unable to employ

counsel in this matter.  Honorable R.T. Laster, Jr.

was appointed as counsel, said representation to continue

until final disposition of this matter in this Court, or in

the event of an appeal, through final disposition in the

Supreme Court of Mississippi or the Court of Appeals,

if assigned to said court.  If this matter is appealed, all

costs of appeal are assessed to Grenada County.

Bond was set at $5,000, 2% of which has to be

posted with the Clerk of this Court before the defendant

is to be released.

CAUSE NO. 2005-026-CR, ANGELO MOHEAD, indicted on

the charge of **FELONY DUI**, was arraigned and entered a

plea of not guilty.  The defendant was found to be

indigent and unable to employ counsel in this matter.

Honorable R.T. Laster, Jr. was appointed as counsel,

said representation to continue until final disposition

of this matter in this Court, or in the event of an

appeal, through final disposition in the Supreme Court of

FILED

FEB 0 9 2005

Linda Barnett
Circuit Clerk

68-344

Pitchford-OCDC-001770     App.1033

Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

**CAUSE NO. 2004-299-CR, DEME C. HARBIN,** indicted on the charge of **POSSESSION OF MORE THAN ONE KILOGRAM BUT LESS THAN 30 GRAMS OF MARIJUANA WITH INTENT TO SELL,** was arraigned and entered a plea of not guilty. The defendant was found to be indigent and unable to employ counsel in this matter. Honorable R.T. Laster, Jr. was appointed as counsel, said representation to continue until final disposition of this matter in this Court, or in the event of an appeal, through final disposition in the Supreme Court of Mississippi or the Court of Appeals, if assigned to said court. If this matter is appealed, all costs of appeal are assessed to Grenada County. Bond was set at $5,000, 2% of which has to be posted with the Clerk of this Court before the defendant is to be released.

The Court does hereby Order that a copy of the within be both spread upon the Minutes of this Court and placed within each respective cause number file.

**SO ORDERED** this the _____ 9th day of February, 2005.

_____
CIRCUIT JUDGE

68-315

FILED

FEB 0 9 2005

Linda Barnette
Circuit Clerk

App.103

Pitchford-OCDC-001771

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                                    **CAUSE NO. 2005-012**

**ERIC BULLIN**

### ORDER OF CONTINUANCE

**CAME ON TO BE HEARD THIS DAY** the motion <u>Ore Tenus</u> of the defendant for a continuance for good cause shown in the above styled and numbered Cause and hereby waives any State and Federal speedy trial rights, and the Court, being fully advised in the premises, is of the opinion that the motion is well taken and that the same should be, and it hereby is, sustained.

**IT IS THEREFORE, ORDERED AND ADJUDGED**, that the above styled and numbered cause is hereby continued until the next regular term of this Court or further order thereof.

**SO ORDERED AND ADJUDGED** this the _____ day of February, 2005.

_____
CIRCUIT COURT JUDGE

APPROVED AS TO FORM & CONTENT:

_____
ASSISTANT DISTRICT ATTORNEY

_____
ATTORNEY FOR DEFENDANT

FILED

FEB 28 2005

Linda Barnette
Circuit Clerk

68-599

Pitchford-OCDC-001772

**CLARENCE E. MORGAN, III**
CIRCUIT COURT JUDGE
FIFTH JUDICIAL DISTRICT
P.O. BOX 721
KOSCIUSKO, MISSISSIPPI 39090

COUNTIES:
Attala
Carroll
Choctaw
Grenada
Montgomery
Webster
Winston

Tel. No. 662-289-2033
Facsimile:662-289-1001
Court Reporter:
Linda Burchfield
662-258-7436
Court Administrator:
Kathy Alford
662-289-2033

May 17, 2005

Linda Barnette
Grenada County Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

RE:    State of Mississippi vs Latonya Williams/Grenada Co. Cause No. 2003-010CR
       State of Mississippi vs Lydell Carter/Grenada Co. Cause No. 2004-0163CR
       State of Mississippi vs Don Earl Cobb/Grenada Co. Cause No. 2004-127CR(A)
       State of Mississippi vs Timothy Gross/Grenada Co. Cause No. 2004-127CR(B)
       State of Mississippi vs Eric Bullin/Grenada Co. Cause No. 2005-012CR
       State of Mississippi vs Robert Orell/Grenada Co. Cause No. 2004-186CR
       State of Mississippi vs Robert Orell/Grenada Co. Cause No. 2004-251CR
       State of Mississippi vs Jessie James Davis/Grenada Co. Cause No. 2004-241CR
       State of Mississippi vs Eric Bullin/Grenada Co. Cause No. 2005-010CR

Dear Linda:

Enclosed herewith please find an *Order Setting Trial* in each of the above referenced styled and numbered cases. After filing, please send a filed-stamped copy to the defense attorney and the District Attorney.

Thank you for your service in this matter.

Sincerely,

Kathy H. Alford
Court Administrator
for Clarence E. Morgan, III
Circuit Court Judge

Enclosures

**FILED**

MAY 18 2005

Linda Barnette
Circuit Clerk

App. 1036

Pitchford-OCDC-001773

IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                CAUSE NO.  2005-012CR

ERIC BULLIN

<u>ORDER SETTING TRIAL</u>

It is hereby Ordered that this case is set for trial on Wednesday,  July 27, 2005, beginning

at 9:00 A.M. in the Grenada County Circuit Court, Grenada, Mississippi.

**SO ORDERED AND ADJUDGED** this the ___17___ day of May, 2005.

CIRCUIT COURT JUDGE

FILED

MAY 1 8 2005

Linda Barnette
Circuit Clerk

App.1037

69.234

Pitchford-OCDC-001774

# THE STATE OF MISSISSIPPI

## GRENADA COUNTY

### SUBPOENA REQUEST

STATE OF MISSISSIPPI

VS:

ERIC     BULLINS

CAUSE NO. 2005-012-CR

Date Set:     7-27-05

Time Set:     8:30 A.M.

## TO THE CIRCUIT CLERK OF GRENADA COUNTY, MISSISSIPPI:

**YOU ARE HEREBY DIRECTED TO ISSUE SUBPOENAS FOR THE FOLLOWING WITNESSES IN THE ABOVE STYLED CASE TO GIVE EVIDENCE ON BEHALF OF THE STATE OF MISSISSIPPI.**

1. ADRIAN HALL,     % MS. CRIME LAB, JACKSON, MS., FAX #601-987-1615
2. GARY FERNANDEZ, % MS. CRIME LAB, BATESVILLE, MS, FAX #662-563-6491
3. CHRIS McCAIN, % GRENADA CO. SHERIFF'S DEPT., GRENADA, MS
4. ADAM EUBANKS, % GRENADA CO. SHERIFF'S DEPT., GRENADA, MS.
5. JESSE GONZALES, % GRENADA CO. SHERIFF'S DEPT., GRENADA, MS
6. DAN BROWN,     % GRENADA POLICE DEPT., GRENADA, MS
7. GARRETT HARTLEY,% GRENADA POLICE DEPT., GRENADA, MS
8. ASHLEY PARKS, % GRENADA POLICE DEPT., GRENADA, MS
9. ROBERT BOWEN,    GRENADA POLICE DEPT., GRENADA, MS
10. TERRY PEEPLES, % NO. CENTRAL NARCOTICS TASK FORCE, GREENWOOD, MS.,     FAX #662-455-7968

**PLEASE type on each subpoena for witnesses to call the DA's Office prior to date set to verify that the time for appearance is unchanged.**

Issued this the ___9th___ day of June, 2005.

*Margie Scruggs*

**Clyde Hill By Margie Scruggs**

FILED

JUN 0 9 2005

Linda Barnette
Circuit Clerk

p.1038

| **Subpoena-Criminal** | **2005-012CR** |
|---|---|

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS
We command you to summon **ADAM EUBANKS, % GRENADA COUNTY SHERIFF'S DEPT., GRENADA, MS., to be found in our county**, to be and personally appear before the Honorable Circuit Court, to be holden in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005 at 8:30 A.M..** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and **ERIC BULLINS** Is the **Defendant** of the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office prior to date set to verify that the time for appearance is unchanged.**

i have this day personally executed the within
subpoena by delivering a true and correct copy
to:
*ADAM EUBANKS*

*10* day of *JUNE* ~~19~~ *2005*
ALTON STRIDER, Sheriff
By *R. Williamson*

FILED

JUN 1 0 2005

Linda Barnette
Circuit Clerk

App.1039

Pitchford-OCDC-001776

Pitchford-OCDC-001777

---

**Subpoena-Criminal**                                                    **2005-012CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **DAN BROWN, % GRENADA POLICE DEPT., GRENADA, MS..,**
**to** be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden
in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House thereof, in the town of
**GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005 at 8:30 A.M..** and to attend from day
to day of said term, and from day to day of each term, until discharged by said court, to give evidence in
a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and **ERIC BULLINS**
Is the **Defendant** of the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

> Linda Barnette
> Circuit Clerk
> P.O. Box 1517
> Grenada, MS 38902-1517
>
> By: _____ DC

**Please call the DA's office prior to date set to verify that the time for appearance is
unchanged.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: DAN BROWN

15 day of JUNE 4 2005
ALTON STRIDER, Sheriff
By R WILLIAMSON

FILED

JUN 1 5 2005
App 1040
Linda Barnette
Circuit Clerk

Pitchford-OCDC-001778

---

**Subpoena-Criminal**                    **2005-012CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS
We command you to summon **CHRIS MCCAIN, % GRENADA CO. SHERIFF'S DEPT., GRENADA, MS.., , to** be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005 at 8:30 A.M..** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and **ERIC BULLINS** Is the **Defendant** of the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office prior to date set to verify that the time for appearance is unchanged.**

I have this day personally executed the within subpoena by delivering a true and correct copy
to: _____

__ day of ____ to 200_
ALTON STRIDER, Sheriff
By _____

FILED

JUN 1 5 2005

Linda Barnette
Circuit Clerk

Pitchford-OCDC-001779

---

**Subpoena-Criminal**                                     **2005-012CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS
We command you to summon **JESSE GONZALES, % GRENADA CO. SHERIFF'S DEPT.,
GRENADA, MS.,  to** be found in our county, to be and personally appear before the Honorable Circuit
Court, to be holden in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House
thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005 at 8:30 A.M..** and
to attend from day to day of said term, and from day to day of each term, until discharged by said court,
to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and
**ERIC BULLINS** Is the **Defendant** of the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

<div style="text-align:right">

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By_____DC

</div>

**Please call the DA's office prior to date set to verify that the time for appearance is
unchanged.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *Jesse Gonzales*

____ day of *June 2005*

ALTON STRIDER, SHERIFF

By *[signature]* SO 72

FILED

JUN 1 5 2005

Linda Barnette
Circuit Clerk DC

Pitchford-OCDC-001780

---

**Subpoena-Criminal**                                                     **2005-012CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

*OVERSEAS*

To The Sheriff of Said County–GREETINGS
We command you to summon **ASHLEY PARKS % GRENADA POLICE DEPT., GRENADA, MS.., , to** be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005 at 8:30 A.M..** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and **ERIC BULLINS** Is the **Defendant** of the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

                                        Linda Barnette
                                        Circuit Clerk
                                        P.O. Box 1517
                                        Grenada, MS 38902-1517

                              By: _____ DC

**Please call the DA's office prior to date set to verify that the time for appearance is unchanged.**

I have this day personally executed the within subpoena by delivering a true and correct copy to: *military duty overseas*

___ day of *June 2005*
At: *R. Williamson*

FILED

JUN 1 5 2005

Linda Barnette
Circuit Clerk

Pitchford-OCDC-001781

---

**Subpoena-Criminal**                                 **2005-012CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS
We command you to summon **ASHLEY PARKS % GRENADA POLICE DEPT., GRENADA,
MS..,** to be found in our county, to be and personally appear before the Honorable Circuit Court, to be
holden in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House thereof, in the
town of **GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005 at 8:30 A.M..** and to attend
from day to day of said term, and from day to day of each term, until discharged by said court, to give
evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and **ERIC
BULLINS** Is the **Defendant** of the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

                            Linda Barnette
                            Circuit Clerk
                            P.O. Box 1517
                            Grenada, MS 38902-1517

             By:_____ DC

**Please call the DA's office prior to date set to verify that the time for appearance is
unchanged.**

FILED

JUN 1 5 2005

Linda Barnette
Circuit Clerk

App.1044

Pitchford-OCDC-001782

---

**Subpoena-Criminal**               **2005-012CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS    *GLMC – X Ray Dept.*

We command you to summon **ROBERT BOWEN % GRENADA POLICE DEPT., GRENADA, MS..,** **to** be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005 at 8:30 A.M..** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and **ERIC BULLINS** Is the **Defendant** of the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

           Linda Barnette
           Circuit Clerk
           P.O. Box 1517
           Grenada, MS 38902-1517

         By:_____DC

**Please call the DA's office prior to date set to verify that the time for appearance is unchanged.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to: *Robert Bowen*

*16* day of *June* ❋ *2005*

    _____ Sheriff

    By *John Moss Sr.*

FILED

JUN 16 2005

Linda Barnette
Circuit Clerk

App.1045

Pitchford-OCDC-001783

---

**Subpoena-Criminal**                                    **2005-012CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **GARRETT HARTLEY % GRENADA POLICE DEPT., GRENADA, MS..,  to** be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005 at 8:30 A.M..** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and **ERIC BULLINS** Is the **Defendant** of the part of **Plaintiff.**

This you shall nowise omit, under the penalty prescribed by law.  Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE,  2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By:_____ DC

**Please call the DA's office prior to date set to verify that the time for appearance is unchanged.**

I have this day personally executed the within
subpoena by delivering a true and correct copy
to:
*GARRETT HARTLEY*
*15* day of *JUNE  2005*
ALTON SINGER, Sheriff
By *R. WILLIAMSON*

FILED

JUN 1 6 2005

Linda Barnette
Circuit Clerk
App.1046
_____ DC

Pitchford-OCDC-001784

---

**Subpoena-Criminal**         **2005-012CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS
We command you to summon **TERRY PEEPLES % _North_ CENTRAL NARCOTICS TASK FORCE,
GREENWOOD, MS. Fax # (662) 455-7968, to** be found in our county, to be and personally appear
before the Honorable Circuit Court, to be holden in and for said **GRENADA COUNTY CIRCUIT
COURT**, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY
27TH, 2005 at 8:30 A.M..** and to attend from day to day of said term, and from day to day of each
term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the
State of Mississippi is the Plaintiff, and **ERIC BULLINS** Is the **Defendant** of the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

            Linda Barnette
            Circuit Clerk
            P.O. Box 1517
            Grenada, MS 38902-1517

By: _Sheila Yeo_ DC

                      My Commission Expires Jan. 7, 2008

**Please call the DA's office prior to date set to verify that the time for appearance is
unchanged.**

_Faxed to NCNTF 6-10-05 Rue_

I have this day personally executed the within
subpoena by delivering a true and correct copy
to:

_____

_____ day of _____

_Rue_

FILED

JUL 0 5 2005

Linda Barnette
Circuit Clerk

_Sheila Yeo DC_

App.1047

Pitchford-OCDC-001785

---

**Subpoena-Criminal**                                    **2005-012CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS
We command you to summon **TERRY PEEPLES % CENTRAL NARCOTICS TASK FORCE,** *North*
**GREENWOOD, MS. Fax # (662) 455-7968, to** be found in our county, to be and personally appear
before the Honorable Circuit Court, to be holden in and for said **GRENADA COUNTY CIRCUIT
COURT,** at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY
27TH, 2005 at 8:30 A.M..** and to attend from day to day of said term, and from day to day of each
term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the
State of Mississippi is the Plaintiff, and **ERIC BULLINS** Is the **Defendant** of the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and
there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

> Linda Barnette
> Circuit Clerk
> P.O. Box 1517
> Grenada, MS 38902-1517
>
> By:_____DC

**Please call the DA's office prior to date set to verify that the time for appearance is
unchanged.**

FILED

JUL 0 5 2005

Linda Barnette
Circuit Clerk

App.1048

Pitchford-OCDC-001786

**Subpoena-Criminal**           **2005-012CR**

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **GARY FERNANDEZ, % MS CRIME LAB, BATESVILLE, MS., FAX# (662) 563-6491, to be found in our county**, to be and personally appear before the Honorable Circuit Court, to be holden in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005 at 8:30 A.M..** and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and **ERIC BULLINS** Is the **Defendant** of the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

         Linda Barnette
         Circuit Clerk
         P.O. Box 1517
         Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office prior to date set to verify that the time for appearance is unchanged.**

_Faxed to Batv. Crime Lab 6-10-05 Rue_ _again 6-15-05 Rue_

I have this day personally executed the within subpoena by delivering a true and correct copy to:

_will be in Ct_
_Confirmed by Pete_
____ day of _July_ , 2005
ALIGN HEDER. Sheriff
By _Rue_

FILED

JUL 0 5 2005

Linda Barnette
Circuit Clerk
_S____ DC

App.1049

Pitchford-OCDC-001787

---

**Subpoena-Criminal**                                                      **2005-012CR**

---

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of Said County–GREETINGS

We command you to summon **GARY FERNANDEZ, % MS CRIME LAB, BATESVILLE, MS., FAX# (662) 563-6491, to be found in our county**, to be and personally appear before the Honorable Circuit Court, to be holden in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005 at 8:30 A.M.**. and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and **ERIC BULLINS** Is the **Defendant** of the part of **Plaintiff**.

This you shall nowise omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _____ DC

**Please call the DA's office prior to date set to verify that the time for appearance is unchanged.**

FILED

JUL 0 5 2005

Linda Barnette
C/CD-P C050

Pitchford-OCDC-001788

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VS.**                                    **CAUSE NO. 2005-012-CR**

**ERIC BULLIN**

### STATE'S SUPPLEMENTAL DISCOVERY DISCLOSURE

1. WITNESS : **Agent Anthony Jones**  c/o North Central Narcotics Task Force  Greenwood, MS.
   Agent Jones is expected to testify that his duties include those of evidence custodian and that he transported the task force exhibits of drug evidence to the crime lab for analysis

2. WITNESS / SUBPOENA LIST

3. VIDEO TAPE OF SALES TO AGENT PEEPLES

FOR THE STATE

*Clyde V. Hill*
CLYDE V. HILL

FOR THE DEFENDANT

*Cynthia Richardson*
ROBERT T. LASTER

DATE
07-13-05

### CERTIFICATE OF SERVICE

I, Clyde V. Hill, Attorney for the State of Mississippi, do hereby certify that I have this day, caused to be hand delivered, a true and correct copy of the above and foregoing SUPPLEMENTAL DISCOVERY DISCLOSURES to the Hon. Robert T. Laster at his office in Grenada, Mississippi.

Witness my signature, on this the 13 day of  July,  2005.

*Clyde V. Hill*
Clyde V. Hill

FILED

JUL 1 4 2005
App.1051
Circuit Clerk

I HAVE THIS DAY EXECUTED THE WITHIN WRIT PERSONALLY
BY DELIVERING TO THE WITHIN NAMED, EACH
_Terry Peeples_
A TRUE COPY OF THIS WRIT _____

THIS THE 12th DAY OF _July_ A.D. 20 05
DONALD GRAY, SHERIFF CARROLL COUNTY, MISS.

Subpoena–Criminal                                    No. 2005-012CR

THE STATE OF MISSISSIPPI
GRENADA COUNTY

To The Sheriff of said County–GREETINGS

We command you to summon **TERRY PEEPLES % North CENTRAL NARCOTICS TASK FORCE, GREENWOOD, MS. Fax # (662) 455-7968**, to be found in our county, to be and personally appear before the Honorable Circuit Court, to be holden in and for said **GRENADA COUNTY CIRCUIT COURT**, at the Court House thereof, in the town of **GRENADA, MS.** on **WEDNESDAY, JULY 27TH, 2005** at 9:00 **A.M.**. and to attend from day to day of said term, and from day to day of each term, until discharged by said court, to give evidence in a certain case in said Court pending, wherein the State of Mississippi is the Plaintiff, and **ERIC BULLINS** Is the Defendant of the part of **Plaintiff**.

This you shall not omit, under the penalty prescribed by law. Herein fail not, and have you then and there this writ.

Given under my hand and seal of said Court, this **9TH** day of **JUNE, 2005.**

Linda Barnette
Circuit Clerk
P.O. Box 1517
Grenada, MS 38902-1517

By: _Sheila Yeon_ DC

My Commission Expires Jan. 7, 2008

**Please call the Clerk's office prior to date set to verify that the time for appearance is unchanged.**

_Forfeit to Carroll Co So 7-12-05 Rue_
_Forfeit to NCNTF 6-10-05 Rue_

I have this day personally executed the within
subpoena by delivering a true and correct copy
...
... day of ...

FILED
JUL 0 5 2005
Linda Barnette
Circuit Clerk
S Yeon DC

FILED
JUL 18 2005
Linda Barnette
Circuit Clerk

Pitchford-OCDC-001789

App. 1052

**IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI**

STATE OF MISSISSIPPI                                    PLAINTIFF

VS.                                                     CAUSE NO. <u>2005-012CR</u>

ERIC BULLIN                                             DEFENDANT

## <u>MOTION TO DISMISS</u>

COMES NOW the Defendant, ERIC BULLIN, by and through his attorney of record, Hon. R. T. Laster, Jr., and files this his Motion to Dismiss the Indictment presently pending against him for lack of jurisdiction, and in support thereof, would show unto the Court as follows:

1.

The Defendant is currently charged in a three count indictment, Count I, Sale of Marijuana, less than thirty (30) grams; Count II, Sale of Cocaine; Count III, Possession of Marijuana with Intent. All of these alleged offenses occurred on the 2nd of September, 2004, in Grenada County, MS. Defendant would show that at the time of these offenses that he was a juvenile, and subject to the jurisdiction of Youth Court in Grenada County.

2.

Defendant would further show that initially charges were brought against the Defendant in Youth Court by the filing of two separate Petitions, one on September 8, 2004, and another on December 8, 2004. Thereafter, Motions to Transfer were filed, and, subsequently, an Order entitled "Order Transferring Youth Court Matter to Circuit

Court" were signed. One being dated September 13, 2004, wherein the crime certified was "constitute the crime of Possession of Marijuana with Intent to Sell." Then thereafter, an Order dated December 13, 2004, transferring the other matters to Youth Court and alleging that "constitute the crime of Sale of Controlled Substance and Conspiracy." Both of these Orders are attached hereto marked Exhibits A and B respectively, and made a part hereof by reference as if fully copied herein.

3.

The Defendant would further show that this transfer is ineffective, in that the Orders do not comply with the statutory requirements for transfer of the case to Circuit Court, in that §43-21-157 states, as follows:

(6) "If the youth court transfers jurisdiction of the alleged offense to a criminal court, the youth court shall enter a transfer order containing:

(a) Facts showing that the youth court had jurisdiction of the cause and of the parties;
(b) Facts showing that the child was represented by counsel;
(c) Facts showing that the hearing was held in the presence of the child and his counsel;
(d) *A recital of the findings of probable cause and the facts and reasons underlying the youth court's decision to transfer jurisdiction of the alleged offense;*
(e) The conditions of custody or release of the child pending criminal court proceedings, including bail or recognizance as the case may justify, as well as a designation of the custodian for the time being; and
(f) A designation of the alleged offense transferred and of the court to which the transfer is made and a direction to the clerk to forward for filing in such court a certified copy of the transfer order of the youth court."

4.

Defendant would show upon a hearing of this matter that in neither of the two Orders is there a "*recital of the findings of probable cause and the facts and reasons underlying the youth court's decision to transfer jurisdiction......*" Defendant would direct

the Courts attention to a case on point, Buck v. State, 838 So.2d 256 (Miss. 2003), wherein the Court reversed a similar case where the transfer order did not contain the required findings of probable cause.

WHEREFORE, PREMISES CONSIDERED, the Defendant requests that upon a hearing of this matter the Court finds this Motion to be well-taken, and dismisses the charges pending in the above-styled and numbered Cause against this Defendant.

RESPECTFULLY SUBMITTED this the 21st day of July, 2005.

ERIC BULLIN

BY: _____
R. T. LASTER, JR., Attorney for Defendant

OF COUNSEL:

R. T. LASTER, JR., MSB #1074
CAROTHERS, FEDRIC & LASTER
P. O. Box 925
Grenada, MS 38902-0925
662.226.2761

## CERTIFICATE OF SERVICE

I, R. T. Laster, Jr., attorney for Defendant, ERIC BULLIN, hereby certify that I have this date, either hand-delivered or mailed, postage prepaid, a true and exact copy of the above and foregoing Motion to Dismiss, to the office of the Assistant District Attorney Clyde Hill, at his address of P. O. Box 1262, Grenada, MS 38902. This the 21st day of _____, 2005.

_____
R. T. LASTER, JR.

*FILED*

JUL 21 2005

LINDA BARNETT, CIRCUIT CLERK
BY_____D.C.

App.1055

Pitchford-OCDC-001793

## IN THE YOUTH COURT OF GRENADA COUNTY, MISSISSIPPI

IN THE INTEREST OF

_Eric Bullins_, MINOR

CAUSE NO. _04-507_

### ORDER TRANSFERRING YOUTH COURT MATTER TO CIRCUIT COURT

This day this cause having come on for hearing in the above styled and numbered cause in the interest of _Eric Bullins_, a minor, the Court having at a previous hearing determined that there existed probable cause to believe that the child has committed acts which if committed by an adult would constitute the crime of _Possession of Marijuana with intent to sell_ and further, having convened a separate hearing for a determination of the appropriateness of transferring this matter to the Circuit Court of Grenada County, for further deliberation, if any, upon the Motion to Transfer filed herein does find as follows:

The Court finds that is has jurisdiction of the parties and the subject matter of this cause, and that the child was represented by the _R.T. Laster_, as attorney and Guardian Ad Litem for the child in these proceedings.

Pursuant to Section 43-21-157 of the Mississippi Code of 1972, as amended, the Court finds that by clear and convincing evidence there is no reasonable prospect of rehabilitation within the juvenile justice system for this child. In reaching this determination the Court has considered the following factors:

(a) Whether of not the alleged offense constituted a substantial danger to the public;

(b) The seriousness of the alleged offense;

(c) Whether or not the transfer is required to protect the community;

(d) Whether or not the alleged offense was committed in an aggressive, violent, premeditated or wilful manner;

(e) Whether or not the alleged offense was against persons or against property, greater weight being given to the offense against person, especially if personal injury resulted;

(f) The sophistication, maturity and educational background of the child;

EXHIBIT 'A'

*FILED* 011

JUL 21 2005

LINDA BARNETT, CIRCUIT CLERK
BY _____ D.C.



(g) The child's home situation, emotional condition and life style;

(h) The history of the child, including experience with the juvenile justice system, other courts, probation, commitments to juvenile institutions or other placements;

(i) Whether or not the child can be retained in the juvenile justice system long enough for effective treatment or rehabilitation;

(j) The dispositional resources available to the juvenile justice system;

(k) Dispositional resources available to the adult correctional system for the child if treated as an adult; and

(l) Any other factors deemed relevant by the youth court.

The Court has reviewed all of the alternatives available to it and finds that the best interest of the child and the best interest of the community both dictate that the child be transferred to the Circuit Court of Grenada County, subject to a $15,000.00 bond or until the further orders of the Circuit Court.

The temporary custodian shall be the Grenada County Sheriff's Department, which shall hold the child in the Grenada County Jail, segregated by sight and sound from the adult prisoners, pending posting of suitable bond or bail, and the Clerk of this Court shall promptly forward for filing a certified copy of this Order to the Circuit Clerk of Grenada County.

ORDERED, this the 13 day of September, 2004.

_____
Special Master

FILED

JUL 21 2006

LINDA BARNETT, CIRCUIT CLERK
BY_____ D.C.

012

Pitchford-OCDC-001794                    App 1057

Dec-16-04 01:48P                                                                P.05

## IN THE YOUTH COURT OF GRENADA COUNTY, MISSISSIPPI

IN THE INTEREST OF

*Cace Bullins*___ MINOR                          CAUSE NO. *04-0823*

### ORDER TRANSFERRING YOUTH COURT MATTER TO CIRCUIT COURT

This day this cause having come on for hearing in the above styled and numbered cause in the interest of *Cace Bullins*___, a minor, the Court having at a previous hearing determined that there existed probable cause to believe that the child has committed acts which if committed by an adult would constitute the crime of *sale of controlled substance + conspiracy* and further, having convened a separate hearing for a determination of the appropriateness of transferring this matter to the Circuit Court of Grenada County, for further deliberation, if any, upon the Motion to Transfer filed herein does find as follows:

The Court finds that is has jurisdiction of the parties and the subject matter of this cause, and that the child was represented by the *Hon. L. Johnson*___, as attorney and Guardian Ad Litem for the child in these proceedings.

Pursuant to Section 43-21-157 of the Mississippi Code of 1972, as amended, the Court finds that by clear and convincing evidence there is no reasonable prospect of rehabilitation within the juvenile justice system for this child. In reaching this determination the Court has considered the following factors:

(a) Whether or not the alleged offense constituted a substantial danger to the public;

(b) The seriousness of the alleged offense;

(c) Whether or not the transfer is required to protect the community;

(d) Whether or not the alleged offense was committed in an aggressive, violent, premeditated or wilful manner;

(e) Whether or not the alleged offense was against persons or against property, greater weight being given to the offense against person, especially if personal injury resulted;

(f) The sophistication, maturity and educational background of the child.

032

EXHIBIT 'B'                                    Pitchford-OCDC-001795
App 0588

P.06

Dec-16-04 01:48P

(g) The child's home situation, emotional condition and life style;

(h) The history of the child, including experience with the juvenile justice system, other courts, probation, commitments to juvenile institutions or other placements;

(i) Whether or not the child can be retained in the juvenile justice system long enough for effective treatment or rehabilitation;

(j) The dispositional resources available to the juvenile justice system;

(k) Dispositional resources available to the adult correctional system for the child if treated as an adult; and

(l) Any other factors deemed relevant by the youth court.

The Court has reviewed all of the alternatives available to it and finds that the best interest of the child and the best interest of the community both dictate that the child be transferred to the Circuit Court of Grenada County, subject to a $5000 bond or until the further orders of the Circuit Court

The temporary custodian shall be the Grenada County Sheriff's Department, which shall hold the child in the Grenada County Jail, segregated by sight and sound from the adult prisoners, pending posting of suitable bond or bail, and the Clerk of this Court shall promptly forward for filing a certified copy of this Order to the Circuit Clerk of Grenada County.

ORDERED, this the 13 day of December , 20 04

_____
Special Master

*FILED*

JUL 2 1 2005

LINDA BARNETT, CIRCUIT CLERK
BY _____

App:1059

033

Pitchford-OCDC-001797

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

| | |
|---|---|
| STATE OF MISSISSIPPI | PLAINTIFF |
| VS. | CAUSE NO. <u>2005-012CR</u> |
| ERIC BULLIN | DEFENDANT |

### <u>ORDER</u>

THIS DAY this Cause came on for hearing on a Motion to Dismiss the indictment for lack of jurisdiction, and the Court after considering said Motion, finds as follows:

That this Defendant is currently under indictment in the above-referenced Cause; that the charges were initially two separate Complaints brought in Youth court, because the Defendant was, at the time, sixteen (16) years of age. The Youth Court transferred the matters to Circuit Court pursuant to its documents entitled "Order Transferring Youth Court Matter to Circuit Court". The Court having examined the two documents which were Exhibits 'A' and 'B' to Defendant's Motion to Dismiss, finds that the Youth Court failed to follow all of the statutory requirements of §43-21-157, in particular (6)(d), which states as follows:

(6) "If the youth court transfers jurisdiction of the alleged offense to a criminal court, the youth court shall enter a transfer order containing:

(a) Facts showing that the youth court had jurisdiction of the cause and of the parties;
(b) Facts showing that the child was represented by counsel;
(c) Facts showing that the hearing was held in the presence of the child and his counsel;
(d) *A recital of the findings of probable cause and the facts and reasons underlying the youth court's decision to transfer jurisdiction of the alleged offense;*

FILED

JUL 2 5 2005

App.1060

69_697

Pitchford-OCDC-001798

(e) The conditions of custody or release of the child pending criminal court proceedings, including bail or recognizance as the case may justify, as well as a designation of the custodian for the time being; and

(f) A designation of the alleged offense transferred and of the court to which the transfer is made and a direction to the clerk to forward for filing in such court a certified copy of the transfer order of the youth court."

The Court finds after review of Exhibits 'A' and 'B' as above-referenced, that the Youth Court failed to provide a recital of the findings of probable cause, and the facts and reasons underlying the decision to transfer jurisdiction to Circuit Court. Therefore, the Court finds that the Motion to Dismiss is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the indictment pending in the above-styled and numbered Cause be and is hereby dismissed for lack of jurisdiction by the Circuit Court, and that this matter is hereby transferred to Grenada County Youth Court for further proceedings consistent with this opinion.

SO ORDERED AND ADJUDGED this the 25 day of July, 2005.

_____
CLARENCE E. MORGAN, III, Circuit Court Judge

PREPARED BY:

R. T. LASTER, JR., MSB #1074
CAROTHERS, FEDRIC & LASTER
P. O. Box 925
Grenada, MS 38902-0925
662.226.2761

69—698

FILED

JUL 25 2005

LINDA BARNETTE, CIRCUIT CLERK
BY _____ DC

App. 1061

STATE OF MISSISSIPPI

In the Circuit Court of Grenada County

Cause/Case No. **2005-012CR**

TO THE MISSISSIPPI DEPARTMENT OF CORRECTIONS
NOTICE OF CRIMINAL DISPOSITION

You are hereby notified that at the **JULY 2005** term of the Circuit Court, Judge **C. E. MORGAN, III** presiding, the following disposition was imposed for the crime(s) hereinafter described:

I. A. Disposition(s) Reported: ☐ Prisoner Commitment ☐ Suspended Sentence/Probation ☐ Revocation ☐ Acquittal ☑ Other
(Check those which apply to all counts reported)

A-1. Provisional Sentence ☐ Non-Adjudication ☐ Sentenced Under RID ☐ Sentenced Under Shock Probation
☐ Bad Check Diversionary Program ☐ Restitution in _____ County

B. Conviction as Result of: ☐ Guilty Plea ☐ Guilty Plea after _____ days of Commencement of Trial
☐ Jury Verdict after _____ days in Trial ☐ Revocation Hearing

II. Name **ERIC BULLIN**    Alias
SSN **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**    Race **BLACK**    Sex **MALE**    Date of Birth **NOVEMBER 6, 1988**
Last Known Residence **227 MONROE, GRENADA, MS 38901**
Place of Birth **GRENADA, MS**    Country of Citizenship **USA**
Alien Registration/Immigration # A-    FBI#

III. Count I Charge **SALE OF MARIHUANA (LESS THAN 30 GRAMS)**
Indicted Under MS Code **41-29-139(a)(1)(b)(3)**    Sentenced Under MS Code
Count II Charge **SALE OF COCAINE**
Indicted Under MS Code **41-29-139(a)(1)(b)(1)**    Sentenced Under MS Code
Count III Charge **POSSESSION OF MARIHUANA WITH INTENT**
Indicted Under MS Code **41-29-139(a)(1)(b)(2)**    Sentenced Under MS Code

IV. Date of Sentence **JULY 25, 2005**    Credit for Time Served (ONLY for this/these charge(s)_____ days
Sentence(s) Imposed by Order:   Count I **DIS**    Count II **DIS**    Count III **DIS**
(Prior to any suspended portion)

| | Portion of Sentence to be Served (Yrs/Mos) | Portion of Sentence Suspended (Yrs/Mos) | To be Served on Probation (Yrs/Mos) | Other/Method of Disposition Refer to Legend on back of form |
|---|---|---|---|---|
| ☐ Check if reporting additional counts on reverse side | | | | |
| Count I | | | | **DIS** |
| Count II | | | | **DIS** |
| Count III | | | | **DIS** |
| | | to run concurrent with | | |
| | | to run consecutive to | | |

Conditions/Designations of Sentence: ☐ Habitual ☐ Psychological/Psychiatric ☐ Alcohol/Drug Treatment/Testing ☑ Other
**THIS MATTER IS HEREBY TRANSFERRED TO GRENADA COUNTY YOUTH COURT FOR FURTHER PROCEEDINGS CONSISTENT WITH THIS OPINION.**

VI. Fine $    Indigent Fee $    Restitution $
Court Costs $    Attorney Fee $    Other Fees $
Conditions of Payment:

Send Prisoner Commitments, Provisional Sentence
Orders and Revocation Orders to:

Central Records    INS Liaison
P. O. Box 24388    MS Supreme Court
Jackson, MS 39205-4388    P. O. Box 117
Jackson, MS 39205-0117

Send Suspended Sentence/Probation Notices, Provisional
Sentence Orders and Revocation Orders to:

Data Operations    INS Liaison
MDOC    723    MS Supreme Court
North President St.    P. O. Box 117
Jackson, MS 39202-3097    Jackson, MS 39205-0117

LINDA M. BARNETTE
Circuit Clerk

By: _____ DC

Date **JULY 25, 2005**

*FILED*

JUL 25 2005

LINDA BARNETTE, CIRCUIT CLERK
BY: _____ D.C.

# INDICTMENT

**THE STATE OF MISSISSIPPI**

**VERSUS**                                      CAUSE NO. _0005-198Ch_

**ERIC  BULLIN**

**INDICTMENT FOR THE OFFENSES OF:**
**COUNT   I : SALE OF  MARIHUANA (LESS THAN  30 GRAMS) § 41-29-139(a)(1)(b)(3)**
**COUNT  II : SALE OF  COCAINE   § 41-29-139(a)(1)(b)(1)**
**COUNT III : POSSESSION OF MARIHUANA WITH INTENT   § 41-29-39 (a)(1)(b)(2)**

**THE STATE OF MISSISSIPPI**
**COUNTY OF GRENADA**

### IN THE CIRCUIT COURT OF GRENADA COUNTY,  JULY TERM  2005
### Grand Jury recalled  December 6,  2005

The Grand Jurors of the State of Mississippi, taken from the body of  good and lawful citizens  of said county and state, elected, summoned, empaneled, sworn and charged to inquire in and for the county aforesaid, at the term aforesaid, of the court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that:

### COUNT I
### ERIC  BULLIN

On or about the  2ND  day of September 2004,  in Grenada County, Mississippi, and within the jurisdiction of this Court, did wilfully, unlawfully, feloniously and knowingly or intentionally sell, transfer, distribute, or deliver less than 30 grams of marihuana, a Schedule I Controlled Substance, to agent Terry Peeples, a human being, and did then and there receive therefor a sum of lawful United States money, in violation of MISS. CODE ANN. Section 41-29-139(a)(1)(b)(3),  and against the peace and dignity of the State of Mississippi

### COUNT II
### ERIC  BULLIN

On or about the 2ND day of September 2004,  in Grenada, County,  Mississippi, and within the jurisdiction of this Court, did wilfully, unlawfully, feloniously, and knowingly or intentionally sell, transfer,  distribute, or deliver a quantity of cocaine, a Schedule II controlled substance, to Agent Terry Peeples, a human being, and did then and there receive therefor a sum of lawful United States money,  in violation of Miss. Code Ann. Sections  41-29-139(a)(1)( b)(1)  and against the peace and dignity of the State of Mississi ppi, and

App. 1063
Pitchford-OCDC-001800

## COUNT III
## ERIC BULLIN

On or about the 2ND day of September 2004, in Grenada County, Mississippi, and within the jurisdiction of this Court, did wilfully, unlawfully, feloniously, and purposely or knowingly have in his possession a quantity of Marihuana in an amount less than one kilogram but more than thirty (30) grams, a Schedule I Controlled Substance, as listed in Section 41-29-113 (c)(14) of Miss. Code Ann. with the unlawful intent to sell, transfer, distribute or deliver the said marihuana, in violation of section 41-29-139(a)(1)(b)(2)of the Miss. Code Ann., against the peace and dignity of the State of Mississippi.

Endorsed: A True Bill

_____
Foreman of the Grand Jury

_____
Assistant District Attorney

**FILED**

DEC 0 8 2005

LINDA BARNETTE, CIRCUIT CLERK
BY_____ D.C.

FILED

OCT 1 2 2005

643

Linda Barnette
Circuit Clerk

IN THE YOUTH COURT OF GRENADA COUNTY, MISSISSIPPI   Pitchford-OCDC-001802

IN THE INTEREST OF                                    CAUSE NO. 04-0823
ERIC BULLINS, MINOR

## ORDER TRANSFERRING YOUTH COURT MATTER TO CIRCUIT COURT

This day this cause having come on for hearing in the above styled and numbered cause,

originally filed as separate Petitions with Motions to Transfer also being filed, but being consolidated

for all purposes in this cause number by Motion of the Youth Court Prosecutor and agreed by

counsel for the child, in the interest of Eric Bullins, a minor, the Court received the stipulation of

the parties and their counsel that the Court has, at a previous hearing which proof was stipulated

again herein without the necessity of repetition for these purposes, determined that there existed

probable cause to believe that the child has committed acts which if committed by an adult would

constitute the crimes of (1) Sale of Marihauna, a Schedule I Controlled Substance, less than 30

grams, (2) Sale of Cocaine a Schedule II Controlled Substance, and (3) possession of Marihauna a

Schedule I Controlled Substance, over 30 grams but less than one kilogram with the intent to

distribute, and the Court specifically finds probable cause herein on all allegations, all as more

specifically set forth as follows:

On September 2, 2004, an undercover narcotics officer, Terry Peeples, purchased
Marihauna and cocaine from Eric Bullin. Another person, Dantron Mitchell, was present and
participated to the extent of taking the request or order for the controlled substances, but Eric
Bullin gave the officer both the Marihauna and the cocaine at separate times a few minutes
apart. He also took the money from the officer. These two transactions were video taped and
clearly show Eric Bullin selling drugs to the undercover officer. A short time later on the same
day officers with the Grenada County Sheriff's Office, Chris McCain, Adam Eubanks and
officer Brown went to Bullin's residence to further investigate the illegal narcotics activity and
saw Eric Bullin throw what appeared to be a clear plastic bag of a then unknown substance
into the woods. When the Deputies got to Eric Bullin and looked over to where he had thrown
the bag they saw that bag and other similar bags of green leafy substance which they seized.
All of the alleged controlled substances were confirmed by testing at the Mississippi Crime

8136.1

FILED Oct 10 , 20 05
POWELL VANCE, Chancery Clerk

BY Jan Curtis D.C.

Recorded In
Youth Minute Book 27
At Page No. 643

App.1065

| CAPIAS | CAUSE NUMBER **2005-198CR** |

THE STATE OF MISSISSIPPI
     GRENADA COUNTY
TO THE SHERIFF OF SAID COUNTY-GREETINGS

     We command you to take the body of **ERIC BULLIN** if to be found in your County, and him safely keep so that you have his body before the Honorable Circuit Court of Grenada County, in said State to be holden at Court House thereof, in the town of Grenada on **TUESDAY, DECEMBER 13, 2005 AT 1:00 PM,** then and there to answer unto the State of Mississippi, on a charge of **COUNT I: SALE OF MARIHUANA (LESS THAN 30 GRAMS) §41-29-139 (a)(1)(b)(3) COUNT II: SALE OF COCAINE §41-29-139(a)(1)(b)(1) POSSESSION OF MARIJUANA WITH INTENT §41-29-139(a)(1)(b)(2)** by information filed in the said Court at the JULY Term A.D. 2005, thereof.

     Herein fail not, and have then and there this writ, with the manner you have executed the same.

     Given under my hand and seal of the Court, and issued this the 8$^{TH}$ day of DECEMBER, A.D., 2005.

Linda Barnette, Circuit Clerk

_____DC

SHERIFF'S RETURN
STATE OF MISSISSIPPI, COUNTY
I have this day executed the within
delivering *Eric Bullin*
a true copy of the within this 8 day of Dec.,
A.D. 2005

_____

**FILED**

DEC 0 9 2005
LINDA BARNETTE, CIRCUIT CLERK
BY_____D.C.

# INFO SHEET

**CAUSE NUMBER:** 2005-198   2005-012CR

**NAME:** Eric Bullen

**SSN:** 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

**RACE:** Black

**SEX:** Male

**DATE OF BIRTH:** 11-6-1988

**PLACE OF BIRTH:** Grenada

**LAST KNOWN RESIDENCE:** 227 Monroe

**TELEPHONE NUMBER:** 226-9311

**ALIEN REGISTRATION/IMMIGRATION # (IF APPLICABLE):** _____

**COUNTRY OF CITIZENSHIP:** _____

**FBI, SID, ETC. #:** _____

**BOND:** _____

**ATTORNEY:** Laster

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

*FILED*

**STATE OF MISSISSIPPI**                                    **PLAINTIFF**

DEC 14 2005

**VS.**                                                    **CAUSE NO. 2005-198CR**

LINDA BARNETTE, CIRCUIT CLERK
BY

**ERIC BULLIN**                                            **DEFENDANT**

### MOTION FOR DISCOVERY UNDER
### RULE 9.04 OF THE UNIFORM CIRCUIT AND COUNTY COURT RULES

COMES NOW the Defendant, ERIC BULLIN, by and through his counsel of record, Hon. R. T. Laster, Jr., and respectfully moves this Honorable Court pursuant to Rule 9.04 of the Uniform Circuit and County Court Rules, for entry of an order requiring the State to produce or permit the Defendant to inspect, copy, and photograph the following, to-wit:

1.      Written or recorded statements of confession, including tapes, transcripts, summations or paraphrases of any and all statements made by the Defendant, or copies thereof within the possession, custody and control of the State, the existence of which is known or by the exercise of due diligence may become known to the State.

2.      The substance of any statements, oral or recorded, which the State intends to offer in evidence at the trial which were made by the Defendant, whether before or after arrest, in response to interrogation by any person then known to said Defendant or to the State Agent.

3.      Copies of prior criminal records of the Defendant or any co-defendants and any witnesses referred to in the preceding paragraph, as is within the possession, custody or control of the State, the existence of which is known or by the exercise of due diligence may become known to the State.

4.      To produce for Defendant's inspection, copying or photographing any and all results or reports of physical examinations, search warrants, scientific tests or experiments, or

copies thereof made in connection with the within case, which are within the possession, custody or control of the State.

5.     To permit Defendant to inspect and copy or photograph any evidence of a tangible nature relative to the indictment, including by not limited to such books, papers, documents, photographs, tangible objects, buildings, or places, in the possession, custody or control of the State or which the State intends to offer into evidence in this case.

6.     Any evidence or information in the possession, custody or control of the State or which may become known or which through due diligence may be learned from the investigating officers or witnesses in the case which is favorable to the Defendant or will be of significant benefit to the Defendant in preparation for trial, including, but not limited to:

    a.     All documents, books, papers, letters, packages, bags, tangible objects, or portions of copies thereof, favorable to the Defendant.

    b.     Names and addresses of any and all prosecution witnesses known to the State who might give information or testimony favorable to the Defendant.

    c.     Names and addresses of any and all potential State witnesses whom Defendant might be required to cross-examine in a trial.

    d.     Names and addresses of any and all persons who have knowledge of this case.

7.     To furnish the Defendant with a copy of all written and recorded statements relative to this case of any and all persons whom the State plans to call as witnesses, together with the criminal record, if any, of such witnesses.

8.     Statements of all persons who have been interviewed by an agent of the State in connection with the subject matter of this cause and whom the State presently does not intend to call to trial.

9.     The memoranda or summaries of any oral statement made by any person subject to being called as a witness for the State on its case in chief to an agent of the State in connection with the subject matter of this case.

Pitchford PCPCC-001806

10.     A list of any items secured by and through search and seizure in connection with the investigation of this case and a copy of the search warrant or warrants.

11.     Any documents, books, papers and objects obtained by the Grenada County or other law enforcement authorities in any manner other than by way of due process.

12.     Any and all information of whatever form, source or nature which tends to exculpate the Defendant whether by indicating his innocence or impeaching the credibility of a potential State witness under the rule of Brady v. Maryland, 373 U.S. 83 (1963).

13.     A copy of that portion of the grand jury testimony relative to the Defendant and that portion by any person whom the State intends to call at trial.

14.     The names and addresses of any persons or parties alleged to have overheard statements made by or to Defendant or any other person relative to the charges made against Defendant.

15.     Any reports, statements, or opinions of experts, written, recorded or otherwise preserved, made in connection with the particular case and the substance of any oral statement made by any such expert.

16.     To itemize and indicate with particularity wherein the State has recovered any and all evidence and state what evidence, if any, is from the private premises of the Defendant.

17.     To inform the Defendant, or his attorney, whether the State intends to utilize at trial evidence obtained by means of wiretaps or any other form of electronic surveillance, and if so, the substance of such evidence and the manner in which it was obtained.

18.     Defendant requests that, in the event the State discovers additional evidence or material previously requested or ordered, which is subject to discovery or inspection, whether discovered prior to or during trial, the District Attorney promptly notify the attorney for Defendant of the existence of such additional material or evidence.

The Defendant prays that such information be delivered to him sufficiently in advance of trial so that he may appraise the same and so that he may know in what way to exercise his

constitution rights to secure attendance of witnesses, what evidence to subpoena and to make whatever proper defense is available to him in light of the discovery requested herein.

Respectfully submitted this the 14th day of December, 2005.

*R. T. LASTER, JR.*

R. T. LASTER, JR., Attorney for Defendant

OF COUNSEL:

R. T. LASTER, JR., MSB #1074
CAROTHERS, FEDRIC & LASTER
P. O. Box 925
Grenada, MS 38902-0925
662.226.2761

## CERTIFICATE OF SERVICE

I, R. T. Laster, Jr., attorney for Defendant, hereby certify that I have this date, either hand-delivered or mailed, postage prepaid, a true and exact copy of the above and foregoing Motion for Discovery, to the office of the District Attorney Doug Evans, at his address of P. O. Box 1262, Grenada, MS 38902. This the 14th day of December , 2005.

*R. T. Laster, Jr.*

R. T. Laster, Jr.

# IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**
**VS.**                           **CAUSE NO. 2005-198-CR**
**ERIC BULLIN**

## STATE'S SUPPLEMENTAL DISCOVERY DISCLOSURE

**STATEMENT OF: Dantron Mitchell**

## CERTIFICATE OF SERVICE

I, Clyde V. Hill, Attorney for the State of Mississippi, do hereby certify that I have this day, caused to be **hand delivered**, a true and correct copy of the above and foregoing SUPPLEMENTAL DISCOVERY DISCLOSURES to the Hon. Robert T. Laster at his office in Grenada, Mississippi.

Witness my signature, on this the 3rd day of January, 2006.

_Clyde V. Hill_
Clyde V. Hill

FILED

JAN 0 3 2006

Circuit Clerk

App.1072

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI            PLAINTIFF

VS.            CAUSE NO. 2005-198CR

ERIC BULLIN            DEFENDANT

### *PETITION TO ENTER PLEA OF GUILTY*

The Defendant, after having been first duly sworn, on his/her oath, represents and states unto the Court the following:

1. My full name is Eric Bullin , and I am also known as . I request that all proceedings against me be had in my true name. This Petition has been read and explained to me by my lawyer and I understand its contents.

2. I am represented by a lawyer. His name is R. T. Laster, Jr. Count I - Sale of MARihuana Less than 30.5 grams

3. I wish to PLEAD GUILTY to the charge(s) of : Count II - Sale of Cocaine Count III - Possession of MARihuana with intent

4. I told my lawyer all the facts & circumstances known to me about the charges against me. I believe that my lawyer is fully informed on all such matters. My lawyer has counseled and advised me on the nature of each charge, on any and all lesser-included charges, and on all possible defenses that I might have in this case.

5. My lawyer has advised me as to the probabilities of my conviction on the charge(s) with which I am charged and thoroughly discussed all aspects of my case with me. My lawyer has made no threats or promises of any type or kind to induce me to enter this plea of guilty, and the decision to seek the entry of this plea was my own and mine alone, based on my own reasons and free from any outside coercive influences.

6. I understand that I may plead Not Guilty to any offense charged against me. If I choose to plead Not Guilty, the Constitution guarantees me:

     a. the right to a speedy and public trial by jury;

     b. the right to see, hear, and face in open court all witnesses called to testify against me; and the right to cross-examine those witnesses;

     c. the right to use the power and process of the Court to compel the production of any evidence, including the attendance of any witness in my favor;

     d. the right to have the assistance of a lawyer at all stages of the proceedings;

     e. the presumption of innocence, i.e., the State must prove beyond a reasonable doubt that I am guilty; and

     f. the right to take the witness stand at my sole option; if I do not take the witness stand, I understand that at my option, the jury may be told that this shall not be held against me.

Knowing and understanding the Constitutional guarantees set forth in this paragraph, I hereby waive them and renew my desire to enter a plea of guilty.

7. I know that if I plead Guilty to this (these) charge(s), the possible sentence is Count I - 0 - Count II - 0 - Count III - 0 - (minimum) Count I 3yrs Count II 30yrs to Count III 20yrs maximum years imprisonment and/or a fine of $ Count I - 0 - Count II - 5,000 Count III - 0 - minimum to $ Count I $3000 Count II $1 Million & Count III $30,000 (maximum).

I also know that the sentence is up to the Court; that the Court is not required to carry out any understanding made by me and my attorney with the District Attorney; and further, that the Court is not required to follow the recommendation of the District Attorney, if any. The District Attorney will take no part other than providing to the Court police reports and other factual information as requested by the Court; and the District Attorney shall make no recommendations to the Court concerning my sentence except as follows: OPEN PLEA

*I UNDERSTAND THAT NO PERSON CAN OFFER ME EARLY RELEASE, PROBATION OR PAROLE & THAT I MAY HAVE TO SERVE EVERY DAY OF MY SENTENCE.*

Pitchford-GCDC-001810

8. I have been convicted of no felonies in this or any other State or in the United States, except as follows: _____ manslaughter _____

9. I am ___ am not __X__ presently on probation or parole. I understand that by pleading guilty in this case this may cause revocation of my probation or parole, and that this could result in a sentence of ____ years in that case. I further understand that if my probation or parole is revoked, any sentence in that case may be consecutive to or in addition to any sentence in this case.

10. I am __17__ years of age and have gone to school up to and through the ___11th___ grade. My physical and mental health are presently satisfactory. At this time I am not under the influence of any kind of drugs or intoxicants except: _____

11. I declare that no officer or agent of any branch of government, Federal, State or local, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I will receive a lighter sentence, or probation, or any other form of leniency if I plead Guilty, except those set forth in this plea bargain agreement.

_____ *12. I believe that my lawyer has done all that anyone could do to counsel and assist me.* I AM SATISFIED WITH THE ADVICE AND HELP HE HAS GIVEN ME. *I recognize that if I have been told by my lawyer that I might receive probation or a light sentence, this is merely his prediction and is not binding on the Court. I UNDERSTAND THAT NO PERSON CAN OFFER ME EARLY RELEASE, PROBATION OR PAROLE & THAT I MAY HAVE TO SERVE EVERY DAY OF MY SENTENCE.*

13. I plead Guilty and request the Court to accept my plea of Guilty and to enter my plea of Guilty on the basis of (set forth involvement in crime: *I committed the crime as set forth above.*

14. *I OFFER MY PLEA OF GUILTY FREELY AND VOLUNTARILY AND OF MY OWN ACCORD AND WITH FULL UNDERSTANDING OF ALL THE MATTERS SET FORTH IN THE INDICTMENT AND IN THIS PETITION AND IN THE CERTIFICATE OF MY LAWYER, WHICH FOLLOWS.*

15. In the event the Court places me on supervised probation, I state for the record that I have fully read and understand and agree to the following terms of supervised probation:

(a) commit no offense against the laws of this or any state of the United States ;
(b) avoid injurious or vicious habits and avoid persons or places of disreputable or harmful character;
(c) supporting all dependents;
(d) work faithfully at suitable employment so far as possible;
(e) not possess or consume any alcoholic beverage, nor go into or remain about any place where alcoholic beverages are sold as a primary sale item, and not possess or use any controlled substance not lawfully prescribed by a physician;
(f) submit to any type of breath, saliva or urine chemical analysis test, the purpose of which is to detect the possible presence of alcohol or any substance prohibited or controlled by the laws of this or any state of the United States or of the United States;
(g) report to the Department of Corrections as directed by it;
(h) permit the Field Officer to visit him/her at home or elsewhere;
(i) remain within the State of Mississippi unless authorized to leave on proper application therefor;
(j) waive extradition to the State of Mississippi from any jurisdiction in or outside the United States and agree not to contest any effort by any jurisdiction to return Defendant to the State of Mississippi;
(k) pay to the Department of Corrections the sum of $40.00 per month by "certified check" or "money order" until discharged from supervision;
(l) pay restitution, attorney's fees, court costs and assessments as outlined above.

The terms of the Suspension of Sentence are the same as those of Supervised Probation except items (g), (h), and (k).

BULLIN, Eric
Cause # 2005-1281B
P. 3

Pitchford-OCDC-001812

16. *HABITUAL CRIMINAL PARAGRAPH.* **IF NOT APPLICABLE, CHECK:** x . If applicable, please note the Statute under which the plea of guilty is to be taken: Mississippi Code Ann. Section 99-19-81. _____; Mississippi Code Ann. Section 99-19-83._____. Specify the punishment sought to be enhanced:_____

*SIGNED AND SWORN TO BY ME* on this the 5th day of January 2006, with the full knowledge that every person who shall willfully and corruptly swear, testify or affirm falsely to any material matter under any oath, affirmation, or declaration legally administered in any matter, cause or proceeding pending in any Court of law or equity shall, upon conviction, be punished as provided by law.

WITNESS: _____            EricBullin_____
                R. T. Laster, Jr., Attorney            ERIC BULLIN            , Defendant

STATE OF MISSISSIPPI            }
                                              :
COUNTY OF GRENADA            }

SWORN TO AND SUBSCRIBED BEFORE ME, this the 5th day of January, 200 6

My commission expires:
~~My Commission Expires Jan. 7, 2008~~            _____(Official Title)

## *CERTIFICATE OF COUNSEL*

The undersigned, as lawyer and counselor for the above Defendant, hereby certify:

1. I have read and fully explained to the Defendant the allegations contained in the indictment in this case.
2. To the best of my knowledge and belief, the statements, representations, and declarations made by the Defendant in the foregoing Petition are in all respects accurate and true.
3. I have explained the minimum and maximum penalties for each count to the Defendant, and consider him/her competent to understand the charges against him/her and the effect of his/her Petition to Enter a Plea of Guilty.
4. The Plea of Guilty offered by the Defendant in this Petition accords with my understanding of the facts he/she related to me and is consistent with my advice to the Defendant.
5. In my opinion, the Plea of Guilty as offered by the Defendant in this Petition is voluntarily and understandingly made. I recommend that this Court accept the plea of Guilty.
6. Having discussed this matter carefully with the Defendant, I am satisfied, and I hereby certify that, in my opinion, he/she is mentally and physically competent; there is no mental or physical condition which would affect his/her understanding of these proceedings; further, I state that I have no reason to believe that he/she is presently operating under the influence of drugs or intoxicants. [Counsel to state any exception on the record]

Signed by me in the presence of the Defendant above-named and after full discussion of the contents of this Certificate with the Defendant, on this the _____ day of _____, 200_____.

_____
R. T. LASTER, JR., Defendant's Attorney

FILED

JAN 0 5 2005

BY_____ D.C.

App.1075

Pitchford-OCDC-001813

## IN THE CIRCUIT COURT OF GRENADA COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

**VERSUS**                                          **CAUSE NO. 2005-198-CR**

**ERIC BULLIN**

### JUDGMENT

On this day, into open court came the district attorney, the defendant in his own proper person and the defendant's counsel, the defendant having been charged by indictment in Count I with the felony crime of **SALE OF MARIJUANA, LESS THAN 30 GRAMS**, and in Count II having been charged by indictment with the felony crime of **SALE OF COCAINE, A SCHEDULE II CONTROLLED SUBSTANCE**, and in Count III having been charged by indictment with the felony crime of **POSSESSION OF MARIJUANA WITH INTENT TO DISTRIBUTE,** and for plea thereto, the defendant entered a plea of guilty. Thereafter, the court advised defendant of all his legal and constitutional rights in the premises, and of the consequences of such a plea; and after the defendant freely, voluntarily and intelligently waived his constitutional rights, and after the defendant admitted upon direct questioning that he is guilty of the crimes to which he has pleaded guilty, the said pleas of guilty were and are accepted by the court.

**IT IS THEREFORE ORDERED**, that the defendant, **ERIC BULLIN**, for such his crimes specified above, be and he is hereby sentenced as to Count I to:

Serve a term of THREE (3) YEARS with the Mississippi Department of Corrections, to run concurrently to Count II;

as to Count II:

Serve a term of TWENTY (20) YEARS with the Mississippi Department of Corrections;

as to Count III:

Serve a term of TEN (10) YEARS with the Mississippi Department of Corrections, to run consecutively with Count II.

**IT IS FURTHER ORDERED** that the defendant's driving privileges are suspended for a period of SIX (6) MONTHS as per Mississippi Code Annotated Section 63-1-71.

Furthermore, as to Count II, the defendant is ordered to pay a fine in the amount of $5,000.00, with $5,000.00 suspended. Additionally, he is to pay all court costs and assessments.

FILED

IJAN 0 9 2006

Linda Barnett App.1076
Circuit Clerk

71-50

Pitchford-OCDC-001814

These amounts are to be paid to the clerk of this court at the rate of $50.00 per month with the first payment being paid within thirty (30) days of his release from incarceration. This sum is to be paid each month until it is paid in full. The sentence imposed in this cause shall run consecutively with any sentence previously imposed. The defendant is remanded to the custody of the sheriff to await transportation to the Mississippi Department of Corrections.

**SO ORDERED** this the 5th day of January, 2006.

CIRCUIT COURT JUDGE

71-51

FILED

JAN 0 9 2006

Linda Barnette
Circuit Clerk

App. 1077

STATE OF MISSISSIPPI

In the Circuit Court of Grenada County · · · · · · · · · · · · · · · · · · · · · · · · use/Case No. **2005-198CR**

### TO THE MISSISSIPPI DEPARTMENT OF CORRECTIONS
### NOTICE OF CRIMINAL DISPOSITION

You are hereby notified that at the **JANUARY 2006** term of the Circuit Court, Judge **JOSEPH H. LOPER, JR.** presiding, the following disposition was imposed for the crime(s) hereinafter described:

I. A. Disposition(s) Reported: ☑ Prisoner Commitment ☐ Suspended Sentence/Probation ☐ Revocation ☐ Acquittal ☐ Other
(Check those which apply to all counts reported)

A-1. Provisional Sentence ☐ Non-Adjudication ☐ Sentenced Under RID ☐ Sentenced Under Shock Probation
☐ Bad Check Diversionary Program ☐ Restitution in _____ County

B. Conviction as Result of: ☑ Guilty Plea ☐ Guilty Plea after _____ days of Commencement of Trial
☐ Jury Verdict after _____ days in Trial ☐ Revocation Hearing

II. Name **ERIC BULLIN** Alias
SSN **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** Race **BLACK** Sex **MALE** Date of Birth **NOVEMBER 6, 1988**
Last Known Residence **227 MONROE, GRENADA, MS 38901**
Place of Birth **GRENADA, MS** Country of Citizenship **USA**
Alien Registration/Immigration # A- _____ FBI# _____

III. Count I Charge **SALE OF MARIHUANA (LESS THAN 30 GRAMS)**
Indicted Under MS Code **41-29-139(a)(1)(b)(3)** Sentenced Under MS Code _____
Count II Charge **SALE OF COCAINE**
Indicted Under MS Code **41-29-139(a)(1)(b)(1)** Sentenced Under MS Code _____
Count III Charge **POSSESSION OF MARIHUANA WITH INTENT**
Indicted Under MS Code **41-29-139(a)(1)(b)(2)** Sentenced Under MS Code _____

IV. Date of Sentence **JANUARY 5, 2006** Credit for Time Served (ONLY for this/these charge(s)_____ days
Sentence(s) Imposed by Order: Count I **3 YEARS** Count II **20 YEARS** Count III **10 YEARS**
(Prior to any suspended portion)

| ☐ Check if reporting additional counts on reverse side | Portion of Sentence to be Served (Yrs/Mos) | Portion of Sentence Suspended (Yrs/Mos) | To be Served on Probation (Yrs/Mos) | Other/Method of Disposition Refer to Legend on back of form |
|---|---|---|---|---|
| Count I | **3 YEARS** | | | |
| Count II | **20 YEARS** | | | |
| Count III | **10 YEARS** | | | |
| **COUNT I** to run concurrent with | **SENTENCE IMPOSED IN COUNT II** | | | |
| **COUNT III** to run consecutive to | **SENTENCE IMPOSED IN COUNT II** | | | |

Conditions/Designations of Sentence: ☐ Habitual ☐ Psychological/Psychiatric ☐ Alcohol/Drug Treatment/Testing ☑ Other
**DEFENDANT'S DRIVING PRIVILEGES SUSPENDED FOR SIX MONTHS. THIS SENTENCE TO RUN CONSECUTIVE TO ANY SENTENCE PREVIOUSLY IMPOSED.**

VI. Fine $ **5,000.00/SUSPENDED** Indigent Fee $ _____ Restitution $ _____
Court Costs $ **279.50/317.00** Attorney Fee $ _____ Other Fees $ _____
Conditions of Payment: **PAY $50 MONTH WITH FIRST WITHIN 30 DAYS OF RELEASE. TO BE PAID EACH MONTH UNTIL PAID IN FULL.**

Send Prisoner Commitments, Provisional Sentence
Orders and Revocation Orders to:

Central Records · · · · · · · · · INS Liaison
P. O. Box 24388 · · · · · · · · · MS Supreme Court
Jackson, MS 39205-4388 · · · · P. O. Box 117
· · · · · · · · · · · · · · · · · · · · · Jackson, MS 39205-0117

Send Suspended Sentence/Probation Notices, Provisional
Sentence Orders and Revocation Orders to:

Data Operations · · · · · · · · · INS Liaison
MDOC · · · · · · · · · · · · · · · · · MS Supreme Court
723 North President St. · · · · · P. O. Box 117
Jackson, MS 39202-3097 · · · · Jackson, MS 39205-0117

LINDA M. BARNETTE
Circuit Clerk

By: _____ DC

Date **JANUARY 12, 2006**

### FILED

JAN 1 2 2006

LINDA BARNETTE, CIRCUIT CLERK
BY _____ D.C.

App.1078

# I N D I C T M E N T

THE STATE OF MISSISSIPPI
VERSUS
STEPHANIE GRAY

CAUSE NO. CR2010_001

INDICTMENT FOR THE OFFENSE OF
FALSE PRETENSE/BAD CHECK, MCA Sec. 97-19-55 (INSUFFICIENT FUND &
ACCOUNT CLOSED)THREE COUNT

THE STATE OF MISSISSIPPI
COUNTY OF GRENADA

### IN THE CIRCUIT COURT OF SAID COUNTY, JANUARY TERM, 2006
### Grand Jury Sworn and Empaneled, Recalled, June 20, 2006

The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of said county, elected, summoned, empaneled, sworn and charged to inquire in and for the body of the county aforesaid, at the term aforesaid of the Court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that

### Count I
### STEPHANIE GRAY

late of the county aforesaid, on or about the 1$^{ST}$ day of June, 2005, in the county aforesaid and within the jurisdiction of this Court, did then and there wilfully, unlawfully and feloniously obtain merchandise, the property of SCOTT PETROLEUM CORPORATION, Grenada, Mississippi, by presenting to the said SCOTT PETROLEUM, a certain printed instrument in writing on paper commonly known as, called and purporting to be a check and order for the payment of money, to-wit:

> [See Attachment "A", which is incorporated
> herein by reference as if fully set out
> herein in words, figures and symbols]Ref:222

the defendant representing to the said SCOTT PETROLEUM CORPORATION, that she had such funds on deposit in the Renasant Bank, Grenada, Mississippi, when she, the said **STEPANIE GRAY**, then and there well knew that she had no such funds on deposit with the said bank to pay the said check upon presentment, and by virtue of said false and fraudulent representations, did cheat and defraud the said SCOTT PETROLEUM CORPORATION, it having relied on the false and fraudulent representations of the said STEPHANIE GRAY, and constituting a series or related acts or transactions, or a common scheme or plan,

FILED

JUN 2 2 2006

Linda Barnett
Circuit Clerk
Deputy

## Count II
### STEPHANIE GRAY

late of the county aforesaid, on or about the 23<sup>rd</sup> day of May, 2005, in the county aforesaid and within the jurisdiction of this Court, did then and there wilfully and unlawfully obtain merchandise, the property of SCOTT PETROLEUM CORPORATION, Grenada, Mississippi, by presenting to the said SCOTT PETROLEUM CORPORATION, a certain printed instrument in writing on paper commonly known as, called and purporting to be a check and order for the payment of money, to-wit:

> **[See Attachment "B", which is incorporated herein by reference as if fully set out herein in words, figures and symbols]Ref:1033**

the defendant representing to the said SCOTT PETROLEUM CORPORATION, that she had such funds on deposit in the Renasant Bank, Grenada Mississippi, when she, the said , then and there well knew that she had no such funds on deposit with the said bank to pay the said check upon presentment, and by virtue of said false and fraudulent representations, did cheat and defraud the said SCOTT PETROLEUM CORPORATION, it having relied on the false and fraudulent representations of the said STEPHANIE GRAY, and constituting a series or related acts or transactions, or a common scheme or plan,

## COUNT III
### STEPANIE GRAY

late of the county aforesaid, on or about the 3<sup>RD</sup> day of September, 2005, in the county aforesaid and within the jurisdiction of this Court, did then and there wilfully and unlawfully obtain merchandise, the property of **Wal-Mart #01-1074**, Grenada, Mississippi, by presenting to the said **Wal-Mart #01-1074**, a certain printed instrument in writing on paper commonly known as, called and purporting to be a check and order for the payment of money, to-wit:

> **[See Attachment "C", which is incorporated herein by reference as if fully set out herein in words, figures and symbols]Ref:1107**

the defendant representing to the said Wal-Mart, that she had such funds on deposit in the Renasant Bank, Grenada, Mississippi, when she, the said STEPHANIE GRAY, then and there well knew that she had no such funds on deposit with the said bank to pay the said check upon presentment, because her account had been closed and by virtue of said false and fraudulent

representations, did cheat and defraud the said Wal-Mart #01-1074, it having relied on the false and fraudulent representations of the said STEPHANIE GRAY, and constituting a series or related acts or transactions, or a common scheme or plan, and against the peace and dignity of the State of Mississippi.


Endorsed:    A True Bill

_____        _____
Foreman of the Grand Jury         *cust* District Attorney

JUN 2 2 2005

App 1081

**CROSSROADS GROCERY**
PHONE 662-226-0012
4489 HWY 7 N
COFFEEVILLE, MS 38922

1045

04-05

BK157
7010907
XBK
86-129/842
25

DATE *Ae/01/05*

PAY TO THE ORDER OF *SCOTT's* | $ *981.50*

*Nine hundred eighty-one fifty* 51/00 DOLLARS

**RENASANT**
BANK

RETURNED BY 85-125
INSUFFICIENT FUNDS

FOR *Gas* 30453 Ⓒ

*Stephanie Gray*

MP

⑈⑈00 1045⑈⑈ ⑈:084 201294: 253500 1047⑈⑈ /⑈0000098 150⑈⑈

EXHIBIT "A"

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI

FILED

JUN 2 2 2006

Linda Barrett, Chancery Clerk

App.1082

**CROSSROADS GROCERY**    04-05                                          1033
PHONE 662-226-0012
4489 HWY 7 N
COFFEEVILLE, MS 38922

DATE 5/23/05

PAY
TO THE
ORDER    Scotls                                              $ 954.07

Nine hunDReD Fifty-Foure Dollars 07/100                  DOLLARS

RETURNED BY 854125
INSUFFICIENT FUNDS

RENASANT BANK

FOR GCS    30453 (6)              Stephanie Gray

⑈00⑈033⑈  ⑈084201294⑈  253500⑈047⑈      ⑈000009540⑈7⑈

EXHIBIT "B"

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI

JUN 2 2 2006

Linda Barnett
Circuit Clerk

App.1083

**CROSSROADS GROCERY**
PHONE 662-226-0012
4489 HWY 7 N
COFFEEVILLE, MS 38922

04-05

1107

85-129/842
25

DATE 9/03/05

PAY TO THE ORDER OF _Walmart_  $ 524.98

_Five Hundred Twenty four Dollars_ 98/00  DOLLARS

RENASANT BANK

FOR _____  _Stephanie Gray_

⑈00⑈⑈07⑈ ⑈084201294⑈ 253500⑈047⑈ 00000052498

EXHIBIT "C"

**AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI**

FILED

JUN 2 2 2006

Linda Barnett
Circuit Clerk

App.1084

## DEFENDANT CASE SUMMARY

**COUNTY: GRENADA**

**CAUSE NO:**

**DEFENDANT: STEPHANIE GRAY**

**CHARGE:** FALSE PRETENSE/BAD CHECK, MCA Sec 97-19-55
THREE COUNT FELONY (NSF /AC)

**INDICTED:** 06/20/2006

**RESTITUTION:** $981.50 +$ 40.00 = $1,021.50  TO SCOTT PETROLEUM CORPORATION
$954.07 +$ 40.00 = $  994.07  TO SCOTT PETROLEUM CORPORATION
$524.98 +$ 40.00 = $  564.98   TO WAL-MART #1074

D.A. FEE:$  120.00
COURT COST:$  279.50
ASSESSMENTS :$  317.00

TOTAL DUE :$ 3,297.05

**ADDITIONAL INFORMATION:**

JUN 2 2 2006

. inda Barnett
Circuit Clerk

App.1085

| CAPIAS | CAUSE NUMBER CR 2010 - 001 |
|---|---|

THE STATE OF MISSISSIPPI
      GRENADA COUNTY
TO THE SHERIFF OF SAID COUNTY-GREETINGS

     We command you to take the body of **STEPHANIE GRAY** if to be found in your County, and him safely keep so that you have his body before the Honorable Circuit Court of Grenada County, in said State to be holden at Court House thereof, in the town of Grenada on **TUESDAY, JUNE 27, 2006 AT 10:00 AM,** then and there to answer unto the State of Mississippi, on a charge of **FALSE PRETENSE/BAD CHECK, MCA Sec. 97-19-55 (INSUFFICIENT FUND AND ACCOUNT CLOSED) THREE COUNT** by information filed in the said Court at the JANUARY RECALLED Term A.D. 2006, thereof.

     Herein fail not, and have then and there this writ, with the manner you have executed the same.

     Given under my hand and seal of the Court, and issued this the 22^ND day of JUNE, A.D., 2006.

Linda Barnette, Circuit Clerk

_____DC

StePHanE GRay

FILED

JAN 0 4 2010

LINDA BARNETTE
CIRCUIT CLERK
App.1080 ___ D.C.

OFFICE OF THE DISTRICT ATTORNEY
**Fifth Circuit Court District**
Post Office Box 1264
234 First Street
Grenada, Mississippi 38902-1264

Doug Evans
District Attorney

Attala, Carroll, Choctaw,
Grenada, Montgomery, Webster,
And Winston Counties

CHECK ENFORCEMENT UNIT
**RESTITUTION AGREEMENT**          $2010 - 001 CR$

**CASE NUMBER:**

1)     I, _Stephanie Gray_, voluntarily enter into this Restitution
Agreement with the State of Mississippi for a bad check being
Account Closed or Insufficient Funds.

2)     I understand that a Complaint has been filed against me
concerning a bad check.  Without admitting any guilt, I wish to
enter into this Agreement and receive Deferred Prosecution
pursuant to Section 97-19-55 et.seq, Mississippi Code of 1972.

3)     I hereby agree to pay a total of $\underline{$1,097.50}$ which includes,
restitution,  merchant's fee and the District Attorney's fee.  I
will pay this amount only through the Check Enforcement Unit of
the District Attorney's office for the Fifth Circuit Court
District of Mississippi.

4)     I will pay this amount no later than _April 30, 2010_.

5)     I understand and agree that the payment must be paid by
cash, money order, or cashiers check.  **NO PERSONAL CHECKS WILL BE
ACCEPTED!**.

6)     However, I also understand that should I fail to abide by
the Agreement, then a warrant will be issued, and I will be
arrested and the matter will be prosecuted in criminal court
pursuant to the law of the State of Mississippi.

7)     Having read and fully understanding the terms of this
Agreement, I enter into this Agreement of my own free will.  No
one has made any promises, threats, or used any form of coercion
(force) to induce (convince) me to sign this agreement.

This the _25th_ day of _JANuary_, 20_2010_.

+ _Stephanie Gray_
DEFENDANT SIGNATURE

DISTRICT ATTORNEY          **FILED**

_I nw Willem Blankman_          JAN 2 5 2010

LINDA BARNETTE
CIRCUIT CLERK

```
              FEE BILL, CRIMINAL CASES, CIRCUIT COURT

State of Mississippi
GRENADA

      STATE OF MISSISSIPPI VS STEPHANIE GRAY

Case # CR2010-001      Acct #      Paid By CASH          Rct#  11793
-------------------------------------------------------------------------
              RESTITUTION AGREEMENTS              2200.00
```

```
                                            ===========
                                    Total     $2,200.00
-------------------------------------------------------------------------
```

Payment received from STEPHANIE GRAY


Transaction   7359 Received  1/25/2010 at 10:47 Drawer   1 I.D. SHEILAD

Account Balance Due        $0.00              Receipt Amount     $2,200.00

By _____ D.C.  Linda Barnette, Circuit Clerk

Case # CR2010-001      Acct #      Paid By CASH          Rct#  11793

FILED

JAN 2 5 2010

LINDA BARNETTE
CIRCUIT CLERK

App.1088

## Affidavit of Barbara O'Brien

I, Barbara O'Brien, appearing before the undersigned notary, do hereby state the following:

     1.     I, Barbara O'Brien, am an Associate Professor of Law and Associate Dean for Research at the MSU College of Law where I teach courses in criminal law and criminal procedure. I received my J.D. from the University of Colorado School of Law and was admitted to the *Order of the Coif.* I received a Ph.D. in social psychology from the University of Michigan. My doctoral training involved advanced courses in research methods and statistics. I have published several articles applying empirical methodology to legal questions, such as identifying predictors of false capital convictions and understanding prosecutorial decision making. Some of my publications include: Barbara O'Brien, *A Recipe for Bias: An Empirical Look at the Interplay Between Institutional Incentives and Bounded Rationality in Prosecutorial Decision Making*, 74 Mo. L. REV. 999 (2009); Barbara O'Brien, *Prime Suspect: An Examination of Factors that Aggravate and Counteract Confirmation Bias in Criminal Investigations,* 15 PSYCHOL. PUB. POL'Y & L. 315 (2009); Barbara O'Brien, Samuel Sommers, & Phoebe Ellsworth, *Ask and What Shall Ye Receive? A Guide for Using and Interpreting What Jurors Tell Us*, 14 U. PA. J. L. & SOC. CHANGE 201 (2011)*;* Barbara O'Brien & Daphna Oyserman, *It's Not Just What You Think, But How You Think about It: The Effect of Situationally-Primed Mindsets on Legal Judgments and Decision-making,* 92 MARQ. L. REV. 149 (2008); Samuel R. Gross & Barbara O'Brien, *Frequency and Predictors of False Conviction: Why We Know So Little, and New Data on Capital Cases*, 5 J. EMPIRICAL LEGAL STUD. 927 (2008); Catherine M. Grosso & Barbara O'Brien, *A Stubborn Legacy: The Overwhelming Importance of Race in Jury Selection in 173 Post-Batson North Carolina Capital Trials*, 97 IOWA L. REV. 1531 (2012); Samuel R Gross, Barbara O'Brien, Chen Hu, & Edward H. Kennedy, *Rate of false conviction of criminal defendants who are sentenced to death*, PROCEEDINGS OF THE NAT'L ACAD. OF SCI. (2014). Professor Catherine Grosso and I have studied the exercise of peremptory strikes in North Carolina and South Carolina. I was qualified in a North Carolina court as an expert in social science and empirical legal studies and testified in the cases of *North Carolina v. Marcus Reymond Robinson* and *North Carolina v. Tilmon Golphin, Christina Waters, & Quintel Augustine*.

     2.     With my colleague Catherine Grosso, I have analyzed the jury selection data provided by Mr. Flowers's attorneys regarding cases prosecuted by District Attorney Doug Evans of Mississippi's Fifth Circuit Court District. This affidavit presents our conclusions with respect to the evidence of racial disparities in jury selection in these cases.

     3.     On January 27, 2016, we received from Mr. Flowers's attorneys an SPSS (Statistical Package for the Social Sciences) data file. These data included information on jury selection for 4 of 6 of Mr. Flowers's trials (Flowers III-VI), and for 9 other capital trials (Terry Pitchford, Roderick Eskridge, Barry Love, Bradford Staten, Christopher Rosenthal, Lawrence Branch, Krishun Williams and Derrick Willis, Deondray Johnson, and Billy Joe Barnett). In total, there were 13 proceedings tried by District Attorney Doug Evans (including Mr. Flowers's trials) for which we received data on strikes and venire members' race. These cases are presented in Table 1.

4.      The database did not include strike and race information on the potential jurors from Flowers's first two trials (Flowers I and II).  Mr. Flowers's attorneys identified an additional six capital cases that District Attorney Doug Evans or his office prosecuted since Evans took office in 1992.  Mr. Flowers's attorneys were unable to get race and strike data for those cases (Frederick Bell, Anthony Doss, William Joseph Holly, Edwin Hart Turner, Markeith Fleming, and Christopher Fair).  These cases are not included in the analyses presented below.

5.      On February 2, 2016, Mr. Flowers's attorneys sent us the source materials used to create the database.  We reviewed those materials, which included jury lists, attorney notes, and transcripts to check the accuracy of the database provided to us, in particular the coding of prosecutorial strikes and venire members' demographic information.  We then determined whether a non-seated juror was struck, excused for cause, or excused because enough jurors had been selected by the time the court reached them.  After adding that information to the database, we then removed from the analysis any potential jurors not subject to the decision to strike. Thus, for purposes of this affidavit, a "venire member" or "potential juror" includes anyone who was either struck or seated on the jury, including alternates. It does not include jurors excused for cause, or excused because enough jurors had been selected by the time the court reached them.

6.      The database includes information on 461 potential jurors who were either seated on the jury (including alternates) or struck by the prosecution or defense.  Of those, 69.8% were white (322/461), and 30.2% were black (139/461); 43.2% were men (199/461), and 56.6% were women (261/461).  We are missing gender for one venire member (0.2%, 1/461).

7.      Prosecutors exercised peremptory challenges at a significantly higher rate against black venire members than against white venire members.  Across all strike-eligible venire members in the study, prosecutors struck 65.2% (90/138) of eligible black venire members, compared to only 8.2% (26/316) of eligible white venire members.  This disparity reflects a difference of 57 percentage points in the strike rates (65.2 − 8.2) and a ratio between strike rates of 7.95 (65.2/8.2).  This difference is statistically significant:  $p < .001$.  Put differently, there is less than a one in one thousand chance that we would observe a disparity of this magnitude merely by chance.  (See Table 2.  *See also* David H. Kaye and David A. Freedman, *Reference Guide on Statistics*, in REFERENCE MANUAL ON SCIENTIFIC EVIDENCE: THIRD EDITION 251-52 (National Research Council, The National Academies Press, 2011).

8.      The average rate per case at which prosecutors struck eligible black venire members is significantly higher than the rate at which they struck white eligible venire members. The analysis presented above (and in Table 2) examines strikes across all venire members in the study, pooled across cases.  To assess whether the effect is robust, we also compared the strike rates calculated for each proceeding, so that each represents one data point.  Prosecutors in the 13 cases we analyzed struck qualified black venire members at an average rate of 65.1%, but struck qualified white venire members at an average rate of 8.1%.  (See Table 3.)  Thus, prosecutors struck qualified venire members who were black at 8.03 times the rate they struck qualified white venire members (65.1/8.1).  The mathematical difference between the two strike rates is 57 percentage points.  This difference in strike levels is significant at $p < .001$.

9.      Four of the 13 cases we analyzed involved Mr. Flowers directly (Flowers III-VI). Prosecutors in those 4 cases struck 72.9% (35/48) of the qualified black venire members,

compared to 3.2% (3/95) of qualified white venire members. (See Table 4.) Thus, prosecutors struck qualified venire members who were black at 20.4 (72.9/3.2) times the rate they struck qualified venire members of other races, a difference of 69.7 percentage points (72.9 − 3.2). This difference in strike levels is significant at $p < .01$.[1]

10.   The average rate per case at which prosecutors struck eligible black venire members is significantly higher than the rate at which they struck white eligible venire members in the four Flowers trials that we analyzed. The analysis presented above (and in Table 4) examines strikes across all venire members from the Flowers trials, pooled across cases. To assess whether the effect is robust, we also compared the strike rates calculated for each of the four proceedings, so that each represents one data point. On average, prosecutors in these four trials struck 69.6% of qualified black venire members, compared to 3.4% of their white counterparts. (See Table 5.) Thus, prosecutors struck qualified venire members who were black at 20.5 (69.6/3.4) times the rate they struck white qualified venire members, a difference of 66.2 percentage points (69.6 − 3.4). This difference in strike levels is significant at $p < .01$.

11.   This pattern is consistent with the pattern evidenced in the 2010 Flowers case. (See Table 1, Line 4.) In this case, prosecutors struck 71.4% (5/7) of qualified venire members who were black, compared to 4.0% (1/25) of qualified white venire members. This means that prosecutors struck qualified venire members who were black at 17.9 (71.4/4.0) times the rate they struck qualified white venire members, a difference of 67.4 percentage points (71.4 − 4.0). This difference in strike levels is significant at $p < .001$.

---

[1] The $p$-value depends on both the size of the effect and of the sample. The same difference between two comparison groups will produce a larger $p$-value if the sample is smaller. It is well below the standard level for statistical reliability of $p < .05$ *See* Kaye & Freedman, *Reference Manual on Scientific Evidence: Third Edition*, at 251-52.

App.1091

**TABLE 1**
**Rates of State Strikes for Cases in Study**

|  | Defendant | Year | Mean Strike Rate | |
|---|---|---|---|---|
|  |  |  | Black Qualified Venire Members | White Qualified Venire Members |
| 1. | Curtis Flowers III | 2004 | 88.2% (15/17) | 0% (0/29) |
| 2. | Curtis Flowers IV | 2007 | 68.8% (11/16) | 5.0% (1/20) |
| 3. | Curtis Flowers V | 2008 | 50.0% (4/8) | 4.6% (1/22) |
| 4. | Curtis Flowers VI | 2010 | 71.4% (5/7) | 4.0% (1/25) |
| 5. | Billy Joe Barnett | 1994 | 80.0% (8/10) | 13.6% (3/22) |
| 6. | Lawrence Branch | 2002 | 100% (3/3) | 4.0% (1/25) |
| 7. | Roderick Eskridge | 1999 | 60.0% (6/10) | 8.0% (2/25) |
| 8. | Deondray Johnson | 2002 | 57.1% (4/7) | 12.5% (3/24) |
| 9. | Barry Love | 2010 | 50.0% (8/16) | 15.8% (3/19) |
| 10. | Terry Pitchford | 2006 | 66.7% (4/6) | 11.1% (3/27) |
| 11. | Christopher Rosenthal | 2001 | 30.0% (3/10) | 11.8% (4/34) |
| 12. | Bradford Staten | 2006 | 50.0% (5/10) | 5.0% (1/20) |
| 13. | Krishun Williams & Derrick Willis | 1999 | 73.7% (14/19) | 10.0% (3/30) |

**TABLE 2**
**Prosecutorial Peremptory Strike Patterns**
*(Strikes against venire members aggregated across all cases)*

|  |  | A | B | C |
|---|---|---|---|---|
|  |  | Black Venire Members | White Venire Members | Total |
| 1. | Passed | 34.8% (48) | 91.8% (290) | 74.4% (338) |
| 2. | Struck | 65.2% (90) | 8.2% (26) | 25.6% (116) |
| 3. | Total | 100% (138) | 100% (316) | 100% (454) |

*Chi square tests (Pearson Chi-Square, Continuity Correction, Likelihood Ratio, Fischer's Exact Test, and Linear-by-Linear Association) indicate that these differences in strike rates are significant at $p < .001$.

**TABLE 3**
**Average Rates of State Strikes**
*(Average of strike rates calculated in individual cases)*

|  |  | A | B |
|---|---|---|---|
|  |  | Average Strike Rate | Number of Proceedings |
| 1. | Strike Rates Against Black Qualified Venire Members | 65.1% | 13 |
| 2. | Strike Rates Against White Qualified Venire Members | 8.1% | 13 |

*A paired-sample t-test indicates that this difference in strike rates is significant at $p < .001$.

4

**TABLE 4**

**Prosecutorial Peremptory Strike Patterns**

*(Strikes against venire members aggregated across Flowers III, IV, V, & VI)*

|   |   | A | B | C |
|---|---|---|---|---|
|   |   | **Black Venire Members** | **White Venire Members** | **Total** |
| 1. | **Passed** | 27.1% (13) | 96.8% (92) | 73.4% (105) |
| 2. | **Struck** | 72.9% (35) | 3.2% (3) | 26.6% (38) |
| 3. | **Total** | 100% (48) | 100% (95) | 100% (143) |

*Chi square tests (Pearson Chi-Square, Continuity Correction, Likelihood Ratio, Fischer's Exact Test, and Linear-by-Linear Association) indicate that these differences in strike rates are significant at $p < .001$.

**TABLE 5**

**Average Rates of State Strikes**

*(Average of strike rates calculated in Flowers III, IV, V, & VI)*

|   |   | A | B |
|---|---|---|---|
|   |   | **Average Strike Rate** | **Number of Proceedings** |
| 1. | **Strike Rates Against Black Qualified Venire Members** | 69.6% | 4 |
| 2. | **Strike Rates Against White Qualified Venire Members** | 3.4% | 4 |

*A paired-sample t-test indicates that this difference in strike rates is significant at $p < .01$.

App.1093

This, the _16_ day of _March_, 2016.


_Mura_
Barbara O'Brien, J.D., Ph.D.
Associate Professor of Law
Michigan State University College of Law


Sworn to and subscribed before me, a Notary Public


In the County of _Ingham_, State of Michigan.
On this, the _16_ day of _March_, 2016.


_Beth Anne Wey_
Notary Signature

MY COMMISSION EXPIRES ON: _____

> BETH ANNE WEY
> Notary Public - State of Michigan
> Clinton County
> My Commission Expires Nov 29, 2021
> Acting in the County of _____

6

App.1094