# EXHIBIT 1

Doug Evans' Affidavit

## AFFIDAVIT OF DOUG EVANS

1. I am an adult resident citizen of Mississippi over the age of eighteen years old competent to give this statement.

2. I am currently and have been at all relevant times the District Attorney for the Fifth District of Mississippi.

3. My office has provided all documents from the Terry Pitchford case that are known to exist.

4. My office does not have a written retention policy with regard to storing and preservation of files. To my knowledge there is no law requiring indefinite retention of district attorney's files. Although we strive to store and retain all files, particularly from capital cases, unfortunately the passage of time and having been in the possession of multiple attorneys, can cause lack of continuity.

5. My office has not intentional destroyed or removed any documents from the Pitchford file or any other case from which discovery has been Ordered.

6. Robert C. Jennings retired in July 1, 2011. Mr. Jennings has since passed away. To my knowledge, Mr. Jennings did not retain any personal files on his cases, and any information that he obtained during an investigation would have been placed in our office file.

7. Staff in my Office have searched for the existence of any polygraph examination of Eric Bullins but no such file has been located.

8. I do not recall whether or not Mr. Jennings gave Eric Bullins a polygraph examination.

9. I do not recall that there were any statements from Eric Bullins that would have been written or recorded. Not all conversations and/or interviews are preserved in written or audio format.

10. To the extent there ever existed a recorded or written statement of Eric Bullin, my office has produced the same.

11. I do not recall having a discussion with James Hatchcock in the Grenada County Jail. I do not recall why Mr. Hathcock was in jail.

12. All files and documents retained by my Office related to Quincy Bullin have been provided. The "response to request for discovery" form found in the discovery already provided is a form that my Office uses and files in cases. The document should not be construed to mean that each numbered item existed.

13. All files and documents retained by my Office related to Demarquis Westmoreland have been provided.

14. All files and documents retained by my Office related to fraudulent representations charges against Stephanie Gray have been provided.

15. I do not recall any information on the .38 revolver pictured at the crime scene. I have no knowledge of why the weapon was not processed or why there are no documents related to the .38 pictured at the crime scene.

16. I am unaware of any evidence collected from the crime scene that was not disclosed or has not previously been disclosed.

Doug Evans
District Attorney

Sworn and subscribed before me this the 3rd day of March, 2020.

Notary Public

My commission expires:

