IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TERRY PITCHFORD**     **PETITIONER**

**V.**     **NO. 4:18-CV-00002-MPM**

**BURL CAIN, MDOC Commissioner; and**
**LYNN FITCH, Attorney General for the State of Mississippi**     **RESPONDENTS**

### ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO EXAMINE WITNESS

This matter comes before the Court upon Petitioner's "Endorsed Motion for Additional Time to Examine Witness." Doc. # 159. The motion represents that Counsel for Petitioner and Counsel for Respondents have agreed that additional time is necessary to complete the deposition examination of Mr. Gregory Conley. Rule 30 of the Federal Rules of Civil Procedure sets a limit for the duration of depositions to one day of seven hours. *See* Fed. R. Civ. P. 30(d)(1). Mr. Conley has already been deposed for nearly six hours in a single day. Petitioner requests that he be permitted to examine Mr. Conley up to six (6) additional hours on a date to be mutually agreed upon by the parties. Counsel for Respondents have advised the Court they do not oppose Petitioner's instant request. Accordingly, the instant motion [159] is hereby **GRANTED**, and Petitioner may examine Mr. Conley for up to an additional six (6) hours on a date mutually agreed upon by the parties.

**SO ORDERED**, this the 8th day of March, 2022.

                                               /s/ Michael P. Mills
                                               **UNITED STATES DISTRICT JUDGE**
                                               **NORTHERN DISTRICT OF MISSISSIPPI**